# United States District Court
# Northern District of California



## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

---

**Case Name:**
USA v. Jerry Wang

**Case Number:**
CR 12 581 EJD

**Total Number of Defendants:**
1 ✓    2-7 ____    8 or more ____

**Is This Case Under Seal?**
Yes ✓    No ____

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ____    No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ____    OAK ____    SJ ✓  HRL

**Is this a death-penalty-eligible RICO Act gang case?**
Yes ____    No ✓

**Assigned AUSA (Lead Attorney):**
HARTLEY M. K. WEST

**Comments:**

**Date Submitted:**
7/24/2012

December 2011

PRINT