MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12 581 |
|    Plaintiff, ) | UNITED STATES' MOTION TO SEAL |
|    v. ) | INDICTMENT AND [PROPOSED] ORDER |
| JERRY WANG, ) | (UNDER SEAL) |
|    Defendant. ) | |

    The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until execution of the arrest warrant for defendant Jerry Wang. For reasons of officer safety and to prevent destruction of evidence that will be seized during a simultaneously executed search warrant, the United States does not want the defendant to know there is a pending arrest warrant when officers go to arrest him. The United States has drafted the proposed sealing order below to provide that it is automatically lifted once the arrest warrant for the defendant is executed, since the rationale for the sealing order would disappear at that point.

DATED: July 24, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Hartley M.K. West
HARTLEY M.K. WEST
Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, this motion, and this sealing order shall be sealed until execution of the arrest warrant for defendant Jerry Wang or until further order of the Court, whichever occurs first. This sealing order shall not prevent the Clerk from providing copies of the aforementioned documents to the United States upon request of an attorney for the United States.

DATED: July 24, 2012

MARIA-ELENA JAMES
United States Magistrate Judge

US' MOTION TO SEAL INDICTMENT
AND [PROPOSED] ORDER

2