1  Stephen Shaiken, Esq. (CA Bar No. 90915)
   LAW OFFICES OF STEPHEN SHAIKEN
2  170 Columbus Avenue, Suite 100
   San Francisco, CA 94133
3  Telephone: (415) 248-1012
   Fax: (415) 248-0019
4  e mail: stephenshaikenesq@shaikenlaw.com

5  David L. Ross, Esq. (FLA BAR No. 337110)
   LAW OFFICES OF DAVID L. ROSS, P.A.
6  9454 Wilshire Blvd., Penthouse Suite
   Beverly Hills, CA 90212
7  Mailing Address:
   PO Box 13817
8  Beverly Hills, CA 90209
   Telephone: (310) 860-9620
9  Fax: (415) 860-9624
   e mail: dross@rrhlaw.com

10
   Attorneys for Defendant
11 Jerry Wang

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE

15 UNITED STATES OF AMERICA      )   **NO: CR 12-581 EJD**
                                 )
16               Plaintiff,      )   **NOTICE OF APPEARANCE OF**
   vs.                           )   **COUNSEL**
17                               )
   Jerry Wang                    )
18                               )
                 Defendant       )
19 _____      )

20

21    **TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:**

22    **PLEASE TAKE NOTICE THAT** Stephen Shaiken, Esq., and David L. Ross, Esq., hereby

23 notice their general appearance as counsel for Jerry Wang.

24 Dated August 16, 2012 at San Francisco, CA

25                                    Respectfully submitted,

26                           THE LAW OFFICES OF STEPHEN SHAIKEN

27               By:      _____
                                  s/sshaikenesq

28                            Stephen Shaiken, Esq.

**CERTIFICATION OF SERVICE**

I, Stephen Shaiken, Esq., certify that on August 17, 2012, I filed this Notice of Appearance of counsel by using the electronic filing system of the U.S. District Court for the Northern District of CA, and that all parties are represented by counsel who are registered users thereof.

Dated August 17, 2012

s/sshaikenesq

2