UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 2 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** September 10, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-12-00581 EJD | **U.S. Probation Officer:** N/A |
| **Related Case Nos.:** NA | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** N/A |

## CASE TITLE

USA v. Jerry Wang (NC)(P)

## APPEARANCES

**Attorney(s) for Government**: Hartley West
**Attorney(s) for Defendant(s)**: Stephen Shaiken

## PROCEEDINGS

**Status Hearing**

## ORDER AFTER HEARING

Hearing held. The Court continued the matter to October 1, 2012 at 1:30 PM for Further Status Hearing. Time is excluded from September 10, 2012 through October 1, 2012 for the parties' continued effective preparation in effort to resolve the matter short of trial.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC: