UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 2 mins

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**    October 1, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-12-00587-EJD | **U.S. Probation Officer:** N/A |
| **Related Case Nos.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:**   N/A |

### CASE TITLE

USA v.  Jerry Wang (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Hartley West
**Attorney(s) for Defendant(s)**: Stephen Shaiken

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held.  The Court continued the matter to November 5, 2012 at 1:30 PM for Further Status Hearing.  Time is excluded from October 1, 2012 through November 5, 2012 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original:** Efiled
**CC:**