Stephen Shaiken, Esq. (CA Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019
e mail: stephenshaikenesq@shaikenlaw.com

Attorney for Defendant
Jerry Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| UNITED STATES OF AMERICA | ) | **NO: CR 12-581 EJD/HRL** |
|---|---|---|
| Plaintiff, | ) | **MOTION FOR TRAVEL PERMISSION** |
| vs. | ) | |
| Jerry Wang | ) | |
| Defendant | ) | |

**TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:**

**PLEASE TAKE NOTICE THAT** defendant Jerry Wang moves this Court for an order permitting him to travel outside of the jurisdiction of the northern District. Defendant seeks permission to travel to os Angeles, Ca on October 4 and 5, 2012 in order to meet and confer with the attorney who is representing his business, Herguan University, in administrative proceedings.

Pre Trial Services Officer Walton and Assistant United States Attorney Hartley West informed counsel that they have no objection.

Dated October 2, 2012

Respectfully submitted,

THE LAW OFFICES OF STEPHEN SHAIKEN

By:       s/sshaikenesq

Stephen Shaiken, Esq.

**SO ORDERED**

Dated October     2012

Hon. H.R. Lloyd,  United States Magistrate Judge

**CERTIFICATION OF SERVICE**

I, Stephen Shaiken, Esq., certify that on October 2, 2012, I filed this Motion for Travel Permission of counsel by using the electronic filing system of the U.S. District Court for the Northern District of CA, and that all parties are represented by counsel who are registered users thereof.

Dated August 17, 2012

                                s/sshaikenesq