1  Stephen Shaiken, Esq. (CA Bar No. 90915)
   LAW OFFICES OF STEPHEN SHAIKEN
2  170 Columbus Avenue, Suite 100
   San Francisco, CA 94133
3  Telephone: (415) 248-1012
   Fax: (415) 248-0019
4  e mail: stephenshaikenesq@shaikenlaw.com

**FILED**

OCT - 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5  Attorney for Defendant
   Jerry Wang

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE

9  UNITED STATES OF AMERICA        )   **NO: CR 12-581 EJD/HRL**
                                   )
10                   Plaintiff,    )   **MOTION FOR TRAVEL PERMISSION**
    vs.                            )
11                                 )
    Jerry Wang                     )
12                                 )
                     Defendant     )
13 _____)

14      **TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:**

15      **PLEASE TAKE NOTICE THAT** defendant Jerry Wang moves this Court for an order

16 permitting him to travel outside of the jurisdiction of the northern District. Defendant seeks permission

17 to travel to Los Angeles, Ca on October 4 and 5, 2012 in order to meet and confer with the attorney who

18 is representing his business, Herguan University, in administrative proceedings.

19      Pre Trial Services Officer Walton and Assistant United States Attorney Hartley West informed

20 counsel that they have no objection.

21 Dated October 2, 2012

22 Respectfully submitted,

23                              THE LAW OFFICES OF STEPHEN SHAIKEN

24              By:          s/sshaikenesq

25                      Stephen Shaiken, Esq.

26                      SO ORDERED

27 Dated October 3 2012

28                      Hon. H.R Lloyd,  United States Magistrate Judge