UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 3 mins

## CRIMINAL MINUTES

**Judge:** Edward J. Davila
**Date:**   November 5, 2012
**Case No.:** CR-12-00581-EJD
**Related Case Nos.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:**   N/A

### CASE TITLE

USA v.  Jerry Want(NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Hartley West
**Attorney(s) for Defendant(s)**: Stephen Shaiken

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held. The Court set the following breifing schedule:

1. Deadline for filing Motions due December 10, 2012
2. Opposition due December 21, 2012
3. Reply due in accordance with the Criminal Local Rules
4. Hearing on Anticipated Motion set for January 7, 2013 at 1:30 PM.

Time excluded from November 5, 2012 through January 7, 2013 for effective preparation of counsel.

**Elizabeth C. Garcia**
Courtroom Deputy
Original: Efiled
CC:

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter