Stephen Shaiken, Esq. (CA Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019
e mail: stephenshaikenesq@shaikenlaw.com

Attorney for Defendant
Jerry Wang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **NO: CR 12-581 EJD/HRL** |
| ) | |
| Plaintiff, ) | **MOTION FOR TRAVEL PERMISSION** |
| vs. ) | |
| ) | |
| Jerry Wang ) | |
| ) | |
| Defendant ) | |
| ) | |

**TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:**

**PLEASE TAKE NOTICE THAT** defendant Jerry Wang moves this Court for an order permitting him to travel outside of the jurisdiction of the Northern District. Defendant seeks permission to travel to Las Vegas, NV between October 14 and 17, 2012 in order to meet with family members.

Pre Trial Services Officer Walton has no objection and Assistant United States Attorney Hartley West informed counsel that the Government no objection provided they are given Mr. Wang's travel itinerary prior to his leaving for Las Vegas, and defendant has agreed to do so..

Dated November 13 , 2012

Respectfully submitted,

THE LAW OFFICES OF STEPHEN SHAIKEN

By:      s/sshaikenesq

Stephen Shaiken, Esq.

**SO ORDERED**

Dated: November     2012     _____

Hon. H.R. Lloyd, United States Magistrate Judge

**CERTIFICATION OF SERVICE**

I, Stephen Shaiken, Esq., certify that on November 13, 2012, I filed this Motion for Travel Permission of counsel by using the electronic filing system of the U.S. District Court for the Northern District of CA, and that all parties are represented by counsel who are registered users thereof.

Dated November 13 2012

                        s/sshaikenesq