Stephen Shaiken, Esq. (CA Bar No. 90915)
LAW OFFICES OF STEPHEN SHAIKEN
170 Columbus Avenue, Suite 100
San Francisco, CA 94133
Telephone: (415) 248-1012
Fax: (415) 248-0019
e mail: stephenshaikenesq@shaikenlaw.com

Attorney for Defendant
Jerry Wang

FILED

NOV 13 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| UNITED STATES OF AMERICA, | ) NO: CR 12-581 EJD/HRL |
| Plaintiff, | ) MOTION FOR TRAVEL PERMISSION |
| vs. | ) |
| Jerry Wang | ) |
| Defendant | ) |

**TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:**

**PLEASE TAKE NOTICE THAT** defendant Jerry Wang moves this Court for an order permitting him to travel outside of the jurisdiction of the Northern District. Defendant seeks permission to travel to Las Vegas, NV between October 14 and 17, 2012 in order to meet with family members.

Pre Trial Services Officer Walton has no objection and Assistant United States Attorney Hartley West informed counsel that the Government no objection provided they are given Mr. Wang's travel itinerary prior to his leaving for Las Vegas, and defendant has agreed to do so..

Dated November 13 , 2012

Respectfully submitted,

THE LAW OFFICES OF STEPHEN SHAIKEN

By: _____s/sshaikenesq_____
Stephen Shaiken, Esq.

**SO ORDERED**

Dated: November 13 2012

_____
Hon. H.R. Lloyd, United States Magistrate Judge