PROPOSED ORDER/COVER SHEET

TO: Honorable Howard R. Lloyd          RE:   Jerry Wang
    U.S. Magistrate Judge

FROM: Roy Saenz, Chief                  DOCKET NO.:   5:12-cr-00581-EJD-1
      U.S. Pretrial Services Officer

DATE: December 4, 2012

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

LaDreena Walton                          (408) 535-5230
U.S. PRETRIAL SERVICES OFFICER          TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

**FILED**
DEC - 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding  District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[X] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____            12/7/12
JUDICIAL OFFICER                     DATE

Cover Sheet (02/07/2011)