AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

In the Matter of the Search of  )
Google, Inc. email accounts:  )
fei@herguanuniversity.org, fei@uewm.edu,  )  Case No.
Richard@herguanuniversity.org,  )
and Richard@uewm.edu;  )
located at 1600 Amphitheater Parkway,  )
Mountain View, CA 94043  )

3-12-70062 JSC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (identify the person or describe the property to be searched and give its location):

EMAIL ACCOUNTS: fei@herguanuniversity.org, fei@uewm.edu, Richard@herguanuniversity.org, and Richard@uewm.edu located on servers of Google, Inc. at 1600 Amphitheater Parkway, Mountain View, CA 94043, as described in Attachment A.

located in the  Northern  District of  California , there is now concealed (identify the person or describe the property to be seized):

Evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. §§ 371; 1001 and 1546(a), as described in Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371; 1001 18 U.S.C. § 1546(a) | Conspiracy, False Statements to Government Agency, and Visa Fraud |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Approved as to form:
_____
HARTLEY M. K. WEST

_____
Applicant's signature
Jason Mackey, Special Agent, DHS, ICE, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date:  1-24-12

_____
Judge's signature
U.S. Magistrate Judge Jacqueline S. Corley
Printed name and title

City and state:  San Francisco, CA

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In the Matter of the Search of<br>Google, Inc. email accounts:<br>fei@herguanuniversity.org, fei@uewm.edu,<br>Richard@herguanuniversity.org, and Richard@uewm.edu;<br>located at 1600 Amphitheater Parkway,<br>Mountain View, CA 94043 | ) <br>) <br>) Case No.<br>) <br>) **3  12  70062**<br>) |

## SEARCH AND SEIZURE WARRANT

**JSC**

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*
EMAIL ACCOUNTS: fei@herguanuniversity.org, fei@uewm.edu, Richard@herguanuniversity.org, and Richard@uewm.edu located on servers of Google, Inc. at 1600 Amphitheater Parkway, Mountain View, CA 94043, as described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. §§ 371; 1001 and 1546(a), as described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___Feb. 7, 2012___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ___Jacqueline S. Corley___ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___1-24-12 3:06 p.m.___   _____
*Judge's signature*

City and state: ___San Francisco, CA___   ___U.S. Magistrate Judge Jacqueline S. Corley___
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

### I. SEARCH PROCEDURE

A. In order to ensure that agents search only those computer accounts and/or files described herein, this affidavit and application for a search warrant seek authorization to permit employees of Google, Inc., located at 1600 Amphitheater Parkway, Mountain View, CA 94043, to assist agents in the service of the requested warrant. To further ensure that agents serving the warrant search only those computer accounts and/or files described in Attachment A, the following procedures will be used:

B. The search warrant will be presented to Google personnel who will be directed to isolate those accounts and files described herein;

C. In order to minimize any disruption of computer service to innocent third parties, Google employees and law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts described herein, including an exact duplicate of all information stored in computer accounts and files described herein;

D. Google employees will provide the exact duplicate in electronic form of the accounts and files described herein and all information stored in those accounts and files to the agent who serves this search warrant;

E. Law enforcement personnel with thereafter review the information stored in the accounts and files received from Google employees and then identify and copy the information contained in those accounts and files which are authorized to be further copied by this search warrant; and

F. Law enforcement personnel will then seal the original duplicate of the accounts and files received from Google employees and will not further review the original duplicate absent an order from the Court.

### II. FILES AND ACCOUNTS TO BE COPIED BY GOOGLE EMPLOYEES

A. All electronic mail in the following accounts: fei@herguanuniversity.org, fei@uewm.edu, Richard@herguanuniversity.org, and Richard@uewm.edu;

B. All existing printouts from original storage of all of the electronic mail described above in Section II(a);

C. All transactional information of all activity of the electronic mail address and/or individual accounts described above in Section II(a) including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations;

D. All business records and subscriber information, in any form kept, pertaining to the electronic mail addresses and/or individual accounts described above in Section II(a), including applications, subscribers' full names, all screen names associated with the subscriber accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records; and

E. All records indicating the services available to the subscriber of the electronic mail address described above in Section II(a).

## III. FILES AND ACCOUNTS TO BE FURTHER COPIED BY LAW ENFORCEMENT

A. All email communications involving: Herguan University foreign (F-1) students; student tuition, recruitment, or referral payments; letters of acceptance or denial; grade sheets, transcripts, or attendance records; course materials or schedules; applications or authorizations to admit foreign students; Student Exchange and Visitor Program; Student and Exchange Visitor Information System; site visits or inspections; Designated School Officials; passports, visas, immigration status, travel records, or associated correspondence; records from banks or other financial institutions relating to accounts controlled by Herguan University, Jerry WANG, Ying Qiu WANG, Su Fang TONG, or Richard FRIBERG; tax records for Herguan University, Jerry WANG, Ying Qiu WANG, Su Fang TONG, or Richard FRIBERG; and U.S. immigration law and regulations.

B. Existing printouts from original storage of all items mentioned in Section III(A); and

C. All of the records and information described above in Sections II(C), (D), and (E).