## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR SEARCH WARRANT

I, Jason Mackey, being duly sworn, depose and state as follows:

### I. INTRODUCTION

1. I make this affidavit in support of an application for a search warrant for accounts controlled by the free, web-based, electronic mail ("email") service provider known as Google, Inc., located at: 1600 Amphitheater Parkway, Mountain View, CA 94043. The accounts to be searched are: fei@herguanuniversity.org, fei@uewm.edu, Richard@herguanuniversity.org, and Richard@uewm.edu (collectively, "SUBJECT ACCOUNTS"). The search procedure and items to be seized are set forth in Attachment A.

2. I respectfully submit that there is probable cause to believe that these accounts on the Google computer systems contain electronic evidence of violations of 18 U.S.C. § 1546(a) (Visa fraud), 18 U.S.C. § 1001 (False Statements to a Government Agency), and 18 U.S.C. § 371 (Conspiracy).

3. The statements contained in this affidavit are based on my personal knowledge, experience, background, and training, as well as on information provided by other law enforcement personnel and other persons knowledgeable regarding the facts described below. Because I submit this affidavit for the limited purpose of obtaining this search warrant, I have not included every fact known to me concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause.

### II. AGENT BACKGROUND

4. I have been a Special Agent with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), or its predecessor agency, the United States Customs Service, since November 2002. Since April

2009, I have been assigned to the Document and Benefit Fraud Task Force for the San Francisco, California, Office of the Special Agent in Charge. My previous assignments include the Joint Terrorism Task Force (2007-09), the Compliance Enforcement Unit (2006-07), the Benefit Fraud Unit (2004-06), and the Contraband Smuggling Group (2002-04).

5. Since 2004, I have participated in at least 50 visa fraud investigations, three of which involved educational institutions, and have interviewed hundreds of aliens suspected of violating the U.S. immigration laws. I have been involved in over 25 search warrants, at least ten of which alleged visa fraud violations, and over 50 arrests for student visa violations.

6. In addition to completing the Criminal Investigator Training Program and the Customs Basic Enforcement School at the Federal Law Enforcement Training Center (2003), I have received extensive training in enforcing U.S. immigration laws and investigating immigration benefit fraud schemes. , I have participated in the Customs-Immigration Cross Training Program (2004), ICE's National Security Investigations Western Region Training Conference (2008), and ICE's Document Fraud and Terrorism course (2010). I learned from these trainings about the common indicators of visa fraud and student visa status violations.

7. I have also discussed this investigation with an ICE adjudicator assigned to the Student Exchange and Visitor Program ("SEVP") School Certification Branch, who has been involved in the inspections of at least 27 SEVP-approved schools. From these discussions, I know that all U.S. schools must file a petition and be approved by SEVP before they can sponsor foreign nationals to receive student status to enter and remain in the United States. SEVP approval is contingent upon a petitioning school's agreement to abide by certain regulations that require, among other things, reporting of foreign student residence addresses and failure of foreign students to maintain full courses of study. A school that does not comply with the

reporting requirements may have its sponsorship privileges revoked.

8. As a result of this training and experience, I am familiar with the United States' immigration laws and regulations, including those relating to student visas and status violations. I am aware that an alien who has entered the United States on a valid student visa may become removable if that alien fails to comply with the visa terms. I know that there is a very high demand for student visas, and that some people seek such visas as a means of entry into the United States without ever intending to pursue a full course of study. I also know that some schools seek to profit from the demand for student visas by issuing visa-related documents and falsely reporting students' status to DHS in exchange for "tuition" fees. Such schools are typically not accredited, although they claim to be in the process of receiving accreditation, have unusually low attrition rates, and lack reasonable facilities to accommodate student instruction. Typically, the student populations of such schools are predominately foreign nationals, heavily weighted toward a few ethnic groups due to the tendency to recruit by word of mouth (with referral payments to current students).

### III. APPLICABLE LAWS AND REGULATIONS

9. Title 18, United States Code, Section 1546(a) makes it a criminal offense to "knowingly forge[] . . . or falsely make[] any . . . document prescribed by statute or regulation for entry into or as evidence of authorized stay . . . in the United States," or to "use[], attempt[] to use, possess[], obtain[], accept[], or receive[]"any such document, "knowing it to be forged . . . or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained." 18 U.S.C. § 1546(a).

10. It is also a criminal offense to knowingly and willfully make a materially false or fraudulent statement to a government agency. 18 U.S.C. § 1001.

11. The Immigration and Nationality Act identifies several categories of foreign nationals who may be admitted to the United States for non-immigrant purposes. See 8 U.S.C. § 1101. One such category, designated "F-1," comprises "bona fide student[s]" coming temporarily to study at an approved school. 8 U.S.C. § 1101(a)(15)(F)(i); 8 C.F.R. § 214.1(a)(2). Those entering the United States on an F-1 student visa are admitted for a temporary period called "duration of status," meaning "the time during which an F-1 student is pursuing a full course of study" at an approved school. 8 C.F.R. § 214.2(f)(5)(i). When a student stops pursuing a full course of study, the duration of status ends and the temporary period for which the individual was admitted expires.

12. A school seeking approval to admit foreign students must submit a Petition for Approval of School for Attendance by Nonimmigrant Student, also called a Form I-17, to SEVP in Washington, DC. Through the I-17, the school must establish that (1) it is a bona fide school; (2) it is an established institution of learning; (3) it has the necessary facilities, personnel, and finances to instruct recognized courses; and (4) it actually is engaged in instructing those courses. 8 C.F.R § 214.3(a)(3)(i). Petitioning schools that are not accredited must provide additional documentation establishing either that its courses are equivalent to courses offered at accredited schools or that they are accepted as fulfilling the requirements for the attainment of an educational, professional, or vocational objective. 8 C.F.R § 214.3(c). In practice, this documentation generally takes the form of transfer agreements with accredited schools and/or letters from employers of the petitioning schools' graduates.

13. The school's I-17 must identify Designated School Officials ("DSOs"), who certify their knowledge of and intent to comply with student immigration laws and regulations. 8 C.F.R § 214.3(l). Once a school is approved, its DSOs are issued login IDs and passwords

enabling them to access the Student and Exchange Visitor Information System ("SEVIS") and use it to generate student visa related documents for their students. SEVIS is a nonpublic computer system located in Rockville, Maryland, which is used by the United States government and operated through SEVP for the purpose of collecting nonimmigrant student information from approved schools and monitoring such aliens' status.

## IV. BACKGROUND REGARDING COMPUTERS, THE INTERNET, AND EMAIL

14. During this investigation, I have had conversations with HSI Special Agent Michael Brown, a Computer Forensics Agent who has been employed by HSI since 2003. Special Agent Brown has received training in digital data recovery and analysis from HSI as well as from various private vendors specializing in computer forensics. He has processed and analyzed digital evidence – including email evidence from Google – on a variety of cases including immigration fraud, export violations, intellectual property violations, child exploitation, and anti-narcotics enforcement. Based on my training, experience, and conversations with Special Agent Brown, I know the following.

### A. The Internet and Internet Service Providers

15. The Internet is a worldwide computer network that connects computers and allows communications and transfer of information and data across state and national boundaries. The Internet is commonly referred to as the World Wide Web ("www"), or shortened, the web. People can communicate on the Internet using email, as well as through specialized software enabling direct communications ("chat") and other means.

16. People with Internet accounts and Internet-based email addresses must have a subscription, membership, or affiliation with an organization or commercial service that provides access to the Internet. A provider of Internet access and services is referred to as an Internet