Service Provider (ISP). ISPs maintain records pertaining to the individuals or companies that have subscriber accounts with the ISP. Such records may include identifying and billing information, account access information in the form of log files, email transaction information, posting information, account application information, IP addresses, and other information both in computer data format and in written record format.

**B.    Web Sites and IP Addresses**

17.    A "web page" is an electronic document, typically written in plain text in computer language known as Hypertext Markup Language (HTML) and recognizable by most computers capable of accessing the Internet. In many cases, a web page is publicly accessible by anyone with a "web browser" and Internet access. A "web site" is a collection of related web pages, images, videos, or other digital assets with a common "domain name" or "Internet Protocol" (IP) address.

18.    "Internet Protocol" is the method by which data is sent from one computer to another on the Internet. An IP address is a numerical label assigned to a computer or device that is participating in an IP network. The IP address, in most cases, is assigned by a central authority and identifies the location of the computer or server on which the data sought is located. In sum, a "name" indicates what we seek; an "address" indicates where it is; a "route" indicates how to get there.

19.    For various reasons, people can obfuscate the IP address of the server on which their data resides, and thus render information derived from the IP address inaccessible to the public. This is done through Domain Name System (DNS) Forwarding. DNS Forwarding results in the display of a forwarder's server as the target IP address, rather than the server on which the data actually resides. When queries for a web page are received, they are internally

and privately forwarded to another IP address, normally without any notice or indication to the viewer. Information related to the actual IP address of a web site is only available through a legal request, such as a subpoena.

C. **Email Communications**

20. Email is an electronic form of communication that usually contains written correspondence, and may also be contain as attachments computer files in any form including pictures, video files and electronic documents. It is similar to conventional paper mail in that it is addressed from one individual to another and is usually considered private. An email usually contains a message "header," which generally displays the sender's email address, the recipient's email address, and the date and time of the email transmission. A sender can choose to type a subject line into the header. Email message headers usually contain information, such as identification of the sender's ISP, which enables law enforcement to trace the message back to the original sender. To do so, information must be obtained from the sender's ISP through a grand jury subpoena.

21. Email message headers also may include information about the sender of the email, including the IP address of the sender, the type of software utilized to create and send the message, the route through which the message arrived at the recipient's mailbox, and date and time stamps for receipt. In certain cases, additional information such as the computer name (given by its owner or administrator) is included within the headers.

22. Email is often the preferred medium for international communication in much, if not most, of the business world. Email is instantaneous, the communication is committed to writing, and differences in times zones matter less due to the fact that the email recipient does not have to be physically present at work when the email message is sent.

26. A Google subscriber can store files, including emails and image files, on servers maintained and/or owned by Google. Emails and image files stored on a Google server by a subscriber may not necessarily also be located in the subscriber's home computer. The subscriber may store emails and/or other files on the Google server for which there is insufficient storage space in the subscriber's own computer or which the subscriber does not wish to maintain in his or her own computer. A search of the subscriber's home, business, or laptop computer will therefore not necessarily uncover files the subscriber has stored on the Google servers.

## V. STORED WIRE AND ELECTRONIC COMMUNICATIONS ACCESS

27. Title 18, United States Code, Sections 2701 through 2711, is entitled "Stored Wire and Electronic Communications and Transactional Records Access."

    a. Title 18, United States Code, Section § 2703(a) provides, in part:

> A governmental entity may require the disclosure by a provider of electronic communication service of the contents of an electronic communication, that is in electronic storage in an electronic communications system for one hundred and eighty days or less, only pursuant to a warrant issued under the Federal Rules of Criminal Procedure or equivalent State warrant. A governmental entity may require the disclosure by a provider of electronic communications services of the contents of an electronic communication that has been in electronic storage in an electronic communications system for more than one hundred and eighty days by the means available under subsection (b) of this section.

    b. Title 18, United States Code, Section § 2703(b) provides, in part:

> (1) A governmental entity may require a provider of remote computing service to disclose the contents of any electronic communication to which this paragraph is made applicable by paragraph (2) of this subsection -
>
>     (A) without required notice to the subscriber or customer, if the governmental entity obtains a warrant issued under the Federal Rules of Criminal Procedure or equivalent State warrant . . .
>
> (2) Paragraph (1) is applicable with respect to any electronic communication that is held or maintained on that service -

  (A) on behalf of, and received by means of electronic transmission from (or created by means of computer processing of communications received by means of electronic transmission from), a subscriber or customer of such remote computing service; and

  (B) solely for the purpose of providing storage or computer processing services to such subscriber or customer, if the provider is not authorized to access the contents of any such communications for purposes of providing any services other than storage or computer processing.

  c. The government may also obtain records and other information pertaining to a subscriber to or customer of electronic communication service or remote computing service by way of a search warrant. 18 U.S.C. § 2703(c). No notice to the subscriber or customer is required. *See* 18 U.S.C. § 2703(c)(2).

  d. Title 18, United States Code, Section § 2711, provides, in part:

As used in this chapter -

(1) the terms defined in section 2510 of this title have, respectively, the definitions given such terms in that section; and

(2) the term "remote computing service" means the provision to the public of computer storage or processing services by means of an electronic communications system.

  e. Title 18, United States Code, Section § 2510, provides, in part:

(8) "contents," when used with respect to any wire, oral, or electronic communication, includes any information concerning the substance, purport, or meaning of that communication; . . .

(14) "electronic communications system" means any wire, radio, electromagnetic, photo optical or photo electronic facilities for the transmission of electronic communications, and any computer facilities or related electronic equipment for the electronic storage of such communications; . . .

(15) "electronic communication service" means any service which provides to users thereof the ability to send or receive wire or electronic communications; . . .

(17) "electronic storage" means –

(A) any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof; and

(B) any storage of such communication by an electronic communication service for purposes of backup protection of such communication.

f.  Title 18, United States Code, Section 2703(g) provides, in part:

Notwithstanding section 3105 of this title, the presence of an officer shall not be required for service or execution of a search warrant issued in accordance with this chapter requiring disclosure by a provider of electronic communications service or remote computing service of the contents of communications or records or other information pertaining to a subscriber to or customer of such service.

## VI. SUMMARY OF PROBABLE CAUSE

A.  **Background**

28. Herguan University ("HU") is located in Sunnyvale, California. According to its website, HU purports to be an "industry driven university" with a mission to "expand the understanding and application of the latest research in business, engineering, science, electronics or medical management practices." Ying Qui WANG ("YQ WANG") is president and owner of HU. His wife, Su Fang TONG ("TONG"), and their son, Jerry WANG ("J WANG"), are both co-owners.

29. YQ WANG also owns the University of East West Medicine ("UEWM") which was established in 1999 and offers courses in traditional Chinese medicine. UEWM shares its campus with HU. While UEWM has been accredited by the Accreditation Commission for Acupuncture and Oriental Medicine since May 2005, HU remains unaccredited. The WANG family also owns several other businesses that are affiliated with UEWM, including the International Institutes for Health and Healing ("IIHH"), a traditional Chinese medicine research entity, and Vital Core Biosystem, Inc., a supplier of traditional Chinese medicine equipment.