B. **HU's False Form I-17 and Attachments**

(1) <u>The I-17</u>

30. On July 6, 2007, YQ WANG electronically submitted a Form I-17 to SEVP in Washington, DC, seeking approval to admit foreign students. YQ WANG submitted a hard-copy I-17 dated July 10, 2007, signed by himself and by J Wang as HU's Primary Designated School Official. HU's I-17 stated that HU was established on December 12, 2005. Several documents submitted by YQ WANG in support of the I-17 reference student enrollment at HU between Fall 2005 and Spring 2007.

31. In January 2012, I spoke with Leeza Rifredi, Licensing Manager for the California Bureau for Private Postsecondary Education (BPPE), the entity that licenses private postsecondary schools to operate. YQ WANG submitted a license application to BPPE for HU on May 30, 2006. The application states that "there are no students enrolled. Once we believe we are ready to open the school we would like to think there will be 20-25 students in each program." (All quotations in this affidavit are verbatim, including typographical and grammatical errors.) BPPE issued HU's license to operate on June 5, 2007 – the day before HU submitted its I-17.

32. The date of HU's establishment is material, as a school cannot obtain I-17 approval without showing that it is a bona fide school, an established institution of learning, and actually engaged in course instruction. See 8 C.F.R § 214.3(a)(3)(i). SEVP clarifies these requirements on its website describing the I-17 process: "[B]efore a school applies, it [m]ust have already opened its doors and begun instructing students in the courses/programs for which it is seeking approval. . . . [It w]ill have had to graduate students before applying or be accredited by a nationally recognized accrediting agency." www.ice.gov/doclib/sevis/pdf/i17_process.pdf.

(2) Supplemental Filings

33.     On August 8, 2007, having received HU's I-17 petition, SEVP sent HU an electronic request for employment letters. Specifically, SEVP sought letters from employers of recent HU graduates attesting that "graduates of [HU] are fully qualified in their field of study, as a result of the training they gained at [HU]," and/or letters from accredited schools that "have accepted, and continue to accept unconditionally, credits from [HU]." J WANG responded with three fraudulent employment letters – all from companies owned and operated by the WANG family – and two fraudulent letters from accredited schools.

(a)     UEWM Employment Letter

34.     On August 16, 2007, SEVP received a letter from UEWM signed by "Alex Shi, Clinic Manger," stating: "Candace Zheng graduated from HU in April 15th, 2007 major in Master of Science in Traditional Chinese Medicine and is hired by us as herbal consultant/ manager assistant in May 1st, 2007. Candace Zheng in Fully qualified in his field of study as a result of the training he gained at HU and is doing outstanding in his position." Attached to the letter were transcripts bearing Zheng's name, date of birth, social security number, and address, and showing that she attended HU from Fall 2005 through her graduation on April 15, 2007.

35.     UEWM's website confirms that it is owned by YQ Wang.

36.     I interviewed Candace Zheng, a/k/a Candace Luo, in September 2011. Luo confirmed the biographical data on the transcripts and but advised that she did not attend or graduate from HU. She stated that she had, however, attended UEWM from December 2006 to December 2008, and she knew UEWM was co-located with HU. Luo said that she worked for the UEWM clinic as a receptionist.

37. I interviewed Alex Shi, a/k/a ChengGuang Shi, in September 2011. Shi advised that he worked at UEWM as an academic dean and clinic employee, and that J WANG was his supervisor. Shi confirmed that Zheng had worked at the UEWM clinic, but could not recall whether he supervised her or what her position was. He did not recall signing the letter, but admitted having signed many documents at UEWM without reading them first.

    (b)    IIHH Employment Letter

38. On August 16, 2007, SEVP received a letter from IIHH signed by "Lin Lee, President," stating: "In April 20th, 2007, IIHH hired David Wang as Herbal Researcher, with his excellent training from HU make him fully qualified in this position. David Wang graduated from HU in April 15th 2007, and earned his Master of Science in Traditional Chinese Medicine degree." The letter provided a contact phone number of 510-585-7953 for both Lin Lee and IIHH. Attached to the letter were transcripts bearing Wang's name, date of birth, social security number, and address, and showing that he attended HU from Fall 2005 through his graduation on April 15, 2007.

