AO 93 (Rev. 12/09) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
Northern District of California

In the Matter of the Search of )
)
Administrative Offices of Herguan University and ) Case No. 12-70860 PSG
the University of East-West Medicine, located at )
595 Lawrence Expressway, Sunnyvale, California )
)



## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location):*
Administrative Offices of Herguan University and the University of East-West Medicine, located at 595 Lawrence Expressway, Sunnyvale, California, as described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Evidence, fruits, and/or instrumentalities of violations of 18 U.S.C. §§ 2; 371; 1001(a)(3); 1028A; 1030(a)(3); 1546(a), as described in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    8-13-12
                                                           *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Paul S. Grewal
_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                               ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  7-31-12 ; 3 pm         p.e.s. /s/
                                                  Judge's signature

City and state:  San Jose, CA                 U.S. Magistrate Judge Paul S. Grewal
                                                  *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

ATTACHMENT A

ADMINISTRATIVE OFFICES OF HERGUAN UNIVERSITY AND THE UNIVERSITY OF EAST-WEST MEDICINE LOCATED AT 595 LAWRENCE EXPRESSWAY, SUNNYVALE, CALIFORNIA



595 Lawrence Expressway is a two-story commercial structure located at the intersection of Lawrence Expressway and Oakmead Parkway in Sunnyvale, CA. Located inside are classrooms and the offices of Herguan University and University of East West Medicine. The offices include a registrar office, finance office, and offices of Jerry WANG, Ying WANG, and Su TONG. The numbers "595" appear on the Northeast top corners of the building. A large sign reading "Herguan University" is located above the front entrance of the building on the top east side. A sign reading "University of East West Medicine" is located on the top north side of the building, and a sign reading "Medical Center University of E W Medicine" is located on the top west side of the building. The front entrance is located under the "Herguan University" sign. A rear door is located below the "Medical Center University of E W Medicine" sign. Numerous side doors are located on both the north and south sides.

## ATTACHMENT B

### ITEMS TO BE SEIZED

All items and records which constitute evidence, fruits, or instrumentalities of violations of 18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1030(a)(3) (Unauthorized Access to a Government Computer); 18 U.S.C. § 1001(a)(3) (Use of False Documents); 18 U.S.C. § 1028A (Aggravated Identity Theft); and 18 U.S.C. § 2 (Aiding and Abetting) as identified below.

As used in this Attachment, the term "records" includes all of the items described in whatever form and by whatever means they may have been created and/or stored. This includes any handmade, photographic, mechanical, electrical, electronic, paper, digital, and/or magnetic forms. It also includes items in the form of computer hardware, software, documentation, passwords, e-mail, and/or data security devices.

The items and records to be seized from the SUBJECT PREMISES (described in Attachment A) include:

1. Records related the acquisition and maintenance of foreign student ("F-1") status for current and former foreign HERGUAN UNIVERSITY (HGU) and UNIVERSITY OF EAST-WEST MEDICINE (UEWM) students and applicants for the period between July 6, 2007, and the present, including visa applications, Forms I-20, Student an Exchange Visitor Information System (SEVIS) manuals and printouts, admissions applications and supporting documents, letters of acceptance/denial, supporting financial records, records of tuition and fee payments, attendance records, transcripts, diplomas, and records of any courses currently and previously held;

2. Records related to HGU and UEWM's authorization to admit foreign nationals, including Forms I-17 and I-17A, and all supplemental documentation in support of those applications, including transfer letters, articulation agreements, employment letters, employment and academic records related to individuals named in such documents, payments related to the acquisition of transfer letters or articulation agreements, and correspondence related to the acquisition and filing of such documents;

3. Applications, attendance sheets, and transcripts for Candace Zheng, Shane Guan, and David Wang.

4. Travel records related to Jerry WANG, Su Tong, and Ying Wang for the period between February 14, 2008, and the present, including passports, visas, airline tickets, boarding passes, and airline ticket receipts;

5. Address books, telephone lists and directories, and telephone records for Jerry WANG, Su Tong, and Ying Wang, between July 6, 2007, and the present;

6. Financial records related to HGU, UEWM, Vital Core Biosystems, Inc.; International Institutes for Health and Healing; Jerry WANG, Su Tong, and Ying Wang, for the period between July 6, 2007, and the present, including but not limited to tax records, investment account records, bank account records, account applications, account statements, signature cards, withdrawal slips, debit and credit memos, checkbooks, deposit slips, canceled checks, client checks, cashier's checks, financial statements, wire transfer records, wiring instructions, loan records, and credit reports;

7. Title, deed, escrow, lease, or other records for property purchased or leased by Jerry WANG, Su Tong, Ying Wang, HGU, or UEWM, for the period between February 14, 2008, and the present;

8. Money orders, personal checks, cashier's checks, credit card receipts, and other receipts relating to or constituting proceeds from the production or filing of fraudulent visa applications or visa-related forms, or relating to or constituting payments from foreign nationals for the maintenance of immigration status, for the period between February 14, 2008, and the present;

9. Items, documents, and effects showing residency and/or dominion and control of the place to be searched, including but not limited to keys, receipts, bills, canceled checks, mail envelopes, rental agreements, telephone records and bills, utility bills, and internet/cable provider statements for the period between July 6, 2007, and the present;

10. Computer equipment and/or storage devices used to create or store the items, data, or records referenced in the paragraphs of this Attachment, pursuant to the protocol set forth in Attachment C; and

11. Passwords, password files, test keys, encryption codes, operating manuals, and other information necessary to access the computer equipment, storage devices or data, as limited by Attachment C.