UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 5 mins**

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge: Edward J. Davila** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:  January 7, 2013** | **Court Reporter: Irene Rodriguez** |
| **Case No.: CR-12-00581-EJD** | **U.S. Probation Officer: N/A** |
| **Related Case Nos.: N/A** | **U.S. Pretrial Services Officer: N/A** |
| | **Interpreter:   N/A** |

## CASE TITLE

USA v.  Jerry Wang (NC)(P)

## APPEARANCES

**Attorney(s) for Government**: Hartley West
**Attorney(s) for Defendant(s)**: James McManis, Tyler Atkinson

## PROCEEDINGS

1. Substitution of Counsel
2. Status Hearing re pending Motions

## ORDER AFTER HEARING

Hearing held.  The defendant consented to the substitution of counsel of record.  Stephen Shaiken is terminated as counsel of record and James McManis and Tyler Atkinson of McManis and Faulkner are retained as attorneys of record.  The Court continued the matter to April 15, 2013 at 1:30 PM for further status hearing and resetting the pending Motions to Dismiss and Suppress for hearing.  Time is excluded from January 7, 2013 through April 15, 2013 for effective preparation of counsel.

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**