UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 2 mins

## CRIMINAL MINUTES

Judge: Edward J. Davila
Date: April 15, 2013
Case No.: CR-12-00581-EJD
Related Case Nos.: N/A

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Irene Rodriguez
U.S. Probation Officer: N/A
U.S. Pretrial Services Officer: N/A
Interpreter: N/A

## CASE TITLE

USA v. Jerry Wang (NC)(P)

## APPEARANCES

**Attorney(s) for Government**: Grant Fondo for Hartley West
**Attorney(s) for Defendant(s)**: Tyler Atkinson

## PROCEEDINGS

Status Hearing

## ORDER AFTER HEARING

Hearing held. The Court continued the matter to May 6, 2013 at 1:30 PM Further Status Hearing. Time excluded from April 15, 2013 through May 6, 2013 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: