| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 03/2013) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>Please read instructions on next page. ||| COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|---|
| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS || 4. TODAY'S DATE |
| 4. MAILING ADDRESS: | 5. CASE NAME ||| 6. CASE NUMBER |
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ❒ FTR | 8. THIS TRANSCRIPT ORDER IS FOR:<br>❒ APPEAL   ❒ CRIMINAL   ❒ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>❒ NON-APPEAL   ❒ CIVIL   ■ CJA: Do not use this form; use Form CJA24 ||||

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) |||| b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* ||||| c. DELIVERY TYPE (Choose one per line) |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ |  |  |  |  |  |  |

10. ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

| 11. SIGNATURE | 12. DATE |
|---|---|
|  |  |

| DISTRIBUTION: | ❒ COURT COPY | ❒ TRANSCRIPTION COPY | ❒ ORDER RECEIPT | ❒ ORDER COPY |
|---|---|---|---|---|