JAMES McMANIS (40958)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JERRY WANG,<br><br>　　　　Defendant. | Case No. CR 12-581 EJD<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER RE: TRAVEL** |

　　　Defendant JERRY WANG requests an order that he may travel to the State of Hawaii on April 29, 2013, to May 2, 2013. This would be Mr. Wang's first trip out of the state while on probation.

　　　The parties were unable to stipulate to the proposed travel. A copy of the meet and confer email efforts is provided as Exhibit A to the accompanying declaration.

　　　Counsel for defendant has contacted the U.S. Pretrial Services Officer assigned to Mr. Wang's case, LaDreena Walton. Officer Walton stated that she has no objection to the requested

order.  (Atkinson Declaration, ¶ 3.)

                                                                     Respectfully submitted,

DATED:  April 25, 2013                    McMANIS FAULKNER

                                                                     /s/ Tyler Atkinson
                                                                     JAMES McMANIS
                                                                      TYLER ATKINSON

                                                                      Attorneys for Defendant
                                                                      JERRY WANG

IT IS SO ORDERED.


DATED:_____                                    
                                                                      EDWARD J. DAVILA
                                                                      United States District Judge

MOTION AND [PROPOSED] ORDER RE: TRAVEL; Case No. CR 12-581 EJD