JAMES McMANIS (40958)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>JERRY WANG,<br><br>             Defendant. | Case No. CR 12-581 EJD<br><br>**DECLARATION OF TYLER ATKINSON IN SUPPORT OF ADMINISTRATIVE MOTION RE: TRAVEL** |

I, Tyler Atkinson, declare:

   1.   I am an attorney at law duly licensed to practice before the United States District Court for the Northern District of California.  I am an associate attorney at McManis Faulkner, attorneys of record for defendant, Jerry Wang.  This declaration is based upon my own personal knowledge, except where explicitly provided on information and belief.  If called as a witness to testify to the matters asserted herein, I could testify competently.

   2.   On April 23, 2013, I emailed A.U.S.A. Hartley West to ask if plaintiff would stipulate to permit Mr. Wang to travel between April 29 and May 2, 2013.  We exchanged four (4) emails over the subject.  Attached hereto as Exhibit A is a true and correct copy of the email chain.

1
DECLARATION OF TYLER ATKINSON; Case No. CR 12-581 EJD

3.	On April 25, 2013, I called Officer LaDreena Walton, who supervises Mr. Wang while he is on bail. On this call, Officer Walton informed me that she has no objection to the proposed travel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 25, 2013.

        /s/  Tyler Atkinson
TYLER ATKINSON

DECLARATION OF TYLER ATKINSON; Case No. CR 12-581 EJD