# Atkinson, Tyler

**From:** West, Hartley (USACAN) [Hartley.West@usdoj.gov]
**Sent:** Wednesday, April 24, 2013 2:51 PM
**To:** Atkinson, Tyler
**Cc:** Van Norman, Susan
**Subject:** RE: Wang - proposed stip

I do understand that he has been under considerable stress. However, I will not agree to travel outside of the district for leisure purposes. Mr. Wang faces serious charges and significant jail time, which I am sure is a great source of his stress, and I am not confident that he and his family would choose to return to the district.
Hartley

**From:** Atkinson, Tyler [mailto:tatkinson@mcmanislaw.com]
**Sent:** Wednesday, April 24, 2013 2:46 PM
**To:** West, Hartley (USACAN)
**Cc:** Van Norman, Susan
**Subject:** RE: Wang - proposed stip

The purpose of the travel would be vacation with family. Needless to say, he has been under considerable stress.

Best,
Tyler

**From:** West, Hartley (USACAN) [mailto:Hartley.West@usdoj.gov]
**Sent:** Wednesday, April 24, 2013 1:40 PM
**To:** Atkinson, Tyler
**Cc:** Van Norman, Susan
**Subject:** RE: Wang - proposed stip

Tyler, can you please tell me what the purpose of the travel is?

**From:** Atkinson, Tyler [mailto:tatkinson@mcmanislaw.com]
**Sent:** Tuesday, April 23, 2013 7:21 PM
**To:** West, Hartley (USACAN)
**Cc:** Van Norman, Susan
**Subject:** Wang - proposed stip

Hartley, would you agree to the attached stipulation to permit Jerry to take a four-day trip to Hawaii? If so, we will file immediately. If the Court approves the trip, below is Jerry's flight schedule.

Thanks,
Tyler

| Flight | Date | Depart | Arrive | Class/Route |
|---|---|---|---|---|
| HA45 | Monday, April 29, 2013 | San Jose, CA (SJC) 08:00 AM | Maui - Kahului, HI (OGG) 10:20 AM | Coach/Nonstop |

1

| | | | |
|---|---|---|---|
| HA46 | Thursday, May 2, 2013 | Maui - Kahului, HI (OGG) 12:00 PM | San Jose, CA (SJC) 08:05 PM Coach/Nonstop |

TYLER ATKINSON
McMANIS FAULKNER
Fairmont Plaza - 10th Floor
50 West San Fernando Street
San Jose, CA 95113
408.279.8700 Telephone
408.279.3244 Facsimile
www.mcmanislaw.com

McManis Faulkner

This email contains confidential information that may be privileged. Unless you are the addressee named above, you may not copy, use, or distribute it. If you have received it in error, please contact the sender by reply email and delete all copies. Thank you.