MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0581 EJD |
| ) | |
| Plaintiff, ) | UNITED STATES' OBJECTION TO |
| ) | DEFENDANT'S MOTION FOR TRAVEL |
| v. ) | |
| ) | |
| JERRY WANG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     The United States objects to defendant Jerry Wang's motion for travel to Hawaii.  As set forth in the emails attached to defendant's motion, the sole purpose of the trip is vacation.  There is no business, medical, or family need for the travel.

     Defendant has been charged in a fifteen-count Indictment.  He faces an advisory Sentencing Guidelines range of 51-63 months, *plus* a mandatory consecutive two year sentence for aggravated identity theft.  These are serious charges with hefty penalties.

     A critical factor in defendant's release pending trial was his family ties; he has a very young child with his wife.  Notwithstanding his compliance with pretrial release conditions thus far, the government believes that allowing defendant to travel to Hawaii with his wife and child

presents too great a risk of flight.

DATED: April 25, 2013                    Respectfully submitted,

                                                             MELINDA HAAG
                                                             United States Attorney

                                                             _____/s/_____
                                                             HARTLEY M. K. WEST
                                                             Assistant United States Attorney