1  JAMES McMANIS (40958)
   TYLER ATKINSON (257997)
2  McMANIS FAULKNER
   A Professional Corporation
3  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
4  Telephone:    (408) 279-8700
   Facsimile:    (408) 279-3244
5  Email: tatkinson@mcmanislaw.com

6  Attorneys for Defendant
   JERRY WANG
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,           Case No. CR 12-581 EJD

13         Plaintiff,
                                       **ADMINISTRATIVE MOTION AND**
14     vs.                             **[PROPOSED] ORDER RE: TRAVEL**

15 JERRY WANG,

16         Defendant.

17

18

19

20

21     Defendant JERRY WANG requests an order that he may travel to the State of Hawaii on

22 April 29, 2013, to May 2, 2013.  This would be Mr. Wang's first trip out of the state while on

23 probation.

24
       The parties were unable to stipulate to the proposed travel.  A copy of the meet and
25
   confer email efforts is provided as Exhibit A to the accompanying declaration.
26

27     Counsel for defendant has contacted the U.S. Pretrial Services Officer assigned to Mr.

28 Wang's case, LaDreena Walton.  Officer Walton stated that she has no objection to the requested

                                           1
MOTION AND [PROPOSED] ORDER RE: TRAVEL; Case No. CR 12-581 EJD

1 | order.  (Atkinson Declaration, ¶ 3.)

Respectfully submitted,

DATED:  April 25, 2013       McMANIS FAULKNER

/s/ Tyler Atkinson
JAMES McMANIS
TYLER ATKINSON

Attorneys for Defendant
JERRY WANG

The Motion for an order allowing travel to Hawaii is DENIED.

IT IS SO ORDERED.

DATED: April 26, 2013

EDWARD J. DAVILA
United States District Judge

2
MOTION AND [PROPOSED] ORDER RE: TRAVEL; Case No. CR 12-581 EJD