```
           UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION


UNITED STATES OF AMERICA,

          PLAINTIFF,          CASE NO.  CR-12-0581-EJD

   VS.                        SAN JOSE, CALIFORNIA

JERRY WANG,                   APRIL 15, 2013

          DEFENDANT.          PAGES 1 - 3
```

                    TRANSCRIPT OF TRIAL
           BEFORE THE HONORABLE EDWARD J. DAVILA
            UNITED STATES DISTRICT JUDGE AND A JURY


                    A-P-P-E-A-R-A-N-C-E-S


    FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY
                          BY:   GRANT FONDO
                          150 ALMADEN BOULEVARD, SUITE 900
                          SAN JOSE, CALIFORNIA 95113


    FOR THE DEFENDANTS:   MCMANIS FAULKNER
                          BY:   TYLER ATKINSON
                          50 W. SAN FERNANDO STREET, 10TH FLOOR
                          SAN JOSE, CALIFORNIA 95113


    OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074


         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.

```
 1      SAN JOSE, CALIFORNIA                          APRIL 15, 2013
 2                       P R O C E E D I N G S
 3          (COURT CONVENED.)
 4             THE CLERK:  CALLING CASE NUMBER 12-581, UNITED
 5   STATES VERSUS JERRY WANG.
 6             MR. FONDO:  GOOD AFTERNOON, YOUR HONOR.  GRANT FONDO
 7   FOR THE UNITED STATES STANDING IN FOR HARTLEY WEST.
 8             THE COURT:  THANK YOU.  GOOD AFTERNOON.
 9             MR. ATKINSON:  GOOD AFTERNOON, YOUR HONOR.  TYLER
10   ATKINSON WITH MCMANIS FAULKNER HERE ON BEHALF OF JERRY WANG AND
11   NEXT TO ME HERE IS THE DEFENDANT JERRY WANG.
12             THE COURT:  ALL RIGHT.  THANK YOU.  GOOD AFTERNOON.
13             MR. ATKINSON:  YOUR HONOR, THE PARTIES HAVE
14   STIPULATED TO CONTINUE THIS TO A FURTHER CASE MANAGEMENT OR
15   CASE STATUS CONFERENCE TO MAY 6TH, 2013, IF THE COURT APPROVES.
16             MR. FONDO:  THAT'S CORRECT, YOUR HONOR, THE
17   GOVERNMENT IS FINE WITH THAT DATE.
18             THE COURT:  OKAY.  IS THAT -- I'M HAPPY TO DO THAT.
19             MR. FONDO:  LET ME GIVE A LITTLE MORE BACKGROUND:
20   ONE, CONTINUITY OF COUNSEL, BECAUSE DEFENSE COUNSEL IS
21   UNAVAILABLE, AND IN ADDITION I THINK THERE'S ADDITIONAL
22   DISCOVERY, IF MY NOT MISTAKEN, THAT COUNSEL IS EVALUATING.
23             MR. ATKINSON:  AND PRIMARILY IT'S THE LEAD ATTORNEY
24   ON SHORT NOTICE HAD TO GO TO NEW YORK, AND SO HE'S NOT
25   AVAILABLE TODAY.
```

1    THE COURT: OH, OKAY. SO IT'S THAT AS OPPOSED TO
2    MORE TIME TO LOOK AT SOME EVIDENCE OR SOMETHING? I MEAN, I
3    COULD CONTINUE THIS BEYOND MAY 6TH, I GUESS IS WHAT I'M LOOKING
4    AT.
5    MR. FONDO: I DON'T THINK THAT'S NECESSARY, YOUR
6    HONOR.
7    MR. ATKINSON: AT THIS TIME THAT'S NOT NECESSARY,
8    YOUR HONOR.
9    THE COURT: OKAY. MS. GARCIA, CAN WE ACCOMMODATE
10   THIS?
11   THE CLERK: YES.
12   THE COURT: WE'LL CONTINUE THIS TO MAY 6TH, MAY 6TH,
13   AT 1:30, AND I'LL EXCLUDE TIME TO ALLOW FOR EFFECTIVE
14   PREPARATION AND CONTINUITY OF COUNSEL. TIME IS EXCLUDED.
15   THANK YOU.
16   MR. FONDO: THANK YOU, YOUR HONOR.
17   THE DEFENDANT: THANK YOU, YOUR HONOR.
18   THE COURT: WE'LL SEE YOU THEN.
19       (COURT CONCLUDED AT 2:01 P.M.)
20
21
22
23
24
25

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*
_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

DATED: APRIL 30, 2013