UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 10 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** May 6, 2013 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-12-00581-EJD | **U.S. Probation Officer:** N/A |
| **Related Case Nos.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** N/A |

### CASE TITLE

USA v. Jerry Wang (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: Hartley West
**Attorney(s) for Defendant(s)**: Matthew Schechter for James McManis, Tyler Atkinson

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing held. Defendant present and not in custody for proceedings. The Court continued the matter to August 9, 2013 at 1:30 PM for an Anticipated Motion Hearing. Time is excluded from May 6, 2013 through August 9, 2013 for effective preparation of counsel.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter