JAMES McMANIS (40958)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        vs.<br><br>JERRY WANG,<br><br>             Defendant. | Case No. CR 12-581 EJD<br><br>**MOTION FOR TRAVEL PERMISSION; [PROPOSED] ORDER** |

TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:

PLEASE TAKE NOTICE THAT defendant JERRY WANG requests an order that he may travel outside of the Northern District of California.  Defendant seeks permission to travel to Southern California between May 17 and May 20, 2013.

The parties have met and conferred and have agreed to the proposed travel.

/ / /

/ / /

/ / /

1

MOTION FOR TRAVEL PERMISSION; [PROPOSED] ORDER; Case No. CR 12-581 EJD

Counsel for defendant has contacted the U.S. Pretrial Services Officer assigned to defendant's case, LaDreena Walton. Counsel for defendant reports that Officer Walton stated she has no objection to the requested order.

Respectfully submitted,

DATED: May 14, 2013     McMANIS FAULKNER

/s/ Tyler Atkinson
JAMES McMANIS
TYLER ATKINSON

Attorneys for Defendant
JERRY WANG

DATED: May 14, 2013     MELINDA HAAG

United States Attorney

/s/ Hartley West
HARTLEY M. K. WEST
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____     _____
EDWARD J. DAVILA
United States District Judge