JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        vs.<br><br>JERRY WANG,<br><br>             Defendant. | Case No. 12-CR-00581 (EJD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR BILL OF PARTICULARS**<br><br>Date:          August 9, 2013<br>Time:         1:30 p.m.<br>Courtroom: 4, 5th Floor<br>Judge:        Hon. Edward J. Davila |
|---|---|

The motion of defendant, Jerry Wang ("defendant"), for a Bill of Particulars came on regularly for hearing on Friday, August 9, 2013 at 1:30 p.m. in Courtroom 4, 5th Floor, before the Honorable Edward J. Davila.  The United States and defendant appeared through their respective counsel of record.  Having read and considered the supporting and opposing points and authorities, and heard and considered the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

Defendant's Motion for a Bill of Particulars is GRANTED.

///

///

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR BILL OF PARTICULARS;
Case No. 12-CR-00581 (EJD)

IT IS FURTHER ORDERED THAT, within ten (10) days of this order, the government shall provide defendant a Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure that will:

a) Name the persons, other than defendant, who are referred to as "and others" in the indictment who are alleged to be co-conspirators and whose names are known;

b) Specify the substance of, parties to, date of, and place of, the alleged oral fraudulent statements, representations, or promises, and various conspiratorial agreements referred to in the Indictment;

c) Set out copies or the verbatim text of any written and allegedly false statements, representations, promises, and conspiratorial agreements;

d) Specify the substance of alleged concealments by defendant;

e) Set out copies or the verbatim text and date of letters that the Indictment alleges were unlawfully communicated to SEVP;

f) Set out the substance of, parties to, date of, and place of the wire communications that the Indictment alleges were transmitted or caused to be transmitted by the defendants, and any details as to the government's monitoring of those transmissions;

g) Set out the dates, places, and particulars concerning each alleged overt act alleged in the Indictment;

h) Provide copies or verbatim texts of the items the Indictment states were provided by defendant;

i) Specify the identities of the documents allegedly forged, including who forged them and when;

j) Specify which Herguan employee was allegedly caused by defendant to access defendant's SEVIS account, as alleged in Count One;

k) Identify the Herguan students, identified in paragraph 13 of the Indictment, who allegedly paid defendant in exchange for maintaining active F-1 status;

l)  Identify which transfer letter is alleged in paragraph 15 (c) of the Indictment to be false;

m) Identify the Herguan employee alleged in paragraph 15 (f) who was purportedly given instructions to access SEVIS;

n) Identify the "false claim and statement" alleged in paragraph 17 of the Indictment; and

o) Name the individuals listed by their initials in paragraph 17 of the Indictment.

Dated: _____, 2013

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA