JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JERRY WANG,<br><br>            Defendant. | Case No. 12-CR-00581 (EJD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF EXCULPATORY EVIDENCE**<br><br>Date:         August 9, 2013<br>Time:        1:30 p.m.<br>Courtroom: 4, 5th Floor<br>Judge:       Hon. Edward J. Davila |

The motion of defendant, Jerry Wang ("defendant"), to Compel Disclosure of Exculpatory Evidence came on regularly for hearing on Friday, August 9, 2013 at 1:30 p.m. in Courtroom 4, 5th Floor, before the Honorable Edward J. Davila. The United States and defendant appeared through their respective counsel of record. Having read and considered the supporting and opposing points and authorities, and heard and considered the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

Defendant's Motion to Compel Disclosure of Exculpatory Evidence is GRANTED.

///

///

IT IS FURTHER ORDERED THAT, to the extent that it is available to the government, the government shall produce the following exculpatory and impeachment material to defendant within ten (10) days of this order:

1. The name and address of every person that the government has interviewed in connection with this case, that possesses information relevant to the issue of the defendant's guilt or innocence, and whom the government does not intend to call as a witness at trial.

2. Any written statements, transcripts, recordings, summaries, or notes of oral statements given by any person described in Request No. 1, above.  This includes any handwriting exemplars provided or obtained by the government.

3. Documents or tangible evidence bearing on the guilt or innocence of the defendant, on the credibility of any witness, or on the reliability of any document or tangible evidence.

4. The name, address, and telephone number of any person who has received or benefitted from any payment or grant or promise of immunity or other favorable consideration, direct or indirect, from the government in connection with the investigation or prosecution of this case.

5. Copies of or permission for the defense to inspect and copy any document in the possession of the government that authorizes, approves, implements, or evidences a payment, promise, or grant described in Request No. 4, above.

6. Any documents or discs created for this case and bates numbered JW 006 through JW 011.

7. Any Report of Investigation for this case and numbered 25-26 and 28 or above.

Dated: _____, 2013      _____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF EXCULPATORY EVIDENCE; Case No. 12-CR-00581 (EJD)