JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JERRY WANG,<br><br>    Defendant. | Case No. 12-CR-00581 (EJD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR IMMEDIATE DISCLOSURE OF FAVORABLE EVIDENCE**<br><br>Date:         August 9, 2013<br>Time:         1:30 p.m.<br>Courtroom:  4, 5th Floor<br>Judge:        Hon. Edward J. Davila |

The motion of defendant, Jerry Wang ("defendant"), for Immediate Disclosure of Favorable Evidence came on regularly for hearing on Friday, August 9, 2013 at 1:30 p.m. in Courtroom 4, 5th Floor, before the Honorable Edward J. Davila.  The United States and defendant appeared through their respective counsel of record.  Having read and considered the supporting and opposing points and authorities, and heard and considered the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

Defendant's Motion for Immediate Disclosure of Favorable Evidence is GRANTED.

///

///

1

IT IS FURTHER ORDERED THAT, within ten (10) days of this order, the government shall disclose to defendant any undisclosed evidence or information in its possession, custody, or control, the existence of which is known, or by the exercise of due diligence may become known, that is favorable to the defendant and is material to the issues of his guilt, innocence, or sentencing, or that bears on the credibility of a government witness, or that consists of documents or tangible objects that are material to the preparation of the defense or are intended for use by the government as evidence at trial.

Dated: _____, 2013

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA