JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>JERRY WANG,<br><br>           Defendant. | Case No. 12-CR-00581 (EJD)<br><br>**DECLARATION OF TYLER ATKINSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COUNTS TWO THROUGH SIX OF INDICTMENT**<br><br>Date:        August 9, 2013<br>Time:        1:30 p.m.<br>Courtroom: 4, 5th Floor<br>Judge:       Hon. Edward J. Davila |

I, Tyler Atkinson, declare:

1. I am an attorney at law licensed to practice before all courts of the State of California. I am an associate with McManis Faulkner, counsel of record for defendant, Jerry Wang ("defendant"), in the above-captioned matter. I have personal knowledge of the facts within and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Indictment against defendant, filed on July 24, 2012. The Indictment was unsealed pursuant to a court order issued on August 2, 2012. Attached hereto as **Exhibit B** is a true and correct copy of the order granting the motion to unseal the Indictment.

3. Attached hereto as **Exhibit C** is a true and correct copy of a Search and Seizure Warrant In the Matter of the Search of Administrative Offices of Herguan University and the University of East-West Medicine, located at 595 Lawrence Expressway, Sunnyvale, California (the "Warrant"), issued on July 31, 2012 by United States Magistrate Judge Paul S. Grewal, and filed in this matter on December 12, 2012 (Document No. 22). Attached to the Warrant is the Application for a Search Warrant and Affidavit in support.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: July 26, 2013                    /s/ Tyler Atkinson
                                        TYLER ATKINSON