JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 12-CR-00581 (EJD) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNTS TWO THROUGH SIX OF INDICTMENT** |
| vs. | |
| JERRY WANG, | Date:        August 9, 2013<br>Time:        1:30 p.m.<br>Courtroom: 4, 5th Floor<br>Judge:       Hon. Edward J. Davila |
| Defendant. | |

      The motion of defendant, Jerry Wang ("defendant"), to Dismiss Counts Two Through Six of the Indictment came on regularly for hearing on Friday, August 9, 2013 at 1:30 p.m. in Courtroom 4, 5th Floor, before the Honorable Edward J. Davila.  The United States and defendant appeared through their respective counsel of record.  Having read and considered the supporting and opposing points and authorities, and heard and considered the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

///

///

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNTS TWO THROUGH SIX OF INDICTMENT; Case No. 12-CR-00581 (EJD)

Defendant's Motion to Dismiss Counts Two, Three, Four, Five, and Six of the Indictment is GRANTED.

Dated: _____, 2013

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNTS TWO THROUGH SIX OF INDICTMENT; Case No. 12-CR-00581 (EJD)