JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:     (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY WANG,<br><br>Defendant. | Case No. 12-CR-00581 (EJD)<br><br>**DECLARATION OF TYLER ATKINSON IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (Warrant for Electronic Mail)**<br><br>Date:          August 9, 2013<br>Time:         1:30 p.m.<br>Courtroom: 4, 5th Floor<br>Judge:       Hon. Edward J. Davila |

I, Tyler Atkinson, declare:

1.  I am an attorney at law licensed to practice before all courts of the State of California. I am an associate with McManis Faulkner, counsel of record for defendant, Jerry Wang ("defendant"), in the above-captioned matter. I have personal knowledge of the facts within and, if called as a witness, I could and would competently testify thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of a Search and Seizure Warrant in the Matter of the Search of Google, Inc. email accounts: fei@herguanuniversity.org, fei@uewm.edu, Richard@ herguanuniversity.org, and Richard@uewm.edu; located at 1600 Amphitheater Parkway, Mountainview, CA 94043 (the "Warrant"), issued on January 24, 2012,

by United States Magistrate Judge Jacqueline S. Corley, and filed in this matter on December 12, 2012 (Document No. 21).  Attached to the Warrant is the Application for a Search Warrant and Affidavit in support.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: July 26, 2013　　　　　　　　　　　　　　　　/s/ Tyler Atkinson
　　　　　　　　　　　　　　　　　　　　　　　　　TYLER ATKINSON