JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 12-CR-00581 (EJD) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED PURSUANT TO SEARCH WARRANT FOR ELECTRONIC MAIL** |
| vs. | |
| JERRY WANG, | |
| Defendant. | Date:         August 9, 2013<br>Time:         1:30 p.m.<br>Courtroom:  4, 5th Floor<br>Judge:        Hon. Edward J. Davila |

The motion of defendant, Jerry Wang ("defendant"), to Suppress Evidence Obtained Pursuant to a Search Warrant for Electronic Mail came on regularly for hearing on Friday, August 9, 2013 at 1:30 p.m. in Courtroom 4, 5th Floor, before the Honorable Edward J. Davila. The United States and defendant appeared through their respective counsel of record.  Having read and considered the supporting and opposing points and authorities, and heard and considered the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

///

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS OBTAINED PURSUANT TO SEARCH WARRANT FOR ELECTRONIC MAIL; Case No. 12-CR-00581 (EJD)

Defendant's Motion to Suppress Evidence obtained directly or indirectly as a result of a search of the records of Google, Inc. email accounts relating to communications by defendant or to defendant, and papers and records of defendant is GRANTED.

IT IS FURTHER ORDERED THAT, the evidence seized as a result of the search is be suppressed, all evidence obtained as a result of the seized items is also suppressed, and the documents seized shall be returned to the original custodians.

Dated: _____, 2013          _____
                                        HONORABLE EDWARD J. DAVILA
                                        UNITED STATES DISTRICT JUDGE
                                        NORTHERN DISTRICT OF CALIFORNIA