JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 12-CR-00581 (EJD) |
|---|---|
| Plaintiff, | **DECLARATION OF TYLER ATKINSON IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** (Warrant for Premises Search of 8/02/12) |
| vs. | |
| JERRY WANG, | Date:  August 9, 2013<br>Time:  1:30 p.m.<br>Courtroom:  4, 5th Floor<br>Judge:  Hon. Edward J. Davila |
| Defendant. | |

I, Tyler Atkinson, declare:

1.    I am an attorney at law licensed to practice before all courts of the State of California.  I am an associate with McManis Faulkner, counsel of record for defendant, Jerry Wang ("defendant"), in the above-captioned matter.  I have personal knowledge of the facts within and, if called as a witness, I could and would competently testify thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of a Search and Seizure Warrant In the Matter of the Search of Administrative Offices of Herguan University and the University of East-West Medicine, located at 595 Lawrence Expressway, Sunnyvale, California (the "Warrant"), issued on July 31, 2012 by United States Magistrate Judge Paul S. Grewal, and

1

DECL. OF TYLER ATKINSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COUNTS TWO THROUGH SIX OF INDICTMENT; Case No. 12-CR-00581 (EJD)

filed in this matter on December 12, 2012 (Document No. 22).  Attached to the Warrant is the Application for a Search Warrant and Affidavit in support.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: July 26, 2013                                    /s/ Tyler Atkinson
                                                                    TYLER ATKINSON

---

2
DECL. OF TYLER ATKINSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COUNTS TWO THROUGH SIX OF INDICTMENT; Case No. 12-CR-00581 (EJD)