JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JERRY WANG,<br><br>    Defendant. | Case No. 12-CR-00581 (EJD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED PURSUANT TO WARRANT FOR PREMISES SEARCH**<br><br>Date:         August 9, 2013<br>Time:        1:30 p.m.<br>Courtroom: 4, 5th Floor<br>Judge:       Hon. Edward J. Davila |

The motion of defendant, Jerry Wang ("defendant"), to Suppress Evidence Obtained Pursuant to a Warrant for Premises Search came on regularly for hearing on Friday, August 9, 2013 at 1:30 p.m. in Courtroom 4, 5th Floor, before the Honorable Edward J. Davila.  The United States and defendant appeared through their respective counsel of record.  Having read and considered the supporting and opposing points and authorities, and heard and considered the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

Defendant's Motion to Suppress Evidence obtained as a result of a search of the premises of Herguan University and the University of East West Medicine, conducted on August 2, 2012, is GRANTED.

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS OBTAINED PURSUANT TO WARRANT FOR PREMISES SEARCH; Case No. 12-CR-00581 (EJD)

1  IT IS FURTHER ORDERED THAT, the evidence seized as a result of the search is be
2  suppressed, all evidence obtained as a result of the seized items is also suppressed, and the
3  documents seized shall be returned to the original custodians.
4
5
6  Dated: _____, 2013         _____
7                                          HONORABLE EDWARD J. DAVILA
                                            UNITED STATES DISTRICT JUDGE
8                                           NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28