MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERRY WANG, ) <br> ) <br>    Defendant. ) <br> _____ ) | No. CR 12-581 EJD <br><br> STIPULATED REQUEST TO CONTINUE MOTIONS HEARING DATE AND BRIEFING SCHEDULE, AND TO EXCLUDE TIME; [PROPOSED] ORDER |

    The parties stipulate and request to continue the motions hearing date to the Court's earliest available date after December 20, 2013, based on the unavailability of counsel for both sides as set forth below, and the need to effectively represent the United States and defendant Jerry Wang. The hearing is currently scheduled for September 13, 2013, having been moved by the Court from August 9, 2013.

///

///

///

///

STIP. TO CONTINUE MTNS. HRG. DATE & BRIEFING
SCHEDULE & TO EXCLUDE TIME; [PROPOSED] ORDER
CR 12-581 EJD

1    Government counsel, AUSA Hartley West, is scheduled to begin a two to three week
2 public corruption trial on August 19, 2013 (*United States v. Tanabe*, CR 11-941 CRB),
3 preparations for which are fully occupying counsel's time between now and the trial date.  On
4 September 30, 2013, counsel is scheduled to begin a three to four week trial on a thirty-five
5 count fraud indictment (*United States v. Su*, CR 11-288 SBA), for which she will be preparing
6 immediately following the *Tanabe* trial.  Upon concluding the *Su* trial, counsel must prepare for
7 a two week tax fraud trial scheduled to begin November 4, 2013 (*United States v. Nolan*, CR 12-
8 662 CRB).  Accordingly, counsel is unavailable to review the six motions filed by the defense
9 and to begin preparing the government's responses until after November 15, 2013.

10   Defense counsel has extensive unavailability during this time period as well.  Name
11 counsel Jim McManis will be in Asia from October 18 through November 25, 2013, while his
12 associate, Tyler Atkinson, will be out of the country for the middle of August.  Additionally, Mr.
13 McManis and Mr. Atkinson must prepare for a trial scheduled to begin before this Court on
14 December 2, 2013.  Defense counsel is unavailable to review the government's opposition briefs
15 and begin preparing their replies to the six motions until after the trial has concluded.

16   Therefore, to allow the government adequate time to respond to defendant's six motions
17 and to allow the defense adequate time to reply, the parties request that the motions hearing date
18 be continued to the Court's earliest available date after December 20, 2013, with reply briefs
19 filed by December 16, 2013, and opposition briefs filed by November 22, 2013.  In the event the
20 Court schedules the hearing date for January, the parties may stipulate to a different briefing
21 schedule, to give the parties more time to adequately prepare their filings.

22   The time between today and the hearing date is excluded under the Speedy Trial Act due
23 to the pendency of defendant's motions, filed July 26, 2013.  18 U.S.C. § 3161(h)(1)(D).  The
24 parties agree that this time is further excludable for continuity of counsel and effective
25 preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(1)(7)(A) and
26 (B)(iv).  The parties further agree that such an exclusion of time serves the ends of justice, and
27 / / /
28 / / /

STIP. TO CONTINUE MTNS. HRG. DATE & BRIEFING
SCHEDULE & TO EXCLUDE TIME; [PROPOSED] ORDER
CR 12-581 EJD                                                         2

that these ends outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: August 2, 2013   \_\_\_\_\_/s/_____
JAMES McMANIS
McMANIS FAULKNER
Counsel for Defendant Jerry Wang

DATED: August 2, 2013   MELINDA HAAG

\_\_\_\_\_/s/_____
HARTLEY M. K. WEST
Assistant U.S. Attorney

## **[PROPOSED] ORDER**

For good cause shown, the Court hereby orders that the motions hearing is continued to _____, 201\_\_, at \_\_\_:\_\_\_ a.m. / p.m. The government's opposition briefs shall be filed by November 22, 2013, and defendant's reply briefs shall be filed by December 16, 2013, unless the parties stipulate to an alternate briefing schedule.

The Court further orders, for good cause shown, that the time between August 2, 2013, and the hearing date, _____, 201\_\_, is excluded under the Speedy Trial Act due to the pendency of defendant's motions. 18 U.S.C. § 3161(h)(1)(D). Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude this time would unreasonably deny the parties continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: _____   _____
HON. EDWARD J. DAVILA
United States District Judge

STIP. TO CONTINUE MTNS. HRG. DATE & BRIEFING
SCHEDULE & TO EXCLUDE TIME; [PROPOSED] ORDER
CR 12-581 EJD                                          3