1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5    450 Golden Gate Ave., Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-7200
     Fax: (415) 436-7234
7    E-Mail: hartley.west@usdoj.gov

8  Attorneys for Plaintiff

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*
*8/6/2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-581 EJD |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE MOTIONS HEARING DATE AND BRIEFING SCHEDULE, AND TO EXCLUDE TIME; [PROPOSED] ORDER AS MODIFIED BY THE COURT |
| v. | |
| JERRY WANG, | |
| Defendant. | |

The parties stipulate and request to continue the motions hearing date to the Court's earliest available date after December 20, 2013, based on the unavailability of counsel for both sides as set forth below, and the need to effectively represent the United States and defendant Jerry Wang. The hearing is currently scheduled for September 13, 2013, having been moved by the Court from August 9, 2013.

/ / /

/ / /

/ / /

/ / /

STIP. TO CONTINUE MTNS. HRG. DATE & BRIEFING
SCHEDULE & TO EXCLUDE TIME; [PROPOSED] ORDER
CR 12-581 EJD

Government counsel, AUSA Hartley West, is scheduled to begin a two to three week public corruption trial on August 19, 2013 (*United States v. Tanabe*, CR 11-941 CRB), preparations for which are fully occupying counsel's time between now and the trial date. On September 30, 2013, counsel is scheduled to begin a three to four week trial on a thirty-five count fraud indictment (*United States v. Su*, CR 11-288 SBA), for which she will be preparing immediately following the *Tanabe* trial. Upon concluding the *Su* trial, counsel must prepare for a two week tax fraud trial scheduled to begin November 4, 2013 (*United States v. Nolan*, CR 12-662 CRB). Accordingly, counsel is unavailable to review the six motions filed by the defense and to begin preparing the government's responses until after November 15, 2013.

Defense counsel has extensive unavailability during this time period as well. Name counsel Jim McManis will be in Asia from October 18 through November 25, 2013, while his associate, Tyler Atkinson, will be out of the country for the middle of August. Additionally, Mr. McManis and Mr. Atkinson must prepare for a trial scheduled to begin before this Court on December 2, 2013. Defense counsel is unavailable to review the government's opposition briefs and begin preparing their replies to the six motions until after the trial has concluded.

Therefore, to allow the government adequate time to respond to defendant's six motions and to allow the defense adequate time to reply, the parties request that the motions hearing date be continued to the Court's earliest available date after December 20, 2013, with reply briefs filed by December 16, 2013, and opposition briefs filed by November 22, 2013. In the event the Court schedules the hearing date for January, the parties may stipulate to a different briefing schedule, to give the parties more time to adequately prepare their filings.

The time between today and the hearing date is excluded under the Speedy Trial Act due to the pendency of defendant's motions, filed July 26, 2013. 18 U.S.C. § 3161(h)(1)(D). The parties agree that this time is further excludable for continuity of counsel and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(1)(7)(A) and (B)(iv). The parties further agree that such an exclusion of time serves the ends of justice, and

///

///

STIP. TO CONTINUE MTNS. HRG. DATE & BRIEFING
SCHEDULE & TO EXCLUDE TIME; [PROPOSED] ORDER
CR 12-581 EJD                                   2

that these ends outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED:  August 2, 2013                              /s/
                                                    JAMES McMANIS
                                                    McMANIS FAULKNER
                                                    Counsel for Defendant Jerry Wang

DATED:  August 2, 2013                     MELINDA HAAG

                                                     /s/
                                                    HARTLEY M. K. WEST
                                                    Assistant U.S. Attorney

### [PROPOSED] ORDER AS MODIFIED BY THE COURT

For good cause shown, the Court hereby orders that the motions hearing is continued to ___December 13___, 201_3_, at _1_ : 30 ~~a.m.~~ / p.m. The government's opposition briefs shall be filed by November 15, 2013, and defendant's reply briefs shall be filed by December 2, 2013, unless the parties stipulate to an alternate briefing schedule.

The Court further orders, for good cause shown, that the time between August 2, 2013, and the hearing date, ___December 13___, 201_3_, is excluded under the Speedy Trial Act due to the pendency of defendant's motions. 18 U.S.C. § 3161(h)(1)(D). Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude this time would unreasonably deny the parties continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

DATED: __8/6/2013__                             _____
                                                HON. EDWARD J. DAVILA
                                                United States District Judge

STIP. TO CONTINUE MTNS. HRG. DATE & BRIEFING
SCHEDULE & TO EXCLUDE TIME; [PROPOSED] ORDER
CR 12-581 EJD                              3