JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     (408) 279-8700
Facsimile:      (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-581 EJD |
| Plaintiff, | |
| vs. | **MOTION FOR TRAVEL PERMISSION;** **[PROPOSED] ORDER** |
| JERRY WANG, | |
| Defendant. | |

TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:

PLEASE TAKE NOTICE THAT defendant JERRY WANG requests an order that he may travel outside of the Northern District of California.  Defendant seeks permission to travel to Las Vegas, Nevada between August 16 and August 20, 2013.

Counsel for defendant has contacted the Assistant United States Attorney assigned to defendant's case, Harley West.  Counsel for defendant reports that Ms. West represents that the United States does not oppose the request.

///

///

///

///

1    Counsel for defendant has also contacted the U.S. Pretrial Services Officer assigned to

2    defendant's case, LaDreena Walton.  Counsel for defendant reports that Officer Walton stated

3    she has no objection to the requested order.

4

5                                                    Respectfully submitted,

6

7    Dated:  August 14, 2013                         McMANIS FAULKNER

8

9                                                    _____/s/ Matthew Schechter_____

10                                                   JAMES McMANIS
                                                     MATTHEW SCHECHTER
11                                                   TYLER ATKINSON

12                                                   Attorneys for Defendant
                                                     JERRY WANG

13

14

15

16

17

18

19

20

21       **IT IS SO ORDERED.**

22

23

24   DATED:_____            _____
                                   EDWARD J. DAVILA
25                                 UNITED STATES DISTRICT JUDGE
                                   NORTHERN DISTRICT OF CALIFORNIA

26

27

28

MOTION FOR TRAVEL PERMISSION; [PROPOSED] ORDER; Case No. CR 12-581 EJD