JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email: tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

FILED

AUG 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY WANG,<br><br>Defendant. | Case No. CR 12-581 EJD<br><br>**MOTION FOR TRAVEL PERMISSION; [PROPOSED] ORDER** |

TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:

PLEASE TAKE NOTICE THAT defendant JERRY WANG requests an order that he may travel outside of the Northern District of California. Defendant seeks permission to travel to Las Vegas, Nevada between August 16 and August 20, 2013.

Counsel for defendant has contacted the Assistant United States Attorney assigned to defendant's case, Harley West. Counsel for defendant reports that Ms. West represents that the United States does not oppose the request.

///

///

///

///

1
MOTION FOR TRAVEL PERMISSION; [PROPOSED] ORDER; Case No. CR 12-581 EJD

1     Counsel for defendant has also contacted the U.S. Pretrial Services Officer assigned to
2 defendant's case, LaDreena Walton. Counsel for defendant reports that Officer Walton stated
3 she has no objection to the requested order.

4

5

6                                      Respectfully submitted,

7 Dated: August 14, 2013                 McMANIS FAULKNER

8

9                                        /s/ Matthew Schechter
10                                 JAMES McMANIS
                                  MATTHEW SCHECHTER
11                                 TYLER ATKINSON

12                                 Attorneys for Defendant
                                JERRY WANG
13

14

15

16

17

18

19

20

21 **IT IS SO ORDERED.**

22

23 DATED: **AUG 1 9 2013**

24                                ~~EDWARD J. DAVILA~~ / Magistrate
                                UNITED STATES ~~DISTRICT~~ JUDGE
25                                 NORTHERN DISTRICT OF CALIFORNIA
                                    **HOWARD R. LLOYD**
26

27

28

MOTION FOR TRAVEL PERMISSION; [PROPOSED] ORDER; Case No. CR 12-581 EJD