MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6747
  Fax: (415) 436-7234
  Hartley.West@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 12-0581 EJD |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANT'S MOTION TO COMPEL |
| v. | ) | DISCLOSURE OF EXCULPATORY EVIDENCE |
| | ) | AND MOTION FOR IMMEDIATE DISCLOSURE |
| JERRY WANG, | ) | OF FAVORABLE EVIDENCE |
| | ) | |
| Defendant. | ) | Date:  December 13, 2013 |
| | ) | Time: 1:30 p.m. |
| | ) | |

        The United States files this Response to defendant Jerry Wang's Motion to Compel Disclosure of

Exculpatory Evidence and Motion for Immediate Disclosure of Favorable Evidence.

        The government has produced summaries of all interviews to date, copies of or access to all

documentary and physical evidence seized or obtained in the case, Jencks statements, and more.  As it

has advised the defense, the U.S. Attorney's Office has requested all discoverable information from the

U.S. Department of Homeland Security, Student and Exchange Visitor Program, and will produce it

promptly upon receipt.  The government will also provide criminal history reports of all government

witnesses prior to trial.

        The only other discovery issue that remains outstanding is defendant's request for addresses of

everyone the government has interviewed.  The identities of all of these individuals are disclosed in the Reports of Interview, all of which have been provided.  The majority of these individuals are or were associated with Herguan University and/or University of East-West Medicine, for which defendant is the CEO, and thus the defendant likely has access to their contact information.  In the event that the defense is unable to locate individuals through normal investigative processes, the government will provide contact information pursuant to a protective order.  *See United States v. Sims*, 637 F.2d 625, 629 (9th Cir. 1980).

The United States has complied with all of its discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as well as under the Federal Rules of Criminal Procedure, and will continue to do so as additional evidence accrues.  The government asks the Court to remind the defense to do the same.

DATED: November 8, 2013                          Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

HARTLEY M. K. WEST
Assistant United States Attorney