JAMES McMANIS (40958)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JERRY WANG,<br><br>      Defendant. | Case No. CR 12-581 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING DATE** |

      To accommodate the Court's trial calendar, the parties stipulate to reschedule the pretrial hearing currently scheduled for December 13, 2013 at 1:30 pm, to January 24, 2014 at 1:30 pm.

      Counsel for defendant confirms Jerry Wang has approved of the new date.

      Furthermore, the parties stipulate to move the deadline for defendant's replies in support of the motions, currently due December 2, 2013, to December 16, 2013.

                                           Respectfully submitted,
                                           McMANIS FAULKNER

DATED:  11-19-13

                                           /s/ Tyler Atkinson
                                          JAMES McMANIS
                                          TYLER ATKINSON

                                          Attorneys for Defendant
                                          JERRY WANG

DATED:  11-20-13

MELINDA HAAG

United States Attorney

/s/ Hartley M. K. West

HARTLEY M. K. WEST
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/21/2013

EDWARD J. DAVILA
United States District Judge