UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME:** 1 hr, 45 mins

## CRIMINAL MINUTES

**Judge:** Edward J. Davila
**Date:**   January 24, 2014
**Case No.:** CR-12-00581 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

## CASE TITLE

USA v. Jerry Wang (NC)(P)

## APPEARANCES

**Attorney(s) for Government**: Hartley West
**Attorney(s) for Defendant(s)**: James McManis, Tyler Atkinson, Matthew Schecter

## PROCEEDINGS

1. Motion for Bill of Particulars (Doc. 39)
2. Motion to Compel (Doc. 41)
3. Motion for Disclosure (Doc. 43)
4. Motion to Dismiss (Doc. 45)
5. Motions to Suppress (Docs. 48, 51)

## ORDER AFTER HEARING

Hearing held. The Court heard argument on Defendant's Motions. The Court issued ruling on the record as to the Bill of Particulars, for the reasons stated on the record, the Court DENIED the motion. The Court submitted the remaining defendant's motions. The Court to issue written order following hearing. The Court SPECIALLY SET a Further Status Hearing on February 28, 2014 at 9:00 AM. Time is excluded from January 24, 2014 through February 28, 2014 for effective preparation of counsel.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original:** Efiled
**CC:**