UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME:   8 mins

CRIMINAL MINUTES

Judge: Edward J. Davila                    Courtroom Deputy: Martha Brown/Elizabeth Garcia
Date:   February 28, 2014                  Court Reporter: Irene Rodriguez
Case No.: CR-12-00581 EJD                  U.S. Probation Officer: N/A
Related Case No.: N/A                      U.S. Pretrial Services Officer: N/A
                                           Interpreter: N/A

CASE TITLE

USA v. Jerry Wang (NC)(P)

APPEARANCES

Attorney(s) for Government: Hartley West
Attorney(s) for Defendant(s): Matthew Schechter for James McManis

PROCEEDINGS

Status Hearing

ORDER AFTER HEARING

Hearing held. The Court set the following pretrial and trial dates:

1. Further Status Hearing set for April 7, 2014 at 1:30 PM
2. Jury selection set for July 14, 2014 at 9:00 AM – 12:00 PM
3. Jury Trial set for
   July 15, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   July 16, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   July 17, 2014 at 9:00 AM – 12:00 PM
   July 21, 2014 at 9:00 AM – 12:00 PM
   July 22, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   July 23, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   July 24, 2014 at 9:00 AM – 12:00 PM
   July 28, 2014 at 9:00 AM – 12:00 PM
   July 29, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   July 30, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   July 31, 2014 at 9:00 AM – 12:00 PM

Time excluded from February 28, 2014 through July 14, 2014 for effective preparation of counsel.

Elizabeth C. Garcia
P/NP: Present, Not Present                 Elizabeth C. Garcia
C/NC: Custody, Not in Custody              Courtroom Deputy
I: Interpreter                             Original: Efiled
                                           CC: SJ Jury