February 28, 2014

The Honorable Edward J. Davila
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

      Re:    *United States v. Wang*
             Case No.: CR-12-00581 EJD

Dear Judge Davila:

At this morning's appearance in the above-captioned matter, the Court set Mr. Wang's case for trial for the weeks of July 14, 21 and 28, 2014. As I told the Court, Mr. McManis is currently travelling, I did not have Mr. McManis' trial availability, and could not confirm that he would be available for trial at that time. Upon my return to the office, I spoke with Mr. McManis' assistant regarding his schedule and determined that Mr. McManis will be unavailable in July 2014 because of an out-of-state International Academy of Trial Lawyers ("IATL") meeting concerning the China Program. Mr. McManis is the head of the IATL's China Program.

Mr. McManis will be back in the office next week. At that time, I will check with him about his availability for trial and we will meet and confer with Ms. West to agree on another date.

Thank you.

Very truly yours,

McMANIS FAULKNER

MATTHEW SCHECHTER
MS/svn