```
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION


   UNITED STATES OF AMERICA,

              PLAINTIFF,              CASE NO.  CR-12-0581-EJD

      VS.                             SAN JOSE, CALIFORNIA

   JERRY WANG,                        FEBRUARY 28, 2014

              DEFENDANT.              PAGES 1 - 7




                     TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE


                      A-P-P-E-A-R-A-N-C-E-S


   FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY
                         BY:   HARTLEY WEST
                         450 GOLDEN GATE AVENUE
                         SAN FRANCISCO, CALIFORNIA 94102


   FOR THE DEFENDANT:    MCMANIS FAULKNER
                         BY:   MATTHEW SCHECHTER
                         50 W. SAN FERNANDO STREET
                         10TH FLOOR
                         SAN JOSE, CALIFORNIA 95113


   OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074


        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
   TRANSCRIPT PRODUCED WITH COMPUTER.
```

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                          FEBRUARY 28, 2014 |
| 2 | P R O C E E D I N G S |
| 3 | (COURT CONVENED AT 9:10 A.M.) |
| 4 | THE COURT:  GOOD MORNING. |
| 5 | THE CLERK:  CALLING CASE NUMBER CR-12-00581-EJD, |
| 6 | UNITED STATES VERSUS JERRY WANG. |
| 7 | MS. WEST:  GOOD MORNING, YOUR HONOR.  HARTLEY WEST |
| 8 | FOR THE UNITED STATES. |
| 9 | THE COURT:  THANK YOU, GOOD MORNING. |
| 10 | MR. SCHECHTER:  GOOD MORNING, YOUR HONOR.  MATTHEW |
| 11 | SCHECHTER ON BEHALF OF MR. WANG WHO IS PRESENT OUT OF CUSTODY. |
| 12 | THE COURT:  GOOD MORNING, SIR.  I THINK WE'RE ON TO |
| 13 | SET JURY TRIAL DATES.  ARE WE HERE TO DO THAT? |
| 14 | MS. WEST:  THAT'S CORRECT. |
| 15 | MR. SCHECHTER:  I WASN'T AWARE OF THAT, BUT I DID |
| 16 | GET I MESSAGE FROM MR. MCMANIS, WHO IS OUT OF STATE, WHO I |
| 17 | THINK SAW YOUR ORDER THAT YOU ISSUED JUST ON WEDNESDAY OF THIS |
| 18 | WEEK, AND I THINK HE HAD A CHANCE TO LOOK THROUGH THAT QUICKLY |
| 19 | AND WANTED ME TO ADVISE THE COURT THAT WE ARE GOING TO BE |
| 20 | CONSIDERING TAKING A WRIT AS TO THIS ORDER. |
| 21 | HE AND MR. ATKINSON ARE OUT OF STATE SO WE HAVEN'T HAD ANY |
| 22 | FORMAL DISCUSSIONS, BUT GIVEN THAT CONSIDERATION TO CONTINUE |
| 23 | THIS TO SEE IF WE'RE GOING TO MAKE THAT DECISION, AND, OF |
| 24 | COURSE, IF WE DO FILE A WRIT THAT WOULD AFFECT IN TERMS OF HOW |
| 25 | THIS CASE WOULD BE PROCEEDING. |

1         THE COURT: SURE.
2         MR. SCHECHTER: I HAVE NOT DISCUSSED THE DETAILS
3   WITH HIM. HE REALLY SHOT ME AN E-MAIL SAYING WE'RE THINKING OF
4   CONSIDERING TAKING A WRIT AS TO THE ORDER AND CONTINUING THE
5   CASE ACCORDINGLY.
6         THE COURT: OF COURSE. WELL, WHAT I WANTED TO DO IS
7   SECURE TRIAL DATES FOR YOU BEFORE THEY'RE CONSUMED BY OTHER
8   CASES.
9      AND WHAT I HAVE OFFERED, AND I HAVE LOOKED AT OUR
10  CALENDAR, AND IT LOOKS LIKE WE HAVE AN OPPORTUNITY TO SET THIS
11  FOR TRIAL JULY 14TH.
12        MR. SCHECHTER: I DON'T --
13        THE COURT: DOES THAT WORK FOR THE GOVERNMENT?
14        MS. WEST: THAT DOES WORK FOR THE GOVERNMENT. AND I
15  WOULD ASK FOR THE TRIAL AND IF A WRIT IS TAKEN, THOSE ARE
16  RESOLVED EXPEDITIOUSLY WHEN A TRIAL DATE IS PENDING OR IF IT IS
17  A PRETRIAL TYPE OF ISSUE.
18     AND, OF COURSE, I NOTE THAT DEFENSE COUNSEL, MR. MCMANIS,
19  WAS FULLY AWARE THAT WE WERE SCHEDULED TODAY FOR TRIAL SETTING.
20     SO I WOULD ASK IF WE CAN GET SOMETHING ON CALENDAR,
21  PLEASE.
22        THE COURT: WHAT I THOUGHT I WOULD DO IS SET THOSE
23  DATES TODAY SO WE CAN PRESERVE THEM.
24        MR. SCHECHTER: I DON'T KNOW IF MR. MCMANIS OR
25  MR. ATKINSON ARE AVAILABLE ON JULY 14TH. I DON'T HAVE THEIR

