JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:  tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY WANG,<br><br>    Defendant. | Case No. CR 12-581 EJD<br><br>**MOTION FOR TRAVEL PERMISSION;<br>[PROPOSED] ORDER** |

TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:

PLEASE TAKE NOTICE THAT defendant JERRY WANG requests an order that he may travel outside of the Northern District of California.  Defendant seeks permission to travel by car to Seattle, Washington, from March 28 through April 3, 2014.

Counsel for defendant has contacted the Assistant United States Attorney assigned to defendant's case, Hartley West.  Counsel for defendant reports Ms. West has no objection to the proposed travel as long as defendant advises Pre-Trial Services of his whereabouts.

/ / /

/ / /

/ / /

1
MOTION FOR TRAVEL PERMISSION; [PROPOSED] ORDER; Case No. CR 12-581 EJD

Counsel for defendant has also contacted the U.S. Pretrial Services Officer assigned to defendant's case, Officer LaDreena Walton. Counsel for defendant reports Officer Walton stated she has no objection to defendant's requested travel to Seattle.

Respectfully submitted,

Dated: March 13, 2014

McMANIS FAULKNER

/s/ Tyler Atkinson
TYLER ATKINSON

Attorneys for Defendant
JERRY WANG

**IT IS SO ORDERED.**

Dated: _____

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA