UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:  5  mins**

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge: Edward J. Davila** | **Courtroom Deputy: Elizabeth Garcia** |
| **Date:   March 24, 2014** | **Court Reporter: Irene Rodriguez** |
| **Case No.: CR-12-00581  EJD** | **U.S. Probation Officer: N/A** |
| **Related Case No.: N/A** | **U.S. Pretrial Services Officer: N/A** |
| | **Interpreter:** |

### CASE TITLE

USA v. Jerry Wang (NC)(P)

### APPEARANCES

**Attorney(s) for Government**:  Jeff Schenk for Hartley West
**Attorney(s) for Defendant(s)**: James McManis, Matthew Schecter

### PROCEEDINGS

**Status Conference**

### ORDER AFTER HEARING

**Hearing held. The Court modified the trial schedule as follows:**

1. Interim Status Conference set for August 4, 2014 at 1:30 PM
2. Final Pretrial Conference set for  November 3, 2014 at 3:00 PM
3. Jury Selection set for November 17, 2014 at 9:00 AM – 12:00 PM
4. Jury Trial set for
   November 18, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   November 19, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   November 20, 2014 at 9:00 AM – 12:00 PM
   November 24, 2014 9:00 AM – 12:00 PM
   November 25, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   December 1, 2014 at 9:00 AM – 12:00 PM
   December 2, 2014  at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   December 3, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   December 4, 2014 at 9:00 AM – 12:00 PM
   December 8, 2014 at 9:00 AM – 12:00 PM
   December 9, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   December 10, 2014 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM
   December 11, 2014 at 9:00 AM – 12:00 PM
5. Jury Deliberations set for December 15, 2014

Time is excluded from March 24, 2014 through November 17, 2014 for effective preparation and continuity of counsel.

*Elizabeth C. Garcia*

| | |
|---|---|
| **P/NP: Present, Not Present** | **Elizabeth C. Garcia** |
| **C/NC: Custody, Not in Custody** | **Courtroom Deputy** |
| **I: Interpreter** | **Original: Efiled** |
| | **CC: SJ Jury** |