UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME: 2 mins**

## CRIMINAL MINUTES

**Judge:** Edward J. Davila  **Courtroom Deputy:** Elizabeth Garcia
**Date:** August 4, 2014  **Court Reporter:** Irene Rodriguez
**Case No.:** CR-12-00581-EJD  **U.S. Probation Officer:** N/A
**Related Case No.:** N/A  **U.S. Pretrial Services Officer:** N/A
 **Interpreter:** N/A

### CASE TITLE

USA v. Jerry Wang (NC)(P)

### APPEARANCES

**Attorney(s) for Government:** Hartley West, Amber Rosen
**Attorney(s) for Defendant(s):** Tyler Atkinson

### PROCEEDINGS

Interim Status Hearing

### ORDER AFTER HEARING

Hearing held. Trial setting remains as previously set. Final Pretrial Conference set for November 3, 2014 at 3:00 PM. Time previously excluded through November 17, 2014.

*Elizabeth C. Garcia*

**P/NP:** Present, Not Present  **Elizabeth C. Garcia**
**C/NC:** Custody, Not in Custody  **Courtroom Deputy**
**I:** Interpreter  Original: Efiled
 CC: