1  JAMES McMANIS (40958)
   MATTHEW SCHECHTER (212003)
2  TYLER ATKINSON (257997)
   McMANIS FAULKNER
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:    (408) 279-8700
5  Facsimile:    (408) 279-3244
   Email:  tatkinson@mcmanislaw.com
6
   STEVEN F. GRUEL (213148)
7  LAW OFFICES OF STEVEN F. GRUEL
   315 Montgomery Street, 9th Floor
8  San Francisco, California 94104
   Telephone:    (415) 989-1253
9  Facsimile:    (415) 829-4304
   Email:  attystevengruel@sbcglobal.net
10

11 Attorneys for Defendant
   JERRY WANG
12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN JOSE DIVISION
15

16 | UNITED STATES OF AMERICA, | Case No. CR 12-581 EJD |
17 | Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
18 | vs. | |
19 | JERRY WANG, | |
20 | Defendant. | |
21

22        TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

23        PLEASE TAKE NOTICE that McManis Faulkner hereby associates the Law Offices of

24 Steven F. Gruel, located at 315 Montgomery Street, Ninth Floor, San Francisco, California, as

25 counsel with McManis Faulkner on behalf of defendant, Jerry Wang, in the above-captioned

26 action. All pleadings and other papers served herein should also be served on Steve F. Gruel at:

27 ///

28 ///

```
                LAW OFFICES OF STEVEN F. GRUEL
                315 Montgomery Street, 9th Floor
                San Francisco, California 94104
                Telephone:  (415) 989-1253
                Facsimile:    (415) 829-4304
                Email:  attystevengruel@sbcglobal.net
```

DATED:  September 26, 2014          McMANIS FAULKNER

                                                     /s/ James McManis
                                                   JAMES MCMANIS

                                                     Attorneys for Defendant
                                                     JERRY WANG

I consent to the association:

DATED:  September 26, 2014          LAW OFFICES OF STEVEN F. GRUEL

                                                     /s/ Steven F. Gruel
                                                   STEVEN F. GRUEL