1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | AMBER ROSEN (CABN 150630)
Assistant United States Attorney

5
6
7

150 South Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5046
Facsimile: (408) 535-5066
Amber.Rosen@usdoj.gov

8 | Attorneys for the United States

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA,               )
                                          )   No. CR 12-00581 EJD
13 |             Plaintiff,                   )
                                          )
14 |     v.                                   )   NOTICE OF ATTORNEY APPEARANCE
                                          )
15 | JERRY WANG,                              )
                                          )
16 |             Defendant.                   )
17 | _____

18 |     Please take notice that as of October 9, 2014 the Assistant U.S. Attorney whose name, address,

19 | telephone number and email address are listed below was assigned to be co-counsel for the government.

20
21
22
23

Amber Rosen
150 Almaden Blvd., Suite 900
San Jose, CA  95113
Telephone: (408) 535-5046
Amber.Rosen@usdoj.gov

DATED: October 9, 2014                    Respectfully submitted,

24

MELINDA HAAG
25 | United States Attorney

26 | _____/s/_____
AMBER ROSEN
27 | Assistant United States Attorney

28