JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:  tatkinson@mcmanislaw.com

STEVEN F. GRUEL (213148)
LAW OFFICES OF STEVEN F. GRUEL
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:   (415) 989-1253
Facsimile:   (415) 829-4304
Email:  attystevengruel@sbcglobal.net

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JERRY WANG,<br><br>　　　　　Defendant. | Case No. CR 12-581 EJD<br><br>DEFENDANT'S MOTION TO SHORTEN TIME<br><br>-and-<br><br> [PROPOSED] ORDER<br><br>Honorable Edward J. Davila<br><br>Local Rule 47-2 |

  Defendant, Jerry Wang, by and through his attorney, Steven F. Gruel, hereby submits this Defendant's Motion to Shorten Time and [Proposed] Order.

<u>MOTION TO SHORTEN TIME</u>

  Defendant Jerry Wang respectfully requests that the Court grant this motion to shorten

1

DEFENDANT'S MOTION TO SHORTEN TIME AND [PROPOSED] ORDER;
CASE NO. CR 12-581 EJD

time in order that his Motion to Continue the November 17, 2014 trial date is heard by the Court on October 27, 2014 during the Court's criminal calendar.

On October 15, 2014, undersigned counsel contacted Assistant United States Attorney Hartley West and informed her of this request to shorten time for Mr. Wang's motion to continue the trial date.   AUSA West kindly accommodated defense counsel and stated that either she or AUSA Amber Rosen would attend the defense motion to continue the November 17, 2014 trial date.

DATED:  October 17, 2014           LAW OFFICES OF STEVEN F. GRUEL

    /s/ Steven F. Gruel
STEVEN F. GRUEL

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from the other Signatory.

DATED:  October 20, 2014           McMANIS FAULKNER

    /s/ Tyler Atkinson
TYLER ATKINSON

Attorneys for Defendant
JERRY WANG

### [PROPOSED]  ORDER

Predicated on the Defendant's Motion to Shorten Time, the Motion is GRANTED and the Defendant's Motion to Continue the Trial Date will be heard on October __, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  _____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT