JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     (408) 279-8700
Facsimile:      (408) 279-3244
Email:  tatkinson@mcmanislaw.com

STEVEN F. GRUEL (213148)
LAW OFFICES OF STEVEN F. GRUEL
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:     (415) 989-1253
Facsimile:      (415) 829-4304
Email:  attystevengruel@sbcglobal.net

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>JERRY WANG,<br><br>           Defendant. | Case No. CR 12-581 EJD<br><br>DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF DEFENDANT'S MOTIONS TO: (1) SHORTEN TIME; and (2) TO CONTINUE THE TRIAL DATE IN ACCORDANCE WITH THE SPEEDY TRIAL ACT<br><br>Honorable Edward J. Davila |

I, STEVEN F. GRUEL, under penalty of perjury hereby declare as follows:

1.  I am an attorney licensed to practice law in both Wisconsin and California. Within the last few months I have been retained to assist in the trial preparation and trial in the

1

DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF DEFENDANT'S MOTIONS TO: (1) SHORTEN TIME; and (2) TO CONTINUE THE TRIAL DATE IN ACCORDANCE WITH THE SPEEDY TRIAL ACT; CASE NO. CR 12-581 EJD

above case. I submit this declaration is support of defendant Jerry Wang's motions to shorten time and continue the trial date.

2. This case involves voluminous discovery. The prosecution has complied with its discovery obligations as well as its ongoing discovery responsibilities. To that end, recent disclosures by the prosecution require a brief continuance in order to allow the defense to meaningfully investigate, defend against or use the discovery at trial. The defense has and continues to work diligently in preparation of trial. However, recent government disclosures and a pending defense matter (submitted under seal only to the Court) require a brief continuance. Moreover, because this case is set for trial on November 17, 2014, it is respectfully requested that the motion to continue the trial date be heard as soon as possible.

3. Attached as Exhibit 1 is a true and correct copy of the October 10, 2014 letter sent by AUSA Hartley West to defense counsel. The letter provides notice of two (2) witnesses to be designated as experts. Also, the letter contains notice of 4 general categories Rule 404(b) evidence. The defense team needs additional time to review the proffered statements by these "experts" as well the time necessary to locate a defense expert to possibly rebut government testimony.

Without specification, the "other acts" Rule 404(b) evidence is said to consist of letters, transcripts and articulation letters that do not pertain to any of the charged counts; vague references to defendant's "false statements," vague instructions by the defendant "outside the time window alleged in Count 6," and that unnamed students were angry about forced transfers. The defense team needs additional time to identify, investigate, verify and rebut the claims made in the recently noticed Rule 404(b) "other acts" evidence.

4. Attached as Exhibit 2 is a copy of the government's September 30, 2014 (received on October 3, 2014) cover letter describing a recent discovery production. The defendant requests additional time to review and investigate (including possible witness interviews) the materials mentioned in this discovery letter.

5. Attached as Exhibit 3 is a copy of the government's September 5, 2014 discovery

2
DECLARATION OF STEVEN F. GRUEL IN SUPPORT OF DEFENDANT'S MOTIONS TO: (1) SHORTEN TIME; and (2) TO CONTINUE THE TRIAL DATE IN ACCORDANCE WITH THE SPEEDY TRIAL ACT; CASE NO. CR 12-581 EJD

cover letter pertaining to six (6) new Reports of Investigation (ROI)) of interviews of possible trial witnesses. These ROIs reflect that the interviews generally occurred in early August, 2014. Time is needed to meaningfully interview and investigate these six (6) government witnesses.

6.   Submitted under seal only to the Court as Exhibits 5 and 6 are defense related matters which are pending and beyond the defense team's control. It is respectfully submitted that these matters further the need for a brief continuance.

7.   The prosecution has been completely cooperative with undersigned counsel when previously and informally discussing a brief trial continuance. Although at first agreeing to or not objecting to a trial continuance, the prosecution at this stage of the proceedings opposes any trial continuance.

Signed and dated under penalty of perjury this 17th day of October 2014.

    /s/ Steven F. Gruel
STEVEN F. GRUEL

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from the other Signatory.

DATED:  October 20, 2014            McMANIS FAULKNER

    /s/ Tyler Atkinson
TYLER ATKINSON

Attorneys for Defendant
JERRY WANG