# EXHIBIT 2



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*                    *(415)436-7200*
*450 Golden Gate Ave., Box 36055*              *FAX: (415) 436-7234*
*San Francisco, CA 94102-3495*

September 30, 2014

James McManis
Tyler Atkinson
Matthew Schechter
A Professional Corporation
50 West San Fernando St., 10th Floor
San Jose, CA 95113

**RECEIVED**
**OCT 03 2014**
BY:_____

Re:   United States v. Jerry Wang
CR 12-0581 EJD

Dear Counsel:

Enclosed please find a disc containing additional discovery in this case, bates-stamped JW-193 through JW-343. This additional discovery includes a letter from the CA Secretary of State, archived catalogs from the HGU and UEWM websites, e-mails from HGU students, and your client's green card application.

In response to Mr. Schechter's letter of September 18, 2014, please note the following:

1.   This was produced on August 21, 2012 (JW 001: "I-17/HerguanUniv.pdf")

2.   See enclosed (JW 290-291)

3.   This was produced on August 21, 2012 (JW 001: "Ling Li Sample Signature/AR-M455U_20120803_190710.pdf)

4.   See enclosed (JW 292-294)

5.   See enclosed (JW 295-298)

6.   See enclosed (JW 299-302)

7.   See enclosed (JW 303-337)

8.      I need to obtain the email(s) from an agent who is out of town until next week. The attachments to the emails, however, were produced on August 21, 2012 (JW 001: "Dheeraj Kore-I-20 Provided")

9.      I need to obtain the email(s) from an agent who is out of town until next week. The attachments to the emails, however, were produced on August 21, 2012 (JW 001: "Vishesh Aedula-I20-Provided")

10.     This is not in the government's possession

11.     This is not in the government's possession

12.     This was produced on August 21, 2012 (JW 001: "Documents provided by Dr. Martinez")

13.     This was produced on August 21, 2012 (JW 001: "Bagged SW Evidence")

14.     This was produced on August 21, 2012 (JW 001: "Fay Huang Email/FYI from Fay.msg")

15.     This was produced on August 21, 2012 (JW 001: "Ling Zhang email and attachments")

Please contact me at (415) 436-6747 if you have any questions about this matter.

Very truly yours,

MELINDA HAAG
United States Attorney

HARTLEY M. K. WEST
Assistant United States Attorney

Enclosures





rr ✶✶✶ 1STCLASS
Mailed From 94102
10/01/2014
031A 0005510048





RECEIVED

OCT 03 2014

James McManis
McManis Faulkner
A Professional Corporation
50 W. San Fernando Street 10th Floor
San Jose, CA 95113

siness
Private Use $300