# EXHIBIT 3



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*        *(415)436-7200*
*450 Golden Gate Ave., Box 36055*     *FAX: (415) 436-7234*
*San Francisco, CA 94102-3495*

September 5, 2014

RECEIVED
SEP 12 2014
BY:_____

James McManis
Tyler Atkinson
A Professional Corporation
50 West San Fernando St., 10th Floor
San Jose, CA 95113

        Re:     United States v. Jerry Wang
                     CR 12-0581 EJD

Dear Mr. McManis:

     Enclosed please find a disc bates-stamped JW-143 through JW-192, containing six Herguan Univeristy (HGU) ROIs 028 to 033 (Interviews of former HGU students) and certified California incorporation documents related to the businesses used in HGU's Form I-17 filing.

     Please contact me at (415) 436-6747 if you have any questions about this matter.

                                                 Very truly yours,

                                                 MELINDA HAAG
                                                 United States Attorney

                                                 HARTLEY M. K. WEST
                                                 Assistant United States Attorney

Enclosures