JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:  tatkinson@mcmanislaw.com

STEVEN F. GRUEL (213148)
LAW OFFICES OF STEVEN F. GRUEL
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:    (415) 989-1253
Facsimile:    (415) 829-4304
Email:  attystevengruel@sbcglobal.net

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>JERRY WANG,<br><br>            Defendant. | Case No. CR 12-581 EJD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE IN ACCORDANCE WITH THE SPEEDY TRIAL ACT<br><br>Honorable Edward J. Davila<br><br>Date: To Be Set |

   Having heard the arguments of counsel, and good cause appearing, the Court modifies the trial schedule as follows:

   Final Pretrial Conference set for _____.

1

1    Jury Selection set _____.

2    Jury Trial set for _____.

3    Jury Deliberations set for _____.

4    Time is excluded from _____ through _____ for effective preparation

5  and continuity of counsel.

7    IT IS SO ORDERED.

9    Dated: _____, 2014    _____
                                                UNITED STATES DISTRICT JUDGE
                                                NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE IN ACCORDANCE WITH THE SPEEDY TRIAL ACT CASE NO. CR 12-581 EJD