MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
AMBER S. ROSEN (CABN 160380)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95115
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Hartley.west@usdoj.gov
    Amber.rosen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-00581 EJD |
|     Plaintiff, | UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE |
| v. | |
| JERRY WANG, | Date: Proposed October 27, 2014 |
|     Defendant. | Time: Proposed 1:30 p.m. |

    Defendant Jerry Wang moves this Court for a continuance of the trial date. Because the United States has already subpoenaed most of its witnesses for trial on November 17, 2014, the United States objects.

    Defendant bases his request for continuance primarily on recent discovery provided to him by the United States. Defendant admits that the United States has timely complied with its discovery obligations. Defense counsel rightly states that initially the United States had no objection to continuing the trial until mid-February 2015. Since then, however, the United States has subpoenaed most of its

witnesses and secured their presence for the November 17th date.  It is unknown whether all of these witnesses would be available should the trial be continued.  For this reason, the United States opposes the request for continuance.

DATED: October 20, 2014                              Respectfully submitted,

                                                     MELINDA HAAG
                                                     United States Attorney


                                                            /s/
                                                     HARTLEY M. K. WEST
                                                     AMBER S. ROSEN
                                                     Assistant United States Attorneys

UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE
CR 12-00581 EJD