UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JERRY WANG,<br><br>  Defendant. | Case No.  5:12-cr-00581 EJD<br><br>**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**<br><br>Re: Dkt. Nos. 89, 90 |

Presently before the court is Defendant Jerry Wang's Motion to Continue the Trial Date, as well as a corresponding Motion to Shorten Time. See Docket Item Nos. 89, 90. The Government has filed written opposition to the Motion to Continue. See Docket Item No. 93.

Having carefully considered the matter, the court has determined that no further argument is required. Accordingly, the Motion to Continue is DENIED. The Motion to Shorten Time is DENIED AS MOOT.

**IT IS SO ORDERED**.

Dated:  October 22, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:12-cr-00581 EJD
ORDER DENYING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE