MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M.K. WEST (CABN 191609)
AMBER S. ROSEN (CABN 160380)
Assistant United States Attorneys

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    hartley.west@usdoj.gov
    amber.rosen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-12-0581 EJD |
|     Plaintiff, | **UNITED STATES' PROPOSED FORM OF VERDICT** |
| v. | |
| JERRY WANG, | Trial Date: November 17, 2014 |
|     Defendant. | Judge: Hon. Edward J. Davila |

COUNT ONE:    (18 U.S.C. § 371 – Conspiracy to Commit Visa Fraud)

    WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of conspiracy to commit visa fraud as charged in Count One.
  Guilty/Not Guilty

COUNT TWO:    (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

    WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of visa fraud with regard to D.K. as charged in Count Two.
  Guilty/Not Guilty

2

PROPOSED FORM OF VERDICT
NO. CR-12-581 EJD

1  COUNT THREE:      (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

2      WE, THE JURY, find defendant JERRY WANG in the above-entitled case

3  _____ of visa fraud with regard to S.J. as charged in Count Three.
        Guilty/Not Guilty

4

5  COUNT FOUR:       (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

6      WE, THE JURY, find defendant JERRY WANG in the above-entitled case

7  _____ of visa fraud with regard to V.A. as charged in Count Four.
        Guilty/Not Guilty

8

9  COUNT FIVE:       (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

10     WE, THE JURY, find defendant JERRY WANG in the above-entitled case

11 _____ of visa fraud with regard to T.K. as charged in Count Five.
        Guilty/Not Guilty

12

13 COUNT SIX:        (18 U.S.C. §§ 1030(a)(3) & 2 – Unauthorized Access of a Government Computer;
                    Aiding and Abetting)

14

15     WE, THE JURY, find defendant JERRY WANG in the above-entitled case

16 _____ of unauthorized access of a government computer as charged in
        Guilty/Not Guilty

17

18 Count Six.

19

20 COUNT SEVEN:      (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

21     WE, THE JURY, find defendant JERRY WANG in the above-entitled case

22 _____ of use of a false document, specifically a transfer letter dated July 9, 2007,
        Guilty/Not Guilty

23

24 from the Academy of Chinese Culture & Health Services, as charged in Count Seven.

25 / / /

26 / / /

27 / / /

28 / / /

3

PROPOSED FORM OF VERDICT
NO. CR-12-581 EJD

1  COUNT EIGHT:        (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

2       WE, THE JURY, find defendant JERRY WANG in the above-entitled case

3  _____ of use of a false document, specifically an employment letter regarding C.Z.
     Guilty/Not Guilty

4

5  from University of East West Medicine, as charged in Count Eight.

6

7  COUNT NINE:         (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

8       WE, THE JURY, find defendant JERRY WANG in the above-entitled case

9  _____ of use of a false document, specifically an employment letter regarding S.G.
     Guilty/Not Guilty

10

11 From Vital Core Biosystems, as charged in Count Nine.

12

13 COUNT TEN:          (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

14      WE, THE JURY, find defendant JERRY WANG in the above-entitled case

15 _____ of use of a false document, specifically an employment letter regarding
     Guilty/Not Guilty

16

17 D.W. from International Institutes for Health and Healing, as charged in Count Ten.

18

19 COUNT ELEVEN:       (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

20      WE, THE JURY, find defendant JERRY WANG in the above-entitled case

21 _____ of use of a false document, specifically a Herguan Transcript for C.Z.,
     Guilty/Not Guilty

22

23 as charged in Count Eleven.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4

PROPOSED FORM OF VERDICT
NO. CR-12-581 EJD

1  COUNT TWELVE:   (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

2      WE, THE JURY, find defendant JERRY WANG in the above-entitled case

3  _____ of use of a false document, specifically a Herguan Transcript for S.G.,
   Guilty/Not Guilty

5  as charged in Count Twelve.

7  COUNT THIRTEEN:   (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

8      WE, THE JURY, find defendant JERRY WANG in the above-entitled case

9  _____ of use of a false document, specifically a Herguan Academic Warning
   Guilty/Not Guilty

12 Letter, as charged in Count Thirteen.

14 COUNT FOURTEEN:   (18 U.S.C. §§ 1028A & 2 – Aggravated Identity Theft; Aiding and Abetting)

16     WE, THE JURY, find defendant JERRY WANG in the above-entitled case

17 _____ of aggravated identity theft regarding C.Z. as charged in Count Fourteen.
   Guilty/Not Guilty

20 COUNT FIFTEEN:   (18 U.S.C. §§ 1028A & 2 – Aggravated Identity Theft; Aiding and Abetting)

22     WE, THE JURY, find defendant JERRY WANG in the above-entitled case

23 _____ of aggravated identity theft regarding S.G. as charged in Count Fifteen.
   Guilty/Not Guilty

26 DATED: _____       _____
                                                               FOREPERSON

PROPOSED FORM OF VERDICT
NO. CR-12-581 EJD