JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email: tatkinson@mcmanislaw.com

STEVEN F. GRUEL (213148)
LAW OFFICES OF STEVEN F. GRUEL
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:    (415) 989-1253
Facsimile:    (415) 829-4304
Email: attystevengruel@sbcglobal.net

Attorneys for Defendant,
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JERRY WANG,<br><br>  Defendant. | Case No. CR 12-00581 (EJD)<br><br>**DEFENDANT'S PRE-TRIAL CONFERENCE STATEMENT**<br><br>Pretrial Conf. Date: November 3, 2014<br>Pretrial Conf. Time: 3:00 p.m.<br><br>Trial Date: November 17, 2014<br>Time:       1:30 p.m.<br>Ctrm:       4, 5th Floor<br>Judge:      Honorable Edward J. Davila |

   Pursuant to the Court's Standing Pre-Trial Order and Northern District Criminal Local Rule 17.1-1, defendant, Jerry Wang ("defendant") hereby submits his Pretrial Statement.

///

///

1

DEFENDANT'S PRE-TRIAL CONFERENCE STATEMENT; CASE NO. 12-CR-00581 (EJD)

## I. STIPULATION OF FACTS.

Defendant does not have any further stipulation to present to the Court beyond those identified by the government in its Pre-Trial Statement.

## II. APPOINTMENT OF INTERPRETERS BY THE COURT.

Defendant will need Mandarin interpreters during cross-examination for those witnesses called by the government during its case in chief that require such interpreters.

Defendant may need Mandarin interpreters for witnesses called during its case in chief or on rebuttal.

Defendant will need a Mandarin interpreter for himself, at counsel table, during the trial.

## III. JOINDER OR SEVERANCE OF TRIAL AS TO ANY CO-DEFENDANT.

Joinder or severance of a co-defendant is not required in this case.

## IV. WITNESSES.

While parties to a criminal case cannot be required to file a witness list, *United States v. Hicks*, 103 F.3d 837, 841 (9th Cir. 1996), defendant will file, prior to the Pretrial Conference, a list of witnesses he may call, if the need arises, other than solely for impeachment or rebuttal.

## V. EXHIBITS, SCHEDULES, AND SUMMARIES.

Defendant will provide the government with its list of documents, exhibits, summaries, schedules, models or diagrams that he may offer as evidence at trial, other than solely for impeachment or rebuttal, at or before the Pretrial Conference and reserves the right to supplement the list as needed. Defendant also reserves the right to offer exhibits designated on the United States' exhibit list.

## VI. RESOLUTION OF OBJECTIONS TO EXHIBITS OR TESTIMONY TO BE OFFERED AT TRIAL.

The parties are filing motions in limine to address objections to expected exhibits and testimony, to the extent they cannot be resolved by the parties.

///

///

///

///

## VII. SCHEDULING OF TRIAL AND WITNESSES.

A reasonable estimate for presentation of defendant's case-in-chief is four to five days.

## VIII. REQUEST TO SUBMIT QUESTIONNAIRE FOR PROSPECTIVE JURORS, PROPOSED VOIR DIRE QUESTIONS, EXERCISE OF PEREMPTORY AND CAUSE CHALLENGES, AND JURY INSTRUCTIONS.

Defendant does not request that a questionnaire be submitted to prospective jurors.

Defendant requests the opportunity to conduct individual voir dire.

In addition to the jointly submitted jury instructions, defendant will be submitting additional jury instructions that it requests be given.

Dated: October 27, 2014         McMANIS FAULKNER

    /s/ Tyler Atkinson
JAMES MCMANIS
MATTHEW SCHECHTER
TYLER ATKINSON

LAW OFFICES OF STEVEN F. GRUEL
STEVEN F. GRUEL

Attorneys for Defendant,
JERRY WANG