MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
AMBER S. ROSEN (CABN 160380)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Hartley.West@usdoj.gov
    Amber.Rosen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-581 EJD |
| Plaintiff, | UNITED STATES MOTION IN LIMINE TO EXCLUDE IRRELEVANT EVIDENCE OF COMMENDATIONS |
| v. | |
| JERRY WANG, | Pretrial Conference: November 3, 2014 |
| Defendant. | Trial Date: November 17, 2014 |

The United States moves in limine to exclude irrelevant evidence of commendations.

In November 2010, the U.S. Department of Homeland Security, Student and Exchange Visitor Program (SEVP) was investigating Herguan University and had issued a Request for Evidence. In response, in December 2010, Herguan sent SEVP a large packet of documents, including the following (attached as Exhibit A for the Court's reference):

- A letter dated December 15, 2010 from former Sunnyvale mayor and councilmember Anthony Spitaleri congratulating Herguan as a "shining star" of Sunnyvale and describing the school as "outstanding."  (JW-00600)

U.S. MTN. TO EXCLUDE COMMENDATIONS
NO. CR-12-581 EJD

- A letter dated December 17, 2010 from California State Assemblymember Paul Fong offering "congratulations" and noting that "[t]he continued growth of [Herguan's] programs is fast becoming a highly valued asset of our community."  (JW-00601)
- A letter dated December 17, 2010 from Congressmember Judy Chu to Herguan congratulating it for its "Third Anniversary & New Campus Construction Completion" and its "dedication and achievements in promoting higher education."  (JW-00596)
- A letter, undated, from City of San Jose Councilmember Kansen Chu congratulating Herguan on its "Third Anniversary and the opening of a new campus" and commending "the university family for their dedication and excellence."  (JW-00597)
- A Commendation from San Mateo's Board of Supervisors to Herguan University, dated December 15, 2010, in celebration of its construction completion and "for being a leading educational institution in Silicon Valley."  (JW-00598)
- A Certificate of Recognition from the Silicon Valley Chinese American Computer & Commerce Association to Herguan University and defendant's father, dated December 15, 2010, "in celebrating Third Anniversary & New Campus Construction Completion" and "outstanding commitment to provide quality education" and "dedicated service to the community."  (JW-00599)

These "commendations" should be excluded as irrelevant, as there is no fact of consequence that they would tend to make more or less likely.  Fed. R. Evid. 401.  Indeed, their issuance – all apparently between December 15, 2010, and December 17, 2010 – occurred years after the offense conduct (with the exception of the fraudulent academic warning letter also provided to SEVP in late December 2010).

DATED: October 28, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

     /s/
HARTLEY M. K. WEST
AMBER S. ROSEN
Assistant United States Attorneys

U.S. MTN. TO EXCLUDE COMMENDATIONS
NO. CR-12-581 EJD                                          2