EXHIBIT A

# CITY OF SUNNYVALE

*The Heart of Silicon Valley*™

456 WEST OLIVE AVENUE SUNNYVALE CALIFORNIA 94086 [illegible]

December 15, 2010

Ying Qiu Wang

President of the HERGUAN UNIVERSITY

Dear President Wang,

It was a great honor for me to be a part of the celebration when you first opened the doors to Herguan University. I knew then the beautiful spacious campus would be a great asset to the city of Sunnyvale, but most of all for all the students who would past through the doors of your University.

Your outstanding faculty and staff have contributed much towards social advancement for your students. We as a city appreciate your training of high quality and dedicated students in leading technologies of Silicon Valley. Your students have improved their opportunities for economic and social development.

President Wang, congratulations on successful 3 plus years of operation the HERGUAN UNIVERSITY. It is one of the shining stars in the City of Sunnyvale; I wish you continued success as you go forward.

Regards

[signature]

Former Mayor and Councilmember of the City of Sunnyvale.

Anthony (Tony) Spitaleri

12/16/2010

STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0022
(916) 319-2022
FAX (916) 319-2122

DISTRICT OFFICE
274 CASTRO STREET, SUITE 202
MOUNTAIN VIEW, CA 94041
(408) 277-2002 · (650) 210-2000
FAX (408) 277-2084 · (650) 210-2005

E-MAIL
assemblymember.fong@assembly.ca.gov

Assembly
California Legislature

PAUL FONG
ASSEMBLYMEMBER, TWENTY-SECOND DISTRICT
加州眾議員 方文忠

COMMITTEES
CHAIR, ELECTIONS AND REDISTRICTING
BANKING AND FINANCE
HIGHER EDUCATION
UTILITIES AND COMMERCE

SELECT COMMITTEES
AEROSPACE
BIOTECHNOLOGY
COMMUNITY COLLEGES
DOMESTIC VIOLENCE
INNOVATION AND THE BAY AREA ECONOMY

December 17th, 2010

Dr. Yin Qin Wang L.A.C., Ph.d. M.D.( China)
Herguan University
595 Lawrence Expressway
Sunnyvale, CA 94085

Dr. Wang,

I am writing to offer my most sincere and profound congratulations to Herguan University as you celebrate your Third Anniversary and the completion of the construction of your new campus.

You should be proud of the accomplishments of your staff and the students. In just three short years, Herguan University has educated, trained and produced over 300 graduates who have become highly technical professionals who are currently working for technology firms here in Silicon Valley. Your success in the Masters of Business, Computer Sciences and Electrical Engineering programs has been nothing short of exemplary.

The continued growth of your programs is fast becoming a highly valued asset of our community as your enrollment has grown to over 600 students. This has fostered a strong contribution to the professional cadre in our community.

I want to thank you and congratulate you once again on this wonderful day of celebration.

Sincerely,

Paul Fong
California State Assemblymember
District 22

Printed on Recycled Paper

*Richard Friberg*
Vice President
Organizational Development

12/16/2010

JUDY CHU
32ND DISTRICT, CALIFORNIA

Congress of the United States
House of Representatives

WASHINGTON, DC 20515-0532
(202) 225-5464

December 17, 2010

Herguan University
595 Lawrence Expressway
Sunnyvale, CA 94085

Dear Friends,

I would like to extend a heartfelt congratulations to Herguan University for its Third Anniversary & New Campus Construction Completion on December 17, 2010.

Herguan University is located in the heart of Silicon Valley and its goal is to provide learning programs and systems that expand the understanding and application of existing and new business practices, engineering, science, electronics and information technology. Its Master Programs in Business, Computer Science, and Electric Engineering have achieved great success in the past three years.

Since its founding in 2007, Herguan University has educated many competent engineers, business administrators, and computer scientist who are equipped with a thorough understanding of professional ethics, intellectual property law, environmental protection, and other contemporary issues. It guides students in making decisions in expanding businesses and prepares future leaders to achieve successful ventures. Herguan University's dedication and achievements in promoting higher education is truly worthy of praise.

On behalf of the United States House of Representatives and the people of the 32nd Congressional District, I offer my congratulations and best wishes for your continued success.

Sincerely,

Judy Chu

**The Hon. Judy Chu, Ph.D.**
Congressmember, 32nd District

RECEIVED BY SEVP

PRINTED ON RECYCLED PAPER



CITY OF
SAN JOSE
CAPITAL OF SILICON VALLEY

*KANSEN CHU*

COUNCILMEMBER

Dear Friends:

I want to take a moment to personally congratulate the administrators, faculty, staff and students of Herguan University on this special occasion of Herguan University's Third Anniversary and the opening of a new campus. You all have contributed greatly and have been invaluable throughout the years to Herguan University.

This milestone reached by Herguan University represents the proud accomplishments of the school to train highly technical professionals in the Silicon Valley. Herguan University currently offers Master Programs in Business, Computer Science and Electrical Engineering and has over 600 enrolled students with over 300 graduates who are now working for reputable IT companies and firms in the Silicon Valley. Educational institutions are a powerful social force, capable of contributing significantly to the economy and to the welfare of the workforce. It is without a doubt that Herguan University has been able to make a positive economic and social impact on the entire community.

Once again, I commend the university family for their dedication and excellence thus far. The future is bright for Herguan University and I wish you all continued success with your future endeavors and aspirations.

Sincerely,

**KANSEN CHU**
Councilmember
City of San José

200 East Santa Clara Street, Floor 18th, San Jose, CA 95113 *tel* (408) 535-4904 *fax* (408) 292-6459 District4@sanjoseca.gov

# Commendation

***THE BOARD OF SUPERVISORS OF SAN MATEO COUNTY, STATE OF CALIFORNIA COMMENDS AND HONORS***

# HERGUAN UNIVERSITY

On the Celebration of its

**Third Anniversary & New Campus Construction Completion**

For its accomplishments over the past three years in training highly technical professionals, and for its successful Masters in Business, Masters in Computer Science, and Masters in Electric Engineering Programs. Congratulations to Herguan University for successfully educating 600 current students and over 300 graduates that are now working for IT companies and contributing to the professional community in San Mateo County and the Bay Area, and for being a leading educational institution in Silicon Valley.

**DATED: December 15, 2010**

COUNTY OF SAN MATEO FOUNDED 1856

**MARK CHURCH**
**Member, Board of Supervisors**
**San Mateo County**

JW-00598



SVCACA
矽谷美華科技商會
(前美華電腦協會)

# *Certificate of Recognition*

Presented to

**Dr. Yin Qin Wang L.A.C., Ph.d, M.D.( China)**
**Herguan University**

In celebrating Third Anniversary & New Campus Construction Completion

I wish to publicly recognize and honor you for your outstanding commitment to provide quality education to Silicon Valley and its residents. Thank you for your dedicated service to the community.

Silicon Valley Chinese American Computer & Commerce Association
矽谷美華科技商會
會長黃勁徹暨全體理事
*Jeffrey Huang*, President
December 15, 2010