Exhibit A



# **Student & Exchange Visitor Information System (SEVIS) II**

## **May 2012**



U.S. Immigration
and Customs
Enforcement



# ICE

# History of SEVP

### How has SEVIS evolved?

In 1995, tasked by the Deputy Attorney General, the INS Task Force recommends that foreign students be monitored electronically

In 1997, the INS developed the Coordinated Interagency Partnership Regulating International Students (**CIPRIS**) program

**1979 Iranian Hostage Crisis**

**1993 World Trade Center Attack**

Led President Carter to order special registration for Iranian students and the deportation of any who had violated their status, a model for the post 9/11 National Security Entry-Exit Registration System (NSEERS)

In 1996, the Illegal Immigration Reform and Immigrant Responsibility Act (**IIRIRA**) is enacted – mandated a program to collect certain information on nonimmigrant students and exchange visitors

In July 2001, the name of the program was changed to SEVIS; **SEVIS** participants would access the system through the Internet with user passwords



U.S. Immigration and Customs Enforcement

# ICE

# History of SEVP (cont'd)



In late 2003, Department of Homeland Security (DHS) is created and mandated

The Homeland Security Act of 2002 delegated responsibility of SEVIS to U.S. Immigration and Customs Enforcement (ICE)

2001 9/11 Attacks

SEVP

The 9/11 Commission found that several of the terrorists abused either nonimmigrant student status or the immigration system

In 2003, ICE assumed responsibility for SEVIS and established SEVP

In October 2003, Congress passed the PATRIOT ACT which mandated the full implementation of SEVIS by January 1, 2003



U.S. Immigration and Customs Enforcement

Exhibit B

# SEVIS II: The Vision and Criteria for Success

**Table of Contents**

1. Introduction ........................................................................1

2. Context and History .........................................................2
  2.1. Legislation..................................................................3
  2.2. Issues Associated with Earlier Systems.........................4
  2.3. Transition to SEVIS II ...................................................6

3. SEVIS II Enhancements .......................................................6

4. Three Pillar Concept of National Security..............................8
  4.1. Pillar One. Protect the United States from harm by
helping to identify those who threaten national security........8
  4.2. Pillar Two. Strengthen United States by building cross-
cultural ties and attracting highly talented students and
scholars ............................................................................9
  4.3. Pillar Three. Strengthen the United States economy.....11

5. Stakeholder Community and the Impact of SEVIS II.............12
  5.1. Agencies responsible for SEVIS II ...............................13
    5.1.1. DHS, ICE..............................................................13
    5.1.2. Department of State, Private Sector Exchange ....14
  5.2. Users and Interface Partners.......................................14
    5.2.1. Officials of Certified Schools and Designated
Sponsors.........................................................................14
    5.2.2. Nonimmigrant students, exchange visitors, spouses,
and children .....................................................................15
    5.2.3. Department of State, Consular Affairs.................15
    5.2.4. DHS, CBP .............................................................16
    5.2.5. DHS, USCIS..........................................................16
    5.2.6. DHS, US VISIT ......................................................17
    5.2.7. Department of Justice, NJTTF and FBI ...............17
    5.2.8. DHS, TSA..............................................................17
  5.3. Consulting government agencies..................................17
    5.3.1. Department of State, EducationUSA...................17
    5.3.2. DHS, REAL ID......................................................17
    5.3.3. Department of Education ......................................18
    5.3.4. Social Security Administration..............................18
  5.4. Other interested parties ..............................................18
    5.4.1. Embassies of other countries...............................18
    5.4.2. Advocacy Organizations ......................................18

6. Success Criteria ................................................................19

## 1. Introduction

This document presents the high level vision of the Student and Exchange Visitor Program (SEVP) for the development of the second generation of the Student and Exchange Visitor Information System (SEVIS).[1] It is intended to provide all stakeholders with essential information to enable them to understand the purpose and history of SEVIS, the need for SEVIS II, and how SEVP envisions success for the project.

SEVIS II must replace SEVIS I, providing new functionality to close SEVIS I vulnerabilities while preserving legacy data. SEVIS II will be built upon the hard lessons learned from SEVIS I along with its successes. As SEVIS II is being developed, these lessons and successes will ultimately determine the effectiveness of SEVIS II by benchmarking progress and achievement for all involved in its development.

