MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
AMBER S. ROSEN (CABN 160380)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Hartley.West@usdoj.gov
    Amber.Rosen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-581 EJD |
| Plaintiff, | UNITED STATES' WITNESS LIST |
| v. | Pretrial Conference: November 3, 2014<br>Trial Date: November 17, 2014 |
| JERRY WANG, | |
| Defendant. | |

    The United States hereby gives notice to the Court and to defendant Jerry Wang of the witnesses it may call in its case in chief at the trial in the above-captioned case. This list is intended to be inclusive and does not necessarily the order in which witnesses will be called. The government may not call all of the witnesses on this list. The government reserves the right to supplement this list as trial preparations progress. The government will notify the defendant of any changes to its witness list.

U.S. WITNESS LIST
CR 12-581 EJD

| Witness Name | Subject of Testimony |
| --- | --- |
| Andres Bella | ACCHS transfer letter |
| Narasimha Rao Barigala | Forced transfer to Herguan |
| William Elliott | F-1 student visa process and entry |
| Richard Friberg | I-20 forgeries and academic warning letter |
| Chamala Godhasri | Forced transfer to Herguan |
| Shane Guan | Vital Core employment letter; Herguan transcript |
| Huei Fen ("Fay") Huang | Harguan registration; online classes |
| Srikanth Jasti | Forged I-20 |
| Dwaraka Prakash Kakumanu | Forced transfer to Herguan |
| Tamilselvan Karunanidhy | Forged I-20 |
| Dheeraj Kore | Forged I-20 |
| Pavan Kumar Koshika | Forced transfer to Herguan |
| Ling Li | UEWM/Herguan relationship; forced Herguan transfers; SEVIS access; forged I-20s; AACHS transfer letter; IIHH employment letter |
| Jason Mackey | Case agent; search warrants; compliance site visit; interviews of defendant; financial analysis of fraud proceeds; certified records |
| Anthony Martinez | UEWM/Herguan relationship and management |

U.S. WITNESS LIST
CR 12-581 EJD

| | |
|---|---|
| Suzanne Mirkamali | Forged I-20s; SEVIS access; online classes |
| Cheng Guang ("Alex") Shi | UEWM transfer letter and employment letter |
| Jiang Gang Tang | Vital Core employment letter; obstruction |
| David Wang | Employment letter and transcripts; UEWM file |
| Susanna Warner | SEVP; SEVIS access and purpose |
| Yeh-Pin ("Carrie") Yang | SEVIS access; I-20 forgeries; Herguan F-1 students |
| Ling Zhang | SEVIS access; I-20 forgeries; Herguan F-1 students |
| Candace Zheng (Luo) | Employment letter and transcripts; UEWM file |

DATED: October 30, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
_____
HARTLEY M. K. WEST
AMBER J. ROSEN
Assistant United States Attorneys