JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email: tatkinson@mcmanislaw.com

STEVEN F. GRUEL (213148)
LAW OFFICES OF STEVEN F. GRUEL
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:   (415) 989-1253
Facsimile:   (415) 829-4304
Email: attystevengruel@sbcglobal.net

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JERRY WANG,<br><br>            Defendant. | Case No. CR 12-581 EJD<br><br>**DEFENDANT'S EXHIBIT LIST**<br><br>Trial Date:   November 17, 2014<br>Time:          9:00 a.m.<br>Ctrm:          4, 5th Floor<br>Judge:         The Hon. Edward J. Davila |

Defendant, Jerry Wang, hereby submits a list of prospective exhibits he may seek to introduce into evidence at trial.  Defendant reserves his rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to offer additional exhibits as may be necessary during trial.  Defendant further reserves his rights to object to the admissibility of any trial exhibit proposed by the parties.

///

1

DEFENDANT'S EXHIBIT LIST; CASE NO. CR 12-581 EJD

1 | DATED: October 31, 2014

McMANIS FAULKNER

　　/s/ Tyler Atkinson
TYLER ATKINSON

Attorneys for Defendant
JERRY WANG

**U.S.A. v. Jerry Wang**
**Case No. CR 12-581**

| | | **DEFENDANT'S LIST OF POTENTIAL TRIAL EXHIBITS** |
|---|---|---|
| **1000** | 9/7/2006 | Kim Loan Thi Ho's Application for Admission to Herguan University |
| **1001** | 7/8/2007 | Letter from Chengguang Shi, Academic Dean for UEWM |
| **1002** | 7/9/2007 | Letter from Andres Bella, Director of Academy of Chineses Culture & Health Sciences |
| **1003** | 7/10/2007 | Form I-17 Petition for Approval of School for Attendance by Nonimmigrant Student Signed 7/16/2007 |
| **1004** | 7/27/2007 | Letter from Lawrence Lau, Dean of Academic Affairs at Yo San University |
| **1005** | 8/8/2007 | Request for Evidence Comments printed from SEVIS website |
| **1006** | 8/8/2007 | Fall 2005 - Spring 2007 Herguan University Official Transcript for David Wang (Master of Medicine Degree awarded 4/15/2007) |
| **1007** | 8/8/2007 | Fall 2005 - Spring 2007 Herguan University Official Transcript for Shane Guan (Master of Medicine Degree awarded 4/15/2007) |
| **1008** | 8/8/2007 | Fall 2005 - Spring 2007 Herguan University Official Transcript for Candace Zheng (Master of Medicine Degree awarded 4/15/2007) |
| **1009** | 8/10/2007 | Letter from "Lin Lee," President of the International Institutes of Health and Healing |
| **1010** | 8/11/2007 | Letter from Alex Shi, Clinic Manager for UEWM |
| **1011** | 8/13/2007 | Letter from JingGang Tang, Vital Core Manager |
| **1012** | 4/16/2008 | Herguan University Meeting Minutes |
| **1013** | 5/30/2008 | Letter from former Herguan University student, Narashimha Barigala to the University of East West Medicine |
| **1014** | 8/2/2008 | Letter from former Herguan University student, Pavan Koshika to the University of East West Medicine |
| **1015** | 8/12/2008 | Letter from former Herguan University student, Dwaraka Kakumanu to the University of East West Medicine |
| **1016** | 8/22/2008 | Letter from former Herguan University student, Godhasri Chamala to the University of East West Medicine |
| **1017** | 12/22/2008 | Letter from Eric Y. Tao, Ph.D. re CSUMB can accept transfer credits from Herguan University |

