JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:   (408) 279-3244
Email:  tatkinson@mcmanislaw.com

STEVEN F. GRUEL (213148)
LAW OFFICES OF STEVEN F. GRUEL
315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone:   (415) 989-1253
Facsimile:   (415) 829-4304
Email:  attystevengruel@sbcglobal.net

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JERRY WANG,<br><br>            Defendant. | Case No. CR 12-581 EJD<br><br>**DEFENDANT'S WITNESS LIST**<br><br>Trial Date:   November 17, 2014<br>Time:         9:00 a.m.<br>Ctrm:         4, 5th Floor<br>Judge:        The Hon. Edward J. Davila |

Defendant, Jerry Wang, may call the following witnesses, other than solely for impeachment or rebuttal. Defendant reserves the right to supplement and revise this witness list as trial preparations continue, and to call additional witnesses as may be necessary during trial.

1. Andres Bella

2. Anthony Martinez

3. Candace Zheng (aka Candace Luo)

1

DEFENDANT'S WITNESS LIST; CASE NO. CR 12-581 EJD

4. Carrie Yang (aka Yehpin Yang)
5. Chengguang "Alex" Shi
6. David Wang
7. David Yang, Esq.
8. Dheeraj Kore
9. Doreen "Kandy" Simmons
10. Dr. Lawrence Lau
11. Dwaraka Kakumanu
12. Eric Tao
13. Godhasri Chamala
14. Hui Fen "Fay" Huang
15. Jianggang Tang
16. Kalpana Wunnava
17. Karathik Kamthanpati
18. Lee Winters
19. Ling Li
20. Ling Zhang
21. Liu Rong
22. Mike Mao
23. Narasimha Barigala
24. Pavan Koshika
25. Pei Chi
26. Richard Frieberg
27. Shane Guan
28. Shireen Kahn
29. Srikanth Jasti
30. Stella Dai
31. Su Tong

32. Suzanne Mirkamali

33. Tamilselvan Karunanidhuy

34. Uttam Pagadala

35. Vishesh Aedula

36. Ying Qiu Wang

37. All federal, state and local agents and officers with involvement in this matter.

38. Lloyd W. Cunningham (potential expert witness, defendant will comply with applicable Federal Rules of Criminal Procedure once it is determined whether Mr. Cunningham will be designated as an expert witness).

DATED: October 31, 2014

McMANIS FAULKNER

/s/ Tyler Atkinson
TYLER ATKINSON

Attorneys for Defendant
JERRY WANG