1  JAMES McMANIS (40958)
   MATTHEW SCHECHTER (2123003)
2  TYLER ATKINSON (257997)
   McMANIS FAULKNER
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:   (408) 279-8700
5  Facsimile:    (408) 279-3244
   Email:          tatkinson@mcmanislaw.com
6

7  Attorneys for Defendant,
   JERRY WANG
8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                                SAN JOSE DIVISION

12  UNITED STATES OF AMERICA,            | Case No. CR 12-581 EJD

13              Plaintiff,                | ***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON A MOTION TO WITHDRAW;**
14       vs.                              | **DECLARATION OF TYLER ATKINSON; [PROPOSED] ORDER**
15  JERRY WANG,

16              Defendant.                | Local Rule 47-2

17                                        | Trial Date:   November 17, 2014
                                          | Time:         9:00 a.m.
18                                        | Ctrm:         4, 5th Floor
                                          | Judge:        The Hon. Edward J. Davila
19

20

21

22

23

24

25

26

27

28

McManis Faulkner hereby submits a Motion to Shorten Time and [Proposed] Order.

## MOTION TO SHORTEN TIME

McManis Faulkner respectfully requests that the Court grant this motion to shorten time in order that the Motion to Withdraw as Counsel may be heard during the pretrial conference in this case, scheduled for November 3, 2014, at 3:00 pm.  The need for shortened time is based on the proximity of the current trial date.

DATED:  October 31, 2014           McMANIS FAULKNER

/s/ Tyler Atkinson
TYLER ATKINSON

Attorneys for Defendant
JERRY WANG

## DECLARATION OF TYLER ATKINSON

I, Tyler Atkinson, declare:

1. I am an attorney at law, admitted to practice in the Northern District of California, and am an associate at McManis Faulkner, attorneys of record for defendant, Jerry Wang.  I submit this declaration in support of defendant's motion to withdraw.

2. On October 30, 2014, our office informed Assistant United States Attorney West that we would be moving to withdraw as counsel for defendant Wang.  We informed Ms. West that in addition to our motion, we would seek to address the issue at the pretrial conference scheduled for November 3, 2014.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

DATED:  October 31, 2014           /s/ Tyler Atkinson
TYLER ATKINSON

1
DEFENDANT'S MOTION TO SHORTEN TIME – and – [PROPOSED] ORDER; CASE NO. CR 12-581 EJD

[PROPOSED] ORDER

McManis Faulkner's Motion to Shorten Time is GRANTED and McManis Faulkner's Motion to Withdraw as Counsel will be heard on November 3, 2014 at 3:00 p.m.

IT IS SO ORDERED.

Dated: _____     _____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT