1  JAMES McMANIS (40958)
   MATTHEW SCHECHTER (2123003)
2  TYLER ATKINSON (257997)
   McMANIS FAULKNER
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:   (408) 279-8700
5  Facsimile:   (408) 279-3244
   Email:        tatkinson@mcmanislaw.com
6

7  Attorneys for Defendant,
   JERRY WANG
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-581 EJD |
| Plaintiff, | **ADMINISTRATIVE MOTION TO SEAL** |
| vs. | |
| JERRY WANG, | Trial Date:   November 17, 2014<br>Time:         9:00 a.m.<br>Ctrm:        4, 5th Floor<br>Judge:       The Hon. Edward J. Davila |
| Defendant. | |

ADMINISTRATIVE MOTION TO SEAL; CASE NO. CR 12-581 EJD

Pursuant to Criminal Local Rules, Rule 56-1, McManis Faulkner, attorneys for defendant Jerry Wang, request that the Declaration of William Faulkner in Support of Motion to Withdraw as Counsel and the Declaration of Tyler Atkinson Support of Motion to Withdraw as Counsel be sealed.

McManis Faulkner, attorneys for defendant Jerry Wang, have identified a conflict of interest with Mr. Wang and have concluded that they must withdraw from this matter.  In support of their motion to withdraw, McManis Faulkner offers as evidence the declarations of William Faulkner and Tyler Atkinson.  Both declarations contain information protected by attorney-client privilege and work product privilege, and therefore should be sealed.

DATED:  October 31, 2014          McMANIS FAULKNER

　　　　　　　　　　　　　　　　　 /s/ Tyler Atkinson
　　　　　　　　　　　　　　　　　TYLER ATKINSON

　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　JERRY WANG