JAMES McMANIS (40958)
MATTHEW SCHECHTER (2123003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:          tatkinson@mcmanislaw.com

Attorneys for Defendant,
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JERRY WANG,<br><br>　　　　　Defendant. | Case No. CR 12-581 EJD<br><br>**DECLARATION OF TYLER ATKINSON IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>Trial Date:    November 17, 2014<br>Time:            9:00 a.m.<br>Ctrm:           4, 5th Floor<br>Judge:         The Hon. Edward J. Davila |

DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL; CASE NO. CR 12-581 EJD

I, Tyler Atkinson, declare:

1. I am an attorney at law admitted to practice in the Northern District of California. I am an associate at McManis Faulkner, counsel of record for defendant, Jerry Wang ("defendant"). I submit the following declaration in support of McManis Faulkner's Motion to Withdraw as Counsel. I have personal knowledge of the facts within and, if called as a witness, I could and would competently testify thereto.

2. McManis Faulkner, attorneys for defendant Jerry Wang, have identified a conflict of interest with Mr. Wang and have concluded that they must withdraw from this matter. In support of their motion to withdraw, McManis Faulkner offers as evidence the declarations of William Faulkner and Tyler Atkinson. Both declarations contain information protected by attorney-client privilege and work product privilege, and therefore should be sealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   October 31, 2014           /s/ Tyler Atkinson
                                     TYLER ATKINSON