JAMES McMANIS (40958)
MATTHEW SCHECHTER (2123003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:        tatkinson@mcmanislaw.com

Attorneys for Defendant,
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JERRY WANG,<br><br>　　　　　Defendant. | Case No. CR 12-581 EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>Trial Date:   November 17, 2014<br>Time:         9:00 a.m.<br>Ctrm:         4, 5th Floor<br>Judge:        The Hon. Edward J. Davila |

　　　Having considered McManis Faulkner's Administrative Motion to Seal, the Court now enters the following ORDER:

　　　1.　　The clerk shall seal the Declaration of Tyler Atkinson in Support of Motion to Withdraw as Counsel.

/ / /

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL; CASE NO. CR 12-581 EJD

2. The clerk shall seal the Declaration of William Faulkner in Support of Motion to Withdraw as Counsel.

IT IS SO ORDERED.

DATED: _____          _____
                                EDWARD J. DAVILA
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL; CASE NO. CR 12-581 EJD