JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email: tatkinson@mcmanislaw.com

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JERRY WANG,<br><br>　　　　Defendant. | Case No. CR 12-581 EJD<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW**<br><br>Date:  Nov. 3, 2014<br>Time:  3:00 pm<br>Ctrm:  4<br>Judge: Honorable Edward J. Davila |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that on November 3, 2014 at 3:00 pm, or as soon thereafter as the matter may be heard in Courtroom 4, 5th Floor, in the above-entitled court, located at 280 S. First Street, San Jose, California, 95113, McManis Faulkner will move the Court for an Order Granting Withdrawal of the Law Firm of McManis Faulkner.

/ / /

/ / /

/ / /

/ / /

/ / /

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of William Faulkner, the pleadings and papers on file herein, and upon such oral argument and other evidence as the Court may permit on this matter.

DATED:  October 31, 2014                         McMANIS FAULKNER

                                                                /s/ William Faulkner
                                                 WILLIAM FAULKNER

                                                 Attorneys for Defendant
                                                 JERRY WANG

### Motion to Withdraw

The withdrawal of counsel is governed by the standards of professional conduct required of members of the State Bar of California. *Civ. L. R.* 11-4(a)(1); *see Nehad v. Mukasey,* 535 F.3d 962, 970 (9th Cir. 2008). The California Rules of Professional Conduct provide for mandatory withdrawal where "the member knows or should know that continued employment will result in violation of these rules or of the State Bar Act." Rules of Prof. Conduct 3-700(B)(2).

As detailed more fully in the Declaration of William Faulkner and the Declaration of Tyler Atkinson, filed concurrently under seal, Counsel for defendant find themselves in an impossible situation requiring them to withdraw because of a conflict of interest pursuant to the Rules of Professional Conduct. Rules of Prof. Conduct 3-310. Notice was provided to defendant and to the Government as soon as counsel became aware of the situation requiring withdrawal. Counsel for defendant have taken reasonable steps to avoid prejudice to defendant under the circumstances and request that the Court allow defendant time to put an appropriate defense team in place in light of counsel's mandatory withdrawal.

DATED:  October 31, 2014

McMANIS FAULKNER

  /s/ William Faulkner
WILLIAM FAULKNER

Attorneys for Defendant
JERRY WANG