1  JAMES McMANIS (40958)
   MATTHEW SCHECHTER (2123003)
2  TYLER ATKINSON (257997)
   McMANIS FAULKNER
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:   (408) 279-8700
5  Facsimile:    (408) 279-3244
   Email:        tatkinson@mcmanislaw.com
6
   Attorneys for Defendant,
7  JERRY WANG

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA, | Case No. CR 12-581 EJD |
   |---|---|
13 | Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |
14 | vs. | |
15 | JERRY WANG, | Trial Date:   November 17, 2014 |
   | | Time:         9:00 a.m. |
16 | Defendant. | Ctrm:         4, 5th Floor |
   | | Judge:        The Hon. Edward J. Davila |

        Having considered McManis Faulkner's Motion to Withdraw, the Court now enters the
following ORDER:
        1.  McManis Faulkner's motion is GRANTED.
        2.  The law firm of McManis Faulkner and its attorneys are permitted to withdraw as
counsel of record for the defendant, and are relieved of any and all further duties and

                                            1
[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW; CASE NO. CR 12-581 EJD

responsibilities to defendant in this case.

3. All further pleadings, motions, notices, correspondence, and other documents shall be served on attorney Steven Gruel, whose contact information is as follows:

LAW OFFICES OF STEVEN F. GRUEL

315 Montgomery Street, 9th Floor

San Francisco, California 94104

Telephone:    (415) 989-1253

Facsimile:    (415) 829-4304

Email:  attystevengruel@sbcglobal.net

4. The trial date for this case is vacated. A trial setting conference shall take place on _____.

IT IS SO ORDERED.

DATED: _____           _____
                                   EDWARD J. DAVILA
                                   UNITED STATES DISTRICT JUDGE