JAMES McMANIS (40958)
MATTHEW SCHECHTER (2123003)
TYLER ATKINSON (257997)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:          tatkinson@mcmanislaw.com

Attorneys for Defendant,
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 12-581 EJD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL |
| vs. | |
| JERRY WANG, | Trial Date:   November 17, 2014 |
| Defendant. | Time:         9:00 a.m. |
| | Ctrm:         4, 5th Floor |
| | Judge:        The Hon. Edward J. Davila |

Having considered McManis Faulkner's Administrative Motion to Seal, the Court now enters the following ORDER:

1. The clerk shall seal the Declaration of Tyler Atkinson in Support of Motion to Withdraw as Counsel.

/ / /

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL; CASE NO. CR 12-581 EJD

2.	The clerk shall seal the Declaration of William Faulkner in Support of Motion to Withdraw as Counsel.

IT IS SO ORDERED.

DATED: November 3, 2014

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL; CASE NO. CR 12-581 EJD