UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 5 mins (arrgn)
1 hr 5 mins (mtn)
5 mins (status)

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** November 3, 2014 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-12-00581-EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** Mary Ma (Mandarin) |

### CASE TITLE

USA v. Jerry Wang (NC)(P)(I)

### APPEARANCES

**Attorney(s) for Government**: Hartley West, Amber Rosen
**Attorney(s) for Defendant(s)**: Steven Gruel, Tyler Atkinson
**Other Appearance(s)**: Allen Ruby for McManis Faulkner

### PROCEEDINGS

1. Arraignment on Superseding Indictment
2. Motion to Withdraw as Counsel (Doc. 116)
3. Pretrial Conference

### ORDER AFTER HEARING

Hearing held. Defendant assisted by a Mandarin language interpreter. The Court held arraignment as to the Superseding Indictment. Not guilty entered as to all counts and denial of forfeiture allegations. The Defendant waived formal reading and advisement of rights. The Court vacated the November 4, 2014 Arraignment before Magistrate Judge Paul S. Grewal. The Court heard argument on the Motion to Withdraw. The Court GRANTED the Motion to Withdraw. The Court set an Identification of Counsel hearing for November 10, 2014 at 1:30 PM. The Court continued all pretrial matters to November 10, 2014. Trial schedule remains as set. Time excluded from November 3, 2014 through November 10, 2014 for continuity of counsel.

| | |
|---|---|
| **P/NP:** Present, Not Present | Elizabeth C. Garcia |
| **C/NC:** Custody, Not in Custody | Courtroom Deputy |
| **I:** Interpreter | Original: Efiled |
| | CC: J. Garcia |