MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
AMBER J. ROSEN (CABN 160380)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Hartley.West@usdoj.gov
    Amber.Rosen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-581 EJD |
| Plaintiff, | UNITED STATES' EXHIBIT LIST |
| v. | Pretrial Conference: November 3, 2014 |
| JERRY WANG, | Trial Date: November 17, 2014 |
| Defendant. | |

    The United States may offer the exhibits set forth on the attached list at the trial of this case. The government reserves the right to amend this list.

DATED: November 5, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

        /s/
HARTLEY M. K. WEST
AMBER J. ROSEN
Assistant United States Attorneys

U.S. WITNESS LIST
CR 12-581 EJD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.:   CR-12-0581-EJD          Date:   November 17, 2014

   UNITED STATES OF AMERICA    vs.    JERRY WANG

**GOVERNMENT'S EXHIBIT LIST**

(X) Plaintiff                                   ( ) Defendant

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1 | | | Approved Petition for Approval of School for Attendance by Nonimmigrant Student (Form I-17), Herguan Univ. |
| 2 | | | Record of Designated School Officials (Form I-17A), Herguan Univ. |
| 3 | | | Record of School/Campuses (Form I-17B), Herguan Univ. |
| 4 | | | SEVIS I-17 Certification Summary, Herguan Univ. |
| 5 | | | SEVIS Certification, Site Visit Checklist 7/30/07, Herguan Univ. |
| 6 | | | 7/9/07 Transfer Letter from Andres Bella at Academy of Chinese Culture & Health Sciences |

U.S. WITNESS LIST
CR 12-581 EJD

| # | | | Description |
|---|---|---|---|
| 7 | | | 7/8/07 Transfer Letter from Chengguang Shi re Su Tong |
| 8 | | | BPPVE Approval, dated 6/5/07, Herguan Univ. |
| 9 | | | 7/27/07 Letter to Herguan Board of Directors & Shareholders from Rong Fu, CPA; Balance Sheet; Profit & Loss Statement |
| 10 | | | SEVIS Request for Evidence Comments, Herguan Univ. |
| 11 | | | Letter to Dong Shin from Jerry Wang, Herguan Univ., Enclosing Employment Letters and Transcripts, Stamped Received by SEVP 8/16/07<br><br>8/11/07 Employment Letter from Alex Shi Re: Candace Zheng, Stamped Received by SEVP 8/16/07<br><br>8/13/07 Employment Letter from JingGang Tang Re: Shane Guan, Stamped Received by SEVP 2/14/08<br><br>8/10/07 Employment Letter from Lin Lee at International Institutes for Health and Healing Re: David Wang, Stamped Received by SEVP 8/16/07<br><br>Herguan Transcripts for Candace Zheng, Stamped 2/14/08<br><br>Herguan Transcripts for Shane Guan, Stamped 8/16/07 |
| 12 | | | AT&T Sucbscriber Information for Ling Li |
| 13 | | | 7/2/08 Letter from Jerry Wang to SEVP Officer Dianne Currie |
| 14 | | | 7/31/09 Email from Uttam Pagadala to Jerrry Wang |
| 15 | | | 6/29/09 Email from Kalpana Wunnava to Jerry Wang |

U.S. WITNESS LIST
CR 12-581 EJD

| | | | |
|---|---|---|---|
| 16 | | | 7/25/09 Email from Kalpana Wunnava to Jerry Wang forwarding Friberg email |
| 17 | | | 7/27/09 Email from Kalpana Wunnava to Jerry Wang |
| 18 | | | 7/27/09 Email from Kalpana Wunnava to Jerry Wang forwarding another Friberg email |
| 19 | | | 12/21/09 Email from Carrie Yang to Jerry Wang to change SEVIS password |
| 20 | | | 3/23/10 Email from Carrie Yang to Jerry Wang |
| 21 | | | I-20 for Dheeraj Kore dated 9/20/10, showing continued attendance |
| 22 | | | Email from Dheeraj Kore to Dale Taylor |
| 23 | | | I-20 for Srikanth Jasti dated 9/21/10, showing continued attendance |
| 24 | | | I-20s for Tamilselvan Karunanidhy, dated 9/23/10 |
| 25 | | | 10/14/11 Email from Karunanidhy to Mackey and I-20 Attachment |
| 26 | | | Request for Evidence Signed by Jerry Wang, Dated 12/17/10 |
| 27 | | | 12/1/10 Email from Jerry Wang to Richard Friberg Re: Institution's Attendance and academic warning letters |
| 28 | | | 12/2/10 Email from Friberg to Jerry Wang Re: Institution's Attendance and academic warning letters |
| 29 | | | 12/3/10 Email from Jerry Wang to Friberg Re: Institution's Attendance and academic warning letters |

U.S. WITNESS LIST
CR 12-581 EJD

| | | | |
|---|---|---|---|
| 31 | | | 12/16/10 Letter to Jason Kanno from Jerry Wang and Enclosures, including Academic Warning Letter |
| 32 | | | Certified TECS Records for 3/16/09-10/7/10 |
| 33 | | | UEWM student file for Hong (Candace) Zheng |
| 34 | | | UEWM student file for Shane Guan |
| 36 | | | Certified copy of BPPVE Application, Received 6/6/06 |
| 37 | | | RFE from SEVP dated 12/17/10 |
| 38 | | | Compliance Site Visit |
| 38 | | | Certified Articles of Incorporation for Herguan Univ. |
| 39 | | | Certified Articles of Incorporation for University of Eastern and Western Medicine |
| 40 | | | Certified Articles of Incorporation of Vital Core Biosystem, Inc. |
| 41 | | | Certified Statement of Information for Vital Core Biosystem, Inc. |
| 42 | | | Certified Articles of Incorporation for International Institute for Health and Healing, Inc. |

U.S. WITNESS LIST
CR 12-581 EJD