UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 12 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** November 10, 2014 | **Court Reporter:** Lee-Anne Shortridge |
| **Case No.:** CR-12-00581-EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** Daniel Hsueh (Mandarin) |

## CASE TITLE

USA v. Steven Foster (NC)(P)

## APPEARANCES

**Attorney(s) for Government**: Hartley West, Amber Rosen
**Attorney(s) for Defendant(s)**: Steven Gruel

## PROCEEDINGS

**I.D. Counsel Hearing**

## ORDER AFTER HEARING

**Hearing held. The Court vacated the pretrial and trial dates. The Court continued the matter to November 17, 2014 at 1:30 PM for Further Hearing re I.D. Counsel. Time is excluded from November 10, 2014 through November 17, 2014 for continuity of counsel and effective preparation of counsel.**

| | |
|---|---|
| **P/NP:** Present, Not Present | Elizabeth C. Garcia |
| **C/NC:** Custody, Not in Custody | Courtroom Deputy |
| **I:** Interpreter | Original: Efiled |
| | CC: |