UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 3 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** November 17, 2014 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-12-00581-EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** Daniel Hsueh (Mandarin) |

### CASE TITLE

USA v. Jerry Wang (NC)(P)(I)

### APPEARANCES

**Attorney(s) for Government**: Hartley West, Amber Rosen
**Attorney(s) for Defendant(s)**: James Brosnahan, Somnath Chatterjee

### PROCEEDINGS

I.D. of Counsel Hearing

### ORDER AFTER HEARING

Hearing Held. James Brosnahan and Somnath Chatterjee retained as counsel of record. The Court continued the matter to December 15, 2014 at 1:30 PM for Trial Setting/Status Conference hearing. Time is excluded from November 17, 2014 through December 15, 2014 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: J. Garcia