1  ALLEN J. RUBY (47109)
   JACK P. DICANIO (138782)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
3  Palo Alto, CA  94301
   Telephone:     (650) 470-4500
4  Facsimile:     (650) 470-4570
   Email:
5
   Attorneys for Third Party,
6  McMANIS FAULKNER, a Professional Corporation

7                     UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
9

10  UNITED STATES OF AMERICA,            Case No. CR 12-581 EJD

11                 Plaintiff,            **[PROPOSED] ORDER GRANTING
                                         MOTION TO QUASH GRAND JURY
12         vs.                           SUBPOENA**

13  BENJAMIN WANG,                       Date:    December 4, 2014
                                         Time:    1:30 p.m.
14                 Defendant.            Ctrm:    2, 5th Floor
                                         Magistrate Judge: Hon. Howard R. Lloyd
15

16

17

18         Having considered the motion of McManis Faulkner, a Professional Corporation

19  ("McManis Faulkner") to Quash the Grand Jury Subpoena, and finding good cause therefor, the

20  Court now enters the following ORDER:

21         1.    McManis Faulkner's motion is GRANTED.

22         2.    The November 7, 2014 Grand Jury subpoena is hereby quashed and no

23  compliance with it is required.

24

25  IT IS SO ORDERED.

26

27  DATED: _____      _____
                                 HONORABLE HOWARD R. LLOYD
28                               UNITED STATES MAGISTRATE JUDGE

                                          1

RECEIVED

NOV 2 0 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE