1   JAMES J. BROSNAHAN (CA SBN 34555)
    JBrosnahan@mofo.com
2   SOMNATH RAJ CHATTERJEE (CA SBN 177019)
    SChatterjee@mofo.com
3   CHRISTOPHER W. MAGAÑA (CA SBN 287256)
    CMagana@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendant
    JERRY WANG
8

**FILED**

DEC 0 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

| | |
|---|---|
| 13  United States of America, | Case No.   CR-12-581-EJD |
| 14                   Plaintiff, | **ADMINISTRATIVE MOTION TO SEAL** |
| 15          v. | Date:     December 4, 2014 |
| 16  Jerry Wang, | Time:     1:30 P.M. |
| 17                   Defendant. | Ctrm:     Four<br>Judge:   Hon. Edward J. Davila |

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Criminal Local Rules, Rule 56-1, and Civil Local Rule 7-11, Defendant Jerry

2 Wang moves the Court to permit Mr. Wang to file the Joinder In Support of Motion to Quash

3 under seal.

4        The Motion to Quash (Docket No. 128) and accompanying declarations filed by third-

5 party McManis Faulkner, Mr. Wang's previous counsel, contain information protected by the

6 attorney-client privilege and the work-product privilege. These materials were appropriately filed

7 under seal. Mr. Wang's Joinder makes reference to the materials filed by McManis Faulkner and

8 also contains sensitive information protected by attorney-client privilege and work product

9 privilege, and therefore should be sealed.

10

11 Dated: December 3, 2014               JAMES J. BROSNAHAN

12                                SOMNATH RAJ CHATTERJEE

                               CHRISTOPHER W. MAGAÑA

13                                MORRISON & FOERSTER LLP

14

15                    By: _____

                           JAMES J. BROSNAHAN

16                           Attorneys for Defendant

                          JERRY WANG

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 3, 2014, I served a copy of:

1.   ADMINISTRATIVE MOTION TO SEAL

2.   [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL

3.   DECLARATION OF JAMES J. BROSNAHAN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL

4.   JERRY WANG'S JOINDER IN SUPPORT OF MOTION TO QUASH

☑   **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Hartley M. K. West
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Email: Hartley.West@usdoj.gov
Attorneys for United States
   of America

Allen J. Ruby
Skadden, Arps, Slate,
   Meagher & Flom
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Email: Allen.Ruby@skadden.com
Attorneys for Third Party
McManis Faulkner

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 3rd day of December, 2014.

Linda B. Roiz
   (typed)

(signature)