JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
CHRISTOPHER W. MAGAÑA (CA SBN 287256)
CMagana@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>    v.<br><br>Jerry Wang,<br><br>                    Defendant. | Case No.   CR-12-581-EJD<br><br>**DECLARATION OF JAMES J. BROSNAHAN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL**<br><br>Date:    December 4, 2014<br>Time:    1:30 P.M.<br>Ctrm:    Four<br>Judge:   Hon. Edward J. Davila |

Decl. of James J. Brosnahan ISO Administrative Motion to Seal
Case No. CR-12-581-EJD
sf-3483408

I, James J. Brosnahan, declare

1. I am a senior partner in the law firm of Morrison & Foerster LLP, counsel of record for defendant Jerry Wang. I make this declaration in support of Jerry Wang's Joinder in Support of Motion to Quash. I have personal knowledge of the facts within and, if called as a witness, I could and would competently testify thereto.

2. McManis Faulkner, previous counsel for Jerry Wang, filed under seal a motion to quash a subpoena issued by the grand jury and submitted declarations in support thereof. The motion and declaration contain information protected by the attorney-client privilege and work-product privilege.

3. Defendant Wang's Joinder in Support of Motion to Quash makes reference to the materials filed by McManis Faulkner and also contains information protected by the attorney-client privilege and work product privilege and should therefore be sealed.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Executed this third day of December, 2014, in San Francisco, California.

By: _____
JAMES J. BROSNAHAN

Decl. of James J. Brosnahan ISO Administrative Motion to Seal
Case No. CR-12-581-EJD
sf-3483408