JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
CHRISTOPHER W. MAGAÑA (CA SBN 287256)
CMagana@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | Case No.   CR-12-581-EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL |
| v. | |
| Jerry Wang, | Date:   December 4, 2014<br>Time:   1:30 P.M.<br>Ctrm:   Four<br>Judge:  Hon. Edward J. Davila |
| Defendant. | |

FILED
DEC 9 - 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
DEC 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## [PROPOSED] ORDER

Having considered Defendant Jerry Wang's Administrative Motion to Seal, the Court now enters the following ORDER:

1. The clerk shall seal Defendant Wang's Joinder In Support of Motion to Quash.

IT IS SO ORDERED

Dated: December 9, 2014

_____
~~EDWARD J. DAVILA~~
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

HOWARD R. LLOYD