UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL MINUTES

*E-FILED*
**TOTAL TIME**: 10 mins

**Judge:** Edward J. Davila   **Courtroom Deputy:** Elizabeth Garcia
**Date:** December 15, 2014   **Court Reporter:** Irene Rodriguez
**Case No.:** CR 12-00571 EJD   **U.S. Probation Officer:** N/A
**Related Case No.:** N/A   **U.S. Pretrial Services Officer:** N/A
   **Interpreter:** N/A

**CASE TITLE/APPEARANCES**

USA v.
**Jerry Wang (NC)(P) Attorney(s) present:** Jim Brosnahan, Somnath Chatterjee
**Attorney(s) for Government**: Amber Rosen, Hartley West

**PROCEEDINGS**

Status Conference

**ORDER AFTER HEARING**

**The Court set the following pretrial and trial dates:**
**1. Interpreter requested for trial proceedings.**
**2. Deadline for Defendant to file Anticipated Motions due January 31, 2014.**
**3. Jury Selection set for May 26, 2015 at 9:00 AM – 12:00 PM**
**4. Jury Trial set for**
**May 26, 2015 at 1:30 PM – 4:30 PM**
**May 27, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**May 29, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**June 1, 2015 at 9:00 AM – 12:00 PM**
**June 2, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**June 3, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**June 5, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**June 8, 2015 at 9:00 AM – 12:00 PM**
**June 9, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**June 10, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**June 12, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**June 15, 2015 at 9:00 AM – 12:00 PM**
**June 16, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**June 17, 2015 at 9:00 AM – 12:00 PM, 1:30 PM – 4:30 PM**
**5. Jury Deliberations set for June 17, 2015 through June 19, 2015**

**Time excluded from December 15, 2014 through May 26, 2015 for effective preparation of counsel.**

**P/NP:** Present, Not Present   **Elizabeth C. Garcia**
**C/NC:** Custody, Not in Custody   Courtroom Deputy
**I:** Interpreter   Original: Efiled
   CC: J. Garcia, SJ Jury