JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
CHRISTOPHER W. MAGAÑA (CA SBN 287256)
CMagana@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JERRY WANG,<br><br>　　　　　　Defendant. | Case No.   CR-12-581-EJD<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE FOR HOLIDAY TRAVEL** |

TO THE ABOVE ENTITLED COURT AND TO THE GOVERNMENT:

PLEASE TAKE NOTICE THAT DEFENDANT JERRY WANG requests an order that he may travel outside of the Northern District of California. Mr. Wang seeks permission to travel by car to the Lake Tahoe region in the Eastern District of California, and to Reno, Nevada, from December 20, 2014 through December 22, 2014, and, again, from December 26, 2014 through December 29, 2014.

Since his release from detention, Mr. Wang has abided by the terms and conditions governing his release and has maintained regular contact with Officer LaDreena Walton of Pretrial Services. The Court granted Mr. Wang authorization to travel outside of the Northern District of California on previous occasions. On those trips, Mr. Wang complied with the pertinent terms and did not incur any violations.

Counsel for defendant contacted Officer Walton, who stated that she has no objection to defendant's present travel request. In addition, Counsel for defendant contacted the Assistant United States Attorney assigned to Mr. Wang's case, Ms. Hartley West. Counsel for defendant reports that Ms. West does oppose the request for travel.

Dated: December 18, 2014

JAMES J. BROSNAHAN
SOMNATH RAJ CHATTERJEE
CHRISTOPHER W. MAGAÑA
MORRISON & FOERSTER LLP

By: /s/ Christopher W. Magaña
CHRISTOPHER W. MAGAÑA
Attorneys for Jerry Wang

## [PROPOSED] ORDER

Defendant Jerry Wang herby seeks to modify the terms of his pre-trial release to permit him to travel outside of the Northern District of California. Based upon the foregoing, IT IS HEREBY ORDERED that the terms of Mr. Wang's release shall be modified to permit travel to the Lake Tahoe region in the Eastern District of California and to Reno, Nevada, in the District of Nevada, from December 20, 2014 through December 22, 2014, and, again, from December 26, 2014 through December 29, 2014.

IT IS FURTHER ORDERED that Mr. Wang shall provide to Pretrial Services with information regarding his out-of-district travel and shall otherwise comply with other conditions imposed by Pretrial Services in connection with this request. All other terms and conditions of Mr. Wang's release shall remain the same.

**IT IS SO ORDERED**

Dated: December 18, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA