JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
CHRISTOPHER W. MAGAÑA (CA SBN 287256)
CMagana@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY WANG,<br><br>　　　　　　Defendant. | Case No.　CR-12-581-EJD<br><br>**DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE TRIAL DATE; [PROPOSED] ORDER**<br><br>Date:　　January 12, 2015<br>Time:　　9:00 a.m.<br>Ctrm:　　Four<br>Judge:　　Hon. Edward J. Davila |

**TO THE ABOVE ENTITLED COURT AND TO MELINDA HAAG, UNITED STATES ATTORNEY, NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Jerry Wang on January 12, 2015, at 9:00 a.m. before the Honorable Edward J. Davila, will move this Court for an Order modifying the trial date in this action because of conflicting trial dates for defense counsel in another matter pending in this district. Mr. Wang requests that the May 26, 2015 trial date either be advanced to a date in March 2015 or to May 11, 2015, or be continued to a date in October 2015.

### MEMORANDUM OF POINTS AND AUTHORITIES

During the December 15, 2014 status conference, the Court set trial in this matter to begin on March 26, 2015 and to continue through June 19, 2015. (Dkt. No. 143.) During the status conference, Mr. Wang's defense counsel informed the Court that defense counsel is also counsel of record in another matter in this district that involves multiple defendants where the Court would set a trial date later that week. Mr. Wang's defense counsel represents Keith Jackson in *United States v. Jackson*, Case No. 3:14-CR-00196 (CRB) ("*Jackson Case*").

On December 18, 2014, the Court in the *Jackson Case* set the first trial in that action to begin on June 1, 2015. (*See* Exhibit 1, December 18, 2014 Minute Order in the *Jackson Case* (Dkt. No. 642).) The *Jackson Case* involves 28 named defendants and over 200 counts and will require multiple trials. The first trial involves defendants Keith Jackson and Senator Leland Yee as well as two other defendants and includes RICO conspiracy, wire fraud/honest services, and Hobbs Act charges as well as other counts. Given the complexity of that case and the involvement of multiple defendants and defense counsel, the Court in the *Jackson Case* set the June 1, 2015, trial date without consulting counsel's trial schedule. Defense counsel anticipates that the first trial in the *Jackson Case* will require two to three months.

Given the conflict in the trial dates in this action and in the *Jackson Case*, defense counsel has conferred with the government. Mr. Wang proposes the following three options to modify the trial date in this action, all of which the government has consented to:

1. Advance the trial date to a date in **March 2015**. This option is Mr. Wang's and the government's first preference.

MOT. & [PROPOSED] ORDER TO MODIFY THE TRIAL DATE
Case No. CR-12-581-EJD
sf-3489575

2

2. Advance the trial date to **May 11, 2015**, which would allow three weeks to try this matter before jury selection in the *Jackson Case*. This option is Mr. Wang's and the government's second preference.

3. Continue the trial date to a date in **October 2015** or thereafter, to begin after the first trial in the *Jackson Case* has concluded.

Mr. Wang is not seeking to delay this matter, but is seeking to modify the trial date to resolve a conflict and to preserve the defendants' right to counsel. *See United States v. Fowlie*, 24 F.3d 1059, 1069 (9th Cir. 1994) (in determining modification of trial date, courts balance factors including "whether legitimate reasons exist" for modification and "whether a denial would prejudice the defendant"); *United States v. Nguyen*, 262 F.3d 998, 1003 (9th Cir. 2001) (defendant's Sixth Amendment right to choice of counsel is factor in determining modification of trial date).

Mr. Wang respectfully requests that the Court modify the trial date in this action.

Dated: December 23, 2014                          Respectfully Submitted,

JAMES J. BROSNAHAN
SOMNATH RAJ CHATTERJEE
CHRISTOPHER W. MAGAÑA
MORRISON & FOERSTER LLP

By:  */s/* Somnath Raj Chatterjee
     SOMNATH RAJ CHATTERJEE
     Attorneys for Jerry Wang

# [PROPOSED] ORDER

Based upon the foregoing, IT IS HEREBY ORDERED that the trial date shall be modified with jury selection to be set for _____.

**IT IS SO ORDERED**

Dated: December ___, 2014

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA