UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JERRY WANG, Defendant. | Case No. 5:12-cr-00581 EJD<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE TRIAL DATE**<br><br>Re: Dkt. No. 146 |
|---|---|

Defendant Jerry Wang's unopposed motion to modify the trial date (Docket Item No. 146) is GRANTED. The hearing scheduled for January 12, 2015, is VACATED and the trial schedule is modified as follows:

| **EVENT** | **DATE** |
|---|---|
| Final Pretrial Conference | 2:30 p.m. on 4/13/15 |
| Jury Selection | 9:00 a.m. on 5/5/15 |
| Jury Trial | 5/5-5/6/15; 5/8/15; 5/11/15 (a.m.); 5/12-5/13/15; 5/15/15; 5/18/15 (a.m.); 5/19-5/20/15; 5/22/15; 5/26-5/27/15 |
| Jury Deliberations | 5/28-5/29/15 |

**IT IS SO ORDERED.**

Dated: January 5, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cr-00581 EJD
ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE TRIAL DATE