UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>JERRY WANG,<br>        Defendant. | Case No.  5:12-cr-00581 EJD<br><br>**ORDER RE: STATUS STATEMENT** |

On or before **February 19, 2015**, Plaintiff and Defendant shall file a brief status statement which provides the following information:

1.    Whether each party anticipates bring prepared to commence the jury trial on May 5, 2015, as presently scheduled.

2.    Whether, in light their preparations to this point, the current amount of time scheduled for the trial will be sufficient to complete the proceeding, and whether the parties' trial estimate has changed.

**IT IS SO ORDERED.**

Dated: February 12, 2015

EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cr-00581 EJD
ORDE RE: STATUS STATEMENT

1