JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
CHRISTOPHER W. MAGAÑA (CA SBN 287256)
CMagana@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
JERRY WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Jerry Wang,<br><br>    Defendant. | Case No.   5:12-CR-00581-EJD<br><br>**JOINT REPONSE TO ORDER REGARDING STATUS STATEMENT AND STIPULATED REQUEST TO ADVANCE THE PRETRIAL CONFERENCE** |

## I. RESPONSE TO ORDER RE: STATUS STATEMENT

By its Order Re: Status Statement dated February 12, 2015, the Court requested that the parties file a brief status report responding to the following: 1. Whether each party anticipates bring prepared to commence jury trial on May 5, 2015, as presently scheduled; and 2. Whether, in light of their preparations to this point, the current amount of time scheduled for the trial will be sufficient to complete the proceeding, and whether the parties' trial estimate has changed.

The government and defense counsel have conferred and respond as follows:

1. The government and the defense both anticipate being prepared to commence jury trial on May 5, 2015.

2. As to the amount of time for trial:

    a. The defense believes that this case can be tried in the amount of time currently allocated for trial in the Court's January 5, 2015 Order (Dkt No. 148). The defense anticipates that it will require half of the time that will be allocated for evidence in order to put on the defense case—at least five full court days.

    b. The government currently estimates that the amount of time required for the government to put on its case will take no more than two weeks.

## II. STIPULATED REQUEST TO ADVANCE PRE-TRIAL CONFERENCE

As part of its Order modifying the trial date, the Court rescheduled the pretrial conference date for April 13, 2015. Lead trial counsel for the government is scheduled to be out of the country from April 11 to April 26, 2015. Accordingly, the parties submit this stipulated request to advance the pretrial conference date to April 6, 2015 at 2:30 p.m., if that is convenient for the Court's calendar.

JOINT RESPONSE TO ORDER REGARDING STATUS STATEMENT
Case No. CR-12-581-EJD
sf-3505839

2

| | | |
|---|---|---|
| 1 | Dated: February 19, 2015 | Respectfully Submitted, |
| 2 | | JAMES J. BROSNAHAN |
| | | SOMNATH RAJ CHATTERJEE |
| 3 | | CHRISTOPHER W. MAGAÑA |
| | | MORRISON & FOERSTER LLP |
| 4 | | |
| 5 | | |
| | | By:  /s/ SOMNATH RAJ CHATTERJEE |
| 6 | | SOMNATH RAJ CHATTERJEE |
| 7 | | Attorneys for Defendant |
| | | JERRY WANG |
| 8 | | |
| | Dated: February 19, 2015 | MELINDA HAAG |
| 9 | | United States Attorney |
| 10 | | |
| 11 | | |
| | | By:  /s/ HARTLEY M. K. WEST |
| 12 | | HARTLEY M. K. WEST |
| | | AMBER J. ROSEN |
| 13 | | |
| 14 | | Assistant United States Attorney |

JOINT RESPONSE TO ORDER REGARDING STATUS STATEMENT
Case No. CR-12-581-EJD
sf-3505839

3