MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7303
FAX: (415) 436-7234
Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY WANG,<br><br>Defendant. | CASE NO. CR 12-0581 EJD<br><br>UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, and David B. Countryman, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The indictment in the above-captioned case seeks forfeiture of property pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(6)(A)(ii). The United States hereby gives notice that, pursuant to those provisions, the United States is seeking forfeiture of the following property:

///

///

///

1     •  Real Property and Improvements located at 595 Lawrence Expressway, Sunnyvale CA
2        94085 (APN 20523017).

3 DATED: March 5, 2015                        Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney