1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MAIA T. PEREZ (MABN 672328)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5035
7      Facsimile: (408) 535-5066
       maia.perez@usdoj.gov
8
9  Attorney for United States of America

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,         )  No. CR 12-00581 EJD
14                                    )
         Plaintiff,                   )  NOTICE OF ATTORNEY APPEARANCE
15                                    )
      v.                              )
16                                    )
   JERRY WANG,                        )
17                                    )
         Defendant.                   )
18  _____ )

19

20

21     Please take notice that as of March 30, 2015, the Assistant U.S. Attorney whose name, address,

22  telephone number and email address are listed below has been assigned as co-counsel for the

23  government.

24       Maia T. Perez
         Assistant U.S. Attorney
25       150 Almaden Blvd., Suite 900
         San Jose, CA 95113
26       Telephone:  (408) 535-5035
         Email:  maia.perez@usdoj.gov
27

28

1   DATED: March 30, 2015                          Respectfully submitted,

2                                                  MELINDA HAAG
                                                   United States Attorney
3
                                                   _____/s/_____
4                                                  MAIA T. PEREZ
                                                   Assistant United States Attorney
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ATTORNEY APPEARANCE
CR 12-581 EJD                                    2