1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HARTLEY M.K. WEST (CABN 191609)
   MAIA T. PEREZ (MABN 672328)
5  Assistant United States Attorneys

6        450 Golden Gate Ave.
         San Francisco, California 94102
7        Telephone: (415) 436-7200
         FAX: (415) 436-7234
8        hartley.west@usdoj.gov
         maia.perez@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,         )  CASE NO. CR-12-0581 EJD
15                                   )
              Plaintiff,             )  **UNITED STATES' PROPOSED FORM OF**
16                                   )  **VERDICT**
         v.                          )
17                                   )
   JERRY WANG,                       )  Trial Date:  May 5, 2015
18                                   )  Judge:       Hon. Edward J. Davila
              Defendant.             )
19  _____)

20

21  COUNT ONE:        (18 U.S.C. § 371 – Conspiracy to Commit Visa Fraud)

22       WE, THE JURY, find defendant JERRY WANG in the above-entitled case

23  _____ of conspiracy to commit visa fraud as charged in Count One.
        Guilty/Not Guilty
24

25  COUNT TWO:        (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

26       WE, THE JURY, find defendant JERRY WANG in the above-entitled case

27  _____ of visa fraud with regard to D.K. as charged in Count Two.
        Guilty/Not Guilty
28
                                        2
   PROPOSED FORM OF VERDICT
   NO. CR-12-581 EJD

COUNT THREE: (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of visa fraud with regard to S.J. as charged in Count Three.
 Guilty/Not Guilty

COUNT FOUR: (18 U.S.C. §§ 1546(a) & 2 – Visa Fraud; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of visa fraud with regard to T.K. as charged in Count Four.
 Guilty/Not Guilty

COUNT FIVE: (18 U.S.C. §§ 1030(a)(3) & 2 – Unauthorized Access of a Government Computer; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of unauthorized access of a government computer as charged in
 Guilty/Not Guilty

Count Five.

COUNT SIX: (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of use of a false document, specifically a transfer letter dated July 9, 2007,
 Guilty/Not Guilty

from the Academy of Chinese Culture & Health Services, as charged in Count Six.

COUNT SEVEN: (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of use of a false document, specifically an employment letter regarding C.Z.
 Guilty/Not Guilty

from University of East West Medicine, as charged in Count Seven.

//

//

//

PROPOSED FORM OF VERDICT
NO. CR-12-581 EJD

3

COUNT EIGHT:    (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of use of a false document, specifically an employment letter regarding S.G.
 Guilty/Not Guilty

From Vital Core Biosystems, as charged in Count Eight.

COUNT NINE:    (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of use of a false document, specifically an employment letter regarding
 Guilty/Not Guilty

D.W. from International Institutes for Health and Healing, as charged in Count Nine.

COUNT TEN:    (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of use of a false document, specifically a Herguan Transcript for C.Z.,
 Guilty/Not Guilty

as charged in Count Ten.

COUNT ELEVEN:    (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of use of a false document, specifically a Herguan Transcript for S.G.,
 Guilty/Not Guilty

as charged in Count Eleven.

COUNT TWELVE:    (18 U.S.C. §§ 1001(a)(3) & 2 – Use of False Document; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of use of a false document, specifically a Herguan Academic Warning
 Guilty/Not Guilty

Letter, as charged in Count Twelve.

/ / /

4

PROPOSED FORM OF VERDICT
NO. CR-12-581 EJD

COUNT THIRTEEN:        (18 U.S.C. §§ 1028A & 2 – Aggravated Identity Theft; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of aggravated identity theft regarding C.Z. as charged in Count Thirteen.
 Guilty/Not Guilty

COUNT FOURTEEN:        (18 U.S.C. §§ 1028A & 2 – Aggravated Identity Theft; Aiding and Abetting)

  WE, THE JURY, find defendant JERRY WANG in the above-entitled case

_____ of aggravated identity theft regarding S.G. as charged in Count Fourteen.
 Guilty/Not Guilty

DATED: _____        _____
                   FOREPERSON

PROPOSED FORM OF VERDICT
NO. CR-12-581 EJD