MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN  (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email:  david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>  v. <br><br> JERRY WANG, <br><br>     Defendant. | CASE NO. CR 12-0581 EJD <br><br> RECORDED NOTICE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 595 LAWRENCE EXPRESSWAY, SUNNYVALE, CA 94085 |

    The United States hereby submits the attached Recorded Notice of Lis Pendens as to Real Property and Improvements located at 595 Lawrence Expressway, Sunnyvale, California.

DATED: 3/31/15

    Respectfully submitted,

    MELINDA HAAG
    United States Attorney

    _____/S/_____
    DAVID B. COUNTRYMAN
    Assistant United States Attorney

RECORDED NOTICE OF LIS PENDENS
CR 12-0581 EJD
    1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Lis Pendens as to Real Property and Improvements located at 595 Lawrence Expressway, Sunnyvale, California 94085

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Eternal Education Development, LLC<br>1705 Pebble Beach Court<br>Milpitas, CA 95035 | Jerry Wang<br>2067 Kimberlin Place<br>Santa Clara, CA 95051 |
| Ying Qiu Wang<br>Su Fang Tong<br>1705 Pebble Beach Court<br>Milpitas, CA 95035 | James J. Brosnahan<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of March, 2015, at San Francisco, California

_____/S/_____
ALICIA CHIN
Contract Paralegal/ AFU