MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 12-0581 EJD |
|     Plaintiff, ) | |
| ) | NOTICE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 595 LAWRENCE EXPRESSWAY, SUNNYVALE, CA 94085 |
| v. ) | |
| JERRY WANG, ) | |
|     Defendant. ) | |

    The United States hereby submits the attached Recorded Notice of Lis Pendens as to Real Property and Improvements located at 595 Lawrence Expressway, Sunnyvale, California.

DATED: 3/31/15

                                            Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                            _____
                                            DAVID B. COUNTRYMAN
                                            Assistant United States Attorney

Record Requested and
Mail to:
**ORIGINAL**

DOCUMENT: 22876106
Pages: 6
Fees.... 50.00
Taxes...
Copies..
AMT PAID 50.00

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Attorney

RDE # 026
3/06/2015
12:55 PM

MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JERRY WANG, </br></br> Defendant. | CASE NO. CR 12-0581 EJD </br></br> NOTICE OF LIS PENDENS AS TO REAL PROPERTY AND IMPROVEMENTS LOCATED AT 595 LAWRENCE EXPRESSWAY, SUNNYVALE, CA 94085 |

    NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court pursuant to United States Bill of Particulars for Forfeiture of Property, a copy of which is attached hereto as Exhibit A, filed by the United States of America on March 5, 2015, to secure a judicial forfeiture of real property and improvements located at 595 Lawrence Expressway, Sunnyvale, California (Assessors Parcel Number 20523017), and further described in Exhibit B, which is attached hereto.

///

///

///

Notice of Lis Pendens
CR 12-0581 EJD

In the Bill of Particulars, plaintiff alleges that the said real property is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(6)(A)(ii).

The owner of record to the said real property is Eternal Education Development, LLC.

DATED: March 3, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

Notice of Lis Pendens
CR 12-0581 EJD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Notice of Lis Pendens as to Real Property and Improvements located at 595 Lawrence Expressway, Sunnyvale, California 94085

to be served this date via United States certified mail delivery and first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Eternal Education Development, LLC<br>1705 Pebble Beach Court<br>Milpitas, CA 95035 | Jerry Wang<br>2067 Kimberlin Place<br>Santa Clara, CA 95051 |
| Ying Qiu Wang<br>Su Fang Tong<br>1705 Pebble Beach Court<br>Milpitas, CA 95035 | James J. Brosnahan<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of March, 2015, at San Francisco, California

*Carolyn Jusay*
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

Notice of Lis Pendens
CR 12-0581 EJD

Exhibit A

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  DAVID B. COUNTRYMAN (CABN 226995)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7303
7      FAX: (415) 436-7234
       Email: david.countryman@usdoj.gov
8
   Attorneys for United States of America

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
       Deputy Clerk
Date 3/5/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 12-0581 EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| JERRY WANG, | ) |
| Defendant. | ) |

The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, and David B. Countryman, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The indictment in the above-captioned case seeks forfeiture of property pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(6)(A)(ii). The United States hereby gives notice that, pursuant to those provisions, the United States is seeking forfeiture of the following property:

///

///

///

USA BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY
CR 12-0581 EJD                          1

1 | • Real Property and Improvements located at 595 Lawrence Expressway, Sunnyvale CA
2 | 94085 (APN 20523017).
3 | DATED: March 5, 2015                    Respectfully submitted,
4 |
5 |                                          MELINDA HAAG
6 |                                          United States Attorney
7 |                                          _____
                                             DAVID B. COUNTRYMAN
                                             Assistant United States Attorney

USA BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY
CR 12-0581 EJD                             2

## Legal Description

Real property in the City of Sunnyvale, County of Santa Clara, State of California, described as follows:

PARCEL 1, AS SHOWN ON THAT CERTAIN PARCEL MAP RECORDED AUGUST 14, 1984, IN BOOK 533 OF MAPS, AT PAGE 2, SANTA CLARA COUNTY RECORDS.

EXCEPTING THEREFROM THE MINERALS AND OIL, GAS AND OTHER HYDROCARBON SUBSTANCES UNDER A PORTION OF SAID LAND BELOW A DEPTH OF 500 FEET WITHOUT THE RIGHT OF SURFACE ENTRY AS RESERVED BY THE ATLANTIC RICHFIELD COMPANY, A PENNSYLVANIA CORPORATION IN THE DEED RECORDED SEPTEMBER 30, 1983 IN BOOK H944, PAGE 261, OFFICIAL RECORDS.

APN: 205-23-017

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Recorded Notice of Lis Pendens as to Real Property and Improvements located at 595 Lawrence Expressway, Sunnyvale, California 94085

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Eternal Education Development, LLC
1705 Pebble Beach Court
Milpitas, CA 95035

Jerry Wang
2067 Kimberlin Place
Santa Clara, CA 95051

Ying Qiu Wang
Su Fang Tong
1705 Pebble Beach Court
Milpitas, CA 95035

James J. Brosnahan
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of March, 2015, at San Francisco, California

ALICIA CHIN
Contract Paralegal/ AFU