MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
MAIA T. PEREZ (MABN 672328)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Hartley.West@usdoj.gov
    Maia.Perez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-581 EJD |
| Plaintiff, | UNITED STATES' AMENDED EXHIBIT LIST |
| v. | Pretrial Conference: April 6, 2015 |
| JERRY WANG, | Trial Date: May 5, 2014 |
| Defendant. | |

The United States may offer the exhibits set forth on the attached Amended Exhibit List at the trial of this case. The government reserves the right to amend this list.

DATED: April 6, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

          /s/
HARTLEY M. K. WEST
MAIA PEREZ
Assistant United States Attorneys

U.S. AMENDED WITNESS LIST
CR 12-581 EJD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.:  CR-12-0581-EJD          Date:  May 6, 2015

  UNITED STATES OF AMERICA    vs.    JERRY WANG

**GOVERNMENT'S EXHIBIT LIST**

(X) Plaintiff                                    ( ) Defendant

| Exhibit Number | Date Marked | Admitted | Description |
|---|---|---|---|
| 1 | | | Approved Petition for Approval of School for Attendance by Nonimmigrant Student (Form I-17), Herguan Univ. |
| 2 | | | Record of Designated School Officials (Form I-17A), Herguan Univ. |
| 3 | | | Record of School/Campuses (Form I-17B), Herguan Univ. |
| 4 | | | SEVIS I-17 Certification Summary, Herguan Univ. |
| 5 | | | SEVIS Certification, Site Visit Checklist 7/30/07, Herguan Univ. |
| 6 | | | 7/9/07 Transfer Letter from Andres Bella at Academy of Chinese Culture & Health Sciences |
| 7 | | | 7/8/07 Transfer Letter from Chengguang Shi re Su Tong |
| 8 | | | Certified copy of BPPVE Application, Received 6/6/06 |

U.S. AMENDED WITNESS LIST
CR 12-581 EJD

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 9 | | | BPPVE Approval, dated 6/5/07, Herguan Univ. |
| 10 | | | 7/27/07 Letter to Herguan Board of Directors & Shareholders from Rong Fu, CPA; Balance Sheet; Profit & Loss Statement |
| 11 | | | SEVIS Request for Evidence Comments, Herguan Univ. |
| 12 | | | Letter to Dong Shin from Jerry Wang, Herguan Univ., Enclosing Employment Letters and Transcripts, Stamped Received by SEVP 8/16/07 |
| 12 A | | | 8/11/07 Employment Letter from Alex Shi Re: Candace Zheng, Stamped Received by SEVP 8/16/07 |
| 12 B | | | 8/13/07 Employment Letter from JingGang Tang Re: Shane Guan, Stamped Received by SEVP 2/14/08 |
| 12 C | | | 8/10/07 Employment Letter from Lin Lee at International Institutes for Health and Healing Re: David Wang, Stamped Received by SEVP 8/16/07 |
| 12 D | | | Herguan Transcripts for Candace Zheng, Stamped 2/14/08 |
| 12 E | | | Herguan Transcripts for Shane Guan, Stamped 8/16/07 |
| 13 | | | AT&T Subscriber Information for Ling Li |
| 14 | | | 7/2/08 Letter from Jerry Wang to SEVP Officer Dianne Currie |
| 15 | | | 7/31/09 Email from Uttam Pagadala to Jerrry Wang |
| 16 | | | 6/29/09 Email from Kalpana Wunnava to Jerry Wang |

