1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   MAIA T. PEREZ (MABN 672328)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6747
       FAX: (415) 436-7234
8      Hartley.West@usdoj.gov
       Maia.Perez@usdoj.gov
9
   Attorneys for United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,           ) No. CR 12-581 EJD
15                                      )
          Plaintiff,                    ) AMENDED UNITED STATES' WITNESS LIST
16                                      )
       v.                               ) Pretrial Conference: April 6, 2015
17                                      ) Trial Date: May 5, 2015
   JERRY WANG,                          )
18                                      )
          Defendant.                    )
19 ─────────────────────────────────────)

20      The United States submits this Amended Witness List, giving notice to the Court and to

21 defendant Jerry Wang of the witnesses it may call in its case in chief at the trial in the above-captioned

22 case. This list is intended to be inclusive and does not necessarily the order in which witnesses will be

23 called. The government may not call all of the witnesses on this list. The government reserves the right

24 to supplement this list as trial preparations progress. The government will notify the defendant of any

25 changes to its witness list.

26

27

28
U.S. AMENDED WITNESS LIST
CR 12-581 EJD

| Witness Name | Subject of Testimony |
| --- | --- |
| Andres Bella | ACCHS transfer letter |
| Narasimha Rao Barigala | Forced transfer to Herguan |
| Stella Dai | SEVIS access; I-20 forgeries; Herguan F-1 students |
| William Elliott | F-1 student visa process and entry |
| Richard Friberg | I-20 forgeries and academic warning letter |
| Chamala Godhasri | Forced transfer to Herguan |
| Shane Guan | Vital Core employment letter; Herguan transcript |
| Huei Fen ("Fay") Huang | Harguan registration; online classes |
| Srikanth Jasti | Forged I-20 |
| Dwaraka Prakash Kakumanu | Forced transfer to Herguan |
| Tamilselvan Karunanidhy | Forged I-20 |
| Dheeraj Kore | Forged I-20 |
| Pavan Kumar Koshika | Forced transfer to Herguan |
| Ling Li | UEWM/Herguan relationship; forced Herguan transfers; SEVIS access; forged I-20s; AACHS transfer letter; IIHH employment letter |

| | |
|---|---|
| Jason Mackey | Case agent; search warrants; compliance site visit; interviews of defendant, false statements; financial analysis of fraud proceeds; certified records |
| Anthony Martinez | UEWM/Herguan relationship and management |
| Suzanne Mirkamali | Forged I-20s; SEVIS access; online classes |
| Cheng Guang ("Alex") Shi | UEWM transfer letter and employment letter |
| Jiang Gang Tang | Vital Core employment letter; obstruction |
| Dale Taylor | Compliance site visit; defendant's interview, false statements; defendant's RFE response; search warrants |
| David Wang | Employment letter and transcripts; UEWM file |
| Susanna Warner | SEVP; SEVIS access and purpose |
| Yeh-Pin ("Carrie") Yang | SEVIS access; I-20 forgeries; Herguan F-1 students |
| Ling Zhang | SEVIS access; I-20 forgeries; Herguan F-1 students |
| Candace Zheng (Luo) | Employment letter and transcripts; UEWM file |

DATED: April 6, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/

HARTLEY M. K. WEST
MAIA PEREZ
Assistant United States Attorneys