**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Criminal Minute Order**

**TIME IN COURT:** 23 mins

| | |
|---|---|
| Date: April 9, 2015 | U.S. Probation Officer: N/A |
| Courtroom Deputy: Elizabeth Garcia | U.S. Pretrial Services Officer: N/A |
| Court Reporter: Irene Rodriguez | Interpreter: N/A |

**CASE NUMBER**: 5:12-cr-00581-EJD
**TITLE**: USA v. Jerry Wang (NC)(P)

Government Attorney(s) present: Hartley West, Maia Perez
Defendant Attorney(s) present: Somnath Chatterjee

**PROCEEDINGS:** Change of Plea Hearing

## ORDER AFTER HEARING:

Hearing held.
The Defendant entered a guilty plea as to Count Twelve of the Superseding Indictment. A plea agreement was executed in open court. The Court accepted the plea and ordered the plea recorded. The Court referred the matter to the probation office for preparation of a presentence investigation report. The Court set a date for Judgment and Sentencing on September 14, 2015 at 1:30 PM. All remaining counts submitted for dismissal until the time of sentencing. The court VACATED the pretrial and trial deadlines.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
**Courtroom Deputy**
Original: Efiled – C. Escolano
CC: J. Garcia, SJ Jury