UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY WANG,<br><br>Defendant. | Case No.: CR-12-581-EJD<br><br>**STIPULATION TO SUBSTITUTE COUNSEL; [PROPOSED] ORDER** |

On April 9, 2015, Defendant Jerry Wang pled guilty to one count of using a false document in violation of 18 U.S.C. § 1001(a)(3), with sentencing to occur on September 14, 2015. Defendant Wang is currently represented in this matter by James J. Brosnahan and Somnath Raj Chatterjee, of the law firm Morrison and Foerster.

Since his change of plea hearing, Defendant Wang has met with Edwin K. Prather, of Prather Law Offices, to substitute in as Defendant Wang's attorney of record for Messrs.

Brosnahan and Chatterjee. Accordingly, Defendant Wang respectfully requests that Mr. Prather substitute for Messrs. Brosnahan and Chatterjee as Defendant Wang's attorney of record. Messrs. Brosnahan and Chatterjee are aware of Defendant Wang's request and agree with it.

When the Court approves the substitution of counsel, Messrs. Brosnahan and Chatterjee agree to deliver all files in their possession to Mr. Prather and assist in the orderly transition of counsel. Mr. Prather agrees to undertake all responsibilities of the role of attorney of record.

Should the Court have any concerns regarding Defendant Wang's request for substitution of counsel, the parties are available for a hearing on the Court's first available calendar date.

SO STIPULATED:

Dated: April 30, 2015

EDWIN K. PRATHER
PRATHER LAW OFFICES

JAMES J. BROSNAHAN
MORRISON AND FOERSTER

JERRY WANG
Defendant

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, Defendant Jerry Wang's request for substitution counsel is granted and Edwin K. Prather is Defendant Wang's attorney of record.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. EDWARD J. DAVILA
U.S. DISTRICT JUDGE