# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing SUBSTITUTION OF COUNSEL was served this date to the following parties and attorneys for parties by ECF or electronic mail to:

AUSA Hartley M.K. West
United States Attorney's Office, Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

AUSA Maia T. Perez
United States Attorney's Office, Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of May 2015, in San Francisco, California.

        /s/
MAX MIZONO