EDWIN PRATHER, SBN 190536
MAX MIZONO, SBN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com
        max@pratherlawoffices.com

Attorneys for Defendant
JERRY WANG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRRY WANG,<br><br>Defendant. | Case No.: CR-12-581-EJD<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT JERRY WANG'S MOTION TO MODIFY THE TERMS AND CONDITIONS OF PRETRIAL RELEASE TO ALLOW FOR TRAVEL** |

### DECLARATION OF MAX MIZONO

1. I am an attorney duly licensed to practice before the courts of the State of California and the United States District Court for the Northern District of California. I am co-counsel to Defendant Jerry Wang along with counsel Edwin Prather in the above-captioned case having entered into the case on May 1, 2015. I make this Declaration based upon personal

knowledge gained in that capacity, am competent to testify to the same, and make it in support of Defendant Jerry Wang's Motion to Modify the Terms and Conditions of Pretrial Release ("Motion to Modify").

2. The facts and statements set forth in the attached Memorandum of Points and Authorities for the Motion to Modify by Jerry Wang are true and correct to the best of my knowledge, information, and belief.

3. On or around the week of May 4, 2015, I spoke to United States Pretrial Services Officer LaDreena Walton via telephone regarding Mr. Wang's instant travel request. Officer Walton has supervised Mr. Wang since the inception of his case. Officer Walton indicated she does not oppose Mr. Wang's instant travel request, and further, Mr. Wang has fully complied with the terms and conditions of his pretrial release for over one year.

4. On or around the week of May 4, 2015, I communicated with Assistant United States Attorney ("AUSA") Hartley M.K. West via electronic mail and telephone regarding Mr. Wang's instant travel request. AUSA West indicated she will oppose Mr. Wang's instant travel request because, *inter alia*, he is a flight risk.

Executed this 12th day of May, in San Francisco, California.

Respectfully submitted,

*/s/ Max Mizono*
EDWIN PRATHER
MAX MIZONO
PRATHER LAW OFFICES
Attorneys for Defendant
JERRY WANG

Declaration of Counsel
[Case No.: CR-12-581-EJD]

2