**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing DEFENDANT JERRY WANG'S NOTICE OF MOTION AND MOTION TO MODIFY THE TERMS AND CONDITIONS OF PRETRIAL RELEASE TO ALLOW FOR TRAVEL; MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER; DECLARATION OF COUNSEL were served this date to the following parties and attorneys for parties by ECF or electronic mail to:

AUSA Hartley M.K. West
United States Attorney's Office, Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

AUSA Maia T. Perez
United States Attorney's Office, Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May 2015, in San Francisco, California.

MAX MIZONO