MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Hartley.West@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-581 EJD |
|     Plaintiff, | UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO TRAVEL |
|     v. | |
| JERRY WANG, | |
|     Defendant. | |

    The United States objects to defendant Jerry Wang's motion for travel to Hawaii. As with defendant's April 2013 motion to travel to Hawaii, which the Court denied, the sole purpose of the trip is vacation. There is no business, medical, or family need for the travel.

    The flight risk factors that pertained in the previously-denied motion still apply today. Defendant's entry into a plea agreement does not change the analysis. Even if the Court follows the terms of this Rule 11(c)(1)(C) agreement and sentences defendant to three months to two years imprisonment, defendant still faces significant time in prison. This is a defendant who steadfastly refused to agree to any term of imprisonment throughout the nearly three years this case was pending (and through three sets of attorneys) until the day before he pleaded guilty, shortly before trial. The government is not convinced he intends to serve his sentence.

U.S. OPP. TO DEFT'S MTN. TO TRAVEL
CR 12-581 EJD

1  Nor does defendant's recent compliance with his pretrial release conditions – his assertion of full
2  compliance (Def. Mtn. at 3:10) is inaccurate as there were three reported violations – diminish his flight
3  risk.  His release conditions were based in great part on the presence of his wife and very young child in
4  this district.  The government continues to believe that allowing defendant to travel to Hawaii with his
5  wife and child presents too great a risk of flight.

7  DATED: May 13, 2015                                Respectfully submitted,

8                                                                           MELINDA HAAG
                                                                             United States Attorney

                                                                                    /s/
                                                                             _____
                                                                             HARTLEY M. K. WEST
                                                                             Assistant United States Attorney

U.S. OPP. TO DEFT'S MTN. TO TRAVEL
CR 12-581 EJD                                                       2