UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JERRY WANG,

    Defendant.

Case No.: CR-12-581-EJD

**[PROPOSED] ORDER MODIFYING THE CONDITIONS OF PRETRIAL RELEASE TO ALLOW FOR OUT-OF-DISTRICT TRAVEL**

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Court hereby GRANTS defendant Jerry Wang's Motion to Modify the Conditions of Pretrial Release to Allow for Travel on the following terms:

(1) Mr. Wang may travel to the state of Hawaii for a period not to exceed four days;

(2) Mr. Wang shall provide to Pretrial Services in advance of his travel the proposed dates and itinerary;

(3) Mr. Wang's wife and daughter shall surrender any and all United States Passports to Pretrial Services prior to Mr. Wang's departure for Hawaii;

(4) The passports shall be returned to Mr. Wang's wife and daughter upon Mr. Wang's return to the Northern District of California.

All other terms and conditions of Mr. Wang's pretrial release are to remain the same.

//

//

[PROPOSED] ORDER MODIFYING THE CONDITIONS OF PRETRIAL RELEASE TO ALLOW FOR OUT-OF-DISTRICT TRAVEL [Case No.: CR 12-581-EJD]

1

**IT IS SO ORDERED.**

Dated: _____  _____
THE HONORABLE HOWARD R. LLOYD
MAGISTRATE JUDGE