EDWIN PRATHER, CABN 190536
MAX MIZONO, CABN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com
       max@pratherlawoffices.com

Attorneys for Defendant
JERRY WANG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY WANG,<br><br>　　　　Defendant. | Case No.: CR-12-00581-EJD<br><br>**DECLARATION OF MAX MIZONO IN SUPPORT OF DEFENDANT JERRY WANG'S SENTENCING MEMORANDUM**<br><br>Sentencing Date: September 14, 2015<br>Sentencing Time: 1:30 p.m.<br>Sentencing Judge: The Honorable Edward J. Davila |

### DECLARATION OF MAX MIZONO

I, MAX MIZONO, hereby declare as follows:

1. I am an attorney duly licensed to practice before the courts of California and the United States District Court for the Northern District of California. I am co-counsel to defendant

Jerry Wang ("Mr. Wang"). I submit this declaration in support of Mr. Wang's sentencing memorandum.

2. The facts and statements set forth in the sentencing memorandum are true and correct to the best of my knowledge, information, and belief. Incorporated in the sentencing memorandum are quotations and references to character letters submitted on Mr. Wang's behalf.

3. Attached hereto as Exhibit "A" are true and accurate copies of Mr. Wang's letters to SEVP dated May 16, 2011, August 15, 2011, November 28, 2011, and December 1, 2011, describing Herguan's improvements to its practices and procedures to ensure full compliance with SEVP regulations and policies.

4. Attached hereto as Exhibit "B" are true and accurate copies of various awards and accolades received by Herguan University.

5. Attached hereto as Exhibit "C" is a true and accurate copy of a character letter written by Su Tong.

6. Attached hereto as Exhibit "D" is a true and accurate copy of a character letter written by Yinqiu Wang.

7. Attached hereto as Exhibit "E" is a true and accurate copy of email correspondence between Mr. Wang and Fey Huang.

8. Attached hereto as Exhibit "F" is a true and accurate copy of Herguan's Academic Handbook from 2010.

9. Attached hereto as Exhibit "G" is a true and accurate copy of SEVP inspector's field notes from the compliance site visit at Herguan in November 2010.

10. Attached hereto as Exhibit "H" is a true and accurate copy SEVP's Request for Evidence in November 2010.

11. Attached hereto as Exhibit "I" is a true and accurate copy email correspondence between Richard Friberg and Mr. Wang in December 2010.

12. Attached hereto as Exhibit "J" is a true and accurate copy of Mr. Wang's December 16, 2010 letter to SEVP.

13. Attached hereto as Exhibit "K" is a true and accurate copy of a character letter written by Richard Friberg.

14. Attached hereto as Exhibit "L" is a true and accurate copy the October 2011 SEVP Spotlight bulletin.

15. Attached hereto as Exhibit "M" is a true and accurate copy of a character letter written by Yan Zhang.

16. Attached hereto as Exhibit "N" is a true and accurate copy of a character letter written by Stephens Xu.

17. Attached hereto as Exhibit "O" is a true and accurate copy of a character letter written by Raymond Ding.

18. Attached hereto as Exhibit "P" is a true and accurate copy of a character letter written by Eva Mei.

19. Attached hereto as Exhibit "Q" is a true and accurate copy of a character letter written by Chengcheng Hu.

20. Attached hereto as Exhibit "R" is a true and accurate copy of a character letter written by Xin Zhang.

21. Attached hereto as Exhibit "S" is a true and accurate copy of a character letter written by Qian Wang.

22.     Attached hereto as Exhibit "T" is a true and accurate copy of a character letter written by Fan He.

23.     Attached hereto as Exhibit "U" is a true and accurate copy of a character letter written by Allen Shi.

24.     Attached hereto as Exhibit "V" is a true and accurate copy of a character letter written by Xiasong Li.

25.     Attached hereto as Exhibit "W" is a true and accurate copy of a character letter written by Candace Luo.

26.     Attached hereto as Exhibit "X" is a true and accurate copy of the letter written by John Shao.

27.     Attached hereto as Exhibit "Y" is a true and accurate copy of the letter written by Chengguang Shi.

28.     Attached hereto as Exhibit "Z" is a true and accurate copy of the letter written by Natalia Radovilsky.

29.     Attached hereto as Exhibit "A1" is a true and accurate copy of the letter written by Le Tao.

30.     Attached hereto as Exhibit "B1" is a true and accurate copy of the letter written by Julia Miller.

31.     Attached hereto as Exhibit "C1" is a true and accurate copy pictures from Mr. Wang's trips to China with mayors from U.S. cities.

32.     Attached hereto as Exhibit "D1" is a true and accurate copy of pictures from Mr. Wang's trip to Cambodia orphanage.

33. Attached hereto as Exhibit "E1" is a true and accurate copy of the letter written by Patrick Conkin.

34. Attached hereto as Exhibit "F1" is a true and accurate copy of the letter written by Kandy Simmons.

35. Attached hereto as Exhibit "G1" is a true and accurate copy of the letter written by Joyce Zhang.

36. Attached hereto as Exhibit "H1" is a true and accurate copy of the U.S.S.G. sentencing statistics for the N.D.C.A. for fiscal year 2013.

37. Attached hereto as Exhibit "I1" is a true and accurate copy of the letter written by Wei Rao.

38. Attached hereto as Exhibit "J1" is a true and accurate copy of the letter written by Brenda Chan.

39. Attached hereto as Exhibit "K1" is a true and accurate copy of the letter written by Chi-hsiu Weng.

40. Attached hereto as Exhibit "L1" is a true and accurate copy of the letter written by Gholap Digvijay.

41. Attached hereto as Exhibit "M1" is a true and accurate copy of the letter written by Guangzhe Chang.

42. Attached hereto as Exhibit "N1" is a true and accurate copy of the letter written by Huy Tran.

43. Attached hereto as Exhibit "O1" is a true and accurate copy of the letter written by Jennifer Fan.

44. Attached hereto as Exhibit "P1" is a true and accurate copy of the letter written by Lucy Chan.

45. Attached hereto as Exhibit "Q1" is a true and accurate copy of the letter written by Mingkang Dai.

46. Attached hereto as Exhibit "R1" is a true and accurate copy of the letter written by Pramod Ready.

47. Attached hereto as Exhibit "S1" is a true and accurate copy of the letter written by Ramen.

48. Attached hereto as Exhibit "T1" is a true and accurate copy of the letter written by Saurabh Sharma.

49. Attached hereto as Exhibit "U1" is a true and accurate copy of the letter written by Shireen Khan.

50. Attached hereto as Exhibit "V1" is a true and accurate copy of the letter written by Sung Wook Hong.

51. Attached hereto as Exhibit "W1" is a true and accurate copy of the letter written by Varun Soman.

52. Attached hereto as Exhibit "X1" is a true and accurate copy of the letter written by Walter Chan.

53. Attached hereto as Exhibit "Y1" is a true and accurate copy of the letter written by Wan Guozhi.

54. Attached hereto as Exhibit "Z1" is a true and accurate copy of the letter written by Wu Li.

55. Attached hereto as Exhibit "A2" is a true and accurate copy of the letter written by Kalpana Wunnuva.

56. Attached hereto as Exhibit "B2" is a true and accurate copy of the letter written by Xingquan Dai.

57. Attached hereto as Exhibit "C2" is a true and accurate copy of the letter written by Xuyang Wang.

58. Attached hereto as Exhibit "D2" is a true and accurate copy of the letter written by Yujian Ouyang.

I make this declaration under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of September 2015, in San Francisco, California.

_____
Max Mizono