

**The Honorable Edward J. Davila**
**United States District Court**
**280 South 1st Street**
**San Jose, CA 95113**

September 1st, 2015

Dear honorable Judge,

My name is Su Fang Tong, and Jerry Wang is my child, my only child. For a mother, this is sad time in my life.  I know my son. From the time he was a young boy, he is honest, mild-tempered, and he was always willing to help and obey the law. He never talks about the good things he does because he is humble and expects no praise for that.

- **Jerry is an honest and mild-temper person. He never complains even if he was bullied.**

He is a sensitive, kind person who never wants to worry his parents, even when he was bullied as a boy. In 1990, he first came to the U.S. and we lived in Oakland.  He was 13 years old and did not speak English. We came to this country with only suitcases. We did not have money for him to go to after school programs to learn, or participate in any other extra-curricular activities. We sent him to a local public school. His father and I had to find work day and night because we need to make money to feed the family and pay for housing.  Mother and father had no way to get Jerry to school, so he had to walk.

One day, I walked with him on the road, and there was a group of kids hanging around far from us. Jerry whispered to me "mom, don't look at them, or they will beat you."  I was astonished and asked him "Did they beat you?" He replied "yes". I felt heartbroken when I heard that.  My heart broke because my son was beat up and he did not fight back.  He just let them beat him and he never told his parents so they did not worry.

That was not good for Jerry.  We moved to Santa Clara, in 1992. Again we worked and could not take Jerry to school in Sunnyvale. We lived far away from his school. He had to walk through Lawrence expressway, and walk along the El Camino Real to get to school. Later I learned from a conversation with him that there were sometimes that he could not find his way back home, so he walked back to school, trying to remember the way back home again. After a long walk, he

would rest on the sidewalk tired and hungry with no money in pocket, and then he got up and kept going. But he did not complain because he didn't want parents to worry. When he went to high school, he wake up very early every morning, and took public transportation to school and transferred through different bus lines.

At De Anza College, he made Dean's list. He then went to UC Santa Barbara. One time I saw a scratch on his arm, and I questioned him "Did you fight with someone?" He smiles, "Where does that come from mom? You know me. I never had conflict/confrontation with others, let alone fighting!" He also told me that when he first moved to a dorm, he found out that his roommate was doing drugs. So he found a new place and moved out as fast as he could. I felt happy that he kept his good quality of being a nice guy and stayed away from trouble. He knows what is right and what is wrong. My son never drinks alcohol, never smoked, never fought, and he is the Mr. Perfect in Chinese people's eyes.

Right after he graduated from College, we asked him to step up as the CEO of our small Universities, because we don't speak English very well. We get to know the former mayor of Sunnyvale: Julie Millers around year 1998. She considered Jerry an excellent intelligent young man, and she treated Jerry like her own son, and encouraged him to move to Sunnyvale and compete for a planning commissioner position. Jerry got to know more city mayors through Julie and went to China for economic and cultural exchange. (Attachment B-1)

- **Jerry follows principles strictly and treats students fairly.**

1. Jerry was always fair treating students. My niece came to the United States from China to study and transferred to my school. She applied like any other student. However, she did not want to study and did not get good grades. She failed classes. Jerry told me that if she did not want to study, she had to go home. We gave nothing special to her even if she was a relative. Jerry said we must treat all students the same, so my niece went back to China.

2. Sometimes, students ask for favors. He always refused their request if it is against school's policy.

3. Sometimes, I want to help fulfill some of my friends and relatives' request. I asked him, and he told me to do everything according to the rules.

- **Jerry worked for education, not for money.**

Jerry, his father and I found two universities. The goal of establishing universities is to build a study platform for students to learn piratical knowledge. By doing so, we delivered high-skilled talents, increased employment rate and increased taxes revenue for the United States.

1. After economic recession in 2008, some students lost their jobs and some students lost money on stocks. In attempt to help students continue their education, Jerry reduced the tuition fee from $180/unit to $149/unit to make it more affordable for students at UEWM. We reduced $31 per unit. There are 174 units in master program and about 200 students benefited from this decision. As a result, the university lost huge amount of money. I believed that no other university nationwide can voluntarily take this much loss only for the sake of students, but we did it. We did not only consider money. (Attachment A-1)

2. In 2007, we hired this lady Ling Li as an employee of our school, but it turned out that she had a conspiracy from the beginning to shut down our school and establish her own school by bringing in all students for her school instead of Herguan, where she was employed. In 2008, she began to contact our students to take classes at the school she opened under the table (California South Bay University). She told students to pay tuition to attend her school. When the students discovered this at the beginning of November 2008, they cornered Ling Li at the parking lot in our school and accused her conspiracy. Then Jerry learned about her unethical behavior and fired her, and he waived part of the tuition fee for the students who were affected by this woman and was being guided falsely to Ling Li's school.

