**The Honorable Edward J. Davila**
**United States District Court**
**280 South 1st Street**
**San Jose, CA 95113**


Dear Honorable Judge Davila:

    I am Yingqiu Wang, the Father of Jerry Wang, whose sentence you are considering. I felt so sorry that this incidence of Jerry add to your workload, and I thank you in advance for your time and consideration. I write you with heavy heart.

    One morning four weeks ago, my son and I were dropping Anna (my 3 year old granddaughter) off at the preschool, and I was holding her hand and walked her to the school door, while Jerry is waiting in the car. After 4-5 steps, Anna suddenly let go of my hand and ran back to the car, looked at her father with tears rolling down her face. I was stunned for a while and not sure what happened, and a sudden feeling of sorrow hit me. She could not leave her father, and I am worried that September 14th is coming and I could not even think about what will happen and how it will affect her life, and I cried. At that time, I was thinking if there was something I did wrong, maybe I should not have brought my son to the U.S when he was only 13 and speak no English, maybe I should spend more time with him instead of doing research, maybe I should not asked him to step up to be a CEO when there is no proper mentor to guide him, maybe I should support his dream instead of asking support from him for my dream.

    Dear Judge, I would humbly like to explain to you something about my family so maybe you better understand who I am and who my son is. If you understand, then maybe you will think Jerry should not be in prison. I came to the United States to achieve my American dream. In 1976, I completed my MD education in China and became a physician in China. Besides clinical medicine practice, I also devoted my time to research. At that time, there were many obstacles doing research in china, and it was very difficult to get funds and even form a team. That time, I was hoping if I could go to a country with freedom. Luckily, I was invited to the US through the exchange scholar program for explaining the "Herguan medicine' theory I developed in May of 1988 by J.F. Kennedy University. I experienced the liberty for knowledge, education, research, exploration, innovation, and development. I think America is like a dreamland for researchers and educators. That moment, I decided to pursue my American dream.

Like all the new immigrants, it is not easy to blend in.  First thing we worried is how to survive: learn English, and find a job.  In 1992, I was certified as an acupuncturist in California. In 1996, I was honored to become a US citizen, with my son Jerry, together.

I continued my research regarding Herguan medicine, a systems approach that focuses on opening Herguan (="core gates") of the body that have been blocked or clogged.   The research topics were body energy circulation, and it worked to help the patient with blurred vision gain back the clear sight, and head pain disappear immediately. Patients with stroke, after treatment of Herguan medicine, had a significant increase of circulation of blood, angina gone; a women with infertility for more than 10 years, have twins. Among all the patients, in the clinic, we succeeded in the research.

In order to benefit more patients all over America and the world, to receive public health benefit, I started to plan to train students so they can cure more patients. We worked to open the University of East West Medicine in Sunnyvale, Silicon Valley, started the first class on January 1999. We got accredited in 2003. We've graduated a lot of the excellent medical profession workers since then.
Right after that,

- I continued research on the theory of the integration between the universe and human systems.   We started to study the universe law according to the ancient theory.
- I continued my education in the U.S., and I got my PhD in philosophy in 2002, and in 2014, I got my DAOM.
- In 2001, at the Global TCM meeting at Las Vegas, I got a prize for my research on "Herguan Theory".
- In 2003, at the Global TCM conference in Hong Kong, I presented my research to the audiences from more than 60 countries, and was very welcomed.  All the achievement worked as the foundation to go further to benefit the whole world.
- In 2005, we found the Herguan law of universe. At the global TCM conference that year, Jerry and I presented the theory of Herguan medicine, Herguan theory, and the Herguan law of universe. We got the prize of "The Father of Herguan Medicine". The Herguan universe theory describes one union of the universe and humans which could help bring

glorious: health, success, beauty, harmony, civilization, and development for individuals, families, companies, nations, and the planet.

- In order to educate more qualified workers to contribute to the U.S, I founded Herguan University, which had a focus on computer science, and management, extending the concepts of systems with a life force.
- In 2008, I published the book of Herguan theory and law. "Herguan theory and Herguan law of universe" is completed and it was considered by the academic world a success, "Glorious Universe Dream" started, I was congratulated by the White House, some Institutes from Europe, and we organized and hosted the Global TCM conference meeting at Santa Clara Convention Center at 2008, supported by many other academic groups.

Looking back, from a visiting scholar with only two pieces of luggage, to an owner of two universities, my family and I worked very hard and am called "7/24" by my employees. This is my life.

Herguan University is an accredited (by ACICS, (Accrediting Council for Independent Colleges and Schools) university, and it helps graduates to find jobs and we thrive to maintain a leading position of Silicon Valley. We offer master's degree of computer science, and Business. My vision for Herguan University is as a place where all student could get the knowledge from a universe level, and all students, no matter what major they are in, thrive to prevent and cure disease, and build a healthy, harmonious, sustainable environment, and upon graduation, they could be qualified contributors to benefit the whole global world.

- A team of us are researching on efficient and sufficient energy from a Herguan TCM perspective, and we have a patent pending.
- In 2013, we offered scholarships for people from all around the U.S to learn Herguan Theory. I also established California New Solar Drought Relief Action Commission (CANSDRAC) to help with the drought problem in California.
- In 2014, Herguan University was accredited, and almost all of our students get employed upon graduation.
- We offer students willing to learn and grow a relatively low tuition for their education. Our graduates are all around the US, and promoting the development of the companies.

