**Gmail**

pavankolli . <pavankolli@herguanuniversity.org>

# Fwd: venugopal divya - student id - 813 254

2 messages

**Divya Venu Gopal <askvenu@gmail.com>**     Fri, Dec 11, 2009 at 6:41 PM
To: pavan kolli <pavankolli@herguanuniversity.org>, kolli517@gmail.com

---------- Forwarded message ----------
From: **Fay Huang** <fay@herguanuniversity.org>
Date: Fri, Dec 11, 2009 at 8:42 PM
Subject: Re: venugopal divya - student id - 813 254
To: Divya Venu Gopal <askvenu@gmail.com>, Arthur Ashurov <ashurov@herguanuniversity.org>, Raj Shea <rshea@herguanuniversity.org>

Dear Divya

Fall 09 class began on Sep 7 and you registered Fall 09's classes on Sep 21 ( I added your fall 09's Registration form in attachment). Fall 09's mid term is from Oct 26 to 31. According to this information, it's impossible for you to miss your mid-term( MGT 506) .
It doesn't matter if your status gets approved or not from SEVIS ,you are a student. After you register the class, you are required to attend all classes without any excuses.

According to school attending policy, students only can miss 3 classes in one semester excepting sick (need to provide doctor letter to professor) or emergency (family pass way or car accident).

According to SEVIS, professors have authority to make a decision let you pass this class or not. An academic office is not allowed to involve this issue.

**Regard to your status issue:**

School need to terminate your F1 status, so you can be able to apply for your H1. You need to understand that you can't have two statuses in the same time at U.S.A.

I asked our current registrar to check your SEVIS date. On Aug 11, 2009, your F1 status was changed to H1. On Sep 24, 2009, your H1 got terminated. Therefore, you came back to apply your F1 again and your F1 status got approved on Oct 7.

**You are an adult. If you make a mistake, you should face and solve it,** so don't use this status issue as an excuse or blame that is another person's fault. You said, "Actually in month of September my SEVIS got terminated by mistake by previous registrar." **This is very horrible for you to accuse our previous registrar.**

This email will be c.c to your professor Arthur, and our Dean.

On Fri, Dec 11, 2009 at 4:09 PM, Divya Venu Gopal <askvenu@gmail.com> wrote:

Hello fay

My name is Venugopal Divya, Student ID – 813 254.

Actually in month of September my SEVIS got terminated by mistake by previous registrar.

Because of that I had a big mental stress.

I got so panic and approached many attorneys in order to save my student status.

After consulting SEVIS officials and immigration attorneys.

All advised me to send a letter from PDSO, HERGUAN UNIVERSITY to SEVIS OFFICIAL to make my SEVIS ACTIVE.

I rushed immediately to university from Michigan.

Later I send a letter through Jerry Wang, PDSO. HERGUAN UNIVERSITY to SEVIS.

Finally after few weeks my SEVIS came active.

Mean time I missed my classes in MGT 506 Subject. Dr. Ashurov.

Later I attended and gave the presentation.

Thank you

Regards

Venugopal Divya

Student ID – 813 254


--
Best Regards,

Fay Huang

Academic Assistant
Herguan University
595 Lawrence Expressway
Sunnyvale, CA 94085
(408)481-9988 ext:102
HGU toll-free call 866-824-1429.
Fay@herguanuniversity.org
Office hours: 10am - 7pm
Mon, Tue, Thu, Fri, and Sat

📎 813254.pdf
65K

**Fay Huang <fay@herguanuniversity.org>**                                Fri, Dec 11, 2009 at 6:58 PM
To: Divya Venu Gopal <askvenu@gmail.com>, pavan kolli <pavankolli@herguanuniversity.org>

| | |
|---|---|
| from | Fay Huang <fay@herguanuniversity.org> |
| to | Arthur Ashurov <ashurov@herguanuniversity.org> |
| date | Fri, Dec 11, 2009 at 6:54 PM |
| subject | Fwd: venugopal divya - student id - 813 254 |
| mailed-by | gmail.com |

Dear Prof Arthur
           Your student, Venugopal Divya, 813254, required me to provide there information below to you. In prior his SEVIS got problem because of our previous registrar's mistake.

Hello fay

My name is Venugopal Divya, Student ID – 813 254.

Actually in month of September my SEVIS got terminated by mistake by previous registrar.

Because of that I had a big mental stress.

I got so panic and approached many attorneys in order to save my student status.

After consulting SEVIS officials and immigration attorneys.

All advised me to send a letter from PDSO, HERGUAN UNIVERSITY to SEVIS OFFICIAL to make my SEVIS ACTIVE.

I rushed immediately to university from Michigan.

Later I send a letter through Jerry Wang, PDSO. HERGUAN UNIVERSITY to SEVIS.

Finally after few weeks my SEVIS came active.

Mean time I missed my classes in MGT 506 Subject. Dr. Ashurov.

Later I attended and gave the presentation.

Thank you

Regards

Venugopal Divya

Student ID – 813 254

As my prior email, " professors have authority to make a decision let the students pass this course or

not. An academic office is not allowed to involve this issue."

Thank you and sorry to re-email you again.

[Quoted text hidden]