Case5:12-cr-00581-EJD Document180-5 Filed09/07/15 Page1 of 6

Fwd: 6. Institution's Attendance and academic warning letters - Yahoo! Mail    Page 1 of 6



**Fwd: 6. Institution's Attendance and academic warning letters**    Monday, December 13, 2010 6:28 PM
From: "Anthony Martinez" <anthony@herguanuniversity.org>
To: "Anthony U. Martinez" <aumartinez01@yahoo.com>

---------- Forwarded message ----------
From: **Friberg Richard** <richard@uewm.edu>
Date: Sun, Dec 5, 2010 at 11:52 AM
Subject: Re: 6. Institution's Attendance and academic warning letters
To: "<fei@uewm.edu>" <fei@uewm.edu>
Cc: Cole Leigh <lcole@dinse.com>

Then it would be the attendance and the SAP letter.

I would NOT send them a letter specifically designed just for them because that would be obvious that you just created it for them and not one that you regularly use. I would send them your form letters below.

On Dec 3, 2010, at 2:42 PM, <fei@uewm.edu> <fei@uewm.edu> wrote:

> Hi Richard,
> I think what they are looking for is a letter send to international student who drop below full academic requirement.
>
> Something like: Dear Student HGU has found out that you have failed to maintain full-time as international student requirement. We would like to you to meet with our academic advisor immediately and resolve this issue. Failure to meet with academic advisor to resolve this issue, your international student status maybe cancelled.
>
> Something like this.
>
> Richard, can you create one?
>
> Jerry
>
> **From:** Friberg Richard [mailto:richard@uewm.edu]
> **Sent:** Friday, December 03, 2010 8:20 AM
> **To:** fei@uewm.edufei@uewm.edu
> **Cc:** 'Cole Leigh'
> **Subject:** Re: 6. Institution's Attendance and academic warning letters
>
> So that sounds like a Conditional Admissions Letter.
>
> Conditional Admissions . . .
>
> Dear Student:

JW-00425

Case5:12-cr-00581-EJD   Document180-5   Filed09/07/15   Page2 of 6

Fwd: 6. Institution's Attendance and academic warning letters - Yahoo! Mail        Page 3 of 6

**From:** Friberg Richard [mailto:richard@uewm.edu]
**Sent:** Thursday, December 02, 2010 7:22 PM
**To:** fei@uewm.edufei@uewm.edu
**Cc:** Cole Leigh
**Subject:** Re: 6. Institution's Attendance and academic warning letters

On Dec 1, 2010, at 10:53 PM, <fei@uewm.edu> <fei@uewm.edu> wrote:

Hi Richard,

Institution's attendance and academic warning letters do we have them? I know we have institution's attendance policy is in the catalog. But we never have academic warning letters. Can you create one?

Jerry

Jerry,

I am not sure what this is for.

Are there SEVIS rules that must be complied with?

Or is it just the catalog rules we have for missing 3 classes and SAP?

What does UEWM have for these letters?

The thing is, if it is just the catalog requirements, you create a trap for yourself because they could come in and go through the student records and find out how you have not dropped students for 3 absences or have not put students on probation for SAP.

If it is for SEVIS rules, I do not know what the SEVIS rules are.  Do you?

Here are two letters.  You need to have your attorney review them to make sure they are compliant.  They are asking for these letters for a reason.  Don't step in a trap.

**Attendance Letter:**

Dear Student:

Our records indicate you have not attended three class sessions this

Case5:12-cr-00581-EJD   Document180-5   Filed09/07/15   Page3 of 6

Fwd: 6. Institution's Attendance and academic warning letters - Yahoo! Mail          Page 4 of 6

semester. Our instructor tells us you have not arranged to make-up these sessions with him/her. It is now too late to make these arrangements. You now have an F grade for this class. This letter is a warning that you may be in violation in the HGU satisfactory academic progress (SAP) policy and you maybe out of status with SEVIS because you are not successfully enrolled as a full time student. You are directed to contact your academic advisor within the next three days to go over the SAP policy and see what steps must be taken. If you do not know who your academic advisor is, please go to the admissions or administrative office and ask. It is up to you to take action. You must take responsibility for this.

Sincerely,

HGU Registrar

---

**SAP Letter:**

Dear Student:

This is to inform you that upon review of our Satisfactory Academic Progress (SAP) policy you are hereby put on academic probation. You are on probation for this up coming semester and can only be on probation for this semester and one more. At the end of these two semesters, you will be dropped form HGU. This is serious and requires your full attention. Your money will not be refunded if you are not successful in correcting this situation.

