

**Richard Friberg**
934 Marble Court
San Jose, CA 95120
408-997-2360
richard@rfriberg.com

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

August 10, 2015

Dear Judge Davila:

I am writing this letter on behalf of Jerry Wang. I have known Jerry since 2004. I began working for Jerry's parents, as the Vice President of Organizational Development while Jerry was the Director of Administrative Services. Jerry graduated from college a few years earlier and was trying to learn the school business.

A year prior to working at the University of East – West Medicine (UEWM), I retired as a public school superintendent having worked in the high school, adult, community college and State University systems for over 34 years.

During the period from 2004 to 2012 with one interruption I worked part time with Jerry professionally in helping with the two universities the family owned. Jerry's father asked that I act as Jerry's mentor and try to help him mature and become a professional college administrator. I feel a great deal of sorrow for what has happened to Jerry. As a teacher and an adult and high school administrator I unfortunately had no experience in serving foreign students and thus could not be a help in the area of visas.

I think the one character flaw that is probably the cause of this whole wrong doing is that Jerry was always in a hurry to get things done. I should say, if I did find something that Jerry was doing wrong, he would correct it right away. Unfortunately he kept the visa issues to himself, but mostly because there was no one else to help him.

Since this has been such a long wait to get to this point, I believe he has learned things cannot get done in a speedy way and turn out well. I believe he has learned to work through a process and not just jump to the end. It is important to note again, I have experienced, every time I have informed Jerry about something being done incorrectly, he always made it right.

My wife and I also had and still have a personal relationship with his wife, child, and Jerry. Jerry's wife is a very kind and sweet person and his little girl is learning to speak Mandarin and English and is the cutest little girl you have ever seen. They are very proud of their little girl. Jerry cannot stop smiling when she is in the room. She brings the best out in him. Over the years we have been to each other's homes and gone to dinner and the movies together. Even after this final incident we have stayed close. I hope he is not incarcerated, but if this comes to pass, regardless of where he is sent, I will visit him there.

Jerry and I have traveled around the world together several times. Just to let you know what kind of a person he is, because I am an elder, he would always insist on carrying my bags, leading me to the safest places, making sure there were guides that spoke English if he had to be some where else. In between business, he would arrange for me to tour points of interest. Jerry went out of his way for me to see the Great Wall and the Taj Mahal.

Over the past three years, I know Jerry has suffered a great deal for what he has done. He has gone through his highs and lows, blaming himself and sometimes others, always going back to blaming himself . . . crying and being depressed – wishing he could go back and undo what happened. During these past three years he knew he could not find a job because he did not know what was going to happen so he spent some of his time volunteering in the community. I know he spent time volunteering at Habitat for Humanity.

Jerry knows he will not be able to return to his family's business, at least not for a very long time. This is a great disgrace for his family and him. He knows he has done wrong, he knows he cannot skip through the rules and do things his own way and ignore procedures. He is no threat to the community. This past three years has been a sentence in and of itself. He really is a good person, he *was* driven to be in a hurry and skip steps in the process, which he has learned is not the right thing to do. Three years since his arrest until now has been a form of punishment. Please consider not breaking up Jerry's family.

Respectfully,

*Richard Friberg*

Richard Friberg