July 30, 2015
The Honorable Edward J. Davila
United States District Judge, San Jose, CA 95113

Dear Judge Davila

I am writing this letter on behalf of Jerry Wang, who is facing his sentencing resulting from his conviction for violating federal laws.

My name is Yan Zhang. I am an US citizen, and I have been a California residence since 1995. I am an electrical engineer currently working in Merica Technology Inc. located at Sunnyvale, CA. I have known Jerry since 1996 when we were both attending high school in Cupertino, CA. To me Jerry has always been a positive and enthusiastic person who tries to help people who are in need. When I just immigrated to California with my family, I couldn't drive; that was when Jerry drove me around the area and helped me settle down in this new environment. Although Jerry lives in a wealthy family, he has always wanted to help people who are worse off. His educational establishments served the same purpose, i.e. to educate and train normal people in Bay area with professional skills so they can serve the community better; and at the same time, help them achieve their own American dreams. I have a close friend, whose mother Grace, used to work as a nurse in a senior apartment. Although she worked very hard, she could only barely survive in Bay area because her professional skills were limited. She went to one of the Universities Jerry led, took the evening courses, and after she graduated, she started a massage and acupuncture clinic inside the senior apartment, and started to serve the community on a higher level. The latest I heard, Grace bought a condo in San Jose, and is definitely living a more abundant life. In the perspective of thousands successful examples like Grace, Jerry's vision and endeavor gave a second opportunity, helped individuals, made our community better and changed lives. For all the good things Jerry has done and so many lives he has blessed, please give him a second chance so he could continue serving the community and helping others.

I have always been a close friend with Jerry's family. I know Jerry as a faithful and dedicated family man. Before Jerry had his daughter, a lot of Jerry's friends including myself used to hang out at Jerry's house and play some friendly card games every weekend. After Jerry had his daughter, he stopped inviting us to his house because he decided to tend his daughter and wife whole-heartedly. Jerry would sacrifice anything for his family. And I know as a fact, in Jerry's heart his family is the party he owed the most during these years. This has been a heavy and hard lesson for Jerry and his family, and indeed a lesson learned. I really cannot image how his wife and baby daughter could handle the void left by Jerry should he be incarcerated. Please have mercy on Jerry and this family. Thank you!

Sincerely,

Yan Zhang
Vice President of Merica Technology Inc.
Resident of San Jose at
637 Villa Centre Way, San Jose, CA 95128
(408) 821-3654