July 28th, 2015

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge Davila,

My name is Yu Chao (Stephens) Xu. I am a citizen of United States and a close friend of Jerry Wang. I know that you will possibly be giving sentence to Jerry's felony charge, so today I am writing to you to give my most humble and honest opinion about the Jerry that I know of, and I hope that my side of story would offer you a little more insight of who he really is, on top of what you've already known about him. I'd like to thank you in advance for taking the time to read my letter.

Please allow me to briefly introduce myself. I currently reside in 600 Epic Way Unit 341, San Jose, California 95134. I am a 26 years old Chinese American, immigrated to US from China at age of 13. Since the immigration I grew up with several host families in New York and Los Angeles(yes, I've moved around a lot). I've then went on to attend and graduated from University of California-Berkeley with a degrees in Economics and Finance. After graduation in 2010 I've worked in China as a sales manager and went on to Wall Street to work as a proprietary stock trader. Most recently, I taught myself how to code and I am currently working as a software developer in a travel technology startup called Gogobot Inc.(http://www.gogobot.com/team), located in 650 Live Oak Avenue, Menlo Park, CA 94025.

To be honest, I have very little knowledge about the details of Jerry's charge outside of the information given to me by his lawyer. I believe the charge is mostly related to his work, and again, being perfectly honest, I have zero interaction with Jerry in any professional way. However, I have gotten to known Jerry very well in our personal lives, and I consider him one of my closest friend here in Bay Area. Now I'd like to describe how I've gotten to know him and what I know about him.

I was introduced to Jerry by a mutual friend Hao Cui in September 2013 when I just permanently relocated back to San Jose from New York; Hao was one of my best college buddy at UC Berkeley. I met Jerry the first time in his home in Santa Clara, along with his wife Qian Wang and his adorable daughter Niu Niu. Since then I almost see him and his family every weekend.

Jerry is somewhat of a significant figure in my closest social circle, in part because he was very kind and generous. Every saturday we play basketball together with a group of mostly Chinese Americans at Google's Mountain View court, and almost every saturday night Jerry would host a "game night" in his house, where a group of 6 or 7 people including myself play cards and board games in his house. Therefore his home became the "hotspot" for his closest friends in bay area;

basketball, eating out, playing cards and late night talks at Jerry's home became a weekly routine and significant part of my social life, this is how we've gotten to know each other very well the the past two years.

So what kind of man do I know him as? I believe Jerry loves his family very much, and his family loves him even more. He is a good father, a good husband and he tried his best to provide and care for his family. Other than at the basketball court, I have never seen Jerry without his wife and daughter at his side. He is always their personal driver, bodyguard, waiter at dinner tables and the guy that pays the bill. Niu Niu, Jerry's daughter, is one of the most beautiful and happiest little girl I've ever seen, and I believe that's mostly because she has an awesome dad that made sure she lives in a comfortable home, eats healthy and tasty food, gets the best education, spent a lot of time with her parents and hang out with her favorite friends. I've never seen Jerry's wife driving, he is definitely the designated family driver in all events, and of course, the designated check writer.

Jerry cares about his friends very much and I believe helping others is in his blood. Both me and Jerry belong to a social circle of mostly Chinese immigrants. Many of our mutual friends have only moved in US in recently years and needed a lot of help to gain their footing and start a new life in America. Jerry was the guy that stood out to offer as much help as possible, and that's one of the reasons he became a significant and popular figure among us. During our saturday "game nights", he never hesitated to invite new friends to join, and from time to time he also cooked late night meal for all of us. About 3 weeks ago he went out to the sea for crab fishing and that same weekend we ate 14 crabs at his house, it was one of the best crab meal I had in my life.

I believe the current charge for Jerry had been long coming; and I think a felony charge would bring tremendous amount of pressure to any individual. But this have never stopped or affected Jerry's way of loving his family and his friends, and every time I see him he always brings a sweet smile and positive attitude. Of course I know that I am absolutely in no position to give any legal opinion on how he should be sentenced, but I do wish that he continues to stay in our lives, continue be present in the lives of his daughter and wife and hopefully we'll still be able to keep our basketball games, saturday late night talks and crab meals. I know I would miss him very much.

I think this would be sufficient to paint a picture of what kind of person I have known him to be. Again thank you for your time and consideration, I wish Jerry the best luck in his sentencing.

Sincerely,

Yu Chao Xu
07/28/2015

07/28/2015