July 30, 2015

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge Davila:

I am writing you on behalf of Jerry Wong, who I have known for almost 18 years. I first met Jerry when he was a freshman at DaAnza Collge of Cupertino, where I also attended between 1995 and 1997.

Jerry had always be a loyal friend, and that was apparent from the very beginning. He often put others need above his own. He had always been honest and caring to people surrounds him. He always comes to his friends in distress, offered any help he could. We had taken courses together. He had always remained honest in his academic pursuit, never cheated in his works or exams.

Jerry and I attended different universities after DeAnza, and had our own professional purists afterward. We still hang out on the weekends. We attended each other's weddings, and our kids play together. Over the years, I had seen him grow from a young man to a caring husband and a loving father. He adores his family, and his family needs him. Jerry had always been a great contributor to his community, eager to help others in need, caring to his friends. He had been this way for all those years; his nature is a decent human being.

I am aware that Jerry was convicted of use of false document. I must admit when I first learned of this, I was shocked. Such behavior is absolutely not what I would expect out of Jerry. He has always represented himself as a reliable friend, and a great participant in his community. I am certain that this action of merely the result of a brief lapse of judgment.

I know that Jerry is extremely remorseful for his actions. He is all too aware of how this has negatively impacted his family, career, and varying relationships. I think he has already learned his lesson, and will continue to bear the burden of the collateral damage that has already fallen on himself and his family for many years to come, regardless of whatever additional consequence is levied by the court system.

Even in the light of Jerry's mistake, I continue to hold him as a friend. I would trust him to care for my family, or to watch over any of my personal assets. Jerry has so many wonderful qualities, and it would be a shame to have this one event overshadows all of his great contributions and talents. The real, true character of Jerry remains uncontested, at least in my eyes, and I plea with you to consider my opinion when determining his fate.

With respect,

Raymond Ding
3581 Mitton Ct
San Jose, CA 95148