July 23, 2015

Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge Davila,

I am writing this letter on behalf of Jerry Wang in connection with his upcoming sentencing resulting from his conviction involving a false document.

I have been living and working in the Bay area for most of my life. I received a Bachelor of Fine Arts from San Jose State University (SJSU) and then my Master in Traditional Chinese Medicine from University of East West Medicine (UEWM) in Sunnyvale, California. Finally, I received my Doctorate in Acupuncture and Oriental Medicine from Five Branches University (FBU), San Jose, California. I have been practicing traditional Chinese medicine and acupuncture for the last 10 years and I am currently running my own clinic in Los Altos, California. I am married and have two adorable children; my older child is going to enter Kindergarten in the fall and my younger child is in daycare.

I first met Jerry back in 2002 when I started my Master studies in UEWM as he was the administrator of the school. As my study at the UEWM continued over the course of couple of years, I have gotten to know him more and see what a passionate and hard working person he is.

Jerry was very dedicated to his work and he has very easy going personality that made the students feel very comfortable to approach to him for his help. I remembered as one time I was having some trouble about a class and needed his help only to find that he was just about to leave his office. Not only that he didn't push me away or gave me an attitude, he went back to work with me to solve my problem. Maybe it was an insignificant thing to him; it was memorable to me because he offered his hands to help when I needed the most. And he never asked for special thanks from us because that is the kind of person he is. After I graduated from the school, we still stayed in touch by seeing each other at continued education seminars, school events and occasional luncheons. As the years go by, I am proud to consider Jerry as one of the finest people I've known and that he is the kind of friend who would be there for me if I needed him.

Jerry loves his family. It was an easy thing to see because his face lightens up when he talks about his family and especially his little daughter. Jerry and his wife is a great couple as they share the same family values. They make sure to spend quality time with each other and their daughter. They both love food and they spend time cooking together and enjoy each other's company. Now a day, even their little daughter is a little helper in the kitchen. They share a strong bond as a family and the family commitment was easy to witness.

When the news of Jerry's legal situation broke, I was in shocked. I do not have a view as to what caused Jerry do what he did, but we have seen each other a couple time since then and there is no doubt that he is remorsefully regret about what he did. Please give this young man a chance. He definitely will be focusing on a engaging a life time of service back to our community.

I want to thank you, Judge Davila for your time for considering the information I have offered about Jerry. I absolutely believe in the essential goodness of Jerry. Thank you.


Sincerely,

Eva W. Mei
1186 Los Altos Ave.
Los Altos, CA 94022
(650)278-7399