A LETTER FOR MY FRIEND

Chengcheng Hu
231 Dali Ave
Mountain View, CA94041

Dear Judge

I am writing on behalf of Jerry Wang who I have known almost 3 years. I first met Jerry was in a small Japanese restaurant which in San Jose. Our friends Yuyan Song and Di Wu brought him to join the dinner after our hiking trip. He was talking about his family and daughter again and again. All of us thought he was so warm and nice guy to the friends also his family.

As online game lovers, Jerry and my husband became to game teamer and best friends. Every Friday night, they played online game together and Jerry always be the supporter and help the team try to win the whole game. Because they became to one team, we had Friday night team dinner. Then we knew more about him personally.

He really loves kids and spent a lot of time with children. Before his daughter born, he went to Asia for couple of months to build a elementary school. That school helped children who's family cannot handle the tuition. Jerry founded the school for those poor children and all for free. After I knew that, Jerry became to the 1st admirable person in my friends.

We came to the U.S almost 6 years but our family still in China. Sometime, We felt uncomfortable we would like to ask Jerry and his wife. They always helped us to figure out what's wrong with our body. He called the doctor who's the best he knew can figure out our problem. All of our friends received their help and treatment. And he never accepted our treatment fee. The money for him is not a important thing. He always talked about : The first wealth is health. He also helped my husband's mother to figure out a trouble foe many years. He introduced my mother in law to

A LETTER FOR MY FRIEND

his father, Doc.Wang. And Doc. Wang treated her for 3 times. My mother in law still thought his farther Doctor Wang is the best Chinese doctor in the bay area.

Jerry is a friends first guy. I had a very badly car accident when I had 6 months pregnant. In that accident, I totally lost my car. Jerry was the first person who arrived there. My husband called him and just told him I had a car crash but he was in 20 miles away. Jerry said he only had 5 mile and he arrived in 10 mins. When I saw him run to me and the police I just felt he is my family. He talked to the police and my husband. He helped my husband brought me to the nearest hospital. In the way to the hospital, he comforted me and my husband. We remember that day forever. I was so lucky, I was okay also my baby. And most lucky thing is we have a good friend like Jerry who reached there and helped a dizzy expectant mother explained everything to the others. A friend in need is a friend indeed. I felt that.

Last winter, Jerry and my husband got fishing license together. They are crab lover, The license could be use for catch the crabs in the crab season. Jerry got a very small boat online and used it for crabbing. Because my husband works for a start-up company, he is busy. Jerry said he can get the crab and we just need to go to his house to eat. In my mind crabbing is not hard so I accepted it with pleasure just like the other friends. After we had 5 times crab feast with almost all of our friends, I started to think about how much work does Jerry need to do about the crabbing. But I have no answer. One day both of my husband and I have enough time, we decided to join Jerry's crabbing team. That's not a easy job also need two days: the first day, you need to set up everything——crabs love chicken legs, you need to marinate them for 10 hours; check the boat and crab cages; bring the cage and set them up under the water. The second day you need to find the point which you set up the cage yesterday and pick them up——that's not easy because you stand up on the boat. If I didn't have

A LETTER FOR MY FRIEND

that experience I never know I accept not only a dinner with crabs, that's Jerry to grin and bear it. He never told the others about crabbing is really hard, also his wife. They knew how to exercise self-control.

Jerry really love his daughter Anna. And we also have a daughter. Jerry talked with my husband a lot about how to be a farther and helped me to figure out how to be a goo d mother. His wife Qian gave us a lot o f help about parenting. They introduced us a lot of different places: baby friendly restaurants, safety free admission urban parks, children's indoor playgrounds,etc. They brought their daughter to stay with my daughter to let them know each other and make friends. Anna and my daughter Abby are best friends right now. And my daughter really likes Jerry and his wife.

Jerry, who is a simple, good, sincere, health, has the passion, compassion and polite friend of our family. We also think he just like one of our family in the U.S. I certify on my honor that he is a good person. And I always trust him as a good friend, he always try his best to all of his friends. He is good farther and good friend to his daughter. A daughter needs a father and his wife also needs him. He supports his wife's career and dream, understand hers trouble and anxiety. I think they need him because his position is there, cannot wait and nobody can replace, for one year, for one month, even for one day.

Sincerely yours,

Chengcheng Hu
August 4, 2015