August 16, 2015

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge,

This letter is my personal character reference for Jerry Wang whom I known for thirteen years.

I met Jerry at one of friends' party. I was impressive on how intelligent, friendly and considerable person he is. He seems to be the one who bring the joy and happiness around to all his friends. Since then, we started hanging out to play basketball. He was in the beginner level when I brought him to our basketball team. I have been seen how tirelessly he practices to improve his basketball skills to catch up with teammates. One year later, he was able to help our team won the second place on the NCCAF basketball tournament. Jerry always achieves what he sets his mind to. Jerry is patient with good people skills and high energy level, those important traits makes him becomes an important mediator in our team to resolve several conflicts and improve collaboration among teammates.

Jerry got married 5 years ago and had a beautiful daughter 3 years ago. As his wife came from China and has been in the process of learning English, Jerry is the main person to support his whole family. Jerry spends a great deal of time with his daughter and dropped off/picked up his daughter to/from preschool every day. I know Jerry has a great education plan for his daughter and is committed to continually to be a steady provider and protector unconditionally to his families and the lives of his daughter. He pursues his commitment with determination and I feel his whole family is blessed even in such a difficult time in Jerry's life.

Jerry is a kind, sympathetic and warmhearted person. For example, Jerry helps friends to deal with their anxiety over the situation. I know he offered the position at school to his unemployed friends and rent a room to them with a very minimum rent to help his friends financially. Jerry loves domestic animals such as parrot and I believe having pets around makes him a better person with responsibility and empathy.

I hope you will consider all above great characters of Jerry Wang during a trouble time in his life. Thank you for your consideration.

Sincerely

Xin Zhang