尊敬的法官

Dear Honorable Judge,

我的名字叫王茜，毕业于中国西北政法大学（Northwest University of Political Science and Law in China）并且拿到民商法专业（Civil and Commercial Law）学士学位。毕业后在中国海南航空公司（Hainan Airlines）担任国际乘务员，经常执行中国到美国的航班。在此期间认识我的先生 JERRY WANG，我们在了解对方、欣赏对方和爱慕对方后，经过认真的考虑，决定以爱为生活基础共同组建一个家庭。两年后我们有了一个可爱的女儿 Anna，现在她已经 3 岁，刚刚开始上学。我目前任职于 Little Tree Montessori International School 做 Administrator.

My name is Qian Wang, I graduated from Northwest University of Political Science and Law in China with a B.S in Civil and Commercial Law. After graduation I worked in Hainan Airlines as an international flight attendant. I flew to United States very often, and that's how I've gotten the chance to know my husband, Jerry Wang, during these work trips flying between China and U.S.  Jerry and I started as friends as we both admired each other. Soon, we've gotten known to each other extensively, and we fell in love. After careful consideration, we decided to form a family based on our love and mutual life goals.  Our cute daughter Anna came two years after that, and now she's 3 years old, just about to start school. Currently I work as an Administrator at Little Tree Montessori International School.

Jerry 很开朗和随和，而且热情好客，所以有很多朋友，有认识很多年的朋友，有打篮球的朋友，还有不断在结识的新朋友，他会在朋友需要帮忙时毫不犹豫的站出来，给予帮助，并得到众多朋友的认可。

Jerry is kind, open and generous, so he made lot of friends all these years, he is still making more. He had always stood up for his friends when they needed a hand, he was always known as the guy to go for help in our social circle.

对于过去五年的美满婚姻生活的点点滴滴还历历在目，他是我人生中重要的和唯一的生活伴侣， 我欣赏他的阳光、乐观、宽容和有责任感。在和我认识之前我先生常常和他的 god mother (Julia Miller, formal Mayor of Sunnyvale)带领一些美国的 city Mayors 去中国做友好交流。 从五年前刚刚到美国到现在，我的先生给我各方面体贴的关心的帮助， 帮我尽快适应这个陌生的环境。 刚刚结婚时，我们也有因双方的不同引起的摩擦，但是我们互相理解，一起学习了解对方和容忍对方。在此期间我看到了一个丈夫为了妻子改变自己，看到了他为了我们做出的妥协， 这让我很感动和感谢。从结婚到现在，除了工作时间，我们几乎都是一起去做生活中的每一件事。一起学做饭，一起锻炼，一起旅游……现在，我们一起抚养我们的女儿，在经历了激动、辛苦和期待的怀孕后，我们迎来了上天给我们礼物—Anna。我生产的两天他几乎没合眼，1 米 9 的他缩在小小的折叠沙发上陪在我的 Anna 身边，照顾着我们。让我最记忆深刻的是他给女儿换了第一个尿片，而且换的非常专业，这让他自豪了很久。女儿每一次的 checkup 他都会去，因为看到女儿打针我会心疼，每一次 Anna 打针都是爸爸抱着。

The memories of our happiness in our five years of marriage are still fresh, feels just like yesterday. Jerry is the most important, one and only campanian of my life. I love his joyfulness, his optimistic attitude, his forgiving personality and sense of responsibility. Before I met Jerry, he often hosted international exchange programs by taking a group of US city mayors(including his god mother, Julia Miller, former Mayor of Sunnyvale) to visit China. For the past five years since

I arrived at United States, Jerry have always taken care of me, made sure that I felt home in a country where everything was new and unfamiliar to me. He taught me many things and helped me to start a new life here in America. When we just got married, we had our differences, our fights, just like any other couples. But we've learned to be forgiving, understanding and how to love each other. I saw a husband that is willing to change and compromise because of me, and I've always been thankful for everything he has done. From the first day of our marriage, other than at work, he was always by my side. We cook, exercise and go on vacation together. Now our most important mission is to raise our loving daughter together. Anna, our only daughter, is a god's gift for us. Jerry was with me every minute during my two days of labor, fitting his 6'2" body in a little couch in my labor room, watching over Anna and myself. One of my most memorable moment was the the first time he changed Anna's diaper, he looked so professional and he took pride for that for a long time. Every Time when Anna goes for checkup he would be there, and he was always the one holding Anna when she took her shots, because I was too afraid of seeing needles on my daughter.

