The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge:

I am writing you on behalf of Jerry Wang who I have now known for the past 8 years. I first met Jerry back in 2007 at a friend's gathering dinner shortly after I moved to California and desperately needed a place to stay. Once he heard from common friends that I was looking for a place to live, he offered to rent me one of his rooms. We have been good friends since that day and remained in contact even after I moved to Arizona in 2013.

While he was my landlord and roommate, I had a tremendous experience living with him. Not only did we get along extremely well sharing a house, but we also became good friends and I felt comfortable being around him on the same premises. He is a very easy going and approachable individual. He was always very understanding and accommodating on the few occasions I notified him I was going to be paying rent a bit late. He never objected me having guests over, even on short notice. Once he invited me to go sing karaoke and this became a recurring activity with other friends. Even though I was, at first, very shy about this, he encouraged me to sing in public and greatly helped me concur a fear that I had been carrying along for so many years. To put it simply - and there are not too many different words to express this; he is a great friend. I miss the times when we were roommates in California. I find it particularly hard to meet people as humble, friendly and trustworthy as he is. I cannot state strongly enough how shocked I was when I read the news about his legal troubles.

Another thing that comes to mind is that I always remember him as a very caring person, genuinely interested in the well-being of people that surround him. He will always find the time to listen or help out other people, even though he is busy all the time. He cares deeply and sincerely about his friends and people he knows. I remember one particular occasion where he went beyond his way to help someone in need. A common friend of ours had just returned from a prolonged stay in another country, where he had run out of money and virtually had nowhere to live. Jerry took him in, without second though or hesitation and offered him to stay as long as he wanted. If that was not already enough, he also offered him a job to work in his school. For as long as this common friend lived with us, Jerry was always there to cheer him up, talk to him, and listen to his story whenever he could. In a few words, he tried to help as much as he possible could – and more. He did way more than what I imagine I would have done in a similar situation. Although it seemed he was pretty wealthy, I've never even remotely had the feeling that he was proud about it and enjoyed showing off to other who were not as well off as him. He is just himself. He is not a perfect person, and, like all of us, he has his shortcomings. For example, he never seems to pay much attention to details, and I remember I always had to complain to him he should clean up the place.

Finally, I also want to point out he invited me to be one of his bride's maids after I had already moved out. This, to me, shows the amount of trust he had in me and made me proud to be considered such a special friend. As we all watched him marry his beautiful bride, we were all so happy for him. To me, this is the sign that his own kindness to others had rewarded him with true friendship. The next time we met, he brought his adorable daughter with him. I was happy to have seen time fly from when he was a happy bachelor to when he became an even happier loving dad and husband. Regularly, when I see the photographs of him with his lovely family, I absolutely cannot imagine his daughter growing up without him and his wife raising her on her own. His family would be devastated if they had to live without him.

I hope I was able to convey how great a person Jerry Wang is in my eyes. I sincerely believe he deserves your clemency for his forthcoming sentencing hearing.

Kindest Regards,
Fan He