My name is Allen Shi and I am a friend of Jerry Wang. I know him since I was twenty one years old at that time we both studied at Da Anza College in city of Cupertino. Time flies very fast. If today no one asks me that how long do I know Jerry? I can't believe that I have been knowing him for almost sixteen years which is almost half of my life.

Jerry is a very nice and kind person; one of our big common interests is that we both love sports, especially we are both basketball fans and of course we love to play basketball as well, that is also the main reason we met each back to sixteen years ago at college. From that time until today, playing basketball became a part of our life, even today we are getting a little bit order and we also have a lot of other things need to take care, such as family matters, jobs…..but we still play at least once a week in the park if weather permits. Everybody likes to play basketball with him and he's always welcomed in the court, one thing I noticed that not only he's a unselfish player and he likes to pass and share the ball with people in the same team, but also he cares about anybody in the court, there are many times somebody got sprained ankle or fall down on the floor or got a little bit of scratch, Jerry is always the one who reach out to those people first, he helps them to slowly get up and walks off with that person to the chair or he goes to his car immediately to get bandage for those people who got scratch. Even these are all little small things, but I think those little details really reflects who Jerry is and what personality he has.

Jerry is a loyal, honesty person and caring others off the basketball court. He was always there for his friends when we had tough times. He cheered us up when we were low, he encouraged us when we had doubts in ourselves, and he celebrated for us when we had our successes. He is willing to help any friends in need and I couldn't imagine who wouldn't want to have a friend like him.

Jerry is also very warmhearted person and has a lot sense of humor and he always likes to host a party in his house and invites his friends and their family members, we had a lot of fun, a lot of good talk, and a lot of good memories together.

Three years ago, there was a big life event change for Jerry; he became a father of a lovely daughter. Actually his daughter just turned three years old in this June, 2015. Every time when I was invited to Jerry's house, I can see he loves his daughter so much, he always cuddling her when she cries, and cheers her up when she was unhappy, and supporting her beside all the time when she tries to learn the first walk, the first little run…..I still remember when I was invited for his daughter two years old birthday party last year, after Jerry and his wife blew the candles off with their daughter together, we asked him what kind of wish did he make for her, Jerry said he just wants to be able to read the stories for his daughter every night before goes to bed and be there for her for every step of her life and sharing the happiness, joyfulness, sadness together with her. What a simple but a very touching pledge from Jerry!

My name is Allen Shi. I am a citizen of United States and a close friend of Jerry Wang. I know that you will possibly be giving sentence to Jerry felony charge, so today I am writing to you to give my most humble and honest opinion about Jerry that I know of, and I hope that my side of story would offer you a little more insight of who he really is, on top of what you've already known about him. I'd like to thank you in advance for taking the time to read my letter.

*Allen Shi*
8/19/2015