July 25, 2015

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge Davila:

I am writing this letter on behalf of Jerry Wang in connection with his upcoming sentencing resulting from his use of false document.

I am a resident of U.S. and have lived in the S.F. bay area since 1996. After I graduated from SJSU in 2005 for my Computer Science degree, I went back to China and opened a smoothie bar with my other three friends in Shanghai. I came back to the U.S from China at the end of 2007. One year later, I started my own business which is a wholesaler for string instruments. I got married in the year of 2011.

I have known Jerry since mid-2001, through a common friend named Allen Shi who was also my classmate. I could still remember the night we met in front of a coffee shop in Fremont. Allen told me that Jerry came from Beijing which is where I grew up. I felt we should have many things in common. I never seen him had bad temper, either to friends or his employees. Jerry is one of the great people I have met in my life, and I am glad having him as a true friend who would be there for me when I need help.

When my business in Shanghai failed in 2007, I decided to back to the States. During that time, I was financially challenged and needed a place to stay. Jerry rented one of his bedrooms to me for a very cheap price. In addition, he offered me a job in his Chinese medicine school. I worked at school's bookshop for almost half a year. I found that Jerry was a very good boss. He always treated his workers nicely. I have never seen him yelling at anyone in school.

Jerry got married in 2010. And later on he and his wife had their first lovely daughter. As a father now, he is spending more time at home rather than at work or on the business trip. I believe he knows how important family is to him. His lovely daughter is still small, and his wife is still relatively new in the U.S. They all need Jerry's financial and emotional support.

When I saw the news about Jerry was charged with the use of false document, I was totally shocked. I personally don't believe that Jerry could make such mistake. He is a responsible person who has contributed to the community. His company has provided many jobs opportunities to the new immigrants. I absolutely believe in Jerry's essential goodness.

Sincerely,

Xiaosong Li