The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

## Letter of Support for husband and father, Mr. Jerry Wang

Dear Judge Davila,

My name is Candace Luo, California licensed acupuncturist and a friend to Jerry for almost 10 years. It is with mixed emotions that I begin writing this letter because I don't know what the future holds for Jerry and his beloved wife, young daughter, and aged parents; nor can I imagine what Jerry had been through physically and emotionally during the past years as his case made progression. The reason why I choose to write this letter today is because I believe that he needs another chance to keep doing the good deeds he had done in the past, to improve on what he was lacking of, and to bring the wholeness back to his family here and abroad.

I first met Jerry at his school, UEWM located at 970 W. El Camino Real in Sunnyvale. My mother and I went for a school visit after I had met Jerry's father at one of the international traditional medicine exhibit in Hong Kong back in fall of 2005. We got there around 7pm, but Jerry was still there working late and had greeted us and talked about school admissions and also interviewed me for an administrative opening they had at the time. Because we both had graduated from UC, Jerry from Santa Barbara, and I from Davis, we were able to communicate easily and recognize my future role in his school as a student counselor and student outreach. Because my interest in traditional Chinese medicine, I also began my study at UEWM as I began my part time administrative role.

Being at work, Jerry makes sure that we all know each of our roles and performs to the best of our abilities with positive reinforcement and encouragement, without putting pressure on us. Jerry remembers each office staff's birthday and holds birthday party for us every year during the time I was there. Every year school holds a special graduation ceremony for graduates, and when I asked him to help with the audio and visual system, or to record sound clips to congratulate each graduates, he gladly accepted the request and spent hours and hours after his busy work schedule to contribute for our events. Not only Jerry I the head for our administrative team, he always acted as the liaison between school and student body as well. Students feel comfortable sharing ideas with Jerry and approached him with recommendations on how to make school a better place. Jerry is open to ideas both from staff and students alike.

Jerry is such a kind and helpful person. I remember one time asking him to bring an extra-long Chinese instrument back from Shanghai since he was there for a business event, he right away agreed to help me and spent extra time waiting for my friend to drop off the instrument to him. I was very impressed by his willingness to help people even last minute request whenever he can. Jerry also had a love and passion for pets. At work he had some beta fish which he regularly feed and change water for. He always had so much patience and heart caring for them. Even at his house, where had had a big fish tank, he made sure that the water and nutrients were exchanged and provided adequately and timely.

As a friend, I had the honor of attending his wedding and meeting his wonderful wife, and just a few years back they had a beautiful daughter. However I know that there must be something missing all these time because Jerry had not been able to visit his parents in law in China, as much as he would like to. I have heard him sighing regrets of how he wished to accompany his wife and daughter to visit the grandparents in China every year. I could also imagine how difficult it must be for Isabel, Jerry's wife, to manage all the trips and details during travel without Jerry's help. But it was very essential for Isabel to visit her parents in China since she just immigrated to the U.S. a few years back. I truly hope that Jerry will be able to take his family to China together to visit his parents in law soon. Jerry's family, parents, and parents-in-law all need Jerry to make the family complete, in the sense that his presence can be a positive influence for the health and growth of his child, parents, and parents-in-law.

I only had the opportunity working with Jerry for 3 years before I graduated from UEWM, but I think his professional continued to grow since later on Jerry was able to expand programs and moved the school to a much bigger campus. I think all of these he was making positive impacts to the medical education community, residents and students pursuing the knowledge of integrated Chinese and western medicine. Also as his friend for the past 10 years, not only had him supported and encouraged me in my career development and growth, he had also committed himself to raising a healthy and joyful family as a husband and father as well as taking care of his aging parents in the U.S. and parents-in-laws in China. Father figure is such an important role in a child's growth, I sincerely hope that Jerry will have the opportunity to witness the growth of his daughter every step of the way, and to be there to care and to provide whenever needed. As a daughter growing up without a constant responsible father figure, I know how vital it is.

Last but not the least, I want to thank the court for considering the information provided here by me for the evaluation of Jerry's characters.

Candace Luo, L.Ac, MSTCM, MHA, CMI
Staff Acupuncturist-Highland Hospital
Owner – Alican Acupuncture
Certified Medical Interpreter – Alameda Health System