July 24, 2015

The Honorable Edward J. Davila

United States District Court

280 South 1st Street

San Jose, CA 95113

Dear Judge Davila:

My wife and I are writing this letter for Jerry Wang in connection with his upcoming sentencing. I have known Jerry for a few years now and we became very close friends.

Similar to Jerry, I was originally born in China but migrated to the US at an early age. I have been living in the bay area for most of my life and currently employed at Oracle Inc., as Director of Engineering, leading multiple teams across different geography on engineering projects. I have many outstanding friends and citizens of the community and Jerry is one of them. My family feels fortunate to know someone like Jerry.

Jerry has always been someone who take care of his family, considerate of his friends and people around him. He volunteers for the community. There were multiple occasions that we took notice of him putting other people before himself. He is always willing to help when people are in need and do everything within his power to support others.

Most importantly, he is a family man who takes great care of his wife and young child. He's the breadwinner for the family without any complaint. He will drop whatever he is doing whenever his daughter calls out for him.

I hope your honor will take into consideration all the good Jerry has done within the community and for the people around him and also his family needs him.

Sincerely,

John Shao