July 23, 2015

From:   Chengguang Shi
        10066 South Tantau Avenue
        Cupertino, CA 95014


To:     The Honorable Edward J. Davilla
        United States District Court
        280 South 1st Street
        San Jose, CA 95113


Dear Judge Davila,

I am writing this letter on behalf of Jerry Wang in connection with his upcoming sentencing. In this letter I just want to show you, my honorable judge, what kind of person Jerry is from my opinion.

My name is Chengguang Shi, an US citizen, immigrated to U.S.A from China and have been living in California since 2001. I worked at University of East-West Medicine until 2012 as Director of Academic Affairs and now I am running my own Acupuncture clinic in Los Altos. I am married and my wife and I raised two kids, one lovely daughter and one lovely son.

When I began working at UEWM in April 2001, Jerry was a student of UC Santa Barbara. His father, Dr. Yingqiu Wang, the president of UEWM, was the CEO then. Dr. Wang is a very famous acupuncturist in California and helped many many patients. Dr. Wang spent all his savings to build up the UEWM in 2007, realizing his dream in Higher Education of Acupuncture in the United States. The UEWM was developing very slowly until Jerry jointed the administration team after graduation. Jerry is a sensible boy, he knows how hard his parents worked to run the UEWM, he knows and understands his father's dream, also he has the same dream as his father, I believe. Using his learning from school and work study, Jerry brought American style management to the UEWM, since then the UEWM began its rapid development. Under Jerry's leadership, the UEWM received approval from the California Acupuncture Board at end of 2001 and candidacy from ACAOM (the Accreditation Commission for Acupuncture and Oriental Medicine in 2003 and was fully accredited by ACAOM in 2005. Not like other boys with same age to spend time on entertainments, Jerry spent most of his time on working and learning and helping his parents.

Jerry is an excellent supervisor. As my supervisor, his working manner is professional. He has been courteous and accessible to his employees. He has strong communication skills and appreciating employees' working.  He has sincere enthusiasm in higher

education field. Jerry had a lot of ideas and liked to share them with employees and was looking forward employees' participation.

Jerry is a friendly person and always ready to help others. Many students benefited from Jerry's help. Jerry often drove the students from and back to Caltrain station or bus station who couldn't drive. Jerry cares for the living and life of international students and the students moved from other states. If the student couldn't find a rental housing, Jerry even let the student live at his house and helped the student looking for rental housing. Many students became his good friends after graduation. I appreciated Jerry's help too, Jerry used his car and spent his spare time to teach me driving.

Jerry is a man of family. He worked hard to give hands to his parents. After marriage, he became a good husband and a good father, he works hard to support his family now. He has a lovely family, his 3 year old daughter is very cute and is daddy's girl. My kids like to play with his daughter and like this nice uncle. As a father, I know how he is important to his family, especially his lovely baby daughter.

Above are the impressions of Jerry Wang in my brain. Here, I entreat you, my honorable judge, can give him a chance to reform, his family need him, his friends need him.

Thank you for considering the information I provided about Jerry Wang. If you have any questions, please contact me at (650) 861-9773.

Sincerely,

Chengguang Shi