September 2, 2015

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge Davila,

I am writing this letter on behalf of Jerry Wang who I have known for almost 20 years.

I reside in the Bay Area for more than 25 years.  I used to work for several software development companies as a senior software analyst and for the last 10 years I work as a real estate consultant.  I am married, my husband is a college professor and we have one son.

I have known the Wang family for many years and have witnessed Jerry grow to become a very nice, kind, intelligent, reliable, and responsible young man. Jerry's father Doctor Wang is an amazing person. I have met him when he had a small chiropractic practice in Sam Mateo. He has helped many patients and on numerous occasions was not charging any money while treating elderly people who could not afford to pay for his services. I have noticed similar qualities in Jerry. I know that Dr. Wang and his wife instilled great values in Jerry and it breaks my heart to see their only son to go through difficult times.

 Me and my family were invited to Jerry's wedding where we met his lovely wife. When his daughter was born Jerry became an exceptional father. He is a very carrying and loving husband and father.  I am sure that Jerry is committed to being always present in the life of his daughter and wife. Jerry has an incredible ability to support and cheer up everybody who comes in contact with him.  He goes out of his was to help even strangers. On several occasions my son has mentioned that when he grows up he wants to be like Jerry.

I am a Chair of the Board of Directors of the University of East West Medicine and have witnessed Jerry to grow from a member of Administrative Services to CEO. He was always present at the board meetings and directly participated in major decision making actions to develop and grow the University of East West Medicine. Through his leadership, the University obtained a critical accreditation by Western Association of Schools and Colleges (WASC). On the other hand, he has always been very nice with people, students and administration alike.

I am aware that Jerry was charged with use of a false document. I have to admit that when I learned about this I was in a state of shock and disbelief because I knew Jerry as an exceptionally honest person.

I know that Jerry is very remorseful for his actions. He is aware of how much pain and suffering this brought to his family and negatively impacted his career. He had great plans for the future and if given a chance he will continue to be a productive citizen. I have full trust in Jerry, I am sure he has learned his lesson and will never do anything wrong.

Jerry has so many great qualities and it would be a pity to have this one event ruin his young life.

I am very grateful to the Court for allowing me to provide information about Jerry and hope that my opinion will be considered when determining his fate.


With respect,

*[signature]*

Natalia Radovilsky