Le Tao
August 1, 2015


Honorable
U.S.District Judge
San Jose, CA.


Re:

Dear Judge:

I am writing this letter on behalf of Jerry Wang in regarding to his upcoming sentencing resulting from his conviction.

I immigrated from China to the U.S. in 2001 and have been living in Bay Area continuously since then. After finishing community college in Oakland, I transferred to UC Davis to pursue a major in Electrical Engineering. After graduation, I had tried several business ventures before settling down in music business. Combined my passion in music, deep music education background and family tradition, I helped my parents to build a small violin retail store. Gradually, I took over control of the business and transitioned it to a wholesale business. Now we have built up a loyal customer base and expanded the sales network to over forty states. I met my wife, Wei, in 2007 when we both went to a ski trip. We got married in 2011.

I met Jerry Wang not long after I landed in the U.S. in 2001. A mutual friend introduced him to me at a basketball game. We didn't have a chance to get acquainted until five years later when I finished school and moved to South Bay where he lived. Soon we discovered we had so many in common: we came from the same city with similar background; we had similar experience of cultural conflict when we first attended school here; we were both working in family businesses, and so on. As a result, we have been hanging out frequently since then. My wife and I became godmother and father of his daughter after she was born in 2012.

Jerry and I didn't talk much about his work when we hanged out. Instead, we exchanged our thoughts regarding to social, political and other issues. He devoted some of his personal time to

philanthropy. I remembered he talked about his charity work in Cambodia passionately. He told me that he was on his vocation to Cambodia. He didn't go with any tourist group but decided to discover the country on his own. He went to some rural areas in order to see the true side of the country, not long before he found out how tragic the condition that the orphans had been living with was. As a young adult who grew up in the capital city of China and spent the rest of his adolescent years in the U.S., he hadn't experienced anything even close to what he saw. He started helping the orphans immediately. After a couple of days, he noticed that, in an under-developed country like Cambodia, even a small financial resource could help relatively large group of people. Eventually, with the cooperation from local government, he built an orphanage and sponsored quite a few orphans for their education expense. Under his influence, I started involving in more charity works as well.

Jerry married his wife, Isabella, five years ago. Two years later, their lovely daughter, Ana, came to the world. I can still remember how proud, excited and tired he was, when we visited the hospital and saw him holding his little girl carefully. Unfortunately, exactly one month after his daughter was born, he was charged by federal prosecution and arrested in front of his family. During the past three years, I saw him changed quite a bit. Although he is reluctant to talk about the case with us, I can sense that he is greatly remorseful and ashamed. He spent much of his time with his wife and daughter because he felt sorry for them, especially the new born baby. The baby is innocent. She can't comprehend the situation and she doesn't know that her father will be absent for some time.

I strongly believe that, with full support from his family and friends, he will emerge as a law-abiding citizen and a better person after serving any sentence. Thank you.

Sincerely,

Le Tao