**JULIA MILLER**
**1611 New Brunswick Avenue**
**Sunnyvale, CA 94087**

August 8, 2015

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Honorable Judge Davila,

I am writing you on behalf of Jerry Wang who I have now know since 1998. I first met him through his father who was my acupuncturist. I am a long time Sunnyvale resident and assisted his father when he opened his business in Sunnyvale. I have attended many events where Jerry was present. Jerry also knows my son and they played some basketball together.

Jerry fondly refers to me as "Mom" and I refer to him as my Chinese "son". In 2003 he accompanied me, and a group of business leaders, on a trip to China. He served as my interpreter and guide in an excellent way. It was a productive, safe and fun trip.

The China trip was so successful, that Jerry and myself were asked to return and joined several mayors from Silicon Valley cities. The vice mayor of Xin Xiang in the He Nan province came to visit Sunnyvale, and Jerry was included in the festivities.

I was asked to perform the "minister" duties when Jerry was married approximately 5 years ago. Unfortunately, I have not seen him since. I saw his issue in the newspaper and checked in with his parents.

Today he visited me with his adorable and most well behaved daughter, Anna. I am so sad to see Jerry in this situation. During the time I was in his company he was respectful, well mannered, educated, and a law-abiding citizen.

I am a former mayor and council member in Sunnyvale and currently serve on the El Camino Hospital Board. Your Honor, Jerry does not belong in jail and I plead for your mercy for him and his family and thank you for reading my letter.

Sincerely,

*Julia Miller*
Julia Miller

Mobile: 408-221-383