

Jerry brings US city mayors to China to learn about Chinese culture and economics.



Jerry brings US city mayors to China to learn about Chinese culture and economics.



Jerry and US City mayors from different States meeting in China in collaboration to become sister cities.



Collaboration between the US and China cities to become sister cities.



Jerry with Mayor of Sunnyvale Julia Miller



Jerry and San Ramon City Mayor.