

Jerry adopts six orphans for a year.

