

**INTERO**
REAL ESTATE SERVICES.
A Berkshire Hathaway Affiliate

September 5, 2015

The Honorable Edward Davila
U.S. Courthouse
280 South First Street
San Jose, CA

Dear Judge Davila,

I am a real estate agent with 27 years of sales experience in Santa Clara County, and I am writing this letter on behalf of Jerry Wang.

I met Jerry Wang in a professional setting several years ago. I was fond of him, and over the years we have discussed real estate opportunities and trends. He recently approached me, and asked if he could work for me in my real estate business. Jerry communicated that he had very little background in real estate, but was eager to learn the ropes. His desire to start from the bottom and make it on his own caught my attention. I was impressed with Jerry and decided to give him a job. Jerry was candid and honest about his recent conviction. Regardless of his past, I decided to work with him because I believe he has potential.

Jerry started as my part-time real estate sales assistant with low pay. I was very clear that if he proved he could bring value to my book of business, I would hire him full-time, with higher pay and commission based incentives. I was very clear from the beginning of our working relationship; If he was looking for a place to spend time, this was not the right opportunity for him-I would not waste my time and resources if he did not contribute.

Jerry's learning curve was steep at first (he made the typical rookie mistakes), but he has dedicated himself to learning more about the business. Through his hard work, he has created value for my business, and I am quite glad that I hired Jerry. I recently made him a full-time employee. Jerry has introduced me to members of the Chinese community in hopes of generating future real estate commissions, and he continues to generate leads by cold calling and tapping into his social network. His responsibilities include the grunt work most agents try to avoid such as placing sign riders, holding properties open for broker tours, dealing with problem tenants, etc.

I understand that there is a chance the court will impose a lighter sentence on Jerry. If that does occur, I will be able to keep Jerry on as an employee. If Jerry does go to jail for any significant amount of time, I will be forced to fill his position with someone else. I understand that this reason alone with not affect your decision, but is just the reality of the situation. I have invested resources into Jerry and now rely on him in my day-to-day operations. His role will have to be filled if he is absent for too long.

Patrick Conkin
10275 N. De Anza Blvd.
Cupertino, CA  95014
Pconkin@interorealestate.com
408-221-1001



Over the past few weeks, I have spent a significant amount of time with this young man and learned much about him. He has not once breached my trust, and he appears to be a good and honest man with good values. As I got to know him better, I realized he is an intelligent, energetic person with potential to increase my sales volume. And he deserves a chance to pursue his passion for real estate and generate income for his young family.

Please do not hesitate to contact me if you have any questions or concerns.

Very truly yours,

*Patrick Conkin*

Patrick Conkin
DRE #00922897

Patrick Conkin
10275 N. De Anza Blvd.
Cupertino, CA  95014
Pconkin@interorealestate.com
408-221-1001