# HERGUAN UNIVERSITY

August 28, 2015

Dear Judge:

I am writing in support of Jerry Wang who I began working with 4 years ago at Herguan University. Jerry hired me as the Vice President of Academic and Student Affairs. I was surprised at his professional demeanor and knowledge for such a young man doing a major job as CEO.

I respected what Jerry had learned and done under less than optimum circumstances and with a language handicap. Jerry did not learn English until he was a teenager, a new immigrant to the United States. He worked in the family business instead of pursuing his own dreams so he could help his family. He is an only child and his family depended on him to help with the English language and the regulations. He often studied regulations and did his best to understand before he took action. He has a good heart and is a good man. As an individual, Jerry is a personable man, upbeat, a good listener, and someone whose heart is in the right place. He wanted to do things well. He just did not always realize what that meant.

I know that Jerry wonders at times exactly what did he do that resulted in this kind of serious accusation. The evidence for a felony conviction seemed weak even to me. But, nonetheless he is in this terrible situation now. Inside he is hurting, although I know he tries not to communicate that to his family. He wants to please and protect his parents and therefore carries a burden of appearing one way while feeling another.

This case has gone on for 3 years. Jerry Wang has already suffered greatly with the burden of this case on his shoulders, in his head, and from the publicity for 3 years. He has already experienced ostracism, embarrassment, and loss of job. Life will never return to where it was for him. Please consider that he has never been in trouble prior, he is not a violent person, the punishment he has already experienced as the only child of traditional Chinese parents who brought shame on his family. You have choices, Judge, in determining an appropriate sentence for Jerry Wang. I hope you think about this plea to consider time already served in a different kind of jail—the one that has already killed his spirit—the jail within him.

Sincerely,

D. Kandy Simmons
President, Herguan University

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org