September 1, 2015


The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113


Dear Judge Davila,

I am writing you on behalf of Jerry Wang who I have now known for almost 3 years.  I got to know him through my companion Richard Gao at a friend reunion dinner.  They have been friends for a decade.  I studied visual design and now work as an interactive designer in Google San Francisco.

When I got to know Jerry and his wife Qian, their baby daughter Anna was six months old.  They left me a good impression the first time we met because I noticed they are a family with so much love and caring.  Later, I became a close friend to Qian, as we share many things in common.  The four of us frequently go out for dinner, movies, yoga, and shopping. Sometimes Qian hosts dinner at their house and welcomes us to join.  We spent so much quality time together in the past three years.

Jerry possesses many good characteristics that makes me feel fortunate if he were to be a life-long friend.  Caring is one of them.  Jerry is a good father, in my eyes.  His daughter, Anna, is a little shy girl who is a bit afraid of socializing with strangers.  She doesn't talk that much when we hang out.  Sometimes, she even runs away from us and rather play with toys alone.  As parents, they always want their child to be happy and have lovely childhood memories.  Jerry tried encouraging Anna to be more brave to talk to others.  He brings her with him wherever they go to meet more people: to the zoo, to the park, and to the playground to meet same-aged kids for the opportunity for Anna to make meet new friends.  Part of the reason, I believe, is he wants to spend more time with his adorable daughter, and also he wants to help her develop better social skills starting from an early age.  Jerry is patient and has done many things for Anna.  I never see him become angry or complain about anything.

Another reason I'm saying Jerry is a life-worthy friend is because he is a kind person with a warm heart.  Based on what I know, he committed to the Habitat for Humanity organization and volunteered there for a while.  He donated when the serious earthquake happened back in 2008, and other unfortunate disasters.  He constantly reminds us not to waste water since California is in drought for four years.  These are other little things that are maybe not even worth mentioning, but I can tell that he has a heart that cares about society.

I was shocked when I heard of the news that Jerry was convicted of a felony, but I am now aware it is happening.  I have to say that I do feel upset.  In fact, we rarely discussed each other's work decisions.  However, regardless what Jerry did in his professional life, he has always represented himself as an honest, reliable, and true friend in personal circles.

I know that Jerry is extremely remorseful for his actions.  He is all too aware of how this has negatively impacted his family, career, various relationships, and how his daughter will view him when she grows up.  I think he has already learned his lesson, and will continue to bear the burden of the damage that has already fallen on himself and his family for many years to come, regardless of the court outcome.

Even in light of Jerry's mistake, I continue to hold him as a friend.  Everyone makes mistakes in life.  What is important is the introspection it brings, an how they can make up for what they have done wrong.  No matter what happens, I believe Jerry still cares for us as his friends, and will help us whenever we need him.  Jerry has so many wonderful qualities, and it would be a shame to have this one event overshadow all of his great contributions and talents.  I believe Jerry would use his resources wisely to help the society more in the future.  I plea with you to consider my opinion when determining his fate.


With respect,

Joyce Zhang