August 17th, 2015

Re: Jerry Wang

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge:

I am writing this letter on behalf of Jerry Wang who is a close friend of me, the father of my god-daughter, Ana Wang, and the husband of my best friend, Qian Wang.

I immigrated from Mainland China to California in 2006. I graduated from a foreign medical school and was already practicing Internal Medicine before I moved to Bay Area. With my passion in medicine, I took 8 years to prepare myself qualified to practice medicine and provide care to the community in need. This was a long journey including passing the licensing exams which normally takes 4 years, completion of a 3-year residency training and be certified by the board. During this process, I went through several major changes in my life, met my current husband and some very close friends including Jerry and his wife, Qian Wang, and, I have finally started my practice as a primary care physician for a large group of patients in San Francisco Bay Area.

Although I have known Jerry as a friend of my husband since 2007, Jerry and his wife became very close friends of me and my husband since 2010. The 2 families spent almost half of the weekends together in the last few years. As the best friend of Jerry's wife, Qian, I see Jerry as a loving husband and a great father. Jerry was very caring and attentive to his wife. He put in lots of efforts to make the transition as smooth as possible for Qian to adjust to this brand new culture after she moved to the U.S. He organized small cordial gatherings and make Qian get to meet more new friends and be familiar with the new environment and eventually helped her build her confidence. He was very supportive spiritually and financially when Qian was reluctant to devote full time into her college education. Jerry is a great father of his adorable daughter, Anna. I can still remember the picture of him running around taking care of Qian while holding his new little girl on the second day after he became a father, his eyes tired and red from two

his new little girl on the second day after he became a father, his eyes tired and red from two nights' lack of sleep, yet his smile sweet and pity when looking at the new mother and daughter saying they are the 2 most important women in his life. As Ana started attending preschool, Jerry is the person that drives her to school everyday and pick her up. He spends his Saturdays with Ana at playgrounds and in swimming pools even though it was sleepless the night before. He teaches her how to hold her breath in water and coach her how to overcome the fear of water. He carried her to emergency room late at night for eye infection, applied medication with tremors in his hands. Ana cries as much as other children of her age do, Jerry copes with that with as much love and patience as he can possibly have.

Jerry and I didn't talk much about his work. On several occasions, he shared his thoughts on different modalities to combine Traditional Chinese Medicine and Western Medicine and development of combined courses for these quite different knowledge systems so that people could benefit more from Traditional Chinese Medicine with increased recognition. He also devotes time in charity work in Asia and shares with us what he saw and did for the orphans in Cambodia.

It has been 3 years now since Jerry told us he was charged by federal prosecution. I am very relieved to see Qian and Jerry being supportive for each other. Jerry spent even more time with Qian and Ana. Although his sentence has yet to be concluded, he has been trying to make up for his potential absence in Ana and Qian's life as the father and husband. I can sense that he is filled with remorse and shame towards his prosecution.

I would like to thank the Court for allowing me to share this from the aspect of a close friend of Jerry's family. I strongly believe Jerry will emerge as a better person and responsible father and husband with full support from his family and friends.

Sincerely with respect,

Wei Rao, M.D.