Dear Judge Davila,

I am writing you on behalf of Jerry Wang who I have known since he was a child when he came to US as a new immigrant with his parents.

My first encounter with Wang's family was through renting space at Jerry's father's clinic in Sunnyvale for a children's Wushu class. Jerry was one of the students at that time(1993-5). I never expected that someday he would become my supervisor at his father's institution.

Much later in 1995, As a Part-time Professor at San Jose State University, Jerry's father asked me to offer a class for the school program, and I found out then that the young boy I used teach had grown up to be a young man who was a highly ranked at the university.

My years of experience working with Jerry has given me a general impression of him to be : 1) He is a very young and not yet a capable person for his executive job to which he was appointed simply because of he is the only son of the owner. There are therefore some advantages as well as dis-advantages in such case. 2) Jerry shows strong sense of responsibility to help the family business succeed more than others and always try to improve the operation of school as much as he could in many aspects. 3) His experience in administration was not mature and he has been exploring under the advice from other senior officers who can help only to certain degree in their capacity.

It has been a great shock to many of his colleagues and friends that he has now been accused of violation of laws at work. It has been inconsistent as the image which has always been presented to all people around him.

Jerry did not rise through the ranks to become a top level administrator, but was appointed to his top position. He therefore did not have the advantage of learning by watching administrative workings of more experienced people.

We can only imagine how much punishment he has already received from the first day he was accused till today. His wife and child will even suffer for longer term with the rest of family. His dreams of succeeding his father's educational business and expanding it is now broken, and the reputation of his negative conduct will be like a stain attached to his future life time.

If I am right the punishment of law is made to help people who went the wrong way to return to the normal path and conduct a positive living in society. Our jail must have some people who might be better off released soon back to the outside world after having regretted and corrected their mistakes.

At the ending, I and Jerry's friends who know him well would like to sincerely plead to your honor to consider lending a bright newly reborn future life to this young man and to reduce his pain as well as suffering from the career's severe damage he made as a great mercy act out of understanding and forgiveness. May God bless your kind decision!

Respectfully,

Chi-hsiu D Weng, PhD

Professor, Department of Kinesiology,

San Jose State University

408-836-3459