

Date: - August 30, 2015

To,

The Honorable Edward J. Davila,

United States District Court,

280 South 1st Street,

San Jose, CA 95113.

Dear Judge Davila,

My name is Digvijay Gholap resident of Walnut Creek, California since, 2012 and I am an employee at Verizon Wireless. I have worked with Jerry Wang for the last 6 years. He is a good friend, a young entrepreneur, father, brother, associate and provider to his family and is well-respected by everyone here at my company. There have been no complaints against him at my company. He is generally a hardworking, motivational, and energetic person. He is also an upstanding, honorable, and upright individual, and an active member in the community. Seeing all the impetus that I have shared with him in ecstasies and soreness till now, he must get righteousness. It is not constantly the difficulty of prejudice in this nation. Jerry is dedicated to being contemporaneous in the lives of his children, and taking care of his family.

Jerry used to be the CEO for Herguan University, but I am not apprehension in anything about his personal matter. He is conscious of how this obstructed his career, family and innumerable bond. I even got a chance to talk personally with him. I hope you will consider my letter in your final judgment and recognize that Mr. Jerry is the kind of person with a sound moral compass and whom people support. Please let this be a factor in your decision. I am thanking to the Court for seeing the information that am providing is said to be true and appreciate your time to read. Should you have any questions feel free to contact me via email or by phone. Thank you kindly.

Sincerely Yours

Gholap Digvijay (334-332-3284)

Senior Business / System Analyst

IFD Fraud, Verizon Wireless Walnut Creek.