United States District court

280 South 1st Street

San Jose, CA 95113

Dear Your Honor:

I am writing this letter on behalf of Jerry Wang who I have now known for almost 11 years. I have known Jerry Wang since 2004.

I am a licensed Acupuncturist in California. I have 8 years experience in acupuncture. I am also the council member of the 2nd board of specialty committee of translation of world federation of chinese medicine societies, member of the world manipulative medical association, master of US collegiate Tai-chi federation. I have also served in the US Shuai-Chiao team for the head team doctor. In addition, I have a Doctor degree in acupuncture and chinese medicine.

I have known Jerry since mid-2004 when I joined the University of East-West Medicine. I was already a student there and I was attending the registration at that time. He helped me to fill out the registration paper work. I did not know how to register at moment and what paper work I need fill out. He explained patiently to me and spent around 3 hours to help me.

When I was a student attending the acupuncture school, I would look for Jerry if I have any questions. He would take his time help me and answer my questions. One day after the class, my car would not start. It was around 10 o' clock at night. Jerry was closing the school and ready to leave. He saw me and asked me what happened. I told him my car would not start and he offered me to drive me home. The next day he came over and helped me to fix my car. I would consider him to be a true friend.

Jerry has always displayed a high degree of honest, responsibility, and ambition. I have had the chance to get to know Jerry very well and without a doubt that you are dealing with a person of very good moral character. Jerry operates with integrity and never has a bad word to say about anyone. He is also hard working, dedicated, and never leaves a job unfinished.

On a personal level, I am very confident that Jerry's skills and abilities would be a valuable asset to any organization. I have also no doubts about his abilities to succeed in the future. I absolutely believe that Jerry will draw on what I consider to be his reservoir of goodness and will emerge from serving any sentence as an even better person. If you require any further information please don't hesitate to contact me.

Sincerely

Guangzhe Chang

Contact Number 408-888-9208