The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

August 24, 2015

Dear Judge,

My name is Huy Tran. I started my education at UEWM (University of East West Medicine) in 2011. I recently completed all requirements for the Master Degree Program and I am ready to work on my Ph.D. Program at UEWM. I know Jerry from school. To be honest, Jerry and I never hung out as friends outside of school. I am a student at the school and he was an employee at the school. We are acquaintances. Having said that and despite the fact that we are only acquaintances, to me Jerry is a good person. Even though we don't hang as friends but I feel like I have known Jerry for a long time. To me, a sincere person doesn't have to say too much or need to prove too much of his characters. A simple honest smile speaks a thousand words. And that is exactly Jerry. There wasn't a time where he didn't smile when we encountered. Almost everyone at the school can attest to this gesture of Jerry. He is there to help the students, faculties and his family.

Now as for what trouble Jerry have gotten himself into. I only know from news posted online and from hearing people talking. Whether there is any truth to this, I do not know. But I believe that Jerry is not the type of people who would intentionally trying to do anything bad. I am sure Jerry is not happy and regrets for what trouble he has gotten into.

Because of Jerry's hard work and his willingness to help students and faculties, myself and many other students are able to study at UEWM. This is priceless. I believe if someone has done wrong and willing to accept and make correction like Jerry is more than willing to do; he/she deserves a chance to make things better. This serves as a lesson to all and society can see what great system we have here in the U.S.A.

Respectfully yours,

Huy Tran