The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

September 2nd, 2015

Dear Judge,

I am writing this letter on behalf of Jerry Wang.

I am a student of University of East West Medicine. From my perspective, Jerry is a very kind, caring, intelligent, decent and responsible person. He is passionate about serving the students and changing the world through education by expanding opportunities and improving outcomes.

I absolutely believe in the essential goodness of Jerry Wang. I have faith that the right course of action will be considered by the justice system.

Thank you for considering this request for leniency.

Sincerely,

Jennifer Fang