The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

September 02, 2015

Dear Judge Davila,

I am writing you on behalf of Jerry Wang who I have now known for almost three years. I first met Jerry when he was the acting CEO of UEWM. He hired me for the position of clinic receptionist.

My experience working with Jerry over the course of three years was always very positive. He had a lot of responsibility and he was leaning a lot of things at the time, but he was always very patient and cordial to me and the other employees of the school. No matter what position they held, he always greeted everyone with sincerity and a positive mood. It was common for him to arrive early at the school and personally hold the door open and smile as other early arrivals entered the building.

I am aware that Jerry has been convicted of a crime and when I first learned of this news, I was shocked. Such behavior is absolutely not what I would expect out of Jerry. He has always showed himself as an honest, reliable, and humble person in both professional and personal circles, and I am certain that this action of his was the merely the result of a brief lapse of judgment.

I'm certain that Jerry is extremely remorseful for his actions. He is all too aware of how this has negatively impacted his family, career, and his other relationships. I think he has learned a big lesson, and will continue to bear the burden of the collateral damage that has already fallen on himself and his family for many years to come, regardless of whatever additional consequence is levied by the court system.

I'm aware that it would be all too easy to paint any shady character in a positive light in a letter such as this but the words that I write here are sincere and heartfelt. Even in light of Jerry's mistake, I continue to consider him as a friend. I would trust him to care for my family or to watch over any of my personal assets. Jerry has so many wonderful qualities, and it would be a shame to have this one event overshadow all of his great contributions and talents. The real true character of Jerry remains uncontested at least in my eyes, and I plead with you to consider my opinion when issuing his sentence.

With respect,
Lucy Chen
UEWM / DAOM Academic Administrative Assistant
DAOM office: 408-636-7712
Email Address: lucy@uewm.edu