**The Honorable Edward J. Davila**
**United States District Court**
**280 South 1st Street**
**San Jose, CA 95113**

September 1st, 2015

Dear Judge,

I am Ming Kang Dai, I am the president of CA Shanghai Friendship Association. I've known Jerry Wang for many years, and from my point of view, he is a kind-hearted, honest, and attentive young man.

For years, he provides classrooms and great hall for Non Profit Organizations like us. The topics includes health lifestyle lectures, volunteering medical consultation, and other activities. He always made his promise.

Every time, we asked for using the large meeting room at Herguan University and they will always provide. We understand room, electricity, facilities costs, however they bear those cost voluntarily. I remembered one time, a staff asked us to pay the facility cost, and then coming back told us that Jerry informed him that he would like us to use the facility for free because we were doing great things for community and using the facility for a good cause.

I just want you to know that we appreciate the kindly support from Jerry and his family, and I hope you take this into the consideration for the sentence of Jerry. I think he has a good heart and will continue to serve and contribute to the community.

Sincerely,

Mingkang Dai

510-717-9458