

Date: - August 27, 2015

To,

The Honorable Edward J. Davila,

United States District Court,

280 South 1st Street,

San Jose, CA 95113.

Dear Judge Davila,

I am Pramod Reddy working for NVIDIA as a mechanical engineer for the past three years. As far as I am concerned, Jerry Wang is a great father, member, associate and provider to his family. I know him as a good friend.

Jerry takes the initiative to identify problems and devise solutions. His role requires strong communication skills, and he has shown that he not only has these skills, but that he also has the ability to inspire respect and cooperation in teammates. He has shown that he is a very intelligent person with a mind well-suited to the world of business and management.

Jerry's professional development over many years, and I can state with confidence that he is a motivated and responsible person with a high degree of integrity. As such, I expect that he will be a very positive addition to your judgement. He is a good listener and great believer in astrology.

I am acknowledging to the Court for considering the information that am providing and appreciate your efforts. Should you have any questions feel free to contact me without any hesitation.

*Pramod Reddy*

Pramod Reddy (Ph.D.)

Mechanical Engineer

316-519-5806

2701 San Tomas Expressway Santa Clara, CA 95050.