The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113


Dear Judge,


My name is Ramen, and I am the janitor of the school, and I've worked for the Wang family for more than 10 years. I write on behalf of Jerry Wang, the only son of the Wang family.

They treated the employees well and that is why I stayed here for so long. Jerry is nice to everyone in school, and he is nice to me. He cares about if I know how to work efficiently, and he is meticulous, diligent towards all kinds of work at the university.

After the incidence at 2012, he stopped working at the university, and only stopped by occasionally to see his parents. He often come with his daughter Anna, and the sight of him with his daughter is very peaceful and soothing: a strong, tall man with a cute little girl. Anna sometimes holds his hand, and sometimes ask him to hold her in his arm. When there is someone she was no familiar with, she will hide behind his back.

I know that he is under huge pressure, so do his parents and wife. I want to ask you, dear judge, please don't incarcerate him, because he is a nice guy, and his little girl could not leave him.


Sincerely,



Ramen