

Date: - August 29, 2015

To,
The Honorable Edward J. Davila,
United States District Court,
280 South 1st Street,
San Jose, CA 95113.

Dear Judge Davila,

I am Surabh Sharma and perhaps am the second oldest student from Herguan University. Currently, I am a full time employee at Cisco as a software engineer and working cooperative with the developers. Jerry is passionate person who gets involve with students all the time. The indictment poses a serious threat for the university's international inhabitants. If the school closes, these students will either have to rapidly transfer to a new university or return to their home countries without a degree.

The endless hours that Jerry have spent working for building Student Relationship and the competence that he have represented has overwhelmed the entire student enormously and we all students judge ourselves honored to have him during the operations. From my perception, Jerry should focus in life including his family. He is a young entrepreneur, good listener, dedicated father and a loyal son towards his family. His dream is to network with executive teams and have a tremendous relation with public in terms of organizational goal and attend various events organized by different capital venture and high-tech ends here in the Silicon Valley with the graduates.

I wish Jerry good luck in his coming days and am thanking to the Court for considering the information that am providing and time to read it. Should you have any questions feel free to contact me whenever needed.

Sincerely Yours
Saurabh Sharma
423-331-2042

Cisco Systems, Inc. 170 West Tasman San Jose, CA.95134-0706