The Honorable US District Judge
San Jose, CA

Respected Judge,

This letter I am writing about Mr. Jerry Wang's personality in capacity myself a faculty member at Herguan University since 2010. As a full time faculty member I used to meet Mr. Wang at the graduation ceremonies, faculty meetings, staff parties, etc. I found him to be friendly, courteous, and appreciable and a good listener.

Mr. Wang is knowledgeable, and he showed lot of concern about the quality of education that should be provided to students, and also gave much attention to the educational needs of faculty and students as per the accreditation standards.

I felt sorry about Mr. Wang as he is the only son of his parents, and has a responsibility of wife, and a 3 year old daughter. I request you for consideration of his sentence. Hope that you will consider and give him a chance to start all over again.

Sincerely,

Shireen Khan
Faculty Member
Herguan University