September 1, 2015

Dear Honorable Judge Davila,

I am writing this letter on behalf of Jerry Wang on his upcoming sentencing.

I have known him since I enrolled at University of East West Medicine in 2004, as he was the one who was working as an admission officer. Since then, I have interacted with him as a Master course student, a professor, and a doctoral student of this school. I remember him as a cheerful, polite and bright young man, and at the time I did not know he was the son of the owners of the school.

Jerry Wang, like most of the administration staff when I studied at UEWM, while enthusiastic and hardworking were rather green. I do not know the details of his conviction, but if there is anything, I am sure it was due to his inexperience and over enthusiasm rather than any ill will. He is only in his thirties, and has much potential for future. He worked hard to help his parents, his school and the acupuncture society. He is an only son, and a daughter who is heavily attach to his dad.

I am sure he has learned lesson from this incident and is sufficiently chastened. As immigrants, his family has built up decent success through their hard work and skills. However, as immigrants, they may not have enough experiences on social norm of their new country.

I hope that you consider his case with gentler view, and save Jerry Wang's American dream. Give him the opportunity to contribute more to his school and he society.

Sincerely,

Sung Wook Hong

L. Ac, MBA