# YAHOO!

Date: - August 30, 2015

To,
The Honorable Edward J. Davila,
United States District Court,
280 South 1st Street,
San Jose, CA 95113.

Dear Judge Davila,

It is with great pleasure that I find myself writing this letter on behalf of Jerry. Jerry in person is very humble and very helpful guy who used to be CEO of Herguan University one of the rambling institute in Silicon Valley.

I am working for Yahoo for more than four years now as a product manager in the field of information technology. Simultaneously, I have met Jerry in different programs for high-tech seminars. Jerry is dedicated to being present in the lives of his children, and to taking care of his family.

I have the deepest personal respect for Jerry, and personally find Jerry has a good sense of humor, very polite and respectable person who holds a small family to be taken care of.

I am thanking to the Court for considering the information that am providing is said to be true and appreciate your time to read. Should you have any questions feel free to contact me via email or by phone. Thank you.

*Varun Soman*

**Varun Soman**
**Product Manager at Yahoo!**
415-361-0187

701 1st Ave, Sunnyvale, CA 94089