September 1, 2015

To: The Honorable Edward J. Davila,

United States District Court,

280 South 1st Street,

San Jose, CA 95113.

**Subject: - My Good Impression of Jerry Wang**

My name is Walter Chan and I am a resident of Alameda, California since 2007. I am a retired Architect working in the Bay Area for last thirty years. I have known Jerry Wang through Herguan University.

Jerry is known to be friendly, helpful and patient with the students at Herguan University. Although I am not a student at Herguan University, I have the utmost respect for Jerry based upon my encounters and the conversations I had with the staff and students of Herguan.

Any institution, is only as good as its ability to fulfill its missions and goals for which the institution is set out to achieve. Herguan University, in its own way has achieve its mission and goals for which it has set out to achieve. Herguan has allowed students to have access to an affordable, useful and functional graduate degrees for which the community is in great need off.

Therefore, I strongly recommend Herguan University as an institution of higher learning for any undergraduate students. Herguan plays an important role in contributing to Americans with the best all round graduate degree and training in the IT field at an affordable investment. Herguan is an accredited professional campus with lots of contributions to Silicon Valley.

I am writing, humbly to request your kind consideration for a probation to Jerry Wang. In addition, please support Herguan University its efforts to provide students the opportunities to further their higher educational careers, to contribute to the surrounding communities and to meet the demands of highly skilled professionals the market so desperately need. Please let this be a factor in your decision.

Sincerely Yours,

*[signature]*

Walter Chan

451 Central Ave, Alameda CA 94501

Tel: 415-999-9098.