The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Aug 22nd, 2015

Dear respected Judge,

I am a professor of acupuncture at University of East West Medicine. And I've been teaching in this field for 40 years. I've known Jerry Wang since he was a kid, he studied and worked hard. After he graduated from college, when he could have a chance to explore and work in the field he's interested in, like his classmates do, as the Only Child of the family, he stepped up for the family and take the position as a CEO to manage the two universities his father have founded. During his work at the universities, he humbly respected all the teaching staffs, and were always willing to help the students, as far as I know. He is very likable and responsible, and he is very generous and light hearted towards employees, and he is serious and careful in dealing with the works.

Nevertheless, he is a young man without many working experiences in administrative jobs. I truly believe that he will learn from the mistakes he made, and he will keep doing the good things. I haven't seen him for a long time, and I've heard that he stopped dealing with the administrative works at both universities. I think it must already been a punishment for him. I plea with you to consider not incarcerate him, and give him an opportunity to have a new start.

Sincerely,


Professor Wan Guozhi

510-375-1219