

Wu Li
Dr. Prof. TCM Univ. Yunnan
Naturheilkundliches Forschungsinstitut München
Revaler St. 2
81677 München
Germany

TEL. +49 89 91059798
FAX. +49 89 91059799
Email: info@tcmedprofliwu.com

Dear Judge,

I am the president of Munich Academy of Natural Medicine, a professor at the University of Traditional Chinese Medicine in Yunnan, and a registered Natural Medicine doctor in Munich.

I first got to know Dr. Wang Yingqiu at the Global Chinese Medicine Conference in Hong Kong on 2001. His "Herguan Theory" was a tremendous success. I was invited to be the co-organizing president at the 2008 Global Chinese Medicine Conference in the United States. During this meeting, I've got to know Dr. Wang's son, Jerry. He was less than 30 years old, very smart and hard working. He delightfully took care of every people attend the conference. Seeing that he always had his hands full, I asked him not to work too hard, he told me "I am lucky to have the chance to help organizing the conference, and I will do my best to make this event successful." I then know he was the CEO of both Herguan University and the University of East West Medicine. He was very friendly, energetic, always having a positive energy dealing with things.

Months ago, I was shocked to hear that Jerry was involved in a Fraud, and will be sentenced soon. This image is poles apart from the Jerry I know. I called Dr. Wang, and come in person to Sunnyvale for details. I've been a doctor for decades and I have a psychology degree. From my point of view, a kind, upright young man won't lower himself to commit fraud for petty profit. From my experience, success young man envied by many others. The Wang family is very famous for their academic achievement, but they lack the experience in administrative affairs. Jerry was devoted to the Education career, especially in traditional Chinese medicine. He has the good intension, and he stood up for his parents to take the responsibilities of managing the universities, and the only thing he lacks is years of experiences. It's not fair to expecting such a young man to be exhaustive. His good intension might be used by people with ulterior motives, and made himself a victim. I told Dr. Wang that if it was in Europe, the Judge would give a chance to young men like Jerry, and I hope that you can do the same.

Wu Li

Prof. TCM Univ. Yunnan
President of Munich Academy of Natural Medicine
2015, August, 20th