The Honorable US District Judge

San Jose, CA

Respected Judge,

I, Kalpana Wunnava, am writing this letter as a reference for Jerry Wang whom I have known since 2009. I used to have regular interactions with him in the capacity of Director of Admissions and would get knowledgeable information and advice on many issues. He has played an instrumental role in promoting our university.

I have always known him to be constructive, critical and very approachable in his capacity in our university.

I feel sorry for the situation Jerry Wang is in as he is the only child and has the responsibility of his parents, wife and a 3 year old daughter.

Regards

Kalpana Wunnava
Director of Admissions
Herguan University