September 2nd, 2015

The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear Judge Davila:

I am writing you on behalf of Jerry Wang in connection with his upcoming sentence.

I am a California licensed acupuncturist and have my own clinics in San Francisco and Sunnyvale since 2004. Before I came to United States, I already worked in China as a medical doctor for years.

I am also a professor of University of East-West Medicine (UEWM). In 2005, when I started teaching in the UEWM, Jerry is already the president of UEWM. In nearly 10 years of association, I am very family with Jerry Wang. He is a very kind person, humility and friendly, very passion for his job. There is one thing about Jerry impressed me very much. Every student in UEWM has to work for community for several hours before the graduation. Jerry Wang is the leader for most community services. Every time I saw him talking with students or colleagues, the warming smile is always on his face. He has very good reputation around the students and faculties. When our students have difficulties, they would like to talk with Jerry. Jerry always did his best to help them. There were several times when some students need place to stay temporary, Jerry always invited them to stay in his house for free, and helped them to solve their dilemma. He is a very helpful person for the people around him.

I am aware that jerry was convicted of using a false document. All the faculty members and students were shocked. We feel disappointed. We also believe that he should take responsibility for what he had done. However, please consider his goodness of nature, and what he had done years for the community. I also know for a fact that Jerry is extremely remorseful for his actions. He knows how this has negatively impacted his family, career. Not to mention he might be separated from his lovely young daughter for a while. I think he has already learned his lesson. I plea with you to consider my opinion when determining his fate.

With respect

Xingquan Dai    L.Ac.

dragondxq@gmail.com