The Honorable Edward J. Davila
United States District Court
280 South 1st Street
San Jose, CA 95113

Dear honorable Judge,

My name is Xuyang Wang. I got to know Jerry when I started to work here. He was my boss and later on a good friend till now. I think he is an upright, honest man! HGU is a professional accredited school, it is running functionally all the time. All the employees work here obeyed the rules and all departments strictly process the paper works under the official directions.

English is the second language for new Chinese immigrants like Jerry and me, it's not unusual to have misunderstandings or need clarifications on certain situations.

The Jerry I know has a mellow personality, and he is very kind hearted. He gets along very well with people around him, and he explained patiently in details when there were instructions I don't understand. He is happy when he helped others, and never asked for anything back. For instance, when he traveled to the Republic of the Union of Myanmar for vacation, he came back supporting six orphans.

He offered stipends, and scholarships to extraordinary students who could not afford the tuition fees and living expenses. At that time, he is not like a CEO of a for-profit company, but a kindly big brother always stand by your side.

Jerry is an honest and upright man, he insisted in doing things the right way, he has never had any bad records before the incidence. We've been friends for more than 3 years. I heard that when he was an undergraduate in Santa Barbara, his roommate was using marijuana, and offered to give him some to "try", he immediately decided to move out of that dorm. He is devoted to volunteering for good causes, and he was busy traveling with the mayors to China many times for culture exchange between China and American without asking for benefit.

After the unfortunate incidence, I barely see him in school, but I see him stopping by with his young daughter occasionally. And I know that he volunteers for some non-profit organizations and reflecting. Sometimes I think to myself "What would I do if I were in his position." And it's too painful to think further, it must already been a torture for him all the three years.

As his friend, I hope that he could have a chance to live happily with his family. I plead to you, dear Judge, please don't leave a criminal record in his file. He already learned a big lesson.

Sincerely,

Xuyang Wang