# A LETTER FOR MY FRIEND

Yujian Ouyang
231 Dali Ave
Mountain View, CA 94041

Dear Judge

My name is Yujian, I am original from China and lived in US since 2009. I am working as a product designer at PatPat, which is a mobile app that offer daily deals for moms. I am writing on behalf of Jerry Wang who is one of my best friends here in US. I first met up with him on Nov 2012. He was a friend of Richard Gao and Di, who invited us to a dinner after hiking. At that time, we had a conversation to know each other. He just became a father for a couple of month and he was operating a traditional Chinese medicine school in the valley.

Later on, we met more times at friends's party and I was pretty enjoy his sense of humor that talking with us. We found a lot of common interests on us. For example, we both love online gaming. I introduced a popular online game, League of Legends to Jerry, which became one of our biggest interests later. Almost every weekend, we played as partners to beat enemies. We were a great match to each other. We spent time together doing research to get the best heroes play and strategy. He is smart and a quick learner, he even taught me a lot of experience on this gaming.

Based on gaming , we got to know more personal life each other. I felt Jerry is always very helpful and nice friend, not just to me. He would offer any helped to all his friends as much as he can. At mid 2013, my wife had a serious car accident when she was pregnant for 6 months. The car was totalled. I was shocked when I got the call. Jerry was the first person to get there taking are my wife and helped me found the nearest hospital. Fortunately, with Jerry's help, our baby was ok. From that time, Jerry was like my elder brother. I believe he would always be the first person to stand out when people need him, always!

What's more important, Jerry is a great father as well. I did not aware this before I became a father. Every time I went to his house, Jerry and his wife, Qian was cleaning, cooking and playing with his little daughter. Driving out for family activity to children theme park or parties every weekend. These would need time and thoughts to plan and do. When my wife was pregnant, he taught so much experience on what to be careful and need to prepare. Told us how was the whole processing like, which made I and my wife more comfortable to face incoming little baby. When my daughter grew up a little bit, he took us together to a lot of fun children friendly playgrounds and parks. We always had great time as two happy families. He played a big role for his wife and daughter. I couldn't imagine what would be without him for his family.

Jerry was not the oldest friend I knew in US but definitely the best friend. For his kind, smart, generous, easy-going and helpful. He is likely the person I could always trust for all for sure.

Sincerely,

Yujian Ouyang

August 28, 2015