EDWIN PRATHER, CABN 190536
MAX MIZONO, CABN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: 415.881.7774
Email: edwin@pratherlawoffices.com
         max@pratherlawoffices.com

Attorneys for Defendant
JERRY WANG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY WANG,<br><br>　　　　Defendant. | Case No.: CR-12-00581-EJD<br><br>**SUPPLEMENTAL DECLARATION OF MAX MIZONO IN SUPPORT OF DEFENDANT JERRY WANG'S SENTENCING MEMORANDUM**<br><br>Sentencing Date: September 14, 2015<br>Sentencing Time: 1:30 p.m.<br>Sentencing Judge: The Honorable Edward J. Davila |

### DECLARATION OF MAX MIZONO

I, MAX MIZONO, hereby declare as follows:

1.　　I am an attorney duly licensed to practice before the courts of California and the United States District Court for the Northern District of California. I am co-counsel to defendant

Jerry Wang ("Mr. Wang"). I submit this supplemental declaration in support of Mr. Wang's sentencing memorandum.

2. The facts and statements set forth in the sentencing memorandum are true and correct to the best of my knowledge, information, and belief. Incorporated in the sentencing memorandum are quotations and references to character letters submitted on Mr. Wang's behalf.

3. On September 4, 2015, I filed Mr. Wang's sentencing memorandum and a declaration in support via ECF. On September 7, 2015, I filed exhibits in support of Mr. Wang's sentencing memorandum. The exhibits listed below were too large to file via ECF on September 7, 2015. After consulting with the Court, I am re-submitting these exhibits as split documents so they may be filed electronically.

4. Attached hereto as Exhibit "A" are true and accurate copies of Mr. Wang's letters to SEVP dated May 16, 2011, August 15, 2011, November 28, 2011, and December 1, 2011, describing Herguan's improvements to its practices and procedures to ensure full compliance with SEVP regulations and policies. The exhibit is split into three .pdf's for ECF filing.

5. Attached hereto as Exhibit "B" are true and accurate copies of various awards and accolades received by Herguan University. The exhibit is split into four .pdf's for ECF filing.

6. Attached hereto as Exhibit "F" is a true and accurate copy of Herguan's Academic Handbook from 2010. The exhibit is split into four .pdf's for ECF filing.

7. Attached hereto as Exhibit "G" is a true and accurate copy of SEVP inspector's field notes from the compliance site visit at Herguan in November 2010. The exhibit is split into five .pdf's for ECF filing.

8. Attached hereto as Exhibit "J" is a true and accurate copy of Mr. Wang's December 16, 2010 letter to SEVP. The exhibit is split into five .pdf's for ECF filing.

1  I make this declaration under penalty of perjury that the foregoing is true and correct to
2  the best of my knowledge and belief.
3  Executed this 8th day of September 2015, in San Francisco, California.

_____
Max Mizono