

# HERGUAN UNIVERSITY

May 16, 2011

Susanna Warner
Student and Exchange Visitor Program
US Immigration and Customs Enforcement
Compliance Unit
500 12th Street SW STOP 5600
Washington, D.C. 20536-5600

Dear Ms. Warner:

I am writing to identify and explain the ways that Herguan University will improve its practices and procedures in order to ensure full compliance with federal regulation and Student and Exchange Visitor Program (SEVP) policy moving forward.

Upon review of the records we gathered to send to your office, it was clear that we need to commit more resources to the SEVIS function and recordkeeping and adopt clearer standards. A number of the students for whom you requested materials were from 2008 when a previous staff member was managing our records. Her employment was terminated when we discovered she had been establishing her own school and soliciting our students to transfer to it. We believe she also took several of our student files including the two I mentioned in my earlier emails.

My duties with respect to both the Herguan University and UEWM are very broad including overall school program and staff management, budgetary matters, academic program administration, community representative and other matters. Admittedly, this has made it quite difficult to commit the time required to keeping our records and reporting up-to-date. It also precluded my participation in professional development and training in this area. To address this particular concern, I have recently become a member of NAFSA: Association of International Educators. I have registered to attend the NAFSA Annual Conference from May 29 – June 3 and plan to avail myself of training opportunities both at this upcoming conference and at future NAFSA events. I will also be recruiting for a full-time DSO position at this meeting.

We have turned to new counsel with a more in-depth background in student visa matters and compliance. He, in turn, recruited two experts in the field of SEVIS administration who have been retained as consultants to assist in review of our records and practices. That review has been completed and they have compiled a list of recommendations for program improvements listed below.

The forthcoming improvements fall into two categories: Logistical improvements and internal policy improvements.

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_005488


# HERGUAN UNIVERSITY

## Logistical Improvements

### Addition of Designated School Officials (DSOs)
Our inability to add a new DSO has hampered to some extent our ability to comply with all requirements and to assure proper reporting and recordkeeping. Once Herguan is again allowed to make changes to its I-17, we intend to add a minimum of one and ideally two additional DSOs to manage all SEVIS reporting responsibilities. These persons will assist with both UEWM and Herguan University compliance. As Herguan's population has increased, we have been unable to make commensurate increases in DSO numbers. Additional officials will make SEVIS reporting requirements much more manageable and reduce or eliminate errors resulting from unmanageable reporting responsibilities falling to one single official. We will also assure sufficient funds for the new DSO's continued professional development.

### Investment in Batching Software
Herguan's population warrants our investment in batching software. Such software will improve our efficiency and manage/automate large numbers of similar transactions, especially semester registrations, address updates, and Reduced Course Load (RCL) permissions.

### Hiring of Consultants
The two consultants who were retained to assist with record and program review have extensive experience managing large and SEVP-compliant F-1 visa programs. I intend to continue to work with these consultants to oversee the improvements enumerated in this letter. We hope to take advantage of their knowledge and experience in order to learn best practices in the international education community and improve our own understanding of how regulatory requirements translate to compliant institutional policies. I include a copy of their resumes to show their backgrounds in the field. They have been extremely helpful to date.

## Internal Policy Improvements

### Reduced Course Load (RCL) Policy
We now have an improved understanding of the regulations governing RCL permissions and accompanying SEVIS reporting requirements. We will develop screening mechanisms to ensure that each student who is not enrolled on a full-time basis during a non-vacation term either has documentation on file proving his/her eligibility for RCL based on the provisions of 8CFR§214.2(f)(6)(iii) or is terminated in SEVIS for "unauthorized drop below full course" within the appropriate time frame.

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_005489



**Course Delivery Methods**
Our institutional catalog will be updated to clearly explain Herguan's course delivery methods and which delivery options may or may not be exercised by students at various points during a given degree program. Student transcripts will also plainly indicate the delivery method used for each course in order to facilitate clear demonstration of compliance with full-time enrollment requirements. Herguan's current course offerings have already been substantially modified. The options to complete courses online, via simulcast, or via practical experience have been removed. The only remaining course types that would allow completion of credits without an on-campus physical presence requirement include Master Project, Design Project, Master Thesis, and Internship courses.

**Curricular Practical Training (CPT) Eligibility Policy**
We will augment our existing CPT application procedures to include the requirement that each student document the way in which s/he has met the one-year enrollment prerequisite prior to being authorized for CPT. In cases where a student has not yet been enrolled for one full academic year at Herguan, filed transcripts from previously-attended Service-approved institutions may be used to prove eligibility.

We hope the improvements listed above meet with your satisfaction and demonstrate our institution's commitment to making all necessary changes in order to ensure that our F-1 student visa program achieves and maintains full compliance with relevant regulations and policies in the future. I believe we can bring our practices into compliance within 60 days.

Please feel free to contact us directly should you have any questions or concerns about the statements above.

Sincerely,

Jerry Wang
Primary Designated School Official (PDSO)
Herguan University
970 W. El Camino Real
Sunnyvale, CA 94087

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_005490