

# HERGUAN UNIVERSITY

August 15, 2011

Susanna Warner
Student and Exchange Visitor Program
US Immigration and Customs Enforcement
Compliance Unit
500 12th Street SW STOP 5600
Washington, D.C. 20536-5600

Dear Ms. Warner:

I am writing to update you on the efforts that Herguan University has undertaken to improve its practices and procedures in order to ensure full compliance with federal regulation and Student and Exchange Visitor Program (SEVP) policy moving forward.

Since our last correspondence with you in May 2011, several important steps have been taken, including the following:

- I attended the 2011 NAFSA Annual Conference in Vancouver.
- Through a pending I-17 update, we are awaiting approval for two existing staff members to become Designated School Officials (DSOs).
- An open position for an experienced International Student Advisor was posted.
- Our institutional catalog has been updated to both clarify and update our policies on course delivery methods.
- Significant progress has been made towards ensuring that all of our students have current and accurate residential addresses listed in SEVIS.
- Our practices related to Optional Practical Training (OPT) employer data have been improved.
- The two consultants mentioned in our prior correspondence are now directly retained by our institution.

Further details regarding the above are as follows:

**NAFSA Conference**
In addition to gaining familiarity with my peer institutions and learning about best practices by attending numerous breakout sessions, I also undertook two professional development courses. I have enclosed certificates to prove completion of the "F-1 Student Advising for Beginners" and "F-1 Student Advising: Intermediate" workshops. Through these experiences, I now more fully understand my role and obligations as the Primary

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_006411



Designated School Official and, as evidenced by the current communication, am actively applying all that I have learned.

### Additional DSOs
We recognize that the reporting burden imposed by our institution's sizeable F-1 population was unmanageable for one person. In order to address this problem, we have requested DSO status for two of our existing staff members. As soon as the I-17 updated containing this request is approved by SEVP, the two new DSOs will shoulder a significant portion of our institutional responsibilities in SEVIS, allowing for our obligations to be met in a more reasonable manner. Additionally, I have used the knowledge and materials I gained in the two above-mentioned NAFSA workshops to give thorough training to both future DSOs.

### Open Position
In our prior correspondence, we stated our intention to hire a new staff member who would have at least one year of experience as a DSO. While we have twice posted this position in appropriate forums, none of the 40-plus applicants met the one-year requirement. The position remains open and we are continuing our search in earnest.

### Course Delivery Methods
Herguan University is updating our institutional catalog to clearly explain our course delivery methods, and which options are available to students at specific times during a given degree program. The options students had to complete courses online, via simulcast, or via practical training have been removed.

### Address Updates
We conducted an extensive internal audit of our student's mailing addresses and created a running list of inconsistencies. I am pleased to report that to date, we have verified, corrected and/or updated approximately 85% of the list. We are continuing to work diligently in order to resolve the remaining 15%.

### OPT Employer Data
We have changed our internal practices to more actively reach out to students on OPT or applying for OPT to solicit employer information as soon as it is known. We have also conducted an internal audit of students currently on OPT and are continuously receiving employer updates from any students who had not previously submitted employer data.

SEVP_006412



**Consultants**

Through my legal counsel, I worked with two consultants who have extensive experience managing large and SEVP-Compliant F-1 visa programs. I have now retained the services of both consultants directly and intend to rely on their advice as we make any and all necessary changes to ensure Herguan's full compliance with federal regulation and SEVP policy.

We hope that this letter and the specific improvements listed above demonstrate our institution's sincere commitment and candor moving forward. If you have any questions or concerns, please feel free to contact us directly.

Sincerely,

Jerry Wang
Primary Designated School Official (PDSO)
Herguan University
970 W. El Camino Real
Sunnyvale, CA 94087

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_006413