

# UNIVERSITY OF EAST - WEST MEDICINE

November 28, 2011

Susanna Warner
Student and Exchange Visitor Program
US Immigration and Customs Enforcement
Compliance Unit
500 12th Street SW STOP 5600
Washington, D.C. 20536-5600

Dear Ms. Warner:

I am writing to follow up on our request for designation of a new DSO as well as approval of our doctoral program for enrollment of F-1 students. We have many interested students but are of course unable to issue I-20's to them unless and until we receive your approval. If you need further information or documents regarding the program, please advise me and I will be happy to respond.

Please feel free to contact us directly should you have any questions or concerns about the statements above.

Sincerely,

Jerry Wang
Primary Designated School Official (PDSO)
University of East-West Medicine
970 W. El Camino Real
Sunnyvale, CA 94087

| | |
|---|---|
| **From:** | Johnson, Sarah on behalf of SEVPCOMPLIANCE, SEVIS |
| **Sent:** | Friday, December 02, 2011 7:30 AM |
| **To:** | Kanno, Jason I |
| **Subject:** | FW: Herguan University updates |
| **Attachments:** | HGU.pdf; BPPE.PDF |

**From:** Jerry Wang HGU [mailto:fei@herguanuniversity.org]
**Sent:** Thursday, December 01, 2011 9:51 PM
**To:** SCHOOLCERT.SEVIS@DHS.GOV; sevpcompliance@dhs.gov; Scott Cooper
**Subject:** Herguan University updates

Dear Ms. Warner:

This letter is to provide you an update on the status of Herguan University as required under regulations.

I advised your office earlier that a question had been raised by the Bureau for Private Postsecondary Education regarding our application for continued approval to operate as a non-accredited educational institution in the State of California. The initial determination of by that agency denied our application based not on our academic program but rather on an assets to liabilities ratio. I advised your office immediately upon receipt of this decision but then further advised that we had sought reconsideration presenting more current financial information. The BPPE reviewed and approved our application. Attached is a copy of the October 18 decision approving the application. This approval indicates we are approved for Masters degree programs in Business Administration, Computer Science, and Electronics Engineering. Please confirm continued approval of these programs for purposes of issuance of I-20 forms to enrollees.

I wish to note that we have further sought to improve our compliance with SEVP requirements and have confirmed all student record addresses and updated as appropriate. We also timely terminated the records for 19 F-1 students who failed to enroll.

A site visit was conducted on our campus in late October for location change and we provided documentation as requested, answered questions and showed the inspector our campus. We hope that there are no unresolved issues from that inspection. Please advise if you need any further information or documents.

I earlier requested the addition of two DSO's so that we can have more individuals to support our F-1 program. Please confirm approval of these additional representatives.

Please feel free to contact me directly should you have any questions or concerns. Your earliest response would be appreciated.

Sincerely,


Jerry Wang
Primary Designated School Official (PDSO)
Herguan University

1