and made great contribution to our society, which has got the acknowledgement and support from the society.



## Certificate of Recognition

Presented to

### Dr. Yin Qin Wang L.A.C., Ph.d, M.D. (China)
### Herguan University

In celebrating Third Anniversary & New Campus Construction Completion

I wish to publicly recognize and honor you for your outstanding commitment to provide quality education to Silicon Valley and its residents. Thank you for your dedicated service to the community.

Silicon Valley Chinese American Computer & Commerce Association
矽谷美華科技商會
會長黃勁徹暨全體理事
*Jeffrey Huang*, President
December 15, 2010

# Congratulations
# 賀 詞



MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA



## Greetings from
## Congressman Michael M. Honda
## to Herguan University on the occasion of
## the 3rd Annual Global Chinese Medicine Conference

### October 11th, 2008

It is with great pleasure that I welcome everyone to the third annual Global Chinese Medicine Conference hosted by the Herguan University. This event provides a great opportunity to recognize Huguan University's mission to provide high quality education on Chinese influenced medical practices and therapies.

Herguan University was established three years ago in hopes of introducing Chinese medicine to the Western medical world. Today, the university continues to expand in an effort to provide more professional and advanced education on Chinese medicine. This conference focuses on the academic exchange of traditional Chinese medicine and the latest herbal medicine technology in the world. By gathering physicians, business leaders, scientists, and entrepreneurs worldwide, this conference will significantly contribute to our knowledge of Chinese influenced medical practices, therapies, and herbal medicine.

I would like to extend my support to the efforts of Herguan University, and congratulate them for their ongoing effort on behalf of the community. I offer my best wishes for the success of today's event.

With warmest regards,

*Michael M. Honda* (signature)

Michael M. Honda
Member of Congress