CALIFORNIA LEGISLATURE



# Assembly

## CERTIFICATE OF RECOGNITION

Presented to:

### Herguan University

In honor and recognition of preparing the next generation of leaders in the workforce and beyond in Silicon Valley. Best of wishes for many more years of success and thank you for investing in the future.

August 28th, 2011



*Paul Fong*

PAUL FONG
Assemblymember, 22nd District

# CITY OF SUNNYVALE

*The Heart of Silicon Valley*

456 WEST OLIVE AVENUE    SUNNYVALE, CALIFORNIA 94086    (408) 730-7480

December 15, 2010

Melinda Hamilton
*Mayor*

Christopher R. Moylan
*Vice Mayor*

Otto Lee
*Councilmember*

Ron Swegles
*Councilmember*

Anthony (Tony) Spitaleri
*Councilmember*

David Whittum
*Councilmember*

Jim Griffith
*Councilmember*

Ying Qiu Wang

President of the HERGUAN UNIVERSITY

Dear President Wang,

It was a great honor for me to be a part of the celebration when you first opened the doors to Herguan University. I knew then the beautiful spacious campus would be a great asset to the city of Sunnyvale, but most of all for all the students who would past through the doors of your University.

Your outstanding faculty and staff have contributed much towards social advancement for your students. We as a city appreciate your training of high quality and dedicated students in leading technologies of Silicon Valley. Your students have improved their opportunities for economic and social development.

President Wang, congratulations on successful 3 plus years of operation the HERGUAN UNIVERSITY. It is one of the shining stars in the City of Sunnyvale; I wish you continued success as you go forward.

Regards

*[signature]*

Former Mayor and Councilmember of the City of Sunnyvale.

Anthony (Tony) Spitaleri