

*Congress of the United States*
*House of Representatives*
*Washington, D.C. 20515*

*Anna G. Eshoo*
*Fourteenth District*
*California*

December 16, 2010

Yin Qin Wang, L.A.C., Ph.D., M.D., President
Herguan University
595 Lawrence Expressway
Sunnyvale, California 94085-3922

Dear Dr. Wang,

I appreciate you contacting my office to share your concerns facing Herguan University under the current laws relative to education and immigration requirements. As my staff mentioned, I am a strong supporter of education and immigration reform and will keep your concerns in mind should the reforms you propose come for a vote in the Congress.

Thank you again for bringing these important issues to my attention.

Sincerely,

Anna G. Eshoo
Member of Congress





**KANSEN CHU**
COUNCILMEMBER

Dear Friends:

I want to take a moment to personally congratulate the administrators, faculty, staff and students of Herguan University on this special occasion of Herguan University's Third Anniversary and the opening of a new campus. You all have contributed greatly and have been invaluable throughout the years to Herguan University.

This milestone reached by Herguan University represents the proud accomplishments of the school to train highly technical professionals in the Silicon Valley. Herguan University currently offers Master Programs in Business, Computer Science and Electrical Engineering and has over 600 enrolled students with over 300 graduates who are now working for reputable IT companies and firms in the Silicon Valley. Educational institutions are a powerful social force, capable of contributing significantly to the economy and to the welfare of the workforce. It is without a doubt that Herguan University has been able to make a positive economic and social impact on the entire community.

Once again, I commend the university family for their dedication and excellence thus far. The future is bright for Herguan University and I wish you all continued success with your future endeavors and aspirations.

Sincerely,



**KANSEN CHU**
Councilmember
City of San José

200 East Santa Clara Street, Floor 18th, San Jose, CA 95113   tel (408) 535-4904   fax (408) 292-6430   District4@sanjoseca.gov