# Commendation

*THE BOARD OF SUPERVISORS OF SAN MATEO COUNTY, STATE OF CALIFORNIA*
*COMMENDS AND HONORS*

## HERGUAN UNIVERSITY

On the Celebration of its

### Third Anniversary & New Campus Construction Completion

For its accomplishments over the past three years in training highly technical professionals, and for its successful Masters in Business, Masters in Computer Science, and Masters in Electric Engineering Programs. Congratulations to Herguan University for successfully educating 600 current students and over 300 graduates that are now working for IT companies and contributing to the professional community in San Mateo County and the Bay Area, and for being a leading educational institution in Silicon Valley.

DATED: December 15, 2010

_____
**MARK CHURCH**
Member, Board of Supervisors
San Mateo County



JUDY CHU
32nd District, California

WASHINGTON, DC 20515-0532
(202) 225-5464

# Congress of the United States
## House of Representatives

December 17, 2010

Herguan University
595 Lawrence Expressway
Sunnyvale, CA 94085

Dear Friends,

I would like to extend a heartfelt congratulations to Herguan University for its Third Anniversary & New Campus Construction Completion on December 17, 2010.

Herguan University is located in the heart of Silicon Valley and its goal is to provide learning programs and systems that expand the understanding and application of existing and new business practices, engineering, science, electronics and information technology. Its Master Programs in Business, Computer Science, and Electric Engineering have achieved great success in the past three years.

Since its founding in 2007, Herguan University has educated many competent engineers, business administrators, and computer scientist who are equipped with a thorough understanding of professional ethics, intellectual property law, environmental protection, and other contemporary issues. It guides students in making decisions in expanding businesses and prepares future leaders to achieve successful ventures. Herguan University's dedication and achievements in promoting higher education is truly worthy of praise.

On behalf of the United States House of Representatives and the people of the 32nd Congressional District, I offer my congratulations and best wishes for your continued success.

Sincerely,

*Judy Chu*

The Hon. Judy Chu, Ph.D.
Congressmember, 32nd District