

# HGU



2010

i

SEVP_003567

# Chapter Four – Academic Policies

### Registration

The registration calendar is listed in this catalog and most up to date calendar is on the HGU website. Registration for the following semester is conducted prior to the end of the current semester. The dates and times of registration will be announced through the Academic Office and posted on the website. A late fee is charged to those students who do not register by the posted registration deadline. Registration for new and continuing students will be by appointment. Tuition and fees are due and payable in full at the time of registration, unless the student has signed up for a tuition payment plan in advance.

Academic advisors are ready to offer assistance to the students for course selections or counseling. Registration is complete when all fees are paid. The University is not responsible for billing students. All students who wish to register must complete the Registration Form available from the Academic Office.

### Full-time and Part-time Students

To be considered a full-time student, a student must enroll for a minimum of 9 units per semester. A student may not take more than 15 units in any semester without the prior permission of the Academic Advisor. Students who enroll in less than 9 units per semester are considered part-time students. International student must be enrolled as full-time students to maintain good academic standing. An international student on academic probation is not allowed to take a semester break. The maximum program length is equal to the number of units required for the student to complete the program times 1.5.

### Non-Degree-Seeking Applicants

Non-degree-seeking students must meet the prerequisite requirements for each intended course. Therefore, a non-degree student must also submit his/her previous academic records, official or unofficial, to the Admissions Office for an unofficial evaluation before being allowed to enroll in courses at HGU.

In the event that the student later decides to apply for a degree study at HGU, he/she must go through the regular degree program application procedures. No more than 12 units earned in non-degree status at HGU may be applied to the degree requirements.

### Academic Advising and Counseling

Academic advising and counseling is an essential element of the educational process. Designated faculty members and staff advisors serve as academic advisors and counselors to the students. Ideally one of continuity and commitment, academic advising and counseling involves both the student and the academic advisor. Students are encouraged to meet with an academic advisor before and during the course registration period each semester. During the meeting, the advisor and the student will examine the student's academic records, choose suitable courses, and verify course prerequisites. Academic advising is also available to students throughout the school year. In addition to helping students plan course schedules, academic advisors also encourage students to explore their academic options and study personal goals related to the practical world of work.

### Health Insurance

A health-insurance plan is mandatory for all international students. An international student may use the health insurance plan contracted by HGU and pay the insurance fee at registration or provide evidence of outside insurance in order to be waived of the HGU contracted plan.

### Official Academic Transcript

Upon written request, official and unofficial copies of a student's academic records may be forwarded either to the student or to a designated addressee. Requests for transcripts are submitted to the Registrar's Office. Academic transcripts are withheld if the student has

SEVP_003584

failed to submit required administrative documents or if the student has an unpaid balance of fees or charges due to the University.

## Adding or Dropping a Course

Students may add or drop courses before the beginning of classes without incurring additional fees. When adding or dropping courses, students must fill out an Add/Drop Form, available in the Academic Office, and submit the completed form to the Academic Office for processing.

Students dropping a course after classes have begun will receive a pro-rated refund for the unused portion of the tuition and other refundable charges provided the students have dropped classes before the tenth meeting of the class. Students who drop classes after the ninth meeting of the class will not be eligible for a tuition refund. A grade of "W" will be issued to student who drops classes after fifth week and before the twelfth week of the semester. Withdrawals are not permitted during the final three (3) weeks of instruction except in cases of serious accident, illness or other extreme situation. Failure to drop a course officially will result in full tuition charges for the course and a failing (F) grade. A $25 processing fee will be charged for each course added or dropped after classes have begun.

## Grading Policy

The courses are designed to measure the students' progress by written and practical examinations. Specified objectives have been defined for each course to help the students and the faculty evaluates the degree of progress. Grades are not given out over the telephone. Overall student performance is evaluated differently in each class using one or a combination of the following methods:

*Written examinations* based on multiple-choice questions, short answer questions, and essay questions.

*Practical or laboratory examinations* including classroom observation of laboratory projects, independent hands-on design projects, and presentation/discussion of projects.

*Written reports* or research papers on assigned topics.

## Grading System

Herguan University uses the following standard academic grading system in assessing student progress in course work, examinations and course evaluations:

| Grade | Points Per Unit | Percentage |
|-------|-----------------|------------|
| A+    | 4.3             | 101-103%   |
| A     | 4.0             | 94-100%    |
| A-    | 3.7             | 90-93%     |
| B+    | 3.3             | 87-89%     |
| B     | 3.0             | 83-86%     |
| B-    | 2.7             | 80-82%     |
| C+    | 2.3             | 77-79%     |
| C     | 2.0             | 73-76%     |
| C-    | 1.7             | 70-72%     |
| D+    | 1.3             | 67-69%     |
| D     | 1.0             | 63-66%     |
| D-    | 0.7             | 60-62%     |
| F     | 0.0             | 0-59%      |

The grade point average (G.P.A.) is based on courses in which letter grades are earned. Instructors may add plus (+) or minus (-) options to letter grades in order to refine evaluation procedures. To compute the G.P.A., divide the total number of grade points by the total number of units attempted in courses receiving letter grades.

## Explanation of Grading Marks

The following symbols shall be used in evaluating student performance. The symbols reflect the quality of the student's accomplishments relative to standards set for each course.

| | |
|---|---|
| A | Highest level, showing excellence |
| B | Performance is good, but not the highest level |
| C | Performance is adequate |
| D | Performance is less than adequate |
| F | Course requirements have not been met. Credits are not earned by the student. |
| I | Incomplete – Performance has been incomplete due to circumstances beyond the student's control. Work was passing at the time. |
| IP | In progress - Performance is satisfactory, but a final grade is not yet assigned. |
| W | Withdraw – Student was permitted to drop a course after 5th wk/ before 12th wk |
| P | Pass – Not reflected in GPA (credit granted "B-" or above in concentration area, credit granted "C-" or above in elective courses) |
| NP | Failure – Not reflected in GPA (NP given "C+" or below in concentration area, NP given "D+" or below in elective courses) |

15

SEVP_003585