| CP | Credit – Passing on challenge examination. Grade equals to C or better |
| --- | --- |
| NC | No credit – Below passing on challenge examination |
| TR | Transfer credit |
| AU | Audit – Student was enrolled on a non-credit basis |
| * | Course has been repeated |

## Incomplete Grade

In circumstances where a student is unable to complete the coursework required prior to the end of the semester, the student may, with the instructor' and the responsible Records officer's approval, file a petition to receive a grade of Incomplete. Students with an "Incomplete" grade must arrange with the instructor to complete the necessary make-up work after the final class meeting, with a specified date of completion. This agreement must be submitted in writing to the Registrar's Office. All "I" (Incomplete) grades must be converted within one semester. Students who fail to convert their "I" (Incomplete) grade after one semester will receive an "F" (Fail) grade for the course.

## Late Examination

Course examinations that are taken late, or taken at an irregular time, may be subject to a grade reduction. The instructor will make the final determination on a case-by-case basis. A late exam fee will be charged. All late fees are payable in advance to the HGU Finance Office and not to the individual instructor.

## Repeat Courses

Student may repeat a course due to several reasons:

1. Meet the graduation requirements
2. Earn a better grade
3. Gain a better understanding of the subject

In any of such cases, only the latest grade earned for the same course will be kept in the student's permanent records. Student with a C+ or below in a required or concentration area course must repeat that class in its entirety. Multiple failure grades may result in academic probation and/or academic dismissal. Tuition is charged for each repeated course.

## Grade Appeal

Grades, which are given at the discretion of faculty, reflect the academic achievement of the student. Any students wishing to appeal a grade awarded must initiate the appeal in writing and submit the appeal to the instructor concerned. If the student is not satisfied with the instructor's explanation or action, the appeal may be presented to the Dean of Academic Affairs, who will then render a final decision. Final grades are the sole responsibility of the instructor of the course and grade appealed.

## Unit/Clock Hour Conversion

One unit is equivalent to one hour of didactic instruction per week for a 15-week term (15 hours per unit). Students will receive one unit credit for each 30 hours of laboratory courses. 45 hours of work in a practical setting or research has the credit equivalency of 15 hours of classroom lecture.

## Practicum

The Practicum is one of the foundational pieces of Herguan University's delivery system. The school encourages its students to find real work experiences to practice their theoretical knowledge gained in the classroom in the real world.

The Practicum is a supervised practical experience that is the application of previously or concurrently studied theory. Normally, three hours of work in a practical setting has the credit equivalency of one hour of classroom lecture. Under the supervision of a faculty or staff member, an agreement shall be developed that outlines the arrangement between the institution and the practicum site, including specific learning objectives, course requirements, and evaluation criteria.

## Online Course Policy

Online courses are open only to regularly admitted HGU students. HGU offers a number of courses online. There are no additional fees for HGU students for enrollment in an online course which requires a focus, commitment and a great deal of self-discipline. HGU's online courses are similar to in-class courses with regard to learning objectives, credits earned, and course duration; however, they are different with regard to the type of activities, interaction and the time requirements of the student.

16

SEVP_003586

Students wishing to enroll in a HGU online course will be required to:

1. Complete a Registration Form
2. Coordinate with the IT department
3. Be interviewed by an academic advisor
4. Posses the acquired English writing ability
5. Complete a Self-Assessment for Online Courses survey
6. Maintain the Maturity and Self-discipline to work independently

The individual interview is a face-to-face or telephone interview of the student by an academic advisor. The interview will take approximately 10 minutes and will help determine whether a HGU online course is the right choice for the student.

Online class participation activities of each student enrolled are recorded electronically by an online program system and by the instructors. In addition to weekly reading and homework assignments, other activities include discussion boards, chat rooms, e-mail, Q&A, group study, and webcasting (interactive audio/video communication for the instructor and all students in the class). Webcasting requires a real-time participation of all parties.

The HGU online courses are designed for students to learn and proceed on a weekly basis; all assignments and learning materials are laid out on a weekly schedule and the students must complete the weekly work on time in order to proceed successfully. To succeed, the individual must participate in all activities required for the online course. The instructor of an online course determines how to conduct the exams for the course.

A students enrolling in a HGU online course will not be allowed to transfer or "migrate" to an equivalent regular course once the semester has begun. A students may submit an Add-Drop Form to make the switch by the Add-Drop deadline only.

## Audit Policy

HGU views auditing classes are an opportunity for students and alumni to review courses previously taken, or to become informed about current information on a subject. All audits are subject to availability and must be approved by the Dean of Academic Affairs. Availability is limited since credit-earning students are a priority. Auditing students cannot take up the time of the teacher or distract credit-earning students from their education. Students auditing classes must abide by all the pertinent rules and regulations such as rules on attendance, academic policies, etc. Failure to abide by the relevant rules will be deemed student misconduct. A course which is audited will be indicated by an "AU" on the student's transcript.

