## Appeal of Dismissal

A student has one week from the time of notification of dismissal to file an appeal. He/she may request an appeal of dismissal by writing a letter of response to the dismissal charges and requesting an appeals hearing. If the hearing is granted, based on the student's reply letter, the individuals involved in the process will convene to hear the appeal. If an appeal is granted, the student may resume course work at HGU. The following process must be followed to appeal disciplinary action/probation served to a student:

The appeal is made in writing to HGU's President for presentation of any extenuating circumstances or evidence the student believes applicable.

The President then sets up a hearing with an administrative appeals committee to review the appeal. The committee chosen by the President will be comprised of a minimum of two administrators and one student member. Copies of the appeal shall be distributed to each member of the committee prior to the hearing.

The student will meet with the committee to explain the appeal.

The committee will make its decision based upon the evidence presented and the interview with the student making the appeal.

The decision of the committee will be communicated to the student making the appeal within three business days of the final decision. The decision of the committee is final. The student may submit their complaint to the BPPE or the school's accreditor.

## Withdrawal from the University

A student is considered withdrawing from HGU when either of the following occurs:

- A student who fails to register for classes without the academic office approval will be considered as withdrawn from the University.
- A student submits a written request for withdrawal from HGU.
- A student who drops/withdraws from all courses enrolled in a semester when the student is required to remain enrolled to maintain his/her academic status.
- A student is terminated due to disciplinary issues, unsatisfactory academic performance, or violation of regulations required for international students.

Such students must apply for re-admission if they wish to complete their program of study at Herguan University and pay ALL the associated fees. Nonattendance of classes or stopping a check for payment does not constitute withdrawal from the University.

Students who withdraw from the University, or discontinue their studies without submitting a letter of withdrawal receive a grade of "F" in each course not completed.

The following must take place for any student to officially withdraw from the University:

1. Notify the Registrar's Office of intent to withdraw by submitting a letter of withdrawal;
2. Clear all outstanding debt with the University;
3. Return all books, materials or equipment owned by the University.

*Note: Any outstanding fees owed to the University by the student will be deducted from the tuition refund.*

## Requesting a Leave of Absence, Rules, and Form

A student in good academic standing may request a leave of absence with the occurrence of a medical problem, serious personal problems or pregnancy. Students requesting a leave of absence must apply in writing to the academic office. In the event of a medical problem, a letter from a physician describing the condition for which the leave is requested and the estimated length of time needed for recovery must accompany the request. After consultation with the student, the academic office will decide whether or not the leave is to be granted and the conditions under which the student may return to school. A student who requests a Leave of Absence from the University and wishes to maintain his/her enrollment status may do so under the following conditions:

Fill out a request for a Leave of Absence form. The student must sign and date the form prior to the leave of absence, unless unforeseen circumstances prevent the student from doing so. The form will include the student's name, student ID number, reason for the request, expected beginning date of the absence and expected end date of the absence. Students are required to meet with the academic advisor to discuss the reason for the leave and receive approval for the Leave of Absence request by the academic office.

SEVP_003589

Students are required to clear all financial obligations and return all library loaned materials to HGU.

### Challenge Examinations

On occasion, students may, because of overlapping coursework or work experience, already possess the knowledge and competency intended to be achieved by the learning objectives of a particular course. In such circumstances, a student may attempt to earn credit for a course through satisfying the procedure required for passing a course through challenge examination. The academic office must approve all Challenge Exams. Score of 70% or higher advances the students to the next level of study. Students who pass the Challenge exam are awarded credit and the grade of "CP." Students unsuccessfully challenging a course will receive a final grade of "NC." All grades and the credits are entered into the students' academic records. Students who fail the examination will be required to take the course at the current full tuition rate. Students must formally request the challenge exam on a Challenge Examination Request form and must pay the challenge exam fee together with any required fees prior to the examination. Credits awarded are not considered when calculating unit loads for a semester. Partial credits will not be issued for portions of the exam passed by the student.

A student can attempt to challenge any particular course only once. A student may not attempt more than three courses without the approval of the academic office. No refunds of challenge fees will be given for courses that the student attempts to challenge but fails, or for challenged courses in which student chooses to enroll and subsequently withdraws.

### Honors List

Excellence in scholastic achievement is recognized by the compilation of an Honors List. To graduate with Highest Honors, students must attain a cumulative GPA of 4.0. To graduate with Honors, students must attain a minimum cumulative GPA of 3.85. Highest Honors or Honors will appear on the student's transcripts.

