release without consent is necessary under certain circumstances.
- Accrediting organizations.
- Organizations conducting studies to develop, validate, and administer predictive tests, to administer student aid programs, or to improve instruction.

In all other cases, the school shall obtain the written consent of the students prior to releasing such information to any person or organization.

**Exemptions**

The following items are exempt from the Family Educational Rights and Privacy Act of 1974:

- Parent's confidential statement, financial need analysis report, and the Pell Grant A.D. report.
- Records about students made by teachers or administrators that are maintained by and accessible only to the teachers or administrators.
- Confidential letters and recommendations written prior to January 1, 1975.
- Confidential letters and recommendations for which a waiver of rights to access has been assigned, provided the student is given the names of those writing letters (there are three areas in which a waiver may be signed – admissions, employment, and honors)
- School security records.
- Employment records for school employees who are also current or former students.
- Records compiled or maintained by physicians, psychiatrists, psychologists, or other recognized professionals or paraprofessionals acting or assisting in such capacities, for treatment purposes, and which are available only to persons providing the treatment.

## Personal Integrity

Any evidence of improper communication, use of books, notes, electronic equipment, the Internet, cell phones or other nefarious action in the classrooms during examinations will be sufficient basis for an instructor or proctor to take the examination paper from the student and dismiss the student from the room with an automatic "F" grade for that test. Any cheating discovered by other students or the instructor on student assignments is not acceptable. Such offenses customarily result in a grade of "F" for that course and students being placed on academic probation. Additionally, the student may be expelled.

Faculty, staff and students are required to report all instances of cheating to the Dean of Academic Affairs. When reported by the proctor or instructor, the Dean Academic Affairs and the University's administration will handle cheating offenses like any other offenses within the University community.

## Student's Right-to-Know Disclosure

The Student Right-to-Know Act requires schools disclose the completion or graduation rates for a specific cohort of the general student body as determined by the school. This cohort is made up of degree-seeking, full-time, first-time graduate students. Since the rate of graduation changes from one semester to another, please see the Director of Academic Affairs for the information, if you are interested.

## Sexual Assault and Harassment

It is the policy of HGU to provide an educational, employment and business environment free of sexual harassment or any other verbal or physical conduct or communication constituting sexual harassment as defined and prohibited by state and federal regulations. Any harassment, threat or offer by any employee of the university to condition any aspect of a student's academic performance, reputation or standing upon the provision of sexual favors is prohibited. Any other harassment of any member of the campus community by any other member resulting in the creation of an offensive, intimidating or hostile academic or employment environment is similarly prohibited. If you believe you have been assaulted or sexually harassed by any member of the HGU community, or while participating in a HGU sponsored activity, you are urged to bring the matter to the immediate attention to the Dean of Academic Affairs or the President of the University.

## Compliance with the Reform Act of 1989

The University intends to comply with the Educational Reform Act of 1989. To this end it will publish the relevant specifications of the act in its student, staff and faculty handbooks and will urge its personnel to become familiar with such provisions of the Act as may apply to them or their duties and responsibilities. Personnel found in willful violation of the Act will face disciplinary action and may, in extreme cases, be permanently separated from the University.

SEVP_003592

## Nondiscriminatory Policy

In compliance with Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act of 1973, the age Discrimination Act of 1975, and the Americans with Disabilities Act of 1990, Herguan University does not discriminate in its educational programs, employment, or any other activities on the basis of race, sex, color, national origin, ancestry, religion, creed or disability.

Students may complain of any action that they believe discriminates against them on the grounds of race, color, national origin, religion, sex, sexual orientation, disability or age. For more information and procedures, please contact the Dean of Academic Affairs.

## Grievance Procedures

The HGU has designed the following Grievance Protocol so that appropriate and fair channels exist for students to address their concerns regarding the HGU policies, procedures, working conditions, supervisory discipline, dismissal, or other actions. The HGU Grievance Procedures provide students with a fair, impartial method for presenting and resolving a grievance as soon as possible at the lowest possible level. No retaliation or reprisals will be taken because a student has initiated the grievance process.

The Grievance Policy and Procedures are as follows:

The student attempts to resolve the grievance by discussing it with the instructional or administrative staff member involved within ten (10) working days from the date of the event, which led to the grievance. The instructor or administration will have ten- (10) working days in which to provide the student with a response.

If the grievance is not satisfactorily resolved, the original grievance should be presented in writing to the Dean of Academic Affairs. The material submitted must include the following: a historical account of the grievance, the specific policy, procedure, agreement or law alleged to have been violated; any relevant supporting documentation the desired resolution.

