## Compliance Site Visit

Date: 11/12/10

Time of arrival on campus: 5:30 PM

ICE SEVP Official Conducting Interview: Jason Kanno

SEVP Official: Jessica Miranda

SEVP Official: Ken Summers

SEVP Official: _____

ICE Official: Dale (SAC agent)

ICE Official: Jason (SAC agent)

### A. School Information

School name and campus location: Herguan University, Sunnyvale, CA

School Code: SFR214F62918000

Name and official title of the school official interviewed: Jerry Wang

Is this person a P/DSO? [ ] No, [X] Yes, for how long? since 2008

### B. Interview of school official

General information

1. Has your school ever operated under a different name within the last 10 years [X] No, [ ] Yes, name and dates of operation under this name
   _____

2. Is this the only campus on which your school offers classes to F-1 and/or M-1 non-immigrant students? (if no, what is the address of the other location, what is taught at that location, is the institution issuing I-20s to students to attend class at that location)
   Y
   _____

3. What is the name of your institution's owner?
   Ying Wang

1

JW-01146

4. How long has your school been in operation under this owner?
   since 2005

5. Is the owner a P/DSO? NO

6. Has any of the current staff ever served as a DSO at another school? If yes, please list the individual and school name:
   Jerry Wong → University of East West Medicine

7. Have you and/or all DSOs reviewed the SEVP online resources?
   YES

8. Have you and/or all DSOs taken the DSO web-based training [ ] No [X] Yes? "I think so"

9. Would you like our team to provide you with information for accessing the ICE/SEVP website and P/DSO training?

10. How many teachers do you currently have on staff full-time (see RFE on the last page requesting a roster of instructors and their employment status)?
    3    Part-time? 12

11. What qualifications must a teacher possess in order to gain employment?
    -qualified for Master's Program
    "about 51% of instructors have Doctorate degrees/Ph.D."

2

JW-01147

Record keeping

1. What is the name of the school official responsible for upkeep of student records?
   Jerry Wang

2. How long has he/she been in this position? since 2008

3. Is this person responsible only for international students or for the entire student body?
   entire student body

4. Where are student records kept? Is it a locked cabinet/office?
   in registrar's office, locked, fireproof cabinet

Student body and issuance of Form I-20

1. Approximately, how many students make up your total student body this term?
   400 (about)

2. How does your school recruit students and who is responsible for this task?
   - advertising (websites, Facebook, etc.)
   - word

3. What is the approximate percentage of F-1 and/or M-1 non-immigrant students to the total student body?
   85% of student body is international

3

JW-01148