4. Is the recruitment process different for category F-1 or M-1 non-immigrant students? [X] No, [ ] Yes, how does it differ?

_____
_____
_____

5. Is there a fee associated with your institution issuing an I-20 to a student? If so, what is that fee and what are the costs for?

NO
_____
_____

6. What information does your institution collect/review before issuing an I-20 to a student?

- application
- degree
- bank statement (must have $1500. in account)
- visa/passport copies

7. Does your school offer studies to F-1 non-immigrants, M-1 non-immigrants, or both?

F-1 only

8. What areas of study are F-1 non-immigrant students issued Forms I-20 to participate in? M-1?

- acupuncture (Masters)
- oriental medicine (Masters)
- Masters - Health
- MBA

_____
_____
_____

4

Full course of study

1. How long is a term?
   15 weeks/trimester

2. How do classroom instructors monitor attendance?
   attendance sheet that students sign

3. How does the school administration monitor attendance, and how frequently?
   Faculty turns in attendance sheet each class

4. For your institution, how many credit hours or clock hours must a student participate in to be considered engaged in a full course of study?
   9 units — full academic standing

5. How long must a student attend class before being allowed to take a break? How long is a break?
   2 terms before break

6. Do students participate in field trips? [ ] No [ ] Yes How often?
   "not often"; once or twice a year

7. Are the hours spent on field trips considered regular class time? [X] No, [ ] Yes

8. What action does the institution take if the student is not attending classes regularly and has not been authorized to drop below a full course of study? (if a letter is issued get a copy of all versions of the letter)
   - student will receive "F"
   - Academic Probation for 1 term "unless the students have conversation w/ academic advisor"
   - terminated

5

9. Under what circumstances are students permitted to extend a course of study and how does a student make this request?

   "students can request to take more classes to enrich their knowledge"

10. What is the maximum number of times your institution will authorize an extension?

    1 yr

Monitor of academic progress

1. How does your school ensure a student is progressing within his course of study?

   Faculty monitors & academic advisor "looks @ grades"

2. What action does your institution take if a student is not making academic progress (Probation? Warnings? How many? How often? If official notification request an example) If a student is permitted to repeat a course, how many times may s/he repeat a given class?

   "international students more tough than domestic students"

Student Transfers

1. When a student is requesting to transfer to your school, what steps do you take?

   -all admissions documents must be submitted, plus transfer form

6

JW-01151