2. If a student was not maintaining lawful status at his/her previous school what actions do you take?

   "talk to other school because situations vary"

### Practical Training
### OPT/CPT

1. Does your institution offer curricular or post-completion (optional) practical training? ☒ Yes ☐ No  If yes, ☒ CPT ☒ OPT

   (If NO, complete interview)

2. If yes, please explain the how a student gains authorization for practical training

   ~~do not take money that~~

   "majority of courses are practicums & internships"

   If CPT, continue to Question 3
   If OPT, continue to Question 6

3. What are the eligibility requirements for a student to apply for CPT?

4. Is this CPT a requirement for graduation? __NO__

5. What are the CPT requirements? Example: How often? How long? Are the internships/CPT considered labs or classroom instruction hours?

   - CPT is course required for hands-on experience
   - each course is about 95 hrs of instruction time

(If no OPT, complete interview)

7

JW-01152

6. What are the eligibility requirements for OPT?

   student must graduate → most students
   - employment letter

7. How does a student find a OPT employer?

   - many of them search on their own
   - consulting agencies around the school
   - arrange for employers to come to school

8. Does the school enjoy a business relationship with the employer (if yes, explain)?

   NO

Final

1. Do you have any additional information you would like to share?

Additional SEVP notes

- online classes: at least 2 on-campus classes & then they can take online classes
- practicum class: students have to find an employer, 3 units for each practicum
- Ms. Wang does all work in SEVIS & is also DSO @ East West Medicine
- never hold classes for Herguan @ campus for East-West Medicine
- "South Bay, Monterey Bay" Lincoln University, San Francisco State, Argosy University
- students transfer to SVU & NPU
- students "rarely get paid"

8

JW-01153

Campus Tour

Look into every room on campus: annotate what the tour guide advises each room is used for by its room number. In each room provide a brief description of the configuration to include the number of chairs/desks, computers, instructors, and students present (and what those students are doing). Take a picture of each room – do not capture pictures of any faces – the pictures should attempt to show the room's number and the interior of the room.

| Room number, or other room identifier | What is this room said to be used for? | Number of desks and/or chairs | Number of computer | Number of students and what are they doing? | Number of teachers in the |
|---|---|---|---|---|---|
| 20-F | class | 5 tables 7 chairs | 0 | 5 - class (acupuncture) | 1 |
| 101 | class | 28 | 1 | 0 | 0 |
| ↳ there is supposed to be a east marketing class in this room at this time, teacher said is on the premises & said he cancelled class because he is sick, said he is usually has 4-7 students in class & 20-30 online ||||||
| 102 | Academic office | 3 tables 4 chairs | 0 | some personal | |
| 102 | Class | | | | → |

→ East-West students borrowing the classroom

9

JW-01154