If the institution has a low number of students on campus at the time of inspection list the reasons the school official gives for the low attendance (if a field trip request location of trip, how it relates to the course of study, did the school place the field trip on an official calendar or flier soliciting participants [get a copy] and the number of students that participated)

_____

_____

_____

Draw a map of the campus

10

JW-01155

<u>After visit notes</u>

2. According to the school calendar, what times were classes supposed to have been in session on the day of your visit?
   _____

3. According to SEVIS, how many students were in Active status at the time of your visit?
   _____

4. According to the notes taken regarding campus size(s), is the manner in which the school is configured ample to educate the number of students in an active status in a full course of study based on the calendar received at the time of visit?
   [ ] No  [ ] Yes

11

Office of Investigations

U.S. Department of Homeland Security
Potomac Center North
500 12th Street SW
Washington, DC 20536



**U.S. Immigration and Customs Enforcement**

Request for Evidence

Please provide the School Certification Branch with the following documentation:

- a copy of your institution's most current catalog
- a copy of your institution's most current school map (if not a part of the school catalog)
- a copy of your institution's teaching staff roster (if not a part of the school catalog). Please indicate which instructors are full or part time
- a copy of attendance records for three different classes held on campus within the last two weeks – note: one of said attendance rosters must be from a course that was taught on the date of SEVP's visit.
- a copy of your institution's attendance and/or academic warning letter(s)
- Additional items:

It is noted that, if you are unable to provide these documents via hand delivery on the date of service of this notice, you are afforded thirty (30) days from the date of service in which to respond. If it is necessary for you to mail any part of this request to SEVP, please forward documents to: Student and Exchange Visitor Program, Attn: , SEVP MS 5600, DHS/ICE, 500 12th Street, SW., Washington, DC 20598-5600.

Thank you,

SEVP
Signed by:

Designated School Official:
I acknowledge receipt of this request for evidence. I additionally acknowledge that if my institution is unable to provide documents requested on this notice that I am afforded a 30 day time period, from the date of this service, in which to respond (as afforded under 8 CFR 103.5(b))

_____   _____
Signed                            Date

_____   _____
Print name                        Title
(SEVP FILE COPY)

12