Office of Investigations

U.S. Department of Homeland Security
Potomac Center North
500 12th Street SW
Washington, DC 20536



U.S. Immigration and Customs Enforcement

Request for Evidence

Please provide the School Certification Branch with the following documentation:

- a copy of your institution's most current catalog
- a copy of your institution's most current school map (if not a part of the school catalog)
- a copy of your institution's teaching staff roster (if not a part of the school catalog). Please indicate which instructors are full or part time
- a copy of attendance records for three different classes held on campus within the last two weeks – note: one of said attendance rosters must be from a course that was taught on the date of SEVP's visit.
- a copy of your institution's attendance and/or academic warning letter(s)
- Additional items:

It is noted that, if you are unable to provide these documents via hand delivery on the date of service of this notice, you are afforded thirty (30) days from the date of service in which to respond. If it is necessary for you to mail any part of this request to SEVP, please forward documents to: Student and Exchange Visitor Program, Attn: , SEVP MS 5600, DHS/ICE, 500 12th Street, SW,; Washington, DC 20598-5600.

Thank you,


SEVP
Signed by:



Served by SEVP via hand delivery on _____
                                              (date)

13

JW-01158

# Herguan University — 6:08 arrival

- 8 cars in parking lot + 1 at the time of arrival
- ~~400~~ "...I say about 400 students [this term]"
- 85% international students
- "Accupuncture," "Oriental medicine, MBA, CSW"
- "Students have to sign up on the attendance sheet"
- Offer on-line classes, students have to take 2 on campus classes & may then take 1 on-line classes
- Supervising internships - "The practicum classes. The students have to find an employer & the employer acts as the supervisor on that class." 3 unit class
- Could participate on those classes out of state — Interestingly, the student participating in practicum out of state must be participating in 6 additional units on campus. He back-pedaled w/ questioning saying "I mean in-city not out of state" questioning if OPT had the same in-city requirement he said "They don't have to be in-state either"

JW-01159

- Serves as a DSO @ East-West & Herguan
- Says never hold Herguan classes on the East-West medicine campus
- Practicum ... "they are giving this project to this student." Are they paid "... most of them No... Some are paid"
→ how many on practicum? OPT? CPT?
- On-line course is a simulcast of a live class "... I think when they take an exam, then there is a camera."
- asked if simulcast classes can be considered in-class time rather than online course.
- Time spent on practicum is considered CPT
- Instructor takes attendance but turns it in at the end of the term
- Faculty is responsible for reviewing attendance

JW-01160