

# HERGUAN UNIVERSITY

December 16, 2010

Student and Exchange Visitor Program
Attn: Jason Kanno
SEVP MS 5600, DHS/ICE
500 12th Street, SW
Washington, DC 20598-5600

      RE:    Herguan University
               Response to SEVP Request for Evidence served on November 17, 2010

Dear Mr. Kanno:

      This is the response of Herguan University (HGU) to the Request for Evidence you served by hand delivery on November 17, 2010.

      HGU is a rising university in its early years of formation. After struggling with inadequate facilities in a rented building, the HGU owners recently invested around $9 million to purchase and now renovate a building for its administration and classrooms. As you must have witnessed during the site visit, the renovation is ongoing at this time. It is scheduled for completion in early 2011. Upon completion of the project, the building will house both HGU and its sister institution, the University of East-West Medicine (UEWM) which is currently housed at 970 W. El Camino Real, Sunnyvale, CA. HGU and UEWM will co-locate in this building and the new classroom space will be scheduled for both institutions to share each semester. During the site visit, you probably saw temporary paper signs directing a limited number of UEWM students to their assigned temporary classrooms in what has been the HGU building.

      We had planned that the renovation would be started and completed over the summer before the Fall 2010 semester which started after Labor Day. But we had problems with the construction contractor and ultimately the contractor had to be replaced. The new contractor got started in October 2010. We had to come up with a plan to continue with our classes during the construction, which was challenging. We had hundreds of enrolled students who were relying on our academic programming for the Fall 2010 semester and we were committed to fulfilling their educational needs despite our construction delays. The construction is on track to be completed by January 2011.

      After the renovation, the classrooms will hold up to 457 students at any given time, distributed between one classroom on the first floor and 13 classrooms on the second floor. In the meantime, HGU has been experiencing building use challenges for the Fall 2010 semester, as you must have seen during your visit. During the renovations, HGU allowed students to enroll in simultaneous broadcasting classes for the Fall 2010 semester, which caused significant educational challenges and SEVIS compliance issues during this semester. As a direct result of

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_005022



# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 2 of 15.

RECEIVED BY SEVP

DEC 1 0 2010

SCHOOL CERTIFICATION BRANCH

SEVP's site visit, these issues are being addressed and corrected as you will see further in this response. We are attaching as **Exhibit A** a letter from the President of HGU, Dr. Ying Qiu Wang, Ph.D, L.Ac, MD (China), summarizing the current state of the institution and its optimistic future, and inviting you to return to campus to monitor our progress.

We hope you and perhaps other colleagues at SEVP will agree to meet with us at your D.C. office in January so we can update you on our continuing efforts to address your concerns. We will have more to report to you in January. We would appreciate the opportunity to meet with you again to discuss how HGU's program, goals and practices are complying with SEVP requirements.

<u>HGU Is An Emerging And Dynamic University, Educating A Thriving Student Population and A Bright Future, Dependent Upon Continuing SEVP Approval To Obtain Accreditation</u>

We understand that SEVP must be satisfied that HGU is a bona fide university educating graduate students and granting legitimate masters degrees in business administration (MBA), electrical engineering (MSEE), Traditional Chinese Medicine (MSTCM) and computer science (MSCS). We utilize practitioners from Silicon Valley to deliver high quality professional education to our students. We are actively pursuing accreditation, which takes time and a track record of graduating students, we cannot attract U.S. students until we are accredited. We are proud of HGU and we look forward to a bright future as the institution matures. I trust the information in this Response will address your concerns and shed light on HGU's status and operations.

We acknowledge that there are issues with our SEVIS operations and we are taking immediate steps to address them for next semester. We are in a difficult period this semester, with a $9 million renovation underway to provide classroom facilities for our students, the accreditation process moving ahead since 2008 and on track for accreditation by 2012, and with very low tuition (approximately $2,655 per semester) to attract students before we are accredited, and compliance requirements for the international student population that is willing to attend a school while it applies for accreditation. We are in the Catch 22 situation faced by all newly established schools, because we have to educate and graduate students in order to qualify for accreditation, but we struggle to attract U.S. students until we are accredited because federal financial aid only is available for attendance at accredited institutions.

We ask your consideration and assistance in working with us over the coming months to monitor our F-1 program compliance and our continuing progress as an institution, and to allow

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org



HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 3 of 15.

RECEIVED BY SEVP
DEC 1 0 2010
SCHOOL CERTIFICATION BRANCH

us to get through this difficult period. Our ability to survive as an institution depends on accreditation, which depends on educating and graduating a primarily international student body until we are accredited, which depends upon our status as an SEVP Approved School. If we were to lose SEVP Approval, we would have to close the school, lay-off around 40 members of the staff and faculty, end the accreditation effort 2 years into the process, and give up the founders' dream of creating a new university in the United States to educate students for careers in the United States and abroad.

HGU's Credit Are Accepted For Transfer To Other Academic Institutions

The fact that HGU's credits are accepted for transfer at other academic institutions is a critical indicator of HGU's academic performance. HGU is aware that our students routinely transfer to other institutions and receive credit for courses completed at HGU, but obtaining transcripts from students who transferred out and no longer are enrolled at HGU is challenging from a practical perspective. We are attaching as **Exhibit B** three transcripts of transfer students showing acceptance of credits from HGU for degree programs at Northwestern Polytechnic University (NPU) and Silicon Valley University (SVU). According to SEVP's list of authorized schools dated December 6, 2010, NPU and SVU have been approved F-1 sponsoring institutions since January 7, 2004 and June 16, 2004, respectively.

We plan to submit additional transcripts from other accredited institutions over the next few weeks, as they have been requested but not received. You can see many students on SEVIS transferring from HGU to accredited institutions. Those students are receiving credit for HGU classes at those accredited institutions. We are seeking transcripts from those students to prove to you that HGU credit is accepted at accredited institutions, but this presents practical difficulties because those students no longer are part of our campus community.

When HGU first started, some of our students transferred to our competitor institutions. Seeing HGU as a source of new transfer students, those institutions were happy to enter into articulation agreements with HGU. We are attaching as **Exhibit C** a copy of a 2008 articulation agreement with California State University Monterey Bay. We submitted other articulation agreements to SEVP in 2008 and we are unable to locate additional copies to respond to this Request for Evidence. Now that we are a thriving institution and receive incoming transfer students from our competitor institutions, the same institutions are not willing to enter into articulation agreements with HGU or even to confirm in writing that they accept our credits when students transfer, even though they do accept our credits for transfer. Many of the nearby schools heard that we had an SEVP site visit within a few days after you arrived on November 17, and

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_005024