

# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 4 of 15.

RECEIVED BY SEVP

DEC 1 0 2010

SCHOOL CERTIFICATION BRANCH

they see this as an opportunity to eliminate HGU as a competitor. I have requested articulation agreements with other institutions for the past month and my requests have been denied.

As stated above, HGU students routinely transfer to other institutions and receive credit for courses completed at HGU. See **Exhibit B** (three transcripts of transfer students showing acceptance of credits from HGU for degree programs at NPU and SVU). We have requested additional such transcripts and we will continue to collect transcripts and send them to you as a follow-up.

Please note that when our students or prospective student contact other institutions where HGU students have transferred, to inquire whether HGU credits are accepted for transfer, the other institutions confirm that yes, they accept HGU credits.

### HGU Graduates Are Successfully Placed With U.S. Employers

The fact that HGU graduates are hired by U.S. employers is another critical indicator of HGU's academic performance. As part of the ACICS accreditation process, this year HGU surveyed employers of its graduates to gauge employer satisfaction with their education at HGU. We are attaching as **Exhibit D** copies of surveys completed in 2010 by respondent companies that hired our recent graduates of HGU, indicating that they would hire HGU graduates again.

We are attaching as **Exhibit E** copies of letters from employers of HGU students confirming that their education meets and even exceeds the expectations of U.S. employers.

### HGU's Board of Directors Consists of Business and Academic Leaders From Outside HGU

HGU's Board of Directors is a group of California professionals from outside the HGU administration. The Board includes the CEO of EnColl, a biotech company in Fremont, CA which holds several U.S. patents, www.encoll.com; the retired Dean of Student Services at San José/Evergreen Community College District, www.sjeccd.edu, consisting of Evergreen Valley College and San Jose City College which, according to the December 6, 2010 list of SEVP Approved Schools, have been approved by SEVP since January 27, 2003 and March 25, 2003, respectively; and a Senior Vice President of the Far East National Bank in Cupertino, CA, which was founded in 1974 as the first federally chartered Asian American bank in the United States and is a wholly-owned subsidiary of Taiwan's Bank SinoPac (a member of SinoPac Holdings). We are attaching a listing of HGU's Board of Directors and their professional affiliations as **Exhibit F**. These are the types of directors that an aspiring institution should try to attract, to

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org



# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 5 of 15.

RECEIVED BY SEVP

DEC 1 0 2010

SCHOOL CERTIFICATION BRANCH

take advantage of business and academic expertise and to develop connection in the local business community.

## HGU Is A Respected Educational Institution In Our Local Community

HGU has been recognized in our local community for providing quality education and training highly technical professionals. We are attaching as **Exhibit G** copies of commendations from The Honorable Judy Chu, PhD, U.S. Congressmember, 32nd Congressional District; Kansen Chu, Councilmember, City of San José, California; Mark Church, Member, Board of Supervisors, San Mateo County, California; and The Silicon Valley Chinese American Computer & Commerce Association. Each of these parties recognizes that HGU is a bona fide educational institution working to make a difference.

## HGU Commenced the Three-Year Accreditation Process Since In 2008

From its inception in 2005, HGU's President, Board of Directors and Faculty have insisted that the institution pursue accreditation as quickly as possible. HGU has been seeking accreditation by the Accrediting Council of Independent Colleges and Schools (ACICS), www.acics.org, since 2008. All accrediting organizations approved by the U.S. Secretary of Education require new schools to educate and grant degrees to students before the accreditation process can even begin. So new schools must start out with brave students willing to "go out on a limb" and not only try the new school but actually graduate before the school can even begin the accreditation process. HGU met this requirement by 2008, having graduated MBA, MSEE, MSTCM and MSCS students, and started the accreditation process that year.

It takes approximately three years to complete all steps in the accreditation process. HGU is on track to achieve ACICS accreditation in the winter of 2011/2012. We are attaching as **Exhibit H** a timeline of HGU's accreditation process with ACICS from its inception in June 2008 to present. The next ACICS Resource Visit, tentatively planned for February or March 2011, cannot be scheduled until the remodel is completed and staff and students are completely settled-in to the renovated $9 million facility.

Please contact Joseph Gurubatham, PhD at ACICS to confirm the status of the ACICS accreditation process for HGU (Joseph Gurubatham, jgurubatham@acics.org, tel. 202.336.6797). See Dr. Gurubatham's contact information in **Exhibit H** (accreditation timeline).

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_005026

# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 6 of 15.

RECEIVED BY SEVP

DEC 1 0 2010

SCHOOL CERTIFICATION BRANCH

## HGU Is Actively Seeking Approval From The New California Regulatory Agency

Meanwhile, a new California state approval system for private postsecondary education took effect for 2010. The Private Postsecondary Education Act of 2009 took effect on January 1, 2010, establishing the Bureau for Private Postsecondary Education (BPPE) within the California Department of Consumer Affairs. The BPPE web site is at http://www.bppe.ca.gov/. As of January 1, 2010, private postsecondary schools operating in California fall under the jurisdiction of the BPPE. BPPE's predecessor agency (the California Bureau for Private Postsecondary and Vocational Education, subsequently eliminated and ultimately replaced by BPPE) had approved HGU. We are attaching as **Exhibit I** a copy of the State of California's initial Institutional Approval of HGU in 2007.

HGU is actively seeking continued approval by the new state regulatory agency, BPPE. We are attaching as **Exhibit J** a copy of an email from Jennifer Juarez at BPPE confirming that BPPE is processing HGU's Change of Educational Objective application filed in June 2010 and BPPE has a backlog of applications of approximately 120 days (Dr. Gurubatham at ACICS is included in the email exchange). Please contact Ms. Juarez at BPPE to confirm the status of the state approval process for HGU (Jennifer Juarez, jennifer.juarez@dca.ca.gov, tel. (916)431, 6920). See Ms. Juarez's contact information in **Exhibit J (email exchange)**.

## Pending Accreditation, HGU Attracts Only International Students

In the meantime, there is no good reason for a U.S. student to attend an institution of higher education in the United States until it becomes an accredited institution. U.S. students can't qualify for federal financial aid or student loans to attend unaccredited institutions.

Since all schools have to attract and retain students and ultimately grant degrees as a pre-condition of starting the accreditation process, new schools have difficulty completing in an arena where there are schools that are already branded (known), accredited and with established reputations. New schools must accept students with lower GPAs, perhaps without GMAT or GRE scores, and charge lower tuition than accredited schools. HGU's tuition of approximately $2,655 per semester is affordable. New schools like HGU may attract international students who are eager for a U.S. educational experience and are not eligible for U.S. education aid so accreditation is not a major issue for them but affordable tuition is very attractive. Apparently students in India are particularly open to the concept of attending an affordable nonaccredited school, as HGU attracts students mainly from India. HGU expects to be an accredited institution

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408 746-1111
www.herguanuniversity.org • e mail: info@herguanuniversity.org

SEVP_005027