

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 7 of 15.

RECEIVED BY SEVP
DEC 1 0 2010
SCHOOL CERTIFICATION BRANCH

by 2012 (see accreditation timeline, attached as **Exhibit H**) and attract U.S. students, but in the meantime they are content to enroll students from India or other countries until HGU is accredited.

HGU's Student Population And Attendance Requirements

As of December 8, 2010, HGU had a total of 984 students enrolled, all international students in SEVIS. Each of the students is engaged in a full course of study as follows:

| Student Status – Fall 2010 | Number of Students |
|---|---|
| Post-completion Optional Practical Training (OPT) | 352 |
| Curricular Practical training (CPT) for Practicum | 310 |
| Classroom studies at HGU | 204 |
| Break (HGU students may take one semester off for a break after completing at least 2 semesters) | 118 |
| TOTAL: | 984 |

HGU students are required to take at least 3 courses (9 credits) to maintain a full course of study. HGU's attendance policy allows only 3 absences from any particular course. HGU faculty or Teacher's Assistants (TAs) take attendance at each class. We are attaching as **Exhibit K** attendance records from one of the classes in session on the day of the SEVP site visit, CS552 Software Quality Assurance Fall 2010.

Like Many Universities, HGU Utilizes Simultaneous Broadcast

Simultaneous broadcasting is a cutting-edge approach for delivering classroom education. Simultaneous broadcasting of classroom sessions uses videoconferencing technology and allows students to fully participate in a classroom setting without actually sitting in the classroom, just as businesses employ technology to conduct group meetings without all the participants sitting in the same room together.

HGU has employed simultaneous broadcasting for several years, allowing its F-1 student population to take one course each semester by simultaneous broadcasting while maintaining a

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408-746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org



# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 8 of 15.

RECEIVED BY SEVP
DEC 10 2010
SCHOOL CERTIFICATION BRANCH

full course of study through taking two classroom courses (6 credits) or participating in curricular practical training.

To enforce attendance requirements for students attending by simultaneous broadcast, our policy provides that professors should take attendance and then during the class, direct questions to the students who are attending in person from outside the classroom. If a student doesn't respond to the professor's questions during class, the student is to be marked absent. Students with three absences in a particular class do not receive course credit under the HGU attendance policy.

To cope with the building renovation during the Fall 2010 semester without disrupting its students' programs of study, HGU looked to current technology and offered all of its courses by simultaneous broadcast for the Fall 2010 semester only to allow the renovation to proceed without the building use pressures of the full student population. During the site visit on November 17, 2010 you observed classrooms with minimal attendance in a building under renovation, but you may not have observed that the classes were being simultaneously broadcast and students were participating in the class in real time from their computers. We tracked the real-time attendance of students in classes that were simultaneously broadcast. We are attaching as **Exhibit L** copies of our log-in records showing students logged-in to our simultaneous broadcast system to attend the following classes in real time, with the professors, on specific dates in November 2010: Computer Science 552, Computer Science 508, Computer Science 508A, and Marketing 602.

In theory, simultaneous broadcasting of classes is an excellent solution for an institution undergoing renovation, with appropriate safeguards to ensure attendance and participation by students. However, HGU's simultaneous broadcasting for the Fall 2010 semester raised a variety of challenges that HGU was not adequately prepared to address:

A.  Foremost on the list of challenges is the fact that all of HGU's students are in F-1 status and SEVP considers simultaneous broadcasting to be "online education" for which only one course can be counted toward the full course of study requirement to maintain F-1 status.

B.  Another major challenge was that enrollment soared for Fall 2010 semester, rising from about 200 students (not including students on post-completion OPT and semester break) for Summer 2010 to about 500 students (not including those on post-completion OPT and semester break) for Fall 2010. HGU believes this

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408-481-9988 • Fax: 408 746-1111
www.herguanuniversity.org • e-mail: info@herguanuniversity.org

SEVP_005029


# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 9 of 15.

RECEIVED BY SEVP
DEC 1 0 2010
SCHOOL CERTIFICATION BRANCH

increase was caused at least in part if not entirely by the fact that students could attend and participate in classes by simultaneous broadcasting. HGU received inbound transfers of about 200 F-1 students from other SEVP Approved Schools for Fall 2010. This unexpected influx of students for Fall 2010 caused unforeseen administrative challenges that were not adequately managed by HGU's administration.

C. HGU adopted safeguards to ensure attendance and participation in class but we learned that the safeguards were not adequate for the purpose. Students were not required to be on campus for a laboratory component or personal meetings with professors on a frequent basis to ensure they were engaged on campus full time. Professors or TAs took attendance but they did not necessarily direct questions to students attending from off-site during the class or mark students absent if they didn't respond to the questions. Students were not consistently required to participate in each class verbally or by submitting a question as a condition of being marked present even though the technology was available to allow this. In short, HGU's best intentions were not translated into sufficient action in the classrooms to ensure that our students each were fully engaged in a full course of study on campus during the simultaneous broadcasting semester.

D. Many students (310) were enrolled in CPT programs with employers in the United States for Practicum experience. The Practicum plus a simultaneous broadcast course constitutes a full course of study. These students were required to be in the United States to be engaged in U.S. business, professional and cultural activities and engaged in face to face activities daily during the weekday with their instructors and worksite supervisors.

As a direct result of the SEVP site visit in November 2010, HGU returned immediately to its general policy of allowing F-1 students to attend only one course through simultaneous broadcasting of classes as part of the required full course of study. Students who are not engaged in Practicum for their full course of study have been recalled to campus to attend at least two of their three required classes in person rather than by simultaneous broadcast. We are terminating students in SEVIS if they did not return to campus to attend classes as directed. We are attaching as **Exhibit M** a copy of the letter sent to all students on November 29, 2010 notifying them that the simultaneous broadcasting of courses was no longer acceptable for a full course of study for the Fall 2010 semester and that effective immediately, students taking three academic courses would have to report to class in person for at least two of those courses to fulfill HGU's

[address line illegible] • [phone/fax illegible]
www.herguanuniversity.org • email: info@herguanuniversity.org

SEVP_005030