

# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 10 of 15.

RECEIVED BY SEVP
DEC 10 2010
SCHOOL CERTIFICATION BRANCH

attendance requirements to receive academic credit and maintain a full course of study, in keeping with HGU's general policy. This causes building use challenges during our renovation, but we now understand that our decision to allow students to maintain a full course of study through attending by simultaneous broadcast for the Fall 2010 semester was a bad idea and we have ended that.

<u>Arguably, Simultaneous Broadcasting With Appropriate Safeguards Should Not Be Considered "Online" Education for F-1 Compliance</u>

Simultaneous broadcast of classroom is not "online education." In a simultaneous broadcasting situation, the class convenes together at the appointed time and the professor and students interact among each other in real time during the class period as if they were sitting in the same room together. Simultaneous broadcasting of classroom education is an emerging trend in higher education and is accepted as comparable to classroom participation, not "online" education. In contrast, online education involves content posted online for students to access, study and complete at their convenience, without classroom interaction.

We respectfully submit that with appropriate safeguards for attendance, participation and campus engagement, and CPT to fully respect and enforce SEVP's requirements for physical presence on campus for a full course of study, simultaneous broadcasting of classes is a suitable replacement for traditional classroom education and should be approved by SEVP as classroom education, not online education. Appropriate safeguards would include a strict attendance and participation requirements for the classes during each class period, a laboratory component on campus at least once a week for each course or the professor going out the worksite for face to face interaction with the student instead of the student coming to the campus, and subject to strict attendance requirements, to ensure that students are actively engaged in a full course of study on campus. The benefit of simultaneous broadcasting is that it relieves schools from the expense and inconvenience of maintaining "bricks and mortar" classroom facilities to accommodate the classroom demand of their entire student body. As technology advances and our economy and society are relieved of "bricks and mortar" venues for interacting in general, SEVP's requirements will need to adapt to corresponding changes in higher education. *The Chronicle of Higher Education* devotes a special section of its online edition to technology-based education, highlighting how traditional "bricks and mortar" institutions are incorporating technology-based education into their traditional courses of study and thus freeing students and faculty from the constraints of classroom presence. See http://chronicle.com/section/Online-Learning/451/2. We recommend this entire section of *The Chronicle* to you for context regarding the rising role of simultaneous broadcasting on mainstream college and university campuses in the United States.

[address/contact line illegible]

SEVP_005031



# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 11 of 15.

RECEIVED BY SEVP
DEC 10 2010
SCHOOL CERTIFICATION BRANCH

### HGU Changed Policy On Simultaneous Broadcasting and Practicum Courses Effective Immediately

Another factor we are dealing with is the expectations of our accreditor. Universities seeking initial accreditation generally are subject to more narrow requirements than established institutions. We recently were advised by our accreditor that all students need to enjoy the benefits of services available to students on campus. In response, we are making changes to our academic requirements.

A full course of study at HGU must include at least three courses for at least nine credits. In the past, HGU allowed students to take up to two Practicum courses per semester, along with one course in any other format, to maintain a full course of study. To meet the expectations of our accreditor, going forward we now require students to take at least two classroom courses on campus every semester, along with a third class that can be taken in any other format (Practicum or simultaneous broadcast).

As a result of this policy change, students are less likely to take Practicum courses beyond commuting distance from HGU. Now every student will be required to take two classroom classes on campus every semester. This is a significant change for HGU and requires us to accommodate all of our students in classrooms on campus for at least two courses every semester and probably more, starting with the Spring 2010 semester. We expect that many more students will transfer out as a result of this change in policy at HGU.

As a result of our recent policy changes, SEVIS reflects that within the last couple of weeks about 100 students were either terminated in SEVIS or transferred to other schools. By February 2011, we expect about 300 more students will either transfer to other school or will be terminated in SEVIS by HGU because they did not report to class in person.

### For All Of These Reasons, We Respectfully Request Your Consideration In Allowing Us To Correct Our Situation And Maintain Compliance With SEVP Requirements Going Forward

HGU has a great deal of promise and potential as an institution. We ask you not to cancel our I-17. HGU is not a big money maker for the founders. The founders are not getting rich from this endeavor, it represents a dream that we are working hard to bring to reality. Our tuition is very low and our expenses are quite high to purchase and renovate a campus building. The mortgage and remodeling costs are around $60,000 per month for now. Between our operating



# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 12 of 15.



RECEIVED BY SEVP
DEC 1 0 2010
SCHOOL CERTIFICATION BRANCH

costs and payroll for staff and teachers, HGU is generating very little income over expenses and this will continue for a long time. The building will not be fully paid for at least 10 years, even assuming it does not require other major investments (which we predict it will). Without SEVP Approval, we won't be able to enroll international students, and we can't attract U.S. students until we are accredited. But to become accredited we have to enroll and graduate students. SEVP Approval is critical to our ability to navigate this conundrum and survive as an institution. Without SEVP Approval, we will have to lay-off the staff and teachers, in a geographic area that already has higher than average unemployment.

So we respectfully request the following considerations from SEVP:

1. We request the opportunity to continue to submit documentation of compliance on an ongoing basis and to meet with you in January 2011 to discuss our progress.

2. We request that SEVP restore HGU to good standing in SEVIS so we can update our I-17, add on more Designated School Officials (DSOs) to assist me as PDSO to improve our systems and record-keeping and thus our compliance with F-1 requirements.

3. We request that you schedule another site visit in January 2011 or at your earliest convenience to observe the progress we are making and to see our students back on campus.

4. We request your further instructions as to additional efforts we could make at HGU to restore our good standing with SEVP.

## RESPONSE TO REQUEST FOR EVIDENCE

SEVP requested specific documentation and information, as follows:

1. <u>Copy of institution's most current catalog.</u>
   Like many college and universities, HGU's catalog is web-based and can be found in its entirety at http://www.herguanuniversity.org/form/HerguanUniversityCatalog_2010.pdf. The catalog includes course descriptions for 2008-2009, 2010 and 2011-2012, degree requirements for MBA, MSEE and MSCS degrees, registration information, the academic calendar for 2011, class schedules for 2009 – 2011, the faculty roster and faculty contact information. One of the benefits of an online catalog is that it can be updated as

395 Lawrence Expressway • Sunnyvale • CA 94085 • Tel 408-481-9700 • Fax 408-716-1111
www.herguanuniversity.org • email: info@herguanuniversity.org