

# HERGUAN UNIVERSITY

HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 13 of 15.



RECEIVED BY SEVP
DEC 1 0 2010
SCHOOL CERTIFICATION BRANCH

frequently as needed with the most current information. We are attaching as **Exhibit N** a copy of the materials printed from the online catalog as of December 14, 2010.

2. <u>Copy of institution's most recent school map (if not a part of the school catalog)</u>
HGU's new campus location, purchased within the past year and now under renovation, consists of one building at 595 Lawrence Expressway, Sunnyvale, California. We are attaching as **Exhibit O** blueprints of the building showing its new configuration as a result of the ongoing renovation, as observed during the SEVP site visit on November 17, 2010. When the renovation is completed, the first floor classroom will seat 42 students and the 13 classrooms on the second floor will seat a total of 415 students. The 14 classrooms easily will accommodate all of the students enrolled in HGU and UEWM.

3. <u>Copy of institution's teaching staff roster (if not a part of the school catalog). Please indicate which instructors are full time or part time.</u>
The teaching roster is included in of the course catalog, see item 2. We are attaching as **Exhibit P** a list of the faculty indicating which are full time and which are part-time faculty.

4. <u>Copy of attendance records for one class held on campus over 3 weeks – note: one of said attendance rosters must be from a course that was taught on the date of SEVP's visit.</u>
We are attaching as **Exhibit K** attendance records from one of the classes in session on the day of the SEVP site visit, CS552 Software Quality Assurance Fall 2010.

5. <u>Copy of institution's attendance and/or academic warning letter(s)</u>
We are attaching as **Exhibit Q** copies of HGU's attendance warning letters and academic warning letters sent to students who do not comply with HGU's attendance policy. Students who are absent from three classes in a particular course do not receive academic credit for that class and that class cannot be used to meet the requirement of at least three courses (nine credits) to maintain a full courses of study for F-1 status.

6. <u>Practicum contract</u>
We are attaching as **Exhibit R** copies of HGU's Practicum Guidelines. The HGU practicum system allows students to gain hands-on experience in their profession while earning academic credit in curricular practical training (CPT). HGU faculty work closely with the students and employers during the practicum, and students must complete quizzes as frequently as every week to verify that they are gaining the requisite substantive knowledge through the practicum experience. The Practicum system

595 Lawrence Expressway • Sunnyvale • CA 94085 • Tel: 408 恵 9523 • Fax: 1 Sal 46 1 11
www.herguanuniversity.org • contact-info@herguanuniversity.org

SEVP_005034



HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 14 of 15.

RECEIVED BY SEVP
DEC 10 2010
SCHOOL CERTIFICATION BRANCH

requires a learning plan, student journal, at least 90 hours of programming, and instructor approval of the placement; practicum placements are subject to quality control restrictions. See Practicum Guidelines, attached as **Exhibit R**.

7. Articulation Agreements

We are attaching as **Exhibit C** a copy of a 2008 articulation agreement with California State University Monterey Bay. When HGU first started, some of our students transferred to our competitor institutions. Seeing HGU as a source of new transfer students, those institutions were happy to enter into articulation agreement with HGU. We submitted other articulation agreements to SEVP in 2008 and we are unable to locate additional copies to respond to this Request for Evidence. Now that we are a thriving institution and receive incoming transfer students from our competitor institutions, the same are not willing to enter into articulation agreements with HGU or even to confirm in writing that they accept our credits when students transfer. Many of our nearby schools heard that we had an SEVP site visit within a few days after you arrived on November 17, and they see this as an opportunity to eliminate HGU as a competitor. I have requested articulation agreements with other institutions over the month and my requests have been denied. Please note that when our students or prospective student contact other institutions where HGU students have transferred, to inquire whether HGU credits are accepted for transfer, the other institutions confirm that yes, they accept HGU credits for transfer.

The fact that HGU's credits are accepted for transfer at other academic institutions is a critical indicator of HGU's academic performance. HGU is aware that its students routinely transfer to other institutions and receive credit for courses completed at HGU, but obtaining transcripts from students who transferred out and no longer are enrolled at HGU is challenging from a practical perspective. We are attaching as **Exhibit B** three transcripts of transfer students showing acceptance of credits from HGU for an degree programs at Northwestern Polytechnic University (NPU) and Silicon Valley University (SVU). According to SEVP's list of authorized schools dated December 6, 2010, NPU and SVU have been approved F-1 sponsoring institutions since January 7, 2004 and June 16, 2004, respectively.

As stated above, we will continue to submit to you additional student transcripts showing that HGU credits are accepted at competing institutions, as we receive this documentation.

[address line illegible] • Sunnyvale • CA 94087 • Tel. 408-[illegible] • Fax 408-[illegible]
www.herguanuniversity.org • [illegible]



HERGUAN UNIVERSITY
Response to SEVP RFE served November 17, 2010
Herguan University
December 16, 2010
Page 15 of 15

RECEIVED BY SEVP
DEC 1 0 2010
SCHOOL CERTIFICATION BRANCH

Thank you for your consideration of our circumstances and our efforts to deliver a high quality education and become an accredited institution while complying with SEVP requirements as an F-1 sponsoring institution. We respectfully request the opportunity to meet with you at your office in Washington, D.C. in January 2011, after you have had the opportunity to consider our Response to the Request for Evidence. Also, we invite you back to campus at any time to observe our operations and monitor our institutional progress.

Very truly yours,

HERGUAN UNIVERSITY

Jerry Wang, CEO

STATE OF CALIFORNIA
COUNTY OF Santa Clara, SS.

JERRY WANG, being duly sworn says: I am the CEO of Herguan University; I have read the foregoing Response to Request for Evidence, know the contents thereof and the same are true according to my knowledge and belief.

Jerry Wang, CEO
Herguan University

Subscribed and sworn to before me this 16th day of December, 2010.

Before me, _____
Notary Public

SEVP_005036