UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Edward J. Davila
Courtroom 4 - 5th Floor
**Criminal Minute Order**

**TIME IN COURT**: 34 mins
(2:22 -2:56 PM)

**Date:** September 14 2015
**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez

**U.S. Probation Officer:** Ben Flores
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

**CASE NUMBER**: 5:12-cr-00581-EJD
**TITLE:** USA v. Jerry Wang (NC)(P)

Government Attorney(s) present: Hartley West
Defendant Attorney(s) present: Edwin Prather

**PROCEEDINGS: Sentencing Hearing**

**ORDER AFTER HEARING:**
**Hearing held. The Court sentenced the defendant as to Count Twelve of the Superseding Indictment and committed the defendant to 12 months BOP custody, 3 years supervised release, $100 special assessment. Forfeiture allegation has been repaid prior to sentencing. The Government moved to dismiss remaining counts. The Court granted the request. Defendant shall self-surrender on November 3, 2015 by 2:00 PM.**

*Elizabeth C. Garcia*

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled – C. Escolano
CC: