**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY WANG,<br><br>     Defendant. | Case No.: CR 12-0581 EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER<br>RE SURRENDER DATE** |

On September 14, 2015, defendant Jerry Wang appeared before the Court to be sentenced on a single count of using a false document in violation of 18 U.S.C. § 1001(a)(3). The Court sentenced Mr. Wang to, *inter alia,* twelve months of incarceration, in custody of the Bureau of Prisons. The Court set Mr. Wang's self-surrender to his Bureau of Prisons designated facility, for November 3, 2015, at 2:00 pm.

As the parties and Court are aware, in July 2015, Mr. Wang enrolled in a real estate class as training for his future employment in the real estate field.  The class meets weekly and Mr. Wang recently learned that his final class and final examination will occur on November 6, 2015, three days after his current surrender date.  Mr. Wang has presented a letter from his real estate school to the government regarding this scheduling issue.

In light of the above facts, the parties jointly request and stipulate and that Mr. Wang self-surrender to his Bureau of Prisons designated facility to serve his twelve months in custody, on November 17, 2015, at 2:00 pm.

SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: October 6, 2015                            _____/s/_____

HARTLEY M.K. WEST
Assistant United States Attorney

Dated: October 6, 2015                            _____/s/_____

EDWIN PRATHER
MAX MIZONO
Attorneys for Defendant
JERRY WANG

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, as part of the sentence in this matter, Mr. Wang may self-surrender to his Bureau of Prisons designated facility, on November 17, 2015, at 2:00 pm.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. EDWARD J. DAVILA
                                        U.S. DISTRICT JUDGE