12/14/2015 09:56 PM EDT　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Version 7.1　　Page  1　　of  2

# U.S. Courts
## Case Inquiry Report
Case Num: DCAN512CR000581;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**  DCAN512CR000581　　**Case Title**  US V JERRY WANG

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY14981 | JERRY WANG | PACCT9467 | CRIMINAL BONDS TREAS REGISTRY | | 25,000.00 | 25,003.00 | 0.00 |
| 001 | PTY14981 | JERRY WANG | PACCT9467 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 25,100.00 | 25,103.00 | 0.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | | | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|---|---|
| PTY15433 | SU TONG | | | 25,000.00 | 25,003.00 | 0.00 |
| | | | | 25,000.00 | 25,003.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| CRIS | Court Registry Investment System | CRIS | 900000 | 0.00 |
| TREA | Treasury | Treasury | 604700 | 0.00 |

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | | |
| CT 54611012327 | | 08/02/2012 | 08/02/2012 | DP | 25,000.00 | JERRY WANG | | | O | 06 | 604700 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 1 | | | | | | |
| SQ 12461100352 | | 08/08/2012 | 08/09/2012 | DP | ( 25,000.00) | | | | O | TO | 604700 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 1 | | | | | | |
| SQ 12461100352 | | 08/08/2012 | 08/09/2012 | DP | 25,000.00 | | | | O | 86 | 900000 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 2 | | | | | | |
| SQ 13461100068 | | 11/23/2012 | 11/23/2012 | DI | 3.00 | | | | O | 86 | 900000 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 2 | | | | | | |
| SQ 13461100070 | | 11/23/2012 | 11/23/2012 | DP | (25,000.00) | | | | O | 96 | 900000 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 2 | | | | | | |
| SQ 13461100070 | | 11/23/2012 | 11/23/2012 | DI | ( 3.00) | | | | O | 96 | 900000 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 2 | | | | | | |
| SQ 13461100070 | | 11/23/2012 | 11/23/2012 | DI | 3.00 | | | | O | FR | 604700 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 1 | | | | | | |
| SQ 13461100070 | | 11/23/2012 | 11/23/2012 | DP | 25,000.00 | | | | O | FR | 604700 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 1 | | | | | | |

12/14/2015 09:56 PM EDT                                                                                                          Version 7.1   Page  2   of   2

## U.S. Courts
## Case Inquiry Report
Case Num: DCAN512CR000581;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | |
| PQ 13461100028 | | 11/23/2012 | 11/23/2012 | DI | 3.00 | SU TONG | | O | 05 | 604700 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 1 | 1 | | | | |
| PQ 13461100028 | | 11/23/2012 | 11/23/2012 | DP | 25,000.00 | SU TONG | | O | 03 | 604700 |
| DCAN512CR000581-001 | 1 | CRIMINAL BONDS TREAS REGISTRY | | | 1 | 1 | | | | |
| CT 54611015806 | | 09/14/2015 | 09/14/2015 | PR | 100.00 | JERRY WANG | | O | 04 | 504100 |
| DCAN512CR000581-001 | 2 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |
| PQ | Payment Authorization - CCA Manual |
| SQ | Standard Voucher - CCA |

---

**SPECIAL ASSESSMENT PAID IN FULL**

Defendant: JERRY WANG

Amount $ 100.00        Date: 9/14/2015