39. IIHH's corporate filings identify YQ WANG as a director.

40. I interviewed Lin Lee, a/k/a Ling Li, in September 2011. Li stated that she worked as the dean of admissions for UEWM in 2007, and that J WANG was her supervisor. Li said she had never heard of IIHH, never worked for IIHH, and does not know David Wang. Li said she has never used the name Lin Lee, but confirmed that the signature resembled hers and that the contact number was that of her personal cellular phone. I have subpoenaed records for this phone number, which confirm that it was subscribed to by Ling Li in 2007.

41. I have not yet located or interviewed David Wang.

(c) <u>Vital Care Biosystem Employment Letter</u>

42. On February 14, 2008, SEVP received a letter from Vital Core, signed by "JingGang Tang, Manager," stating: "Shane Guan graduated from HU on April 15th 2007. Shane Guan has been demonstrating outstanding performance from the beginning of his employment due to his knowledge and competent qualifications in the field marketing after completing his training at HU." Attached to the letter were HU transcripts for Guan bearing his name, date of birth, social security number, and address, and showing that he attended HU from Fall 2005 through his graduation on April 15, 2007.

43. Vital Core's corporate fillings identify J Wang as its Chief Executive Officer.

44. I interviewed JingGang Tang in September 2011. Tang confirmed that he worked for Vital Core and that J WANG was his supervisor. Tang advised that J WANG wrote the entire letter, telling him that it was to be used as a reference letter for a friend looking for a job. Tang admitted that he signed the letter without reading it because he felt pressured by his supervisor. He said that he did not know Guan, and that Guan never worked for him.

45. I also interviewed Guan in September 2011. Guan confirmed the biographical data on the transcripts but stated that he never heard of Vital Core and never worked there. Guan advised that he did not recall ever attending or graduating from HU, but said he was currently attending and pursuing a degree at UEWM, which he knows to be co-located with HU.

(d) <u>ACCHS Accreditation Letter</u>

46. The Academy of Chinese Culture and Health Sciences ("ACCHS") is a school offering courses in traditional Chinese medicine, located in Oakland, California. ACCHS is accredited by the Accreditation Commission from Acupuncture and Oriental Medicine. On February 14, 2008, SEVP received a letter signed by "Andres Bella, Director of Institutional

Relations" of ACCHS. The letter stated that "in summer of 2007, Ms Li Ling was admitted and enrolled at ACCHS ... from HU. Upon this student's matriculation into our program we awarded her transfer credit for the coursework completed at HU. ACCHS unconditionally accepts and has accepted credit from HU."

47. I interviewed Andres Bella in September of 2011. Bella denied having written or signed the letter, stating that he would not provide such a letter because he knows that HU is not accredited. Bella further stated that he does not know a Li Ling, and was not aware of her having transferred into or otherwise attended ACCHS.

48. I believe that Li Ling may refer to Ling Li, UEWM's dean of admissions. Li stated in her September 2011 interview that she never took courses at HU, and never transferred to or attended ACCHS.

    (e)    UEWM Accreditation Letter

49. On February 14, 2008, SEVP received another letter from UEWM, signed "Chengguang Shi, Academic Dean"; Chengguang Shi is also known as Alex Shi, the signatory on UEWM's employment letter. This letter stated: "UEWM is accredited by the Accreditation Commission from Acupuncture and Oriental Medicine.... In summer 2007, Ms Su Tong was admitted and enrolled at UEWM in the Master of Science program as a transfer student from HU. Upon this students matriculation into our program we awarded her transfer credit for the coursework completed at HU. UEWM unconditionally accepts and has accepted credit from HU." Su TONG is YQ WANG's wife, J WANG's mother, and co-owner of HU and UEWM.

50. Shi stated in his September 2011 interview that, as academic dean of UEWM, TONG was one of his supervisors. As with the UEWM employment letter, Shi did not recall signing the accreditation letter, but knew he signed many documents without reading them first.