1 TRIAL SCHEDULE SO I DON'T WANT TO EXPRESS TO THE COURT THAT
2 THAT IS A DATE THAT THEY ARE GOING TO BE AVAILABLE.  HE MAY
3 ALREADY HAVE CONFLICTS, AND I WANT TO MAKE THAT CLEAR THAT THAT
4 DATE MAY NOT WORK FOR DEFENSE COUNSEL.
5     I DO NOT HAVE THEIR AVAILABILITY, AND I CANNOT PRESENT TO
6 THE COURT OR STATE TO THE COURT THAT THAT WOULD BE A DATE THAT
7 WILL WORK FOR DEFENSE COUNSEL.
8         THE COURT:  OKAY.  UNDERSTOOD.  AND I'M -- I
9 UNDERSTAND THE PREDICAMENT THAT YOU'RE IN WITHOUT THE CALENDARS
10 OF TRIAL COUNSEL.
11         MR. SCHECHTER:  AND TO THE BEST OF MY KNOWLEDGE, AND
12 I HAVE NOT BEEN TOLD THEM, I WILL NOT BE TRIAL COUNSEL, AND I'M
13 NOT IN A POSITION TO SAY THAT I WILL BE PRESENTING THE CASE.
14 IT'S MR. ATKINSON OR MR. MCMANIS WHO WILL HANDLE THIS MATTER,
15 AND I HAVE BEEN OCCASIONALLY ASSISTING.
16         THE COURT:  ABLY ASSISTING.
17         MR. SCHECHTER:  THANK YOU.  BUT NOT INTENDING TO BE
18 TRIAL COUNSEL IN THIS MATTER.
19         THE COURT:  WELL, LET'S SET THOSE DATES WITH THE
20 CAVEAT THAT YOU EXPRESSED.  SO LET'S SET JURY SELECTION TO
21 BEGIN JULY 14TH, JULY 14TH, AT 9:00 A.M.  AND WE'LL RESERVE
22 THAT WEEK.
23     THE LENGTH OF THE TRIAL, IS THIS A TWO-WEEK TRIAL DO YOU
24 ANTICIPATE?
25         MS. WEST:  THE GOVERNMENT'S CASE -- THE COURT'S

1 CALENDAR GOES TO 1:30 EVERY DAY OR FULL DAYS?

2 THE COURT: WE GO FULL DAYS.

3 MS. WEST: THEN GREAT. I THINK THE GOVERNMENT'S

4 CASE SHOULD BE APPROXIMATELY FIVE TRIAL DAYS.

5 THE COURT: OKAY. SO WE'LL -- LET'S SECURE THE WEEK

6 OF JULY 14TH, THE WEEK OF JULY 21ST, AND THE --

7 MR. SCHECHTER: I WOULD THINK WHENEVER THIS IS

8 EVENTUALLY SET FOR TRIAL, I WOULD THINK IT WOULD BE AT LEAST

9 TWO, POTENTIALLY THREE WEEKS, JUST GIVEN THE NUMBER OF

10 WITNESSES, AND I DON'T KNOW HOW MANY WILL REQUIRE INTERPRETERS

11 AND JUST WILL LENGTHEN THE PROCESS BY THAT NATURE.

12 THE COURT: SO WE CAN SECURE THE FOLLOWING WEEK THE

13 28TH AS WELL.