In addition to learning from the difficulties associated with SEVIS I, SEVIS II must support a long term vision of national security.  That encompasses protection from harm, promotion of cultural and intellectual ties with other nations, and contributing to the national economy.

Building SEVIS II requires more than satisfying technical requirements. It encompasses the successful execution of complex business rules that ensure data integrity, enforce regulations concerning eligibility for immigration benefits, helps ensure information is recorded in a timely manner, and ensures nonimmigrants are aware of their status.

SEVIS I is a successful system and regarded as an important component of the information available to the enforcement and intelligence communities. As SEVIS II will completely replace this successful system, the transition must be as seamless as possible. If not properly developed and deployed, there is potential to damage national security.

---

1 In this paper, we use the term SEVIS to describe the concept of the program. SEVIS I and SEVIS II refer to specific versions of the system.

This paper describes the vision for SEVIS II and what is needed for it to be successful. Included are sections on:

- <u>Context and history</u>. This section looks briefly at the reasons for creating SEVIS, the lessons learned from deploying and maintaining SEVIS I, and the impetus to create SEVIS II. We wish to learn from this history: replicating the successes and avoiding the failures.

- <u>Three pillar concept of national security</u>. This section outlines the three pillar concept of national security, which SEVP adheres to in carrying out its mission, which includes the development of SEVIS II. The three pillars of national security include the following: identifying those who intend to harm the United States, welcoming legitimate students to strengthen diplomatic ties and eliminate misconceptions regarding the United States, and strengthening the U.S. economy by maintaining an unimpeded flow of students and exchange visitors.

- <u>Stakeholder community and the impact of SEVIS II</u>. This section briefly describes the stakeholders in SEVIS II, how SEVIS II will impact them, and how they are important to the success of SEVIS II.

- <u>Success Criteria.</u> This section is a chart listing high level criteria for the success of SEVIS II and the reason each criterion is needed.

## 2. Context and History

Students and exchange visitors come to the United States in three different classes of admission: F for academic and language students, M for vocational students, and J for exchange visitors. While most stay for a relatively short time, others may legally spend many years in the United States.

The United States has monitored the presence of foreign students and exchange visitors in some fashion since World War II when the monitoring was decentralized and paper driven. There was no system to reliably identify how many students and exchange visitors were in the United States, what they were doing, or where they were located. During this time, there was a history of people who used these classes of admission to enter the United States and stay after their period of lawful admission expired.

The government first documented this trend and the need to better account for foreign students more than three decades ago when the Government Accountability Office (GAO) published a report emphasizing the need to better account for students and identify those who overstayed their period of status. This recommendation was based on GAOs review of Immigration and Naturalization Service (INS) that showed that many foreign students had violated the terms of their status by not enrolling in school, not completing their studies, not returning to their native countries, or working without permission.

Following the GAO report, a number of national security related incidents either related to or involving foreign students occurred. As illustrated by Figure 1, these events and subsequent action by the federal government ultimately led to the development of SEVIS.

Figure 1. Events Leading to SEVIS

In 1979, during the Iranian hostage crisis, INS could not determine how many Iranian students were in the United States or their location, again highlighting the need to better account for foreign students in the United States. This led President Carter to order special registration for Iranian students and the deportation of any who had violated their status, a model for the post 9/11 National Security Entry-Exit Registration System (NSEERS).

In 1993, the first attack on the World Trade Center again highlighted issues with the lack of accurate information on nonimmigrant students in the United States. When it was discovered that one of the terrorists involved in the attack was in the United States after overstaying his student status, the director of the Department of Justice's Office of Investigative Agency Policies sent a memorandum to the Deputy Attorney General citing concerns regarding possible terrorism and criminal activity.

A September 25, 1994 memorandum specifically mentioned the need to subject foreign students to thorough and continuing scrutiny before and during their stay in the United States. On April 17, 1995, the Deputy Attorney General asked the INS Commissioner to address this issue, which led to the formation of an INS task force in June 1995 to conduct a comprehensive review of F, M, and J visa processes.

The resulting task force report recommended, among other things, that the INS collect and monitor information electronically about foreign students through fingerprints and that students be required to notify the INS whenever they make changes to their program or other events impacting status.