U.S.A. v. Jerry Wang
Case No. CR 12-581

| | | |
|---|---|---|
| **1018** | 7/31/2009 | Email from former Herguan University student, Uttam Pagadala to Jerry Wang regarding exams |
| **1019** | 10/6/2010 | Herguan University Board of Regents Meeting Minutes |
| **1020** | 11/17/2010 | Request for Evidence (RFE) from Jason Kanno, SEVP hand delivered to Jerry Wang during site inspection |
| **1021** | 11/30/2010 | ROI 039 - Tri-Valley University Investigation: 11/30/10 interview with Jerry Wang, PDSO for Herguan University |
| **1022** | 12/8/2010 | Herguan University Board of Regents Meeting Minutes |
| **1023** | 12/15/2010 | Documents provided to investigators by Dr. Anthony Martinez, Dean of Academics for Herguan University |
| **1024** | 12/16/2010 | Response by Herguan University to RFE served on 11/17/2010 |
| **1025** | 1/2011 - 6/2011 | Emails between Andres Bella and Jerry Wang |
| **1026** | 1/31/2011 | ROI 115 - Tr-Valley University Investigation: 1/31/11 interveiw with Ying Qiu Wang, Su Tong and Jerry Wang |
| **1027** | 3/16/2011 | ROI 166 - Tri-Valley University Investigation: 3/16/11 interview with Ying Qui Wang |
| **1028** | 8/8/2011 | SEVIS Notice Number 1108-01 Re: SEVIS Password Security for PDSOs and DSOs |
| **1029** | 9/20/2011, 10/13/2011, 11/11/2011 | Emails from Suzanne Mirkamali to Agent Mackey re information regarding Herguan University |
| **1030** | 9/30/2011 | ROI 001 (memorialize 11/11/2010 site visit and documents provided by SEVP) |
| **1031** | 9/30/2011 | ROI 002 (9/20/2011 interview with Shane Guan and 9/22/2011 interview with JiangGang Tang) |
| **1032** | 9/30/2011 | ROI 003 (9/14/2011 interview with Andres Bella) |
| **1033** | 10/3/2011 | ROI 004 (9/22/2011 interviews with ChengGuang aka Alex Shi and Candace Zhaeng aka Candace Luo) |
| **1034** | 10/3/2011 | ROI 005 (9/20/2011 meeting with Jerry Wang and request for information) |
| **1035** | 10/3/2011 | ROI 006 (9/20/2011 conversation with Dr. Lawrence Lau) |
| **1036** | 10/6/2011 | ROI 007 (10/6/2011 interview with Ling Li) |

**U.S.A. v. Jerry Wang**
**Case No. CR 12-581**

| | | |
|---|---|---|
| **1037** | 10/6/2011 | California South Bay University document provided by Ling Li for signature comparison with "Ling Li" letter during interview with Mackey |
| **1038** | 10/11/2011 | Emails between agents and Dheeraj Kore with attachments: 7/6/2010 Form I-20; 7/25/2011 Form I-20; 9/20/2010 Form I-20; 9/29/2010 Form I-20 (modified) |
| **1039** | 10/14/2011 | Emails between Agent Jason Macke and Tamilsevan Karunanid with attachments: 9/26/2010 Form I-20; 9/26/2010 Employment offer letter to Tamilselvan Karunanid from Avesta Computer Services, Ltd. |
| **1040** | 10/17/2011 | ROI 008 (10/14/2011 interview with Carrie Yang aka Yehpin Yang) |
| **1041** | 10/18/2011 | ROI 012 (10/12-14/2011 email exchange with Herguan University student Tamilselvan Karunanidhy) |
| **1042** | 10/18/2011 | ROI 013 (10/11 & 10/13/2011 conversations with Herguan University student Dheeraj Kore) |
| **1043** | 10/18/2011 | ROI 014 (10/11/2011 interview with Herguan University student Srikanth Jasti) |
| **1044** | 10/18/2011 | ROI 015 (10/12-13/2011 conversations with Herguan University student Vishesh Aedula) |
| **1045** | 10/18/2011 | ROI 016 (9/22 email and 9/23/2011 interview with Suzanne Mirkamali and Dusty Rodriguez) |
| **1046** | 10/18/2011 | Two copies of Form I-20s for Jasti Srikanth dated 9/20/2010 provided to agents during 10/18/2011 interview |
| **1047** | 10/18/2011 | TECS Records reflecting Jerry Wang's travel from September 11, 2010 through October 6, 2010 |
| **1048** | 12/2011 | Homeland Security Investigation SEVP Spotlight |
| **1049** | 1/24/2012 | Search and Seizure Warrant issued to Google Inc. for Herguan University email accounts |
| **1050** | 2/10/2012 | ROI 017 (Herguan University email accounts search warrant results) |
| **1051** | 2/10/2012 | ROI 018 (request SAC in Los Angles locate and interview David Wang) |
| **1052** | 2/13/2012 | The return for the Search and Seizure Warrant issued to Google, Inc., including the "3 DVDs containing emails" identified in the return |
| **1053** | 2/23/2012 | ROI 019 (9/20/2011 interview with Eric Tao) |
| **1054** | 3/5/2012 | ROI 020 (addendum to report 001 - corrects site visit date to 11/17/2010) |
| **1055** | 7/31/2012 | Search and Seizure Warrant for the Administrative Offices of Herguan University and the University of East West Medicine |