U.S. AMENDED WITNESS LIST
CR 12-581 EJD

| Exhibit Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 17 | | | 7/25/09 Email from Kalpana Wunnava to Jerry Wang forwarding Friberg email |
| 18 | | | 7/27/09 Email from Kalpana Wunnava to Jerry Wang |
| 19 | | | 7/27/09 Email from Kalpana Wunnava to Jerry Wang forwarding another Friberg email |
| 20 | | | 12/21/09 Email from Carrie Yang to Jerry Wang to change SEVIS password |
| 21 | | | 3/23/10 Email from Carrie Yang to Jerry Wang |
| 22 | | | I-20 for Dheeraj Kore dated 9/20/10, showing continued attendance |
| 23 | | | Email from Dheeraj Kore to Dale Taylor |
| 24 | | | I-20 for Srikanth Jasti dated 9/21/10, showing continued attendance |
| 25 | | | I-20s for Tamilselvan Karunanidhy, dated 9/23/10 |
| 26 | | | 10/14/11 Email from Karunanidhy to Mackey and I-20 Attachment |
| 27 | | | Request for Evidence Signed by Jerry Wang, Dated 12/17/10 |
| 28 | | | 12/1/10 Email from Jerry Wang to Richard Friberg Re: Institution's Attendance and academic warning letters |
| 29 | | | 12/2/10 Email from Friberg to Jerry Wang Re: Institution's Attendance and academic warning letters |

U.S. AMENDED WITNESS LIST
CR 12-581 EJD

| | | | | |
|---|---|---|---|---|
| 30 | | | 12/3/10 Email from Jerry Wang to Friberg Re: Institution's Attendance and academic warning letters |
| 31 | | | 12/16/10 Letter to Jason Kanno from Jerry Wang and Enclosures, including Academic Warning Letter and UEWM 2011-12 catalog |
| 32 | | | Certified TECS Records for 3/16/09-10/7/10 |
| 33 | | | UEWM student file for Hong (Candace) Zheng |
| 34 | | | UEWM student file for Shane Guan |
| 35 | | | UEWM student file for David Wang |
| 36 | | | RFE from SEVP dated 12/17/10 |
| 37 | | | Compliance Site Visit |
| 38 | | | Certified Articles of Incorporation for Herguan Univ. |
| 39 | | | Certified Articles of Incorporation for University of Eastern and Western Medicine |
| 40 | | | Certified Statement of Information for University of Eastern and Western Medicine |
| 41 | | | Certified Articles of Incorporation of Vital Core Biosystem, Inc. |
| 42 | | | Certified Statement of Information for Vital Core Biosystem, Inc. |
| 43 | | | Certified Articles of Incorporation for International Institute for Health and Healing, Inc. |

U.S. AMENDED WITNESS LIST
CR 12-581 EJD

| | | | |
|---|---|---|---|
| 44 | | | Certified Statement of Information for International Institute for Health and Healing, Inc. |
| 45 | | | Certified I-485 Application to Register Permanent Residence or Adjust Status for Jerry Wang; Petition for Name Change |
| 46 | | | SEVP event history for DK |
| 47 | | | SEVP event history for SJ |
| 48 | | | SEVP event history for TK |
| 49 | | | SEVIS Warning Banner |
| 50 | | | Draft Tang declaration from McManis Faulkner |
| 51 | | | Bank of America Checking Account -1228 Custodian Declaration |
| 52 | | | Bank of America Checking Account -1228 Signature Card |
| 53 | | | Bank of America Checking Account -1228 Monthly Statements for 2/2008-7/2012 |
| 54 | | | Bank of America Checking Account -1228 Select Checks Deposited |
| 55 | | | Bank of America Checking Account -1228 Checks Drawn |
| 56 | | | Wells Fargo Bank Account -7368 Custodian Declaration |
| 57 | | | Wells Fargo Bank Account -7368 Signature Card |
| 58 | | | Wells Fargo Bank Account -7368 Monthly Statements from 9/2010-10/2011 |

U.S. AMENDED WITNESS LIST
CR 12-581 EJD

| | | | | |
|---|---|---|---|---|
| 59 | | | Select Credit Card Receipts and Invoices for F-1 Students, Located During Search Warrant |
| 60 | | | SEVIS Records of Active F-1 Students Per Month from 1/2003-9/2014 |

U.S. AMENDED WITNESS LIST
CR 12-581 EJD