3. We have hard-working and high-performance students in Herguan University. The placement rate of the graduates is high. Some of the graduates work for big companies such as Google. In order to help, encourage the students in Herguan, and give the unprivileged students opportunities to learn and earn a graduate degree, Jerry established a scholarship pool. (Attachment A-2, A-3)

4. He is a good man with a heart of gold. One time, when he traveled to the Republic of the Union of Myanmar, he came back supporting six orphans with money donations to help

feed them and cloth them. He didn't tell us anything about this until one day his father saw the pictures of the orphans displayed in his computer. Father asked him why he did not tell us. He said it is not something to brag about.  It's just the right thing to do. (Attachment A-4)

- **Jerry takes responsibilities in work. He provides good service to students.**

1. Even though Jerry was young, he put effort on learning the documentations from the official government departments. He even worked on school catalog, school magazines, and participated in the design of remodeling of the 595 Lawrence Expressway Building when we moved our schools there.

2. The dean from Heilongjiang TCM College, Dr. Liu Jing Feng came to our University in 2012, thanked Jerry and praised him that at such a young age, Jerry could be so conscientious regarding all the details in cooperation. He said "That Jerry I know is a bright kid. I believe in him…"  I was very proud of my son that he grew up to be a thoughtful, good man.

- **He was super busy with his life, and he organized everything according to the rules so employees know what to do, so he seldom presented at the Universities. He had many jobs to do.**

1. He led city mayors in the U.S. to meet with mayors in different cities in China several times to promote the communication and understanding of different cultures, and he helped formulate the sister-cities relationships between China and the United States. (Attachment A-5, A-6, A-7, A-8)

2. Representing UEWM, Jerry also took trips to other TCM (Traditional Chinese Medicine) Colleges and looked for potential opportunities to cooperate to make TCM more well-known to the whole world. (Attachment A-9)

3. Jerry represented the Universities to the public, and participated in many activities, forums, and conferences. Everyone know him liked him for his positive energy.  (Attachment A-10, A-11, A-12)

4. He recruited students from other countries and attended education meetings.

- **Jerry was a good kid. He got involved in the trouble because of us.**

Jerry should have been like other college graduate to pursuit his own dream when he graduated. If not for us, he would not get involved in this trouble. We in some degree forced him to help us because of our language limitation. We felt sad and guilt for what happened to him.

He was also the PDSO for both Universities at that time, the person who process foreign students. Because there were many international students in Herguan University, he applied to SEVP under Department Homeland Security to add one more DSO position to help him, but SEVP **never approved** until 2010. That is why he had to give the SEVP password to employee, but after received the SEVP that giving out password is not allowed, he stopped immediately.

On August, 2012, Jerry got arrested, when his precious baby girl was only 2 months old. He lost his job; his wife could not work due to the recent delivery of a baby. He was hugely shocked physically and mentally, and from that time till now, even though he tried very hard to get back on track and tried to live a positive life. Even under all that pressure for almost 3 years, he didn't apply for government support (low income support/Medicare) to help his family. He used his own savings, and lived a frugal life to support family. He was devastated physically and mentally. He was a leader in his friends' circle, now he felt ashamed and barely contacted his friends. He became depressed.

- **A request from a mother**

As his mother, I taught him to be a good person. I watched him grow up as an up-right, positive, conscientious man. I believe that he would never break any rules and/or laws deliberately. His intention is do right thing always. So, here, I plead to you, honorable respected judge, please give Jerry a chance, and don't incarcerate him. Those 3 years was already a strict sentence to him, by himself, also by the outside pressure, in the form of ashamed feeling and struggling. His daughter was only three years old. Please, don't let him carry a label for the rest of his life, especially in Chinese community. If one person is/was ever in jail, it is a huge dishonor to all the generations carrying the same blood.

Sincerely,

Su Fang Tong

Attachments: A-4



Jerry adopts six orphans for a year.



Jerry adopts six orphans for a year.

Attachment B-1



Jerry with Mayor of Sunnyvale Julia Miller                          Attachment A-6



Jerry and San Ramon City Mayor.

Attachment A-11



Jerry with First Global Conference of Traditional Chinese Medicine.



Jerry at First Global Conference of Traditional Chinese Medicine.

Attachment A-9



Jerry and Richard goes to sister school Heilongjiang University

Attachment A-10



Jerry representing the school at the academic exchange.

Attachment A-7



Jerry and US City mayors from different States meeting in China in collaboration to become sister cities.



Collaboration between the US and China cities to become sister cities.