- We provide support for all nonprofit organizations who have good intension and good causes, we provide facilities, assign workers, and donate when is needed.
- We do our best, try our best to benefit the community and the society by providing excellent education, and promoting positive energy.

My achievement is not possible if I didn't move to the U.S., and it is also not possible without my son's sacrifice. He devoted his time, he gave up his own dream, he is always supportive, and willing to help me in any matter, he is brave and always ready to take responsibilities for our family.

      To be honest, I feel like my American dream almost turn into a nightmare in 2012. I know my son, he is just like me, always do things with good intension, and he is well educated, he grew up in a very strict educational environment, we have high expectations towards him. He loves and respects his parents, he takes care of everything that his parent's need. He loves the family, and will stand up for people who are in danger and even for people who he doesn't know. He was a little hero back in China, and he saved 2 girls from 2 malicious young men. He devoted his time for the public benefits and in 2011, he "adopted" four orphans, he did not talk about this until one day I caught him up when he was checking his emails, and viewing the pics the organization sent him, he told me it really was nothing to brag about, and he wanted to help people in need, and seeing that he can make a positive change in people's lives. I felt very proud of him, and I felt that even though I didn't spend much time with him, he is the son of mine, the son of a doctor. He is the opposite of a hypocrite, and is maturing and growing toward on the right track. He takes care of others, and works very hard, he is willing to learn from the experienced, and respect them a lot.  He referred to Richard (vice president of HGU) as "Grampa" in front of me, that is the highest level of respect a Chinese could give to someone he respects. He is mild tempered, and very tolerant.  He will not make a second mistake, he would never deliberately break the law.

      He was too young to work as a chief executive officer for two universities. We asked him to step up to the high position for two reasons: One is that we could not afford to have a full time experienced CEO, and secondly, we needed help with English translation..

He might not have had the acumen to handle everything, every employee, because he is not very experienced, and would need a good mentor to guide him, he didn't realize that some critical position jobs should not be assigned to others, and he trusted people, and believed in all the

employees. He really learned his lesson. I remember that one time, we were late to catch a plane, and after that incidence, he reminded me to get to the airport earlier every time we travel, he take the rules seriously, and always remind me of important things such as tax report.

He would never a harm to anyone. There might be problems regarding his English. I was always worried about his English ability. Some times during work, I asked him to translate some English files for me, and through my observation, he need some time and sometimes search online to understand the content.

  He came to the United States with me when he was 13 years old, and spoke no English that time. I was focused on research all the time and both I and his mother didn't put much time for his curricular activities. Yet he was on the Dean's list with a GPA of 3.7 when he was a student at De Anza College. I am thinking that even people speak English might not understand the expressions in legal documents, how could he fully understand without further study.

My son has suffered a lot physically and mentally the last 3 years, from my 46 years experiences of being a medical doctor. Jerry has the symptoms of post-traumatic injury mentally. His memories are not so accurate, he is not focused some time. I regrets giving him so much pressure and insisted on him being a CEO. Sometimes he acts gloomy, when he is alone. He has no bad intention. He signed the plea at the point that we had already paid $800,000 for the attorney fee and there was a $340,000 bill on the way. We were all shocked and devastated. Mother informed the attorney that we were not able to pay the bill until after we sell our property. Jerry was filled with sorrow that he became such a burden to the family, and would not want to pressure us financially any longer. That day he sign plead agreement.

  Since he was arrested, he spend a lot of time reflecting, it is the biggest and most unexpected torture to him, physically, mentally, and weakened his energy at a high degree, a lot. Most of the time he was not focused, his old medical problem recurred and he lost some sight, and fainted with his left hand numb, His immune system decrease. I know that he was under a lot of pressure, and he could not move on until after he go to court.  The last 3 years truly a torture and punishment for him already. Before Jerry always deals with everything with a positive attitude and manner, and I know my son is a warm hearted, honest, and upright man.

  Jerry told me his 3 year old daughter, Anna was being very sensitive recently, and it seems that she knows what is going on. One night, when he got back home, Anna was crying, and he did not went to calm her down like he usually does. Instead, he sat on sofa, closed his

eyes, and wanted to have a moment to himself. He felt that the cry stopped, and a small hand touched his knee, he opened his eyes, and found that his cute little daughter was holding her tears and smiled at him. She was dancing and waving, trying to cheer him up. There was a long silence after he told me the story. I felt happy that at the age of 3, my granddaughter already showed her characteristics as a loving, cute, sensible, and intelligent little girl. At the same time, I wondered what was in her little mind, and if it will be an obstacle to her growth.

**Dear Judge Davila, Jerry is a conscientious, dedicated, and diligent man. He was very brave to step up to be a CEO for his family in the first place, he considers others' need before his. He was willing to learn, and he tried very hard to learn, He is kind hearted, and he trusted all the people he hired. I believe that he didn't do anything with a bad intention, and he will never deliberately break the law. With a good intention, he helped me, so I have time to do research and innovation, and contribute to the United States.  I can see that it was already a huge punishment for him all those 3 years. He loved to volunteer and contribute to the community and society. I hope you give him a chance, if you don't incarcerate him, he will contribute more to the society by community service, so he can take care of his family, and at the same time utilize his skills.**


Sincerely,


Yingqiu Wang

408-806-9168