You are on academic probation for the following reason(s):

Admissions documents incomplete: List Here _____
Major GPA less than 3.0 \_\_\_
Elective GPA less than 2.7 \_\_\_
Cumulative GPA less than 2.9 \_\_\_
Not successfully completing 13.5 units or more within any 2 consecutive semesters \_\_\_

You may appeal this decision to the Academic Dean if there are extenuating circumstances such as death in the family or a very serious illness, but in these situations you must supply actual documents to support your claim (death certificate or doctor certifying your disability).

You must meet with your academic advisor three weeks before the beginning of each semester. You are allowed to only enroll in 9 units. You are required to

Case5:12-cr-00581-EJD Document180-5 Filed09/07/15 Page4 of 6

Fwd: 6. Institution's Attendance and academic warning letters - Yahoo! Mail    Page 5 of 6

rectify the circumstances causing academic probation within the limits stated (two semesters) or you will be dropped from HGU.

You must take this situation seriously. You must meet with your academic advisor. If you do not know who your academic advisor is, please go to the admissions or administrative office and ask. It is up to you to take action. You must take responsibility for this.

Sincerely,

HGU Registrar

*Richard Friberg*
Vice President
Organizational Development
University of East-West Medicine
970 W. El Camino Real
Sunnyvale, CA 94087
408-481-9988
408-733-1878
FAX (408) 992-0448
http://www.uewm.edu

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.872 / Virus Database: 271.1.1/3293 - Release Date: 12/02/10 04:18:00

*Richard Friberg*
Vice President
Organizational Development
University of East-West Medicine
970 W. El Camino Real
Sunnyvale, CA 94087
408-481-9988
408-733-1878
FAX (408) 992-0448
http://www.uewm.edu

No virus found in this incoming message.

Case5:12-cr-00581-EJD   Document180-5   Filed09/07/15   Page5 of 6

Fwd: 6. Institution's Attendance and academic warning letters - Yahoo! Mail    Page 2 of 6

Thank you for applying to HGU. While you do not meet all the requirements necessary for full academic standing at HGU we can admit you to the University Conditionally. This will require you to meet certain timelines and conditions based on the University's Academic Committee review and restrictions.

If you have missing documents, have not presented original documents or documents sent directly from you previous school, you have the current semester (one semester) to do so. If you do not, you will be dismissed from HGU.

If your GPA is below 3.0 or you are from India and your national examination score is below 55 you must attain a 3.0 GPA in HGU your first two semesters.

If your TOEFL score is below 500 or HGU determines in its testing your English skills are insufficient to be fully successful in the US, you must enroll in a HGU English as a Second Language (ESL) or another local college's ESL class until your TOEFL score is 500.

If you have not completed a college level algebra course you must complete this course during your first semester of enrollment at HGU.

If your Bachelors degree is not related to the Masters program you are enrolling in, you must complete the pre-cohort courses related to the Masters program within the first two semesters of enrollment at HGU.

Other: List here . . .

Sincerely,

HGU Registrar or Admissions Director


On Dec 3, 2010, at 12:51 AM, <fei@uewm.edu> <fei@uewm.edu> wrote:

Hi Richard,
SEVP was asking me if student did not meet the full academic standing what does the school do. I said if student do not follow meet the full academic standing we will find out from our system and dismiss the student. SEVP said they want to see the academic warning letters to students.

Jerry

Case5:12-cr-00581-EJD Document180-5 Filed09/07/15 Page6 of 6

Fwd: 6. Institution's Attendance and academic warning letters - Yahoo! Mail    Page 6 of 6

Checked by AVG - www.avg.com
Version: 9.0.872 / Virus Database: 271.1.1/3293 - Release Date: 12/02/10 04:18:00

*Richard Friberg*
Vice President
Organizational Development
University of East-West Medicine
970 W. El Camino Real
Sunnyvale, CA 94087
408-481-9988
408-733-1878
FAX (408) 992-0448
http://www.uewm.edu

--
Dr. Anthony U. Martinez, J.D., Dean
Academic Affairs and Graduate Programs
MBA, Computer Science, and Electronics Engineering
595 Lawrence Expressway
Sunnyvale, CA 94086
(208) 481-9988 Office
(510)393-8931 Cell
Web: www.herguanuniversity.org

JW-00430