在女儿出生一个月后，我的先生就被起诉了，这对我们的家庭来说是一个不小的打击。他白天在外面找律师，晚上回来帮我照顾孩子。我因为事情来的太突然，情绪上的波动影响到哺乳，他为了不让我担心，每天回来都表现的很轻松，告诉我没事的，还尽量帮助我他能做的。这三年中，他在克服人生中的困难同事还在学习怎样做一个好父亲，并且很称职，带女儿抓螃蟹，露营，办生日 party，现在孩子每天上学放学也都是他接送。我们的女儿在他的照顾下健康快乐的成长，他丝毫没有把任何负面情绪带给女儿，我想，这不是每个人都能做到的，我很感谢他为家庭做出的一切。

Jerry was sued one month after our daughter was born, this news came as a huge shock to our family. In that period of time, during the day he worked with lawyers trying to make his best case , while during night time he would always come back home to take care of Anna. The bad news had a huge emotional shock on me and it effected my ability to breastfeed; in order to calm me down and give me a better mood, Jerry always acted lightly toward the lawsuit, trying to tell me that everything would be okay, and help me with everything possible. In the past 3 years, he was trying to overcome the biggest obstacle in his life, while learning how to be a good father. I think he was more than perfect; he took our daughter to crab fishing, camping, never missed a birthday party and he took Anna to and from school everyday now. Under his care, our daughter grew up happy and healthy. Jerry have never for once brought negative emotions to Anna regarding this lawsuit. I think this is not something anyone could have done, and I thank him for the things he did and still doing for his family.  I have loved him, Anna and I will always be there for him no matter what happens. I hope he can keep his joyful smile and positive attitude toward life.

从 2012 这个案子开始我们就失去了稳定的收入， 后来一直是用我们的存款维持生活， 后来存款基本用光了就开始和亲戚朋友们借钱，需求帮助。有朋友建议我们申请救急低收入，但是我先生并没有同意这个想法， 他跟我说他不想做一个给政府带来负担的人， 他会努力需找新的工作， 虽然因为他现在这个案子，很多应聘都婉言拒绝了他的申请。最近他刚刚找到一份 Real Estate 的工作， 虽然只是 part-time, 但是他在努力的工作， 和 attending Real Estate courses。他希望这个工作以后可以变成一个 full-time job。

Ever since 2012 when this lawsuit broke in our lives, we lost our steady source of income. We've been living on our savings, and after the saving are drained, we took loans from family and friends. Some friend recommended me to apply for social welfare program, but Jerry

persuaded me not to because he didn't want to become a burden to the country. He was rejected by many jobs due to this pending lawsuit. Most recently he found a job in the Real Estate field, although it's only part-time, but he worked very hard and attended real estate courses. He hopes this can turn into a full time job in the near future.

　　因为我今年上半旬找到的工作，加上他现在的工作已经可以让我们这个一直借亲戚朋友钱生活的家庭可以打平收入和开销，而且还有一些多余的钱出来还给亲戚朋友。我觉得人生终于在低谷里有了希望，我真不知道如果我先生要离开我和女儿一段时间还有失去他现在得来不易的工作，我会是多么绝望的。那时我并不知道我可否有勇气独自带着女儿走下去。

Earlier this year I've found a full-time job; now we finally have enough income to support this family that have been living on the help from friends and family in the past few years; we even had some extra to pay back our loans. I finally feel like there are still hopes, and I see light at end of the tunnel. But sometimes I'm really afraid, just to think about the possibility that my husband would leave me and our daughter for a long period of time, lost his job again, I wouldn't know what to do, I would be desperate. I'm not sure if I would still have the courage to go on if that day were to come.