## Attendance

Attendance is mandatory for all courses. Inconsistent attendance is a matter of serious concern as it jeopardizes the educational process. Students are expected to attend all scheduled classes for which they are registered. Faculty members are asked to record student attendance. Students are expected to make up all absences regardless of the reason for the absence. It is the student's responsibility to contact the professor and arrange appropriate make up work. Students who miss more than 20% of the total class hours in any course will fail the course. Absences may be excused for childbirth, a documented illness, an injury, and a death in the family, or other emergency situation acceptable to the Academic advisor, but they still must be made-up. Students should call their teaching assistant or professor as soon as practical on the first day of absence and give an estimate of the duration of the absence. Students beginning the course late must make up all missed time, by arranging with the professor at the time of entry the assignments necessary to "catch-up" and earn the necessary units for the course. Students taking online courses must follow the course requirements to participate in the weekly activities, including but not limited to reading assigned materials, communicating with the instructor and classmates, doing homework and/or projects, and conducting research. All online activities are recorded for evaluation purpose.

The University emphasizes the importance of developing respectful and ethical conduct. Decorum is an integral part of the learning process. Tardiness, unexcused absences, inappropriate attire, poor attitude, use of cell phones or other distracting devices, eating during class, and other unprofessional behavior are all considered disrespectful and may be grounds for allegations of student misconduct that could result in dismissal.

## Student Conduct

HGU expects a high standard of honesty and integrity from all members of its community. HGU seeks

17

SEVP_003587

students who are knowledgeable, forthright and honest.

At the discretion of the Dean of Academic Affairs, students may be dismissed from the University for behavior disruptive to the educational mission of the University, continual violations of the policy of the University, for academic dishonesty and for any conduct or carelessness that endangers life. The following is a listing of such, but not limited to those as stated below:

- Excessive unexcused absences or tardiness
- Unauthorized possession, use or consumption of alcoholic beverages or illegal drugs while on the HGU premises or at a HGU-sponsored event
- Intoxication, dishonesty, altercation, stealing
- Possession, use or abuse of a weapon, dangerous material, or unlawful substance
- Disruptive behavior in class or the library
- Dominating classroom discussions to the exclusion of others intent to undermine the goals of the institution
- Grave personal misconduct
- Misuse, unauthorized use of, or damage to HGU property
- Engaging in competition with HGU or converting business opportunities of HGU to personal gain
- Sexual or physical assault on-campus
- Unlawful harassment of an employee, student or other person Failure to meet financial obligations or commitments to HGU
- Unauthorized release of confidential information about HGU employees, faculty, alumni, students or patients
- Violation of general HGU rules and regulations Unauthorized removal of library materials
- Cheating or the compromise of test materials
- Use of the Internet the University finds inappropriate

The President of HGU may place on probation, suspend or expel students for one or more of the causes enumerated above. No fees or tuition paid by or for such students for the term in which they are suspended or expelled shall be refunded. Any probation, suspension or expulsion will be indicated on the transcript

## Satisfactory Academic Progress

Students must maintain satisfactory academic progress (SAP). All students must maintain a minimum grade point average (GPA) of 3.0 each semester. In addition, evaluations on minimum course completion % percentage of successful course completion versus courses attempted are also made at the following points: 25% of the maximum program length, the student's percentage of course completion is above 55% and cumulative GPA is at least 3.0; 50% of the maximum program length, the student's percentage of course completion is above 60% and cumulative GPA is at least 3.0; 100% of the maximum program length, the student's percentage of course completion is 100% and cumulative GPA is at least 3.0. Students not meeting this requirement are placed on "academic probation." In order for a student to maintain their SAP, they must successfully come off of academic probation within two semesters. Students not meeting this requirement must meet with the Dean of Academic Affairs. The student must present strong reasons that contributed to their poor progress or they will be dropped from the program. Students that are dropped from the program will not receive any refunds. The maximum program length is equal to the number of units required for the student to complete the program times 1.5.

## Academic Probation and Dismissal

In order to maintain good academic standing, students must maintain a minimum grade point average (GPA) of 3.0 each semester. Students whose GPA falls below 3.0 will be placed on academic probation for a period of two semesters. During the probationary period, the student's GPA must be maintained at 3.0 or higher. Probationary students who have maintained a GPA of 3.0 or higher for the duration of the entire probationary period will have their probationary status removed and will be considered to be in good academic standing. Students who do not clear probation within two semesters may be dismissed from the University. Students will be given an academic notice when they have failed a course twice. The University may dismiss students whose third attempt at passing the course is unsuccessful.

The course load of students on academic probation will be determined in consultation with the Academic Advisor. To avoid automatic dismissal, students on academic probation are advised to meet with the Academic Advisor for academic counseling at least once each term.

Subsequent to academic dismissal, students' transcripts will bear the notation "Academic Dismissal."

18

SEVP_003588