### Changing Program

Students can change their declared academic program of study at any time. To make a program change, the student should complete the change major/program form at the Registrar's office. The student should meet with academic advisor for a discussion of qualifications and goals. The student's credentials will be assessed to determine the proper classes for the new degree requirements. The specific requirements for changing major depend on the number credit hours the student has completed and the requirements of new major intended. Transfer credits approved for the prior degree program will be reassessed to determine the eligibility of transfer to the new degree program.

### Changes in Degree Requirements

HGU policies and requirements are subject to change, and changes may not be immediately reflected on campus websites or publications. New degree requirements, however, will not imposed retroactively on continuing students unless agreed upon by the students. If degree requirements are changed, students may complete their degree programs under the requirements in effect at the time of their initial enrollments. They have the option of electing to be governed by the new requirements if they are so desired and provide that all requirements of one catalog are met. Students that are readmitted after withdrawing or returning after a leave of absence must adhere to the new requirements.

### Graduation Requirements

The HGU catalog serves as the school's contract with the students for graduation requirements. Therefore, students fall under the graduation requirements written in the catalog used at the time of student's entering the program as a degree-seeking student as long as the student maintains their enrollment in good standing with the school. The section on Academic Policies describes the rules for the student to follow for the graduation requirements. All students will be responsible for satisfying all graduation requirements that are in effect at the time of their admission to the University unless a regulating agency requires compliance to new rules or requirements and if they maintain their enrollment status in good standing with the school. It is the student's responsibility to monitor his/ her own progress toward graduation and to take all appropriate required courses each semester.

As a student approaches the end of his/her graduate study, he/she must initiate a review process for the Records officers to verify the student's eligibility for graduation. The student must file a petition with the Registrar office one semester in advance - prior to his/her last registration. The registrar will then make a graduation evaluation in time for the petitioner to

SEVP_003590

register for the last semester before graduation. The student will receive a copy of the evaluation report to confirm the courses left for him/her to complete the graduation requirements. The University graduation fee is charged to each graduation petition.

If an international student wishes to enrich his/her knowledge and skills by taking courses in addition to the minimum graduation requirements beyond the approved graduation date, the student is required to enroll as a full-time student until final graduation.

To graduate from the program, a student must:

- Complete all required classes
- Maintain at least 3.0 GPA
- Submit a Graduation Request Form one semester in advance
- Clear all financial obligations, including mandatory graduation fees
- Return all library loaned materials to HGU

Students are responsible for compliance with the announcements and regulations specified in the HGU catalog and with all policies, rules and regulations of the school. Upon completion of their study programs and fulfilling their financial obligations to HGU, students are granted degrees and receive diplomas. Students may pick up their diplomas 60 days after graduation and after they have cleared their accounts. Having diplomas mailed is an extra expense. Please see the fees chart in this catalog.

## Educational Records

Current records are stored in written form for a period of five years. Academic records of each student are stored for fifty years either from the date of the student's graduation or from the last date of the last semester in which the student was officially enrolled.

In accordance with the Family Educational Rights and Privacy Act of 1974 (FERPA), the University protects the privacy of student records, including address, e-mail address, phone number, grades, financial information and attendance dates. A copy of the University's FERPA policy is available from the Registrar. The Act provides each current and former student with the right to inspect and review information contained in his/her academic file. A student interested in reviewing his/her file must submit a request in writing to the Registrar. A time will be scheduled for the student to review his/her file. Students have the right to copies of their records. The student may be charged for this service, but the amount cannot exceed the actual cost of producing them. A student also has the right to submit written requests for amendments to his/her academic record on the grounds that they are inaccurate, misleading, or in violation of their right of privacy.

In compliance with Public Law 93-380, Section 438 (The Buckley Amendment), student grades, records, or personal information may not be given to third persons including parents without written consent of the student. Permission must be given by the student in order for information in his/her file to be used as reference checks for credit or employment evaluation by third parties, and the student must file a written declaration to this effect, which will be kept in the student's file(s). The declaration can be all-inclusive or on a case-by-case access basis. (The provision to release financial aid data to authorized agencies is not a violation of the Buckley Amendment.)

Note: All admission documents become the property of HGU and will not be returned to the student. HGU may destroy records that are no longer useful or pertinent to the students' circumstances.

## Access by Officials

The school may release student information without written consent of the students to:

- Other schools and HGU officials who have legitimate educational interests.
- Other schools where students have applied for admission.
- Parents of students who are their dependents for purposes of the Internal Revenue Code. However, the school is not required to release such records.
- Courts in compliance with a court order or subpoena, provided that a reasonable attempt is made to notify the student prior to compliance.
- Authorized representatives of the Department of Education or the Comptroller General of the United States.
- State and local authorities where required.
- Appropriate persons or agencies in connection with student applications for or receipt of financial aid.
- Appropriate persons or agencies in the event of a health or safety emergency, where such

SEVP_003591