The Dean of Academic Affairs may invite the student and the instructor or administrative staff involved to an informal conference. If a mutually agreeable solution is not achieved, the Dean of Academic Affairs must convene the Grievance Committee within ten (10) working days.

The Grievance Committee consists of: two (2) faculty members; one chosen by the President and one chosen by the faculty two (2) student representatives chosen by the student body Three (3) administrative staff chosen by the Dean of Academic Affairs and the Director of Administrative Affairs.

The committee elects a chairperson. The individual against whom the grievance was made will be notified within ten (10) days by the chairperson to provide the following information to the Grievance Committee: a written response to each issue raised in the written grievance received including all supporting documentation concerning the written grievance received.

The Chair of the Grievance Committee will set a date and a time for a hearing and the student and individual against whom the grievance was made will be notified in writing about the hearing. The Committee will seek to obtain all relevant and reliable evidence pertaining to the grievance before convening, to assure that the hearing is conducted in a complete and unbiased manner consistent with the grievance policies and procedures.

Both parties are entitled to call witnesses. After the hearing, the Committee will present its findings and recommendations, in writing, for a satisfactory resolution to the President. The President will have fifteen-(15) working days in which to provide all concerned parties with a decision in writing. By initiating this procedure, it is agreed by the HGU Administration and the parties involved that the decision of the President will be binding and final. If the Grievance is about the President, the student's written appeal is to go to the Board Chairman for consideration.

Failure by the student to comply with time limits and procedures set forth in the notification may result in the withdrawal and/or waiver of grievance. The time limits and provisions set forth in this section may be extended or waived by a mutual written agreement of both parties. In the event that a student is unable to contact the appropriate individual(s), he/she may extend the grievance by providing written notice to the administration within the applicable time limitations.

*If a student is not satisfied that the program has adhered to its policy or has been fair in its handling of the complaint, the student may contact the*

23

SEVP_003593

Bureau for Private Postsecondary Education(BPPE) at:

Bureau for Private Postsecondary Education
P.O. Box 980818
West Sacramento, CA 95798-0818

Physical Address:
Bureau for Private Postsecondary Education
1625 North Market Blvd., Suite S-202
Sacramento, CA 95834
Phone: (916) 574-7720
Toll Free: (888) 370-7589

Web site: www.bppe.ca.gov
E-mail: bppve@dca.ca.gov

*This Catalog outlines curriculum requirements, faculty information, course descriptions and policies as per the effective date of issuance. The materials presented here constitute the rules and regulations of the University, and are intended to be accurate, complete, and binding. However, the University reserves the right to update or change any or all of these regulations to meet with any and all of the above accreditation subjects and the University's changing conditions. In such event, written notice will be given, and such notice will form an addendum to the Catalog. All information in this University Catalog is current and correct and is so certified as true by the President of this institution at the time of publication.*

# Chapter Five – Student Services

## University Orientation

All new students are required to attend the new student orientation workshop offered before the beginning of each semester. Location, work assignment, type of class or any other circumstances are not viable reasons for not attending the orientation. On the Orientation Day, orientation packages are distributed to the new students; administrative staff members and representatives from the faculty and the student body welcome the new students; both presentations and hands-on workshops are conducted to inform and to make a connection. The new students are informed of the staff's duties in order to receive proper administrative services, the facility and learning resources information to prepare them for classes, and important policies to stay focused on their academic objectives. Hands-on workshops may also be conducted to teach the new students how to use the University computer networks system, how to properly set up their accounts for printing services, how to access the university library online system to find library collection information. New students who have not registered in classes also receive academic advising and register for classes on the same day. International students are also provided a health insurance plan and information on particular regulations they must observe in compliance with the Federal regulations for international students. Those required taking an English placement test but could not take it on an earlier scheduled dates may take it on the orientation day. All HGU students are welcome to attend the orientation to welcome the new students and receive current university information.

## Student Health, Safety, and Housing

All International students are required to have their own health insurance coverage for the USA. HGU will assist students in contacting appropriate insurance companies. HGU does not offer on-campus housing. The city of Sunnyvale and the neighboring communities of Santa Clara, Cupertino and Mountain View have extensive rental apartments and housing in all price ranges. The University is also within commuting distance from a number of other residential communities including Los Altos, Saratoga, Campbell, San Jose, Milpitas and Fremont.

HGU is not responsible for ultimately locating or providing housing for its students. HGU has a bulletin board for student use to communicate opportunities for shared housing or for other community and professional listings. The Student Services Office is available to make suggestions and help with resources to find housing, but it is the responsibility of the student to find acceptable housing within their own circumstances and needs.

## Academic Counseling

The academic advisor and other designated administrative officers provide academic counseling to students. All students are strongly encouraged to

SEVP_003594