14 AND WE -- WE'RE IN SESSION MONDAYS IN THE MORNING. THE

15 AFTERNOON WE HAVE, OF COURSE, OUR CRIMINAL CALENDAR AT 1:30.

16 WE WON'T BE IN SESSION ON FRIDAY MORNINGS BECAUSE WE HAVE A

17 CIVIL CALENDAR ON FRIDAY MORNINGS, BUT WE WILL OTHERWISE HAVE

18 THOSE FULL DAYS TO ENGAGE THE TRIAL.

19 AND LET ME SET A -- LET'S SET ANOTHER STATUS CONFERENCE.

20 AND ALL OF THESE, OF COURSE, ARE SUBJECT TO CHANGE DEPENDING ON

21 WHETHER OR NOT A WRIT IS TAKEN AND/OR WHETHER A WRIT IS GRANTED

22 AND ANY ACTION WHICH THE COURT TAKES ON A WRIT.

23 WE CAN SET A FURTHER STATUS CONFERENCE, AND I CAN DO THAT

24 EITHER LATE MARCH, EARLY APRIL. COUNSEL, I'M OPEN TO YOUR

25 CALENDARS AND SUGGESTIONS.

1            MS. WEST:  WOULD THE -- WHAT DATE WOULD THE COURT
2    ORDINARILY HOLD IT?
3            THE COURT:  ORDINARILY WE WOULD HAVE OUR CRIMINAL
4    CALENDARS ON MONDAYS AT 1:30.
5            MS. WEST:  THAT'S FINE FOR THE GOVERNMENT IF WE
6    WANTED TO DO MARCH 31ST.
7            MR. SCHECHTER:  I'M NOT SURE IF THE 31ST WOULD WORK
8    BECAUSE I THINK THAT'S -- I HAVE IT AS A STATE HOLIDAY SO I'M
9    NOT SURE -- OUR OFFICE IS CLOSED SO I DON'T KNOW WHAT PEOPLE'S
10   SCHEDULES ARE.
11           THE COURT:  DOES APRIL 7TH --
12           MR. SCHECHTER:  APRIL 7TH.
13           MS. WEST:  THAT'S FINE.
14           MR. SCHECHTER:  AT LEAST.  I DON'T KNOW ABOUT
15   MR. ATKINSON.  I COULD BE HERE, IF NECESSARY, AND I, OF COURSE,
16   WOULD HAVE MORE INFORMATION AT THAT TIME AND CERTAINLY --
17           THE COURT:  WE'LL ALL HAVE INFORMATION.
18           MR. SCHECHTER:  AND I'LL BE ABLE TO ADVISE THE COURT
19   AS TO TRIAL AVAILABILITY OR IF THOSE JULY DATES ARE GOING TO
20   HAVE TO BE RESET.
21           THE COURT:  OKAY.  SO LET'S SET A STATUS CONFERENCE
22   ON APRIL 7TH, APRIL 7TH, AT 1:30.
23        AND HAVING SET THE TRIAL DATES, ALBEIT WITH THE CAVEAT
24   THAT YOU EXPRESSED, I WILL SET THOSE TRIAL DATES AND TIME WILL
25   BE EXCLUDED.  TIME IS EXCLUDED TO THOSE TRIAL DATES JULY 14TH,

1  JULY 14TH, TO ALLOW FOR EFFECTIVE PREPARATION OF COUNSEL AND
2  CONTINUITY OF COUNSEL.
3       ANYTHING FURTHER?
4            MS. WEST:  NO.
5            MR. SCHECHTER:  NO, YOUR HONOR.
6            THE COURT:  ALL RIGHT.  THANK YOU.
7            MR. SCHECHTER:  THANK YOU.
8            THE COURT:  THANK YOU VERY MUCH.
9       MS. WEST, MAY I SEE YOU ON A NON-CALENDARED MATTER NOT
10  RELATED TO THIS CASE?
11            MS. WEST:  YES, OF COURSE.
12       (COURT CONCLUDED AT 9:16 A.M.)
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3    CERTIFICATE OF REPORTER
4
5
6
7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10   CERTIFY:
11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14
15                       _____
16                       IRENE RODRIGUEZ, CSR, CRR
                         CERTIFICATE NUMBER 8076
17
18
                         DATED:  MARCH 10, 2014
19
20
21
22
23
24
25