In 1996, the Illegal Immigration Reform and Immigrant Responsibility Act (IIRIRA) was enacted. It directed the Attorney General, in consultation with the Secretary of State, to develop and conduct a program to collect certain information on nonimmigrant students and exchange visitors. The information to be collected included the nonimmigrant's name, address, date of birth, class of admission, course of study, academic disciplinary actions taken, and termination dates and reasons. Congress mandated that the INS implement the system by January 1, 1998.

The INS developed a pilot program for the Coordinated Interagency Partnership Regulating International Students (CIPRIS). This successful pilot for CIPRIS began in June 1997, involving the Atlanta Hartsfield Airport and District Office, the Texas Service Center, and 21 institutions of higher learning in the states of Georgia, Alabama, North Carolina, and South Carolina. The CIPRIS pilot officially ended in October 1999. However, the program continued after that date as a prototype pending the development of a nationwide system.

The terrorist attacks of September 11, 2001 changed the United States and its approach to national security. The 9/11 Commission's Final Report details how the 19 terrorists exploited a number of vulnerabilities in U.S. intelligence and immigration system in order to bring their plot to fruition: traveling between countries to train and recruit; engaging in document fraud to cover their tracks and move freely from place to place earning and transferring money in support of the plot; exploiting the U.S. immigration system; and defeating security measures in the transportation system.

The 9/11 Commission found the fault lines within our government—between foreign and domestic intelligence, and between and within agencies. We learned of the pervasive problems of managing and sharing information across a large and unwieldy government that had been built in a different era to confront different dangers.

To address these vulnerabilities, the Department of Homeland Security (DHS) was created. Among the missions of the Department are to reduce the vulnerability to the United States to terrorism, ensure that other missions are not diminished or neglected, and ensure that the overall economic security of the United States is not diminished by the efforts to secure the United States.

## 2.1. Legislation

The 9/11 attacks drew renewed attention to foreign students. The 9/11 Commission found that several of the terrorists abused either nonimmigrant student status or the immigration system to either gain entry into or extend their stay in the United States. These findings increased attention on government efforts to monitor the activities of foreign students and exchange visitors in the United States, and resulted in several pieces of legislation that ultimately led to the creation of SEVP and SEVIS.

> Section 416 of the USA PATRIOT Act mandated the full implementation of SEVIS by January 1, 2003.

On October 26, 2001, Congress enacted the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act). Section 416 mandated the full implementation of SEVIS by January 1, 2003. The Act also required SEVIS to include information on foreign student port of entry information and date of entry, and required that flight schools, language training schools, and vocational schools be certified before accepting nonimmigrant students.

In January 2003, Congress enacted the Enhanced Border Security and Visa Entry Reform Act of 2002. This Act clarifies procedures for collecting and managing information on nonimmigrant students and exchange visitors. Additionally, the Act requires institutions to report any nonimmigrants who fail to enroll within 30 days of their program start date or next session start date.

The Homeland Security Act of 2002 delegated responsibility of SEVIS to the U.S. Immigration and Customs Enforcement (ICE) and required that SEVIS information be used to carry out enforcement functions.

In 2003, ICE assumed responsibility for SEVIS and established SEVP. SEVP was created to manage SEVIS, to centralize the certification process for schools wishing to enroll nonimmigrant students, to conduct outreach to the academic community, and to perform other related program functions. Of the 70,000 previously certified schools, approximately 10,000 schools now participate in SEVIS due to the enhanced and centralized SEVP certification process, which requires a site visit, and consistent reporting in SEVIS of changes in the student's status and performance at the institution.

## 2.2. Issues Associated with Earlier Systems

In 1983, the INS implemented the first database containing school and student information – the Student and Schools System (STSC). STSC contained basic information on INS-certified schools and the foreign students who entered the United States with I-20s issued by these schools. STSC only contained I-20 information (primarily school and program of study); it did not indicate whether foreign students actually enrolled in the school or include information on students' academic progress.

The INS required schools to manually collect data on foreign students attending their school, including names, addresses, dates of birth, visa classifications, student status, courses of study, academic disciplinary actions taken, and dates and reasons for termination. Schools were not required to report this information regularly. However, they were required to provide this information to the INS upon request. As a result, although the INS knew approximately how many foreign students entered the United States, it was unable to keep track of them to ensure that they complied with their visa requirements.

Among the findings detailed in the 9/11 Commission Report was that one of the terrorists abused nonimmigrant student status to either gain entry into or extend their stay in the United States while two abused the loopholes in the nonimmigrant system. Hani Hanjour[2], the pilot of American Airlines Flight 77 flown into the Pentagon, entered the United States to attend an English language school. He failed to report to the ESL school that had issued the Form I-20 needed for the visa application. Without a reliable database to track Hanjour's activities, these violations went unnoticed by U.S. authorities.

In addition to Hanjour's abuse of student status, the Commission found that two of the terrorists exploited the immigration system to remain in the United States. Marwan al-Shehhi, the pilot of United Flight 175, and Mohammed Atta, the pilot of American Airlines Flight 11, came to United States as tourists. They subsequently applied for a change of status from a tourist to an M-1 student in order to remain in the United States to learn to fly.[3] While his application was pending with the INS, Atta left the United States.

---

2 Hani Hanjour was the first 9/11 hijacker to acquire a U.S. visa and come to the United States. He entered four times before September 11, three times to seek a U.S. education.

3 The 9/11 Commission Report, Chapter 5, p. 223-224

On his return, Atta was sent to secondary inspection at the port of entry. The immigration inspector checked INS databases and confirmed the pending application. However, he did not check STSC. He told the 9/11 Commission that the student tracking system was "garbage"—with information that was no longer valid.[4]

> He told the 9/11 Commission that the student tracking system was "**garbage**"—with information that was no longer valid.

Underlining the inadequacy of STSC were the delays in notifying the Florida flight school that al-Shehhi and Atta had been approved for a change of status. The school received these letters six months after 9/11.[5] Due to the cumbersome process, the information in the letters was accurate but untimely. While INS had approved the changes of status months before 9/11, this incident led to the perception that the approval was post 9/11 and received massive press attention. The president said he was "stunned and not happy" when he learned that no one intercepted the letters.[6] Bush ordered the Attorney General to investigate. He also said the matter was a wake-up call and that, "They (INS) got the message, and hopefully, they'll reform as quickly as possible."[7]

Following the 9/11 attacks and subsequent legislation, the INS expedited development of SEVIS I. Due to the pressing national security concerns, the time allowed to design and deploy the system was very limited. It represented a massive change in process for the government, the academic community, and sponsor organizations. The speed with which SEVIS I was developed caused problems – which attracted media attention. An article appearing in *The Boston Globe* highlighted some of the issues associated with the deployment of SEVIS I:

> As President Bush trumpets his far-reaching homeland security measures, the country's $36 million network for tracking foreign students is in disarray.

*As President Bush trumpets his far-reaching homeland security measures, the country's $36 million network for tracking foreign students is in disarray on the eve of its official launch, say college administrators.*

*Today marks the deadline for colleges to begin using a new, ambitious, computer-based system to keep tabs on more than 500,000 foreign students. The Immigration and Naturalization Service expresses confidence that its system will function adequately.*

*But more than 1,200 colleges, including Harvard University, are still waiting for the INS to approve their use of the database. And at a handful of schools in New England that have received INS approval, those trying to enter data say the system is so clogged and bug-ridden as to be essentially unusable, prompting concerns about whether technical glitches could land their institutions in hot water or even jeopardize some students' legal status in the United States.[8]*

In March of 2003, the Senate Committee on Science held hearings on SEVIS I. United Press International released a long article on the hearings that described the testimony:[9] In his testimony David Ward, president of the American Council on Education, said SEVIS is technically flawed. In several cases, forms from one school printed out at another school. In the most worrisome incident, forms printed by the Jet Propulsion Laboratory, a secured government facility, printed at a proprietary school in San Francisco. Problems with the system have also resulted in extensive delays in issuing some visas.

---

4  The 9/11 Commission Report, Chapter 2, p 18.

5  New York Times, "A Nation Challenged: The Hijackers; 6 Months Late, INS Notifies Flight School of Hijackers' Visas", March 13, 2003. David Johnston.

6  The Milwaukee Journal Sentinel, "President 'hot about hijacker's visas", March 12, 2002. Sonya Ross.

7  Ibid.

8  Boston Globe Knight Ridder, "Colleges Fault System to Track Foreign Students", January 30, 2003. Marcella Bombardieri.

9  United Press International. "System to Track Foreign Students Bashed", March 26, 2003.