3

**U.S.A. v. Jerry Wang**
**Case No. CR 12-581**

| | | |
|---|---|---|
| **1056** | 8/2/2012 | Arrest warrant for Jerry Wang |
| **1057** | 8/2/2012 | All documents and items seized in the search at Herguan University as identified in the Homeland Security Investiations Search Warrant Inventory |
| **1058** | 8/3/2012 | ROI 022 (12/15/2010 meeting and collection of documents - Anthony Martinez, Herguan University Dean) |
| **1059** | 8/3/2012 | ROI 023 (7/23/2012 interview with Ling Zhang) |
| **1060** | 8/3/2012 | Ling Zhang emails with student complaint letters attached |
| **1061** | 8/6/2012 | ROI 024 (8/2/2012 voicemail from Ling Zhang & 8/3/2012 email with documents form Ling Zhang) |
| **1062** | 8/21/2012 | ROI 025 (8/2/2012 service of search and arrest warrants to Jerry Wang) |
| **1063** | 8/27/2012 | ROI 026 (7/19/2012 interview with Herguan Universityi Fen Herguan Universityang aka Fay Herguan Universityang) |
| **1064** | 8/29/2012 | ROI 027 (8/28/2012 interview with Ling Li) |
| **1065** | 9/18/2012 | Email from SEVP Compliance with Herguan University's Withdrawal on Notice, withdrawing Herguan University's SEVP certification |
| **1066** | 4/4/2014 | ROI 028 (Re-Open Collateral Request to Interview David Wang) |
| **1067** | 8/18/2014 | ROI 029 (8/11/2014 interview with former Herguan University student, Narasimha Barigala) |
| **1068** | 8/18/2014 | ROI 030 (8/6/2014 interview with former Herguan University student, Godhasri Chamala) |
| **1069** | 8/18/2014 | ROI 031 (8/7/2014 interview with former Herguan University student, Dwaraka Kadumanu) |
| **1070** | 8/20/2014 | ROI 032 (8/6/2014 interview with former Herguan University student, Pavan Koshika) |
| **1071** | 8/20/2014 | ROI 033 (8/20/2014 interview with former Herguan University student, Uttam Pagadala) |
| **1072** | 10/1/2014 | ROI 034 (Collateral reqeust for service of trial subpoena to Anthony Martinez) |
| **1073** | 10/1/2014 | ROI 035 (Collateral request for service of trial subpoena to Suzanne Mirkamili) |
| **1074** | 10/1/2014 | ROI 036 (Collateral reqeust for service of trial subpoena to Dheeraj Kore) |

**U.S.A. v. Jerry Wang**
**Case No. CR 12-581**

| 1075 | 10/1/2014 | ROI 037 (Collateral request for service of trial subpoean to Srikanth Jasti) |
|---|---|---|
| 1076 | 10/8/2014 | ROI 038 (Statement by Andres Bella during subpoena service) |
| 1077 | 10/21/2014 | ROI 039 (10/17/2014 interview with Jiangang Tang) |
| 1078 | 10/27/2014 | ROI 040 (10/14/2014 interview with Candace Luo) |
| 1079 | 10/27/2014 | ROI 041 (10/14/2014 interview with Andres Bella) |
| 1080 | 10/27/2014 | ROI 042 (10/14/2014 interview with Yeh-Pin "Carrie" Yang) |
| 1081 | unknown | Email exchange between Fay Huang and Jerry Wang regarding failing students at Herguan University |