Previous Sunnyvale city mayor Julia Miller, Tony Spitlaeri, and Otto O. Lee attends Herguan graduation.



Sunnyvale City mayor Tony Spitaleri participates in Herguan graduation with some of the Herguan professors.

Attachment A-8



Jerry brings US city mayors to China to learn about Chinese culture and economics.



Jerry brings US city mayors to China to learn about Chinese culture and economics.

Attachment A-12



Jerry and University of East-West Medicine attends the Northern California Chinese Athletic Foundation.



Students happy and celebrating their graduation from Herguan University.

Attachment A-1

Many students were grateful to help from Jerry Wang, CEO of UEWM in 2008. A lot of students were losing their jobs during 2008 economic collapse in United States. Most of students could not afford to pay their tuitions. The CEO of University of East-West Medicine, Jerry Wang, decided to cut down the tuitions from $180/unit to $149/unit for all of the students in the school. Around 200 students were who fitedrom this policy.

Most of us graduated from the ersity of East-West Medicine and got our California Acupuncture License. Most of us have our own clinic, so we can help patients who are citizens of our communities. That tuition reduction helped us to achieve our educational goals so we could work to improve the health and wellness of the community.
Signed,

Hansheng

*Jang-Li Chang*    Jang-Li Chang    408-725-1858    408-628-2610

*CHSU YUAN CHAI*    Chsu Yuan Chai    408-531-9191

*Edward Cheng*

*Chu Ch*

*Xiaoyuan Li*    Xiaoyuan Li    408-504-8277    408-813-7498

*David Tsang*    10.18.14
David Tsang    415-336-9231    davidtsang999@yahoo.com

Xinli Wang

Zhu, miao Ching    650-813-1688    miachu@yahoo.com
Shen. Yu-Ying    408-250-1354
Zhou. Vincent    650-580-8697    un099@sina.com

Attachment A-2



# 2011 Scholarships Announced



Attractive Campus with Modern Infrastructure

## Congratulations!
### The following students have been awarded with scholarships

- **Bindu Yerram**
- **Karthik Pradeep Kambhampati**
- **Sai Reddy Movva**
- **Samyuktha Muddasani**
- **Sandeep Kashyap Pulijala**
- **Shafeeq Ahmed Syed**

For detail information, please contact Dr. Chethana Nagaraja at Academic Office.

Attachment A-3



Future Students | Current Students | Faculty & Staff | Email

HGU Search

| About HGU | Admissions | Academics | Campus Life | Student Services | News |

## Scholarships Announced

### Congratulations!
**The following students have been awarded with scholarships**

- Bindu Yerram
- Karthik Pradeep Kambhampati
- Sai Reddy Movva
- Samyuktha Muddasani
- Sandeep Kashyap Pulijala
- Shafeeq Ahmed Syed

For detail information, please contact Dr. Chethana Nagaraja at Academic Office.

HGU introduced its first ever school magazine *'Herguan Horizon'*.



Attractive Campus with Modern Infrastructure

◄ 1 | 2 | 3 | 4 | 5 | ►

## announcements

> **Summer 2011 Class Schedule posted.**

> **Know How to Register for semester classes.**

> Summer 2011 registrations have begun on March 8th 2011. Please contact Academic Advisor.

> Last date to submit Course Transfer Request Form is Mar 31, 2011 for Spring 2011 new students.



FUTURE STUDENT

CURRENT STUDENT

ALUMNI

| ABOUT HGU | ADMISSIONS | ACADEMICS | CAMPUS LIFE | STUDENT SERVICES |
|---|---|---|---|---|
| The Mission | Foreign Students | Programs | Infrastructure | Online Request Forms / Regulations |
| Why HGU? | Apply Online | Academic Calendar | Library | Practical Training |
| President's Message | I-20 & Checklist | Class Schedule | On-Campus Work | Transportation |
| Board Members | Tuition Fees | Student & Faculty | Guest Speakers | Health Insurance |
| Management | FAQ | Student Portal | Student Union | Accomodation |
| Faculty | | Herguan Catalog | | Airport Pickup |
| Contact Us | | Class Portal | | Job Assistance |



**STUDENT & FACULTY**

The MISSION of the Herguan University is to expand the understanding and application of the latest research in business, engineering, science, electronics or medical management practices.

**CAMPUS MEMO**

The Memo is designed to keep faculty, staff, and students abreast of campus activities, announcements, and upcoming events during the academic year.

**EVENT CALENDAR**

Competitions at HGU campus for the students are held at Herguan University very often. Students are requested to participate in extra-curricular activities. Our motto is to bring the hidden talent among all of the student community at Herguan to the forefront.