　　我的先生就像家里的顶梁柱一样给我们安全。我先生很爱他的女儿，同样，我的女儿也很爱她的爸爸，每天早上起来，在我先生给女儿煮好奶以后，他会好好的陪她晚上30分钟再带他去preschool。每天回来后都一直陪伴在我们母女左右，晚上女儿会和父亲晚上1个小时才会去开心的睡觉。这个已经是一种习惯，两个月前我先生去了夏威夷4天，这几天女儿每天早上都在不停的需找的她的父亲，每天晚上都在等她父亲的可能突然出现。虽然我已经告诉她今天父亲不会回来，但是女儿的眼中还是能看到她渴望父亲能立刻出现的眼神。如果要有很长一段时间女儿看不到他的父亲，我担心她会很失望，也担心在她成长最重要的时段里给他带来阴影而影响到她未来正确的成长。而且以后很长一段时间，每次参加学校活动时，父亲都不在的话，女儿同学的眼神和话语足可以刺伤她幼小的心灵。

　　Jerry is the supporter of our family, and had always kept us safe and happy. He loves his daughter very much, and Anna loves him even more. Every morning, he makes her milk, always plays with her for 30 minutes before sending her to preschool. Everyday after he gets home he is always by our side, Anna has to play with his father for one hour every night before going to sleep. If her father is to become absent for a long period of time, I cannot imagine what kind of disappointment and sadness this would bring to Anna. I'm so afraid the her father would not be present in her life while Anna needed him the most, I'm afraid that Anna cannot grow up happily like every other kid because her daddy was missing. I can't imagine, how would other kids treat her, or talk about her, when they realized that her daddy have been absent in every school event?

　　我先生是个有善心的人。他在2009年左右因为一次去柬埔寨的旅行发现了那里的孩子很多都是孤儿因为内战和多处没有清理的地雷，很多孩子失去了父母。他们都寄住在亲戚家，常常一个living room大小的房子里，吃住睡上7-8个人，而且这些房子还是拿草建筑的。因为一次偶然的和这些孩子的接触，让他升起了帮助这些孤儿的决心。他后来在一个当地NGO Director的帮助下也建立了一个孤儿院。他那时的估算每个孩子只要$35一个月就能得到所有的吃住和教育，加上聘请老师，还是照顾者，房租，他可以最多抚养照顾10以下的孤儿。可是孤儿院开了

半年以后无法继续下去， 因为我先生是他工作地方唯一的人员可以做国际学生部分的文件。美国政府的国际学生学校管理部门迟迟没有给予增加他人在这个部分工作的权限， 也不允许我先生让别人辅助工作。他因无法离开美国去照顾这个新开的孤儿院而导致无法管理运行的被迫关闭。 我先生的未来人生一大目标就是能再次建立一个孤儿院去帮助需要帮助的人。

Jerry has a very kind heart. During a trip to Cambodia in 2009, he found out that many kids there became orphaned because their parents died from civil war and uncleared land mines. Those kids lived with host families, most of time with 7 to 8 kids fitting in a tiny looving room, in a house built with unsafe construction materials. He was touched by what he had seen, and decided to do something to help those orphans. He started an orphanage in Cambodia with the help of a local NGO director. He calculated that, for about $35 US dollar of aid every month, it would be enough to provide food, rent and education, and he could potentially help up to 10 kids. However after six months, the orphanage had to be closed because my husband was the only one guy at his work that had authority to process cases for international students, and there weren't any other people that could replace or aid his work. He could not leave United States to take care the orphans in Cambodia because that would force his school in US to be closed. One of his biggest dream in his future is to re-establish this orphanage, so that he can help those kids again.

我们的女儿现在还不太懂事，我想，如果她明白爸爸现在的处境，她会告诉每一个人，她需要她的爸爸在她的身边，希望爸爸和以前一样陪她过每一个节日，和她分享生活中的点点滴滴。我也需要我的丈夫，他是我们家庭中不能缺失和替代的一份子。我知道之后我们要一起克服很多想象不到的困难，但是我们会团结在一起，和以前一样互相支持，互相鼓励。我也想告诉我的先生，我和女儿是你坚强的后盾，希望你还能保持你灿烂的笑容，继续积极面对人生。希望法官对曾经有善心， 和未来有善心的人给予支持。

Our daughter is still young now. I think if she'd know her father's situation now, she would tell every single one how much needs her daddy, how much she wishes that daddy can be by her side for every Christmas, to share every happy and bitter moments of life with her. I would tell everyone that I need my husband, our family needs him more than ever. I know that we have many more ups and downs in life waiting for us, but I want to experience all these with him together, to help and motivate each other in every moment. I want to tell my husband how much I have loved him, Anna and I will always be there for him no matter what happens. I hope he can keep his joyful smile and positive attitude toward life.

Dear judge, my husband was kind, generous, but most importantly he was a good person. And I'm will sure he will continue to be a good person in the days to come. I hope you would offer him some support.

This letter is translated by my friend—Stephens Xu.

Qian